B1 (Official Form 1)(1/08)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**R & G Properties** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4418229** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5680 N. Elston Ave.**<br>**Chicago, IL**<br>ZIP Code **60646** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>■ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other<br>**Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>**Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br>■ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **R & G Properties** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**R & G Properties**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ EUGENE CRANE**
Signature of Attorney for Debtor(s)

**EUGENE CRANE 0537039**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Address

**312-641-6777  Fax: 312-641-7114**
Telephone Number

**October 8, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ George Michael**
Signature of Authorized Individual

**George Michael**
Printed Name of Authorized Individual

**Partner**
Title of Authorized Individual

**October 8, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **R & G Properties**

Debtor(s)

Case No. 

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **AJC Restoration**<br>**c/o Stotis & Baird**<br>**200 W. Jackson, #1050**<br>**Chicago, IL 60606** | **AJC Restoration**<br>**c/o Stotis & Baird**<br>**200 W. Jackson, #1050**<br>**Chicago, IL 60606** | | **Disputed** | 35,357.00 |
| **Belongia, Shapiro & Hines LLP**<br>**20 S. Clark, #300**<br>**Chicago, IL 60603** | **Belongia, Shapiro & Hines LLP**<br>**20 S. Clark, #300**<br>**Chicago, IL 60603** | **Legal Fees** | **Disputed** | 25,000.00 |
| **Charlie Bosco**<br>**5680 N. Elston**<br>**Chicago, IL 60646** | **Charlie Bosco**<br>**5680 N. Elston**<br>**Chicago, IL 60646** | | | 30,000.00 |
| **Brudder's Bar**<br>**3600 N. Pulaski**<br>**Chicago, IL 60641** | **Brudder's Bar**<br>**3600 N. Pulaski**<br>**Chicago, IL 60641** | | | 6,500.00 |
| **Henry Cardenas**<br>**1459 W. Hubbard**<br>**Chicago, IL 60622** | **Henry Cardenas**<br>**1459 W. Hubbard**<br>**Chicago, IL 60622** | **Loan** | | 200,000.00 |
| **Chicagoland Plumbing & Sewer Inc.**<br>**4104 Oketo Ave.**<br>**Harwood Heights, IL 60706** | **Chicagoland Plumbing & Sewer Inc.**<br>**4104 Oketo Ave.**<br>**Harwood Heights, IL 60706** | **Plumbing Repairs** | **Disputed** | 6,693.57 |
| **City Lights Bar & Grill**<br>**c/o Peter Jovanovic**<br>**3809 N. Harlem**<br>**Chicago, IL 60634** | **City Lights Bar & Grill**<br>**c/o Peter Jovanovic**<br>**3809 N. Harlem**<br>**Chicago, IL 60634** | | | 11,000.00 |
| **City of Chicago**<br>**Department of Revenue**<br>**P.O. Box 88298**<br>**Chicago, IL 60680-1290** | **City of Chicago**<br>**Department of Revenue**<br>**P.O. Box 88298**<br>**Chicago, IL 60680-1290** | **lawsuit re: 5633 N. Central** | **Disputed** | 15,000.00 |
| **City of Chicago**<br>**Department of Revenue**<br>**P.O. Box 88298**<br>**Chicago, IL 60680-1290** | **City of Chicago**<br>**Department of Revenue**<br>**P.O. Box 88298**<br>**Chicago, IL 60680-1290** | **lawsuit re: 6508 W. Devon** | **Disputed** | 7,540.00 |
| **City of Chicago**<br>**Department of Revenue**<br>**P.O. Box 88298**<br>**Chicago, IL 60680-1290** | **City of Chicago**<br>**Department of Revenue**<br>**P.O. Box 88298**<br>**Chicago, IL 60680-1290** | **lawsuit re: 5155-59 W. Addison** | **Disputed** | 7,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **R & G Properties**                                  Case No. _____
                       Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| City of Chicago Department of Revenue P.O. Box 88298 Chicago, IL 60680-1290 | City of Chicago Department of Revenue P.O. Box 88298 Chicago, IL 60680-1290 | lawsuit re: 3600-04 N. Pulaski | Disputed | 23,500.00 |
| Nicholas M. Duric 401 N. Wisner Park Ridge, IL 60068 | Nicholas M. Duric 401 N. Wisner Park Ridge, IL 60068 | Legal Fees | | 50,000.00 |
| Gregory Gorlich 7N864 Northern Dancer Saint Charles, IL 60175 | Gregory Gorlich 7N864 Northern Dancer Saint Charles, IL 60175 | Investment/loan | | 160,000.00 |
| Adriana Mazutis 9S610 Lorraine Hinsdale, IL 60521 | Adriana Mazutis 9S610 Lorraine Hinsdale, IL 60521 | Investment | | 400,000.00 |
| Pino & Raul Landscaping 8515 Mango Morton Grove, IL 60053 | Pino & Raul Landscaping 8515 Mango Morton Grove, IL 60053 | Landscaping | | 15,000.00 |
| Scanlon & Mathews LLP 332 S. Michigan Ave. Chicago, IL 60604 | Scanlon & Mathews LLP 332 S. Michigan Ave. Chicago, IL 60604 | Accounting Services | | 9,700.00 |
| Schmidt Salzman & Moran Ltd. 111 W. Washington St. Chicago, IL 60602 | Schmidt Salzman & Moran Ltd. 111 W. Washington St. Chicago, IL 60602 | Legal Fees | | 25,000.00 |
| Suburban Tax Lien 200 N. Dearborn Chicago, IL 60601 | Suburban Tax Lien 200 N. Dearborn Chicago, IL 60601 | Tax | | 16,000.00 |
| USA Electric 4218 Vernon Ave. Brookfield, IL 60513 | USA Electric 4218 Vernon Ave. Brookfield, IL 60513 | | Disputed | 6,170.00 |
| John Vadaparampil 849 Franklin, #1504 Chicago, IL | John Vadaparampil 849 Franklin, #1504 Chicago, IL | | Disputed | 39,100.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October 8, 2009**                    Signature  **/s/ George Michael**
                                                        **George Michael**
                                                        **Partner**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
**Northern District of Illinois**

In re   **R & G Properties**     Case No. _____
Debtor(s)     Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:     **218**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **October 8, 2009**      **/s/ George Michael**
                                                  **George Michael**/**Partner**
                                                 Signer/Title

3600 Lake Shore Drive Condo Assoc.
c/o Loyce Johnson
3600 Lake Shore Drive Condo Assoc.
Chicago, IL 60613

Associated Bank
Attn. Erick Jensen, Receiver
932 W. Grace St.
Chicago, IL 60613

Belongia, Shapiro & Hines LLP
20 S. Clark, #300
Chicago, IL 60603

Gladys Ahounou
Beauty Shop
6739 North Ave.
Oak Park, IL 60302

Atrina/Terry Towns
6317 N. Milwaukee, #1B
Chicago, IL 60646

Zena Benyamin
1 N. Hamlin, Unit 2
Park Ridge, IL 60068

AJC Restoration
c/o Stotis & Baird
200 W. Jackson, #1050
Chicago, IL 60606

Robert Auch
2058/2060 W. Fargo
Garden Apt. East
Chicago, IL 60645

Thomas Berarducci
1449 N. Wieland
Chicago, IL 60610

Antonio Alcala
Pedro Alcala
4740 N. Central
Chicago, IL 60630

Almas Azad
5680-86 Elston, #1E
Chicago, IL 60646

Yolanda Blumenberg
5155 W. Addison
Chicago, IL 60641

Allstate Insurance
6317 N. Milwaukee
Chicago, IL 60646

Wiselaw Babicz
20 S. Dee Rd., Unit 1D
Park Ridge, IL 60068

Solomon Blyakhman
1950 Parkside
Park Ridge, IL 60068

American Enterprise Bank
Attn: Ed Bouas
600 N. Buffalo Grove Rd.
Buffalo Grove, IL 60089

Anna Baloch
2637 W. Bryn Mawr, Apt. 3F
Chicago, IL 60659

Larry Bohl
5749 N. Elston
Chicago, IL 60646

AmericaUnited Bank
321 W. Golf Rd.
Schaumburg, IL 60196

Martin Banks
2421 N. Janssen
Chicago, IL 60614

Basram Borto
2637 W. Bryn Mawr
Chicago, IL 60659

Ron Andino
4201 W. Irving Park
Chicago, IL 60618

Berenice Barch
5941 N. Austin, Garden N
Chicago, IL

Charlie Bosco
5680 N. Elston
Chicago, IL 60646

Wanda Anthony
3809 N. Harlem, #2A
Chicago, IL 60634

Cindy Baronowski
1950 Parkside, Unit 2C
Park Ridge, IL 60068

Mr. and Mrs. Breo
20 S. Dee Rd., Unit 2A
Park Ridge, IL 60068

John Ask
1111 W. Cornelius, #1950
Chicago, IL 60657

Mauricio Bautista
5633 N. Central
Chicago, IL 60646

Brian's Plumbing & Sewer
6727 W. Irving Park Rd.
Chicago, IL 60634

Brudder's Bar
3600 N. Pulaski
Chicago, IL 60641

City of Chicago
PO Box 6330
Chicago, IL 60680

Maria Da Costa
20 S. Dee Rd., Unit 1C
Park Ridge, IL 60068

Ryan Bulan
1449 N. Wieland
Chicago, IL 60610

City of Chicago
Department of Revenue
P.O. Box 88298
Chicago, IL 60680-1290

Sharon Dawkins
3312 Foster, Apt 2E
Chicago, IL 60625

Sebastian Bulanda
3809 N. Harlem, #2C
Chicago, IL 60634

City of Park Ridge
PO Box 4793
Carol Stream, IL 60197-4793

David DeLeon
Illana Mesinger
2637 W. Bryn Mawr, Apt. 3R
Chicago, IL 60659

Shane Byrne
5658 N. Central
Chicago, IL 60646

Polly and Herbert Cole
5536 N. Artesian, 1st Fl.
Chicago, IL 60625

Darla Denoit
5536 N. Artesian
Chicago, IL 60625

Sal Cannela
5680-86 Elston, #1F
Chicago, IL 60646

Mr. and Mrs. Collazo
20 S. Dee Rd., Unit 1A
Park Ridge, IL 60068

Diaman Services
PO Box 597503
Chicago, IL 60659

Henry Cardenas
1459 W. Hubbard
Chicago, IL 60622

ComEd
PO Box 803457
Chicago, IL 60680-3457

Siobhan Diaz
6327 W. Devon, 2nd Floor
Chicago, IL

Chicago Auto
2912 N. Central Park
Chicago, IL 60618

WIlliam Conlon
5680-86 Elston, #2A
Chicago, IL 60646

Nicholas M. Duric
401 N. Wisner
Park Ridge, IL 60068

Chicagoland Plumbing & Sewer Inc.
4104 Oketo Ave.
Harwood Heights, IL 60706

Delora Block Cores
6317 N. Milwaukee, #1D
Chicago, IL 60646

Edward Dziadosz
5654 N. Central, 2nd Floor
Chicago, IL 60646

Nen Chy
5749 N. Elston, #1F
Chicago, IL 60646

Cousin's
3038 W. Irving Park
Chicago, IL 60618

Edgebrook Bank
Attn: John Ptak
6000 W. Touhy
Chicago, IL 60646

City Lights Bar & Grill
c/o Peter Jovanovic
3809 N. Harlem
Chicago, IL 60634

Tom Cramer
866 N. Elstonm 1st Floor
Chicago, IL 60618

Padma Edla
5600 N. Western
Chicago, IL 60659

Victoria Edwards
6317 N. Milwaukee, #2C
Chicago, IL 60646

Norton Flannagan
170 N. Northwest Hwy.
Park Ridge, IL 60068

Kevin Gonzalez
5680-86 Elston, #1B
Chicago, IL 60646

Elite Elevator
PO Box 176
Tinley Park, IL 60477

Norton Flannagan
1950 Parkside, Unit 1B
Park Ridge, IL 60068

Gregory Gorlich
7N864 Northern Dancer
Saint Charles, IL 60175

Michelle Enger
400 Anthony Ave., #504
Mundelein, IL 60060

Flood Brothers
17 W. 697 Butterfield Rd., Suite E
Chicago, IL 60680-3457

Michelle Halbert
5536 N. Artesian, 2nd Fl.
Chicago, IL 60625

Danielle Enwiya
6508-10 W. Devon, Garden North
Chicago, IL 60631

Mr. and Mrs. Floyd
20 S. Dee Rd., Unit 1B
Park Ridge, IL 60068

Harris Bank
333 N. Northwest Hwy.
Barrington, IL 60010

Daniel Eshaya
6508-10 W. Devon, Garden South
Chicago, IL 60631

Eve Fuller
3600 N. Lake Shore Dr.
Chicago, IL 60613

Javier and Claudia Hernandez
5633 N. Central, 2nd Floor
Chicago, IL 60646

Odon Espino
3312-14 W. Foster
Chicago, IL 60625

Sharah Gal
3600 N. Lake Shore Dr.
Chicago, IL 60613

John and Dana Hill
5749 N. Elston, #2F
Chicago, IL 60646

Gelai Evans
5680-86 Elston, #2C
Chicago, IL 60646

Marie Jade Galvan
5155 W. Addison
Chicago, IL 60641

Adam Hitchcock
1449 N. Wieland
Chicago, IL 60610

Family Dentistry
6317 N. Milwaukee
Chicago, IL 60646

Carl Galvin
1754-56 W. Wellington, #2E
Chicago, IL 60657

Jason Hopkins
3038 W. Irving Park, 2nd Floor
Chicago, IL 60618

Tom Faust
6317 N. Milwaukee, #3B
Chicago, IL 60646

Jason Gerard
5632 N. Central
Chicago, IL 60646

Arthur Hoxca
5680 N. Elston
Chicago, IL 60646

First Commercial Bank
Attn: Matt Norkett
6945 N. Clark
Chicago, IL 60626

Janice Glenn
6317 N. Milwaukee, #3D
Chicago, IL 60646

Philip Hyman
1725 W. Thome Ave.
Chicago, IL 60660

Robert Jackson
4201 W. Irving Park
Chicago, IL 60618

Thomas Jordan
5658 N. Central, 2nd Floor
Chicago, IL 60646

Walter and Joyce Kuchar
6508-10 W. Devon
Chicago, IL 60631

Linda Jacobson
6317 N. Milwaukee, #3C
Chicago, IL 60646

Roberto Juarez
Yolanda Arellano
4201 W. Irving Park
Chicago, IL 60618

Sarah and Derek Kurysz
6508-10 W. Devon, Garden East
Chicago, IL 60631

Kunjamma Augustine James
1950 Parkside, Unit 2A
Park Ridge, IL 60068

Dave Kalsch
5654 N. Central
Chicago, IL 60646

Nick La Puma
6508-10 W. Devon, #1W
Chicago, IL 60631

Jean Jeanty
2058/2060 W. Fargo
Garden Apt. West
Chicago, IL 60645

John Kaspari
5551 N. Central
Chicago, IL 60630

Mark and Denise Labus
1 N. Hamlin, Unit 6
Park Ridge, IL 60068

Eric Jensen
Chicago Real Estate Resources Inc.
932 W. Grace
Chicago, IL 60613

Jeremy Kaulfers
5941 N. Austin, 2N
Chicago, IL

Faustino Lagunas
5749 N. Elston, #1R
Chicago, IL 60646

Joe Fenlon
5551 N. Central
Chicago, IL 60630

Clark and Adrienne Keisling
1845 S. Michigan Ave., #1810
Chicago, IL 60616

Won Lee
6317 N. Milwaukee, #2A
Chicago, IL 60646

Joe Johns
6739 North Ave.
Oak Park, IL 60302

Chris Keraminas
3600 N. Lake Shore Dr.
Chicago, IL 60613

Anna G. Les
5680 N. Elston
Chicago, IL 60646

Andrew and Judy Johnson
5551 N. Central, 2nd Floor
Chicago, IL 60630

Jawed Khan
5680-86 Elston, #2E
Chicago, IL 60646

Amber Levy
Lindsay Canada
Chicago, IL 60613

Dwan and Sharon Johnson
5688 N. Elston
Chicago, IL 60646

Sheila Krawczyk
4201 W. Irving Park
Chicago, IL 60618

Michael Lewis
4054-56 N. Marmora, #2W
Chicago, IL 60634

George Johnson
5680-86 Elston
Chicago, IL 60646

Aaron A. Krolik
111 W. Washington, #1028
Chicago, IL 60602

Linda Millar
6508-10 W. Devon, #1S
Chicago, IL 60631

Mark Little
1449 N. Wieland
Chicago, IL 60610

Marcel
3312-14 W. Foster
Chicago, IL 60625

Mike Churchill
866 N. Elstonm 2nd Floor
Chicago, IL 60618

Jadwiga Loj
3600 N. Lake Shore Dr.
Chicago, IL 60613

Marie & Don
5722 W. Higgins, 2nd Floor
Chicago, IL 60630

Greg Mitchell
5680-86 Elston, #1D
Chicago, IL 60646

Lori and Paul Haag
1 N. Hamlin, Unit 7
Park Ridge, IL 60068

Maricela Marin
6317 N. Milwaukee, #3E
Chicago, IL 60646

Monson/Lofgren
6317 N. Milwaukee, #3A
Chicago, IL 60646

Robert and Margaret Lyons
4740 N. Central, 1st Fl
Chicago, IL 60630

Curtis Martin
3809 N. Harlem, 1C
Chicago, IL 60634

Patricia Murphy
1950 Parkside, Garden A
Park Ridge, IL 60068

M&I Bank
Attn: Michael Vellon
770 N. Water St., 19th Floor
Milwaukee, WI 53202

Rodion Mazin
6508-10 W. Devon, #1E
Chicago, IL 60631

Nicor Gas
PO Box 416
Aurora, IL 60568-0001

Evelyn Macalister
1 N. Hamlin, Unit 1
Park Ridge, IL 60068

Adriana Mazutis
9S610 Lorraine
Hinsdale, IL 60521

Iglesias Noelle
c/o Mark Silverman
225 W. Washington, #2200
Chicago, IL 60606

Bobby Maidar
6317 N. Milwaukee, #1E
Chicago, IL 60646

Michael Realty
5680 N. Elston
Chicago, IL 60646

Norstates Bank
co/ Eric Maletsky, Receiver
900 W. Jackson Blvd., #4W
Chicago, IL 60607

Eric Maletsky
Malet Realty
900 W. Jackson Blvd., #4W
Chicago, IL 60607

George Michael
5680 N. Elston
Chicago, IL 60646

North Maine Utilities
1225 Waukegan Rd.
Glenview, IL 60025

James Maples
4205 W. Irving Park
Chicago, IL 60618

Robert Michael
5650 N. Central
Chicago, IL 60646

Ilir and Arlinda Numani
1950 Parkside, Unit 1C
Park Ridge, IL 60068

Blanca Marasudeh
5600 N. Western
Chicago, IL 60659

Mid Care
4205 W. Irving Park
Chicago, IL 60618

Old Irv Pk Comm
Charles Martinez
4008 Addison
Chicago, IL 60641

Omega Design
c/o Adam Mazur
4201 W. Irving Park
Chicago, IL 60618

James Phillips
3314 W. Foster
Chicago, IL 60625

Luis Romero
5941 N. Austin, 2S
Chicago, IL

Optimal Deli, Inc.
Attn: Kathy
5155 W. Addison
Chicago, IL 60641

Pino & Raul Landscaping
8515 Mango
Morton Grove, IL 60053

Eileen Rosario
4740 N. Central, 2nd Fl
Chicago, IL 60630

Robert Ostasz
1 N. Hamlin, Unit 4
Park Ridge, IL 60068

Katy Piore
Dan Hogan
Chicago, IL

Roseanne's Beauty Shop
Hilda Mendoza
3604 Pulaski
Chicago, IL 60641

Lykennia Ousley
6739 North Ave.
Oak Park, IL 60302

Anrea M. Presny
20 S. Dee Rd., Unit 2B
Park Ridge, IL 60068

Mohammed and Shabana Saleem
5536 N. Artesian, 3rd Fl.
Chicago, IL 60625

P&W Golf Enterprise
17851 Torrence Ave.
Lansing, IL 60438

Johnny Price
5658 N. Central, 1st Fl.
Chicago, IL 60646

Christopher Sassano
1950 Parkside, Garden C
Park Ridge, IL 60068

Doruted Patroi
6508-10 W. Devon, #2N
Chicago, IL 60631

Margarita Pulido
1950 Parkside, Unit 2B
Park Ridge, IL 60068

Scanlon & Mathews LLP
332 S. Michigan Ave.
Chicago, IL 60604

Norman Patula
6317 N. Milwaukee, #2D
Chicago, IL 60646

Neri Ramirez
6317 N. Milwaukee, #1A
Chicago, IL 60646

Schmidt Salzman & Moran Ltd.
111 W. Washington St.
Chicago, IL 60602

Norman Patula
6317 N. Milwaukee
Chicago, IL 60646

Glady Ramos
Francisco Gonzalez
5749 N. Elston
Chicago, IL 60646

Rebecca and Tim Schnelle
5632 N. Central, 2nd Floor
Chicago, IL 60646

Peoples Energy
Chicago, IL 60687-0001

Renee Klein
1 N. Hamlin, Unit 8
Park Ridge, IL 60068

Jim Scordo
1 N. Hamlin, Unit 5
Park Ridge, IL 60068

Karen Peplpmatas
17851 Torrence Ave., 2R
Lansing, IL 60438

Felicia Roby
5622 N. Central
Chicago, IL 60646

James Seider
16725 Lakewood Dr., #102
Tinley Park, IL 60477

Julie Sevilla
Wilfredo Sevilla
6508-10 W. Devon
Chicago, IL 60631

Michael Sretka
5632 N. Central, 1st fl.
Chicago, IL 60646

Leslee Tornabene
Scott Nissen
1754-56 W. Wellington
Chicago, IL 60657

Bernard Shackelford
5155 W. Addison
Chicago, IL 60641

Suburban Tax Lien
200 N. Dearborn
Chicago, IL 60601

Alli Traven
Cassandra Kramer
1754-56 W. Wellington, #3E
Chicago, IL 60657

James Shea
5941 N. Austin, 1N
Chicago, IL

Johnny Sukurs
1449 N. Wieland
Chicago, IL 60610

Ginger Trulio
5941 N. Austin, Garden S.
Chicago, IL

Charlotte Shubert
5941 N. Austin, 1S
Chicago, IL

Art Swiatlik
Annetia Nowak
1 N. Hamlin, Unit 3
Park Ridge, IL 60068

USA Electric
4218 Vernon Ave.
Brookfield, IL 60513

Dianna and Mohammad Skafi
3312 Foster
Chicago, IL 60625

Florence Terabe
5680-86 Elston, #2B
Chicago, IL 60646

John Vadaparampil
849 Franklin, #1504
Chicago, IL

Connie Sorensen
6327 W. Devon, 1st Floor
Chicago, IL

Tracey Terry
5688 N. Elston
Chicago, IL 60646

Joseph Vallender
20 S. Dee Rd., Unit 2C
Park Ridge, IL 60068

Donald Spencer
5749 N. Elston, #2R
Chicago, IL 60646

Lisa Thigpen
6317 N. Milwaukee, #2B
Chicago, IL 60646

Velazquez & Family Muffler
Mufflers For Less Inc.
5703 N. Elston
Chicago, IL 60646

Stacey
5654 N. Central
Chicago, IL 60646

Maria Thompson
6317 N. Milwaukee, #2E
Chicago, IL 60646

Village of Lansing
3141 Ridge Road
Lansing, IL 60438

Ruslana Stefanyuk
20 S. Dee Rd., Unit 1D
Park Ridge, IL 60068

Marius and Jennifer Tirla
2054-56 N. Marmora, #2S
Chicago, IL 60634

Village of Oak Park
Utility Bill Account
PO Box 94895
Chicago, IL 60690

Ruslanna Stefanyuk
10419 Dearlove Rd., Apt. BG
Glenview, IL 60025

Mark Tomezak
1449 N. Wieland
Chicago, IL 60610

Eli Vranjes
4201 W. Irving Park
Chicago, IL 60618

Waste Management
PO Box 4648
Carol Stream, IL 60197-4648


Socorro Williams
Larry Williams
7431 N. Hoyne, Garden South
Chicago, IL 60645


Richard Wolowicz
6508-10 W. Devon
Chicago, IL 60631


Mario Yolangco
5633 N. Central, 1st Fl.
Chicago, IL 60646


Kyle and Rhonda Youngblunt
2637 W. Bryn Mawr, Apt. 2R
Chicago, IL 60659


Syed JH Zaidi
2637 W. Bryn Mawr, Apt. 2F
Chicago, IL 60659


Oscar Zetino
5680 N. Elston
Chicago, IL 60646


Oscar Zetino
6508-10 W. Devon, #2S
Chicago, IL 60631