IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 09-37463 |
| R&G PROPERTIES, ) | Chapter 11 |
| an Illinois general partnership, ) | Judge A. Benjamin Goldgar |
| ) | |
| debtor/debtor-in-possession. ) | |

## NOTICE OF EMERGENCY MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 14th day of October at 9:30 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, in the room usually occupied by him as courtroom 613 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the Emergency Motion for Authority to Use Cash Collateral and For Related Relief, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

STATE OF ILLINOIS   )
                    )
COUNTY OF COOK   )

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Emergency Motion for Authority to Use Cash Collateral to be served by first class mail, postage pre-paid, and via facsimile/email/hand delivery (as indicated) to the names and addresses listed on the attached Service List on the 12th day of October, 2009, before the hour of 4:30 p.m.

/s/Scott R. Clar

## SERVICE LIST

United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604
**VIA TELECOPY** - (312) 886-5794

David Fischer
Wildman Harrold Allen & Dixon LLP
225 W. Wacker Dr., #3000
Chicago, IL 60606-122
**VIA TELECOPY** - (312) 201-2555

Tina Jacobs
Jones & Jacobs
77 W. Washington St., #2100
Chicago, IL 60602
**VIA TELECOPY** - (312) 419-9114

Mitch Lieberman
Noonan & Lieberman Ltd.
105 W. Adams St., #3000
Chicago, IL 60603
**VIA TELECOPY** - (312) 431-1465

Robert Rabin
Robbins Salomon & Patt Ltd.
25 E. Washington, #1000
Chicago, IL 60602
**VIA TELECOPY** - (312) 782-6690

AJC Restoration
c/o Stotis & Baird
200 W. Jackson, #1050
Chicago, IL 60606
**VIA TELECOPY** - (312) 461-1486

Martin Banks
2421 N. Janssen
Chicago, IL 60614
**VIA TELECOPY** - (773) 763-1145

Belongia, Shapiro & Hines LLP
20 S. Clark, #300
Chicago, IL 60603
**VIA E-MAIL** -
mbelongia@belongiashapiro.com

Charlie Bosco
5680 N. Elston
Chicago, IL 60646
**VIA E-MAIL** - chachiebosko@aol.com

Henry Cardenas
1459 W. Hubbard
Chicago, IL 60622
**VIA TELECOPY** - (773) 342-8615

Chicagoland Plumbing & Sewer Inc.
4104 Oketo Ave.
Harwood Heights, IL 60706
**VIA TELECOPY** - (708) 695-5715

City of Chicago
Department of Revenue
P.O. Box 88298
Chicago, IL 60680-1290
**VIA TELECOPY** - (312) 744-0471

City of Chicago
Department of Revenue
P.O. Box 88298
Chicago, IL 60680-1290
**VIA TELECOPY** - (312) 744-0471

City of Chicago
Department of Revenue
P.O. Box 88298
Chicago, IL 60680-1290
**VIA TELECOPY** - (312) 744-0471

City of Chicago
Department of Revenue
P.O. Box 88298
Chicago, IL 60680-1290
**VIA TELECOPY** - (312) 744-0471

Nicholas M. Duric
401 N. Wisner
Park Ridge, IL 60068
**VIA E-MAIL** - nicholas.duric@fnf.com

Gregory Gorlich
7N864 Northern Dancer
Saint Charles, IL 60175
**VIA HAND DELIVERY**

Adriana Mazutis
9S610 Lorraine
Hinsdale, IL 60521
**VIA E-MAIL** - amazutis@comcast.com

Pino & Raul Landscaping
8515 Mango
Morton Grove, IL 60053
**VIA TELECOPY** - (773) 594-7248

Felicia Roby
5622 N. Central
Chicago, IL 60646
**VIA HAND DELIVERY**

Scanlon & Mathews LLP
332 S. Michigan Ave.
Chicago, IL 60604
**VIA TELECOPY** - (312) 939-1604

Schmidt Salzman & Moran Ltd.
111 W. Washington St.
Chicago, IL 60602
**VIA E-MAIL** - ssalzman@ssmtax.com

Suburban Tax Lien
200 N. Dearborn
Chicago, IL 60601
**VIA TELECOPY** - (312) 357-0081

John Vadaparampil
c/o Aaron A. Krolik
111 W. Washington St., #1028
Chicago, IL 60602
**VIA E-MAIL** -
akrolik@securitydepositlaw.com

Oscar Zetino
5680 N. Elston
Chicago, IL 60646
**VIA HAND DELIVERY**

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 09-37463 |
| R&G PROPERTIES, ) | Chapter 11 |
| an Illinois general partnership, ) | Judge A. Benjamin Goldgar |
| ) | |
| debtor/debtor-in-possession. ) | |

### MOTION FOR USE OF CASH COLLATERAL

TO THE HONORABLE A. BENJAMIN GOLDGAR, Bankruptcy Judge:

NOW COMES R&G PROPERTIES, an Illinois general partnership, debtor/debtor-in-possession herein ("Debtor"), by and through its attorneys, and for its Motion pursuant to Section 363 of the Bankruptcy Code, Rule 4001(b) of the Federal Rules of Bankruptcy Procedure and Rules 4001-2 of the Local Rules of this Court[1] for Authority to Use Cash Collateral and for Related Relief; and in support thereof, respectfully states as follows:

**Introduction**

1.  On October 8, 2009, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Petition Date").

2.  Since the Petition Date, the Debtor has operated its business and managed its financial affairs as debtor-in-possession.

---

[1] The proposed Interim Order Authorizing Interim Use of Cash Collateral that is appended to this Motion does not contain any of the provisions specified in Rule 4001-2(A)(2) of the Local Rules of this Court. Therefore, there are no highlighted provisions in this Motion or the proposed Interim Order.

3. No trustee, examiner or committee of unsecured creditors has been appointed to serve in this reorganization case.

4. By this Motion, the Debtor requests that this Court authorize it to use certain cash and cash equivalents that allegedly serve as collateral for claims asserted against the Debtor and its property by First Commercial Bank; Harris Bank; AmericaUnited Bank; M&I Bank; NorStates Bank, American Enterprise Bank; Associated Bank; and Edgebrook Bank[2].

5. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334.

6. This matter constitutes a "core" proceeding within the meaning of 28 U.S.C. Section 157(b)(2)(A), (M) and (O).

7. The statutory predicates for the relief requested in this Motion are Section 363 of the Bankruptcy Code, Rule 4001(b) of the Federal Rules of Bankruptcy Procedure and Rule 4001-2 of the Local Rules of this Court.

**Relevant Factual Background**

8. The Debtor is an owner and investor in multi-family residential, commercial and mixed use real estate located in the Chicago area, and surrounding suburbs primarily on the north side of Chicago. The Debtor owns the following real estate:[3]

---

[2] First Commercial Bank; Harris Bank; AmericaUnited Bank; M&I Bank; NorStates Bank, American Enterprise Bank; Associated Bank; and Edgebrook Bank are collectively referred to as (the "Cash Collateral Lenders").

[3] Where no specific city address is listed in the following chart, the property is located in the city of Chicago.

| Property Identification | Lender/Approximate Mortgage Balance | Property Type |
|---|---|---|
| 4205 W. Irving Park | First Commercial Bank; $320,000.00 | 2 story commercial |
| 20 S. Dee Road Park Ridge, IL | First Commercial Bank; $1.3 million | 8 apartments |
| 2060 W. Fargo 7431 N. Hoyne | First Commercial Bank $1.3 million | 2 garden condos |
| 3600 N. Lake Shore Dr. | First Commercial Bank $580,000 | 3 condominiums Units 1914, 1915 and 1196 |
| 2421 N. Janssen | Harris Bank $3.2 million | single family home |
| 1449 W. Wieland | Harris Bank $3.2 million | single family home |
| 1950 Parkside Park Ridge | Harris Bank $700,000 | 8 unit apartment building |
| 5654 N. Central | AmericaUnited Bank $3.7 million | 3 apartments |
| 5772 W. Higgins | AmericaUnited Bank $3.7 million | 2 story; 1st floor vacant Commercial 2nd Floor two bedroom apartment |
| 5749 N. Elston | AmericaUnited Bank $3.7 million | 5 apartments |
| 5536 N. Artesian | AmericaUnited Bank $3.7 million | 4 apartments |
| 5633 N. Central | AmericaUnited Bank $3.7 million | 2 apartments |
| 2866 N. Elston | AmericaUnited Bank $3.7 million | 2 apartments |
| 3600 N. Pulaski | AmericaUnited Bank $3.7 million | 4 unit commercial space |

| | | |
|---|---|---|
| 5659 W. Irving Park Rd. | AmericaUnited Bank $3.7 million | one store |
| 5551 N. Central | AmericaUnited Bank $3.7 million | 3 apartments |
| 3809 N. Harlem | AmericaUnited Bank $3.7 million | 3 apartments and a restaurant |
| 4201 W. Irving Park Rd. | M&I Bank $8.078 million | 6 offices and 1 store |
| 1240 N. Lake Shore Dr. | M&I Bank $8.078 million | 3 bedroom, 3 bath condo |
| 5700 N. Central | M&I Bank $8.078 million | Citizens Bank Building |
| 5155 W. Addison | M&I Bank $8.078 million | 3 stores and 3 apartments |
| 6508 W. Devon | M&I Bank $8.078 million | 11 unit apartment building |
| 5703 N. Elston | M&I Bank $8.078 million | Commercial auto repair shop |
| 17851 Torrence Lansing, IL | M&I Bank $8.078 million | 2 apartments and a double store combined into 1 |
| 6317 N. Milwaukee | M&I Bank $8.078 million | 14 apartments with a first floor with four offices; 1 vacant |
| 8715 - 17 N. Elston | M&I Bank $8.078 million | Vacant lot and one (1) storefront |
| 6739 W. North Ave. Oak Park, IL | M&I Bank $8.078 million | 2 stores and 3 bedroom 2 bath apartment |
| 1 North Hamlin Park Ridge, IL | M&I Bank $8.078 million | 7 unit apartment building |
| 1754 W. Wellington | NorStates Bank $11.67 million | 6 apartments |
| 2912 N. Central Park | NorStates Bank $11.67 million | single story auto repair |

| | | |
|---|---|---|
| 3038 W. Irving Park | NorStates Bank $11.67 million | 1st floor restaurant 2nd floor apartment |
| 3312 W. Foster | NorStates Bank $11.67 million | 2 stores and 3 apartments |
| 3600 N. Lake Shore Dr. | NorStates Bank $11.67 million | 14 studio apartments |
| 3606 N. Pulaski | NorStates Bank $11.67 million | 2 stores and 2 apartments |
| 3611 N. Pulaski | NorStates Bank $11.67 million | single story auto repair shop |
| 3641 N. Pulaski | NorStates Bank $11.67 million | 19 apartments and 2 store fronts |
| 4054 N. Marmora | NorStates Bank $11.67 million | 8 flat commercial building |
| 4036 Pulaski | NorStates Bank $11.67 million | 1st floor commercial 8 apartments |
| 5600 N. Western | NorStates Bank $11.67 million | 8 store fronts and 10 apartments |
| 5680 N. Elston | NorStates Bank $11.67 million[4] | 4,000 sq. ft. 1st and 2nd floor commercial condo and 12 apartments[5] |
| 5401 W. Devon | American Enterprise Bank $1.1 million | 6 commercial tenants |
| 1758 W. Wellington | American Enterprise Bank $1.1 million | 2 story commercial building - vacant |

---

[4] All of the twelve (12) properties cross-collateralized for the NorStates debt owed were under the control of a court-appointed receiver, Eric Maletsky of Malet Realty of Chicago ("Maletsky") prior to the Petition Date. The Debtor has formally requested, pursuant to Section 543(b) of the Bankruptcy Code, that Maletsky turn over any of the Debtor's property in his possession, custody or control and account for all rents received and expenditures made by Maletsky since his appointment as receiver. Maletsky has attempted to provide the accounting, but has not turned over the funds or formally responded to Debtor's request.

[5] NorStates Bank also has a $192,000 junior mortgage attaching on the above twelve (12) properties and a first and second mortgage on property located at 300 W. Sibley Boulevard, Dolton, Illinois, owned by a non-debtor entity.

| 6327 W. Devon | Associated Bank $1.95 million[6] | 3 apartments |
|---|---|---|
| 4740 N. Central | Associated Bank $1.95 million | 4 apartments |
| 5688 N. Elston | Associated Bank $1.95 million | 3 apartments |
| 5632 N. Central | Associated Bank $1.95 million | 3 apartments |
| 2637 W. Bryn Mawr | Associated Bank $1.95 million | 6 apartments |
| 5632 N. Central | Associated Bank $1.95 million | 3 apartments |
| 5658 N. Central | Edgebrook Bank $392,000 | 3 apartments |
| 5941 N. Austin | Edgebrook Bank $640,000 | 6 apartments |
|  |  |  |

As noted above, several of the Cash Collateral Lenders have instituted foreclosure actions. Two of them, Norstates and Associated Bank, have been granted receivers. Pursuant to Section 543(b) of the Bankruptcy Code, the receivers are obligated to turn over any property of the Debtor in their possession, custody and control and to provide an accounting.

9.    Upon information and belief, based upon the underlying loan documents of the Cash Collateral Lenders, the cash collateral issues in this Chapter 11 case relate to the

---

[6] Associated Bank has asked for and been granted a receiver, Erick Janssen ("Janssen") for the properties on which Associated Bank has a secured position. The Debtor has formally requested that Janssen turnover any of the Debtor's rents in his possession and account for all rents received and expenditures made by Janssen. Janssen has neither provided the accounting, turned over the funds or formally responded to Debtor's request.

rents generated by almost all of the properties owned by the Debtor. Cash collateral issues are not present with respect to 5715 N. Elston, Chicago, Illinois, which is vacant land.

**Use of Cash Collateral**

10. In order for the Debtor to continue to operate its business and manage his financial affairs, and effectuate an effective reorganization, it is essential that the Debtor be authorized to use cash collateral for, among other things, the following purposes:

- A) Maintenance and Repairs;
- B) Insurance;
- C) Utilities;
- D) Real estate taxes;
- E) Real estate management fees;
- F) Other miscellaneous items needed in the ordinary course of business.

Attached to this Motion as **Group Exhibit A** are the Debtor's monthly cash flow projections (the "Budget") for each of the properties. The Budget itemizes the Debtor's cash needs on a monthly basis and all of the rental income and expenses of all of the properties owned by the Debtor (the "Consolidated Budget").

11. Use of cash collateral to pay the actual, necessary and ordinary expenses to maintain the Debtor's business and properties, as set forth in the Budget and Consolidated Budget, will preserve the value of the Debtor's assets and business and thereby ensure that the interests of creditors that have or may assert an interest in both cash collateral and the Debtor's other assets are adequately protected within the meaning of Sections 361, 362 and 363 of the Bankruptcy Code.

12. The Debtor proposes, subject to the approval of this Court, to use cash collateral in which the Cash Collateral Lenders assert an interest. The Debtor's proposal

will permit the Debtor to sustain its business operations and reorganize its financial affairs through the implementation of a successful plan of reorganization. Furthermore, the Debtor's proposal will adequately protect the purported secured interests of the Cash Collateral Lenders.

13. Unless the Debtor is authorized to use cash collateral in which the Cash Collateral Lenders assert an interest, the Debtor will be unable to continue to operate its business and manage its properties, thereby eliminating any reasonable prospect for a successful reorganization. The cessation of normal business operations by the Debtor will cause irreparable harm to the Debtor, its creditors and this estate.

14. The Debtor proposes to use cash collateral and provide adequate protection to the Cash Collateral Lenders upon the following terms and conditions:

> A. The Debtor will permit the Cash Collateral Lenders to inspect, upon reasonable notice, within reasonable hours, the Debtor's books and records;
>
> B. The Debtor shall maintain and pay premiums for insurance to cover all of his assets from fire, theft and water damage;
>
> C. The Debtor shall, upon reasonable request, make available to the Cash Collateral Lenders evidence of that which purportedly constitutes their collateral or proceeds; and
>
> D. The Debtor will properly maintain the properties in good repair and properly manage such properties.

15. Further cash flow budgets, if necessary, will be submitted to this Court pursuant to this Motion. The Debtor will make the expenditures stated on Group Exhibit A plus no more than 10% of the total proposed expense payments, unless otherwise agreed by the Cash Collateral Lenders or upon further Order of this Court. In addition to the budgeted expenditures, the Debtor will pay its general partners, George and Robert

Michael, approximately $2,500 per month as and for salary during the course of the Debtor's Chapter 11 case.

**Conclusion**

16. The Debtor requests, pursuant to Rule 4001(b)(2) of the Federal Rules of Bankruptcy Procedure, that this Court conduct a preliminary hearing to authorize the Debtor's interim use of cash collateral pending a final hearing on this Motion.

17. The Debtor believes that it is in the best interests of the Debtor, its creditors, and this estate to authorize it to use that portion of its assets herein requested, all or a portion of which may constitute cash collateral, in that, without the limited use of those assets as herein requested, the Debtor will be unable to pay and satisfy its current operating expenses thereby resulting in immediate and irreparable harm and loss to the estate.

18. For the reasons set forth herein, this Court should grant the relief requested in this Motion.

**WHEREFORE**, R&G PROPERTIES, an Illinois general partnership, prays for the entry of an Order as follows:

A. Authorizing the Debtor to use cash collateral in which the Cash Collateral Lenders assert liens, upon the terms and conditions set forth in this Motion, until further Order of this Court;

B. Preliminarily authorizing the Debtor to use cash collateral pending a Final hearing on this Motion;

C. Setting a final hearing on this Motion; and

D.   Granting such other relief as this Court deems just and appropriate.

R&G PROPERTIES

By:   /s/Scott R. Clar
   One of its attorneys

**DEBTOR'S COUNSEL**:
Scott R. Clar, Esq.
(Atty. No. 06183741)
Eugene Crane, Esq.
(Atty. No. 0537039)
David K. Welch, Esq.
(Atty. No. 06183621)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
FAX: (312) 641-7114
\mjo2\r&g properties\Cash Collateral.mot and NOM.wpd

-10-