# EXHIBIT A

# RENT ROLL & INCOME - EXPENSE ANALYSIS

| PROPERTY ID: | 25 |
|---|---|
| PROPERTY ADDRESS: | 4205 W. IRVING PARK ROAD, CHICAGO, IL. 60641 |
| | 2 STORES |

| # | TENANT NAME | SCHEDULED MONTHLY RENT | LEASE BEGINNING | LEASE ENDING |
|---|---|---|---|---|
| 1 | Mid Care | $ 750 | 10/01/09 | 09/30/11 |
| 2 | James Maples | $ 600 | 09/01/09 | 08/31/10 |
| | TOTALS: Monthly / Annual | $ 1,350 | $ 16,200 | |

| OPERATING EXPENSES | | |
|---|---|---|
| GAS | | Tenant |
| ELECTRIC | $ | 200 |
| WATER | $ | 25 |
| SCAVENGER | | City |
| REAL ESTATE TAXES | $ | 468 |
| INSURANCE | $ | 76 |
| REPAIRS | $ | 100 |
| SNOW REMOVAL | | Tenant |
| MANAGEMENT FEE @6% | $ | 81 |
| TOTAL MONTHLY EXPENSES: | $ 950 | $ 950 |
| PROJECTED MONTHLY INCOME: | | $ 400 |

**EXHIBIT A**

# Rent Roll & Income - Expense Analysis

| | PROPERTY ID: | 37 | | |
|---|---|---|---|---|
| | PROPERTY ADDRESS: | 20 S. DEE ROAD - PARK RIDGE, IL | | |
| | | 8 - APARTMENTS | | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | | |
| 1 | Wilberto & Shirley Collazo, #1A | $ 1,475 | | |
| 2 | Mr. & Mrs. Floyd, #1B | $ 1,150 | | |
| 3 | Marilu DaCosta, #1C | $ 1,000 | | |
| 4 | Wieslaw Babicz, #1D | $ 1,000 | | |
| 5 | Mr. & Mrs. George Breo, #2A | $ 1,250 | | |
| 6 | Andrea Marie Presny, #2B | $ 1,100 | | |
| 7 | Joseph Vallender, #2C | $ 1,250 | | |
| 8 | Ruslana Stefanyuk, #2D | $ 1,100 | | |
| | TOTALS: Monthly / Annual | $ 9,325 | $ 111,900 | |
| | OPERATING EXPENSES | | | |
| | GAS | tenant | | |
| | ELECTRIC | $ 213 | | |
| | WATER | $ 709 | | |
| | SCAVENGER | $ 78 | | |
| | REAL ESTATE TAXES | $ 2,272 | | |
| | INSURANCE | $ 202 | | |
| | REPAIRS | $ 333 | | |
| | LANDSCAPE/SNOW REMOVAL | $ 250 | | |
| | MANAGEMENT FEE @ 6% | $ 560 | | |
| | TOTAL MONTHLY EXPENSES: | $ 4,617 | $ 4,617 | |
| | PROJECTED MONTHLY INCOME | | $ 4,708 | |

## RENT ROLL & INCOME - EXPENSE ANALYSIS

|   |  |  |  |  |  |
|---|---|---|---|---|---|
|   | **PROPERTY ID:** | 30 |  |  |  |
|   | **PROPERTY ADDRESS:** | 2060 WEST FARGO - CHICAGO, IL |  |  |  |
|   |  | 2 - Condominiums |  |  |  |
|   | **TENANT NAME** | **SCHEDULED MONTHLY RENT** |  |  |  |
| 1 | Jean Jeanty | $ | 650 |  |  |
|   | **TOTALS: Monthly / Annual** | $ | 650 | $ | 7,800 |
|   | **OPERATING EXPENSES** |  |  |  |  |
|   | GAS |  | tenant |  |  |
|   | ELECTRIC |  | tenant |  |  |
|   | WATER |  | tenant |  |  |
|   | SCAVENGER |  | tenant |  |  |
|   | REAL ESTATE TAXES | $ | 127 |  |  |
|   | INSURANCE - ASSESSEMENTS | $ | 19 |  |  |
|   | REPAIRS | $ | 83 |  |  |
|   | LANDSCAPE/SNOW REMOVAL | $ | - |  |  |
|   | MANAGEMENT FEE @ 6% | $ | 39 |  |  |
|   | **TOTAL MONTHLY EXPENSES:** | $ | 268 | $ | 268 |
|   | **NET OPERATING INCOME BEFORE DEBT SERVICE** |  |  | $ | 382 |

# RENT ROLL & INCOME - EXPENSE ANALYSIS

| | | | |
|---|---|---|---|
| PROPERTY ID: | 29 | | |
| PROPERTY ADDRESS: | 7431 NORTH HOYNE - CHICAGO, IL | | |
| | 1 - Condominium | | |
| TENANT NAME | SCHEDULED MONTHLY RENT | | |
| 1  Larry & Socorro Williams | $ 725 | | |
| 2  Larry Williams, Garage | $ 100 | | |
| TOTALS: Monthly / Annual | $ 825 | $ 9,900 | |
| OPERATING EXPENSES | | | |
| GAS | tenant | | |
| ELECTRIC | tenant | | |
| WATER | tenant | | |
| SCAVENGER | tenant | | |
| REAL ESTATE TAXES | $ 115 | | |
| INSURANCE - ASSESSEMENTS | $ 19 | | |
| REPAIRS | $ 83 | | |
| LANDSCAPE/SNOW REMOVAL | $ - | | |
| MANAGEMENT FEE @ 6% | $ 50 | | |
| TOTAL MONTHLY EXPENSES: | $ 267 | $ 267 | |
| NET OPERATING INCOME BEFORE DEBT SERVICE | | $ 558 | |

# RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 11 | | |
|---|---|---|---|---|
| | PROPERTY ADDRESS: | 3600 NORTH LAKE SHORE DR. - CHICAGO, IL | | |
| | | 14 CONDO UNITS | | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | | |
| 1 | Christopher King #204 | $ 725 | | |
| 2 | Brett Spilker, #603 | $ 820 | | |
| 3 | Reshad Hugue, #716 | $ 800 | | |
| 4 | #723, VACANT @ $825 | $ - | | |
| 5 | George Sabour #917 | $ 600 | | |
| 6 | David Guarino #1109 | $ 785 | | |
| 7 | Aslam Muhammed #1210 | $ 725 | | |
| 8 | Nicole McCurdy, #1523 | $ 825 | | |
| 9 | Kim Kampf #1603 | $ 850 | | |
| 10 | Gregory Mullins #1622 | $ 835 | | |
| 11 | #2003, VACANT @ $825 | $ - | | |
| 12 | Eve Fuller, #2009 | $ 800 | | |
| 13 | Jadwiga Loj #2503 | $ 875 | | |
| 14 | Robert Calderon #2616 | $ 875 | | |
| | TOTALS: Monthly / Annual | $ 9,515 | $ 114,180 | |
| | OPERATING EXPENSES | | | |
| | GAS | tenant | | |
| | ELECTRIC | tenant | | |
| | WATER | tenant | | |
| | SCAVENGER | tenant | | |
| | REAL ESTATE TAXES | $ 1,817 | | |
| | ASSESSMENTS | $ 6,046 | | |
| | ADDITIONAL INSURANCE | $ 3,096 | | |
| | REPAIRS | $ 500 | | |
| | LANDSCAPE/SNOW REMOVAL | $ - | | |
| | MANAGEMENT FEE @ 6% | $ 571 | | |
| | TOTAL MONTHLY EXPENSES: | $ 12,030 | $ 12,030 | |
| | PROJECTED MONTHLY INCOME | | $ (2,515) | |

# RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 53 & 54 | | |
|---|---|---|---|---|
| | PROPERTY ADDRESS: | 1449 North Wieland & 2421 North Janssen - Chicago, IL | | |
| | | 2 - Single Family Homes | | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | | |
| 1 | Adam Hitchocok, 1449 North Wieland | $ 4,000 | | |
| 2 | Martin Banks, 2421 North Janssen | $ 4,000 | | |
| | TOTALS: Monthly / Annual | $ 8,000 | $ 96,000 | |
| | OPERATING EXPENSES | | | |
| | GAS | tenant | | |
| | ELECTRIC | tennat | | |
| | WATER | tennat | | |
| | SCAVENGER | city | | |
| | REAL ESTATE TAXES | $ 5,355 | | |
| | INSURANCE | $ 746 | | |
| | REPAIRS | $ 250 | | |
| | LANDSCAPE/SNOW REMOVAL | $ - | | |
| | MANAGEMENT FEE @ 6% | $ 480 | | |
| | TOTAL MONTHLY EXPENSES: | $ 6,831 | $ 6,831 | |
| | PROJECTED MONTHLY INCOME | | $ 1,170 | |

# RENT ROLL & INCOME - EXPENSE ANALYSIS

| | | | | |
|---|---|---|---|---|
| **PROPERTY ID:** | | 42 | | |
| **PROPERTY ADDRESS:** | | 1950 PARKSIDE - PARK RIDGE | | |
| | | 8 - Apartments | | |
| | **TENANT NAME** | **SCHEDULED MONTHLY RENT** | | |
| 1 | Solomon Blyakman & Yelema Katson #1A | $ | 875 | |
| 2 | Norton Flannagan, #1B | $ | 790 | |
| 3 | Irir Numani #1C | $ | 900 | |
| 4 | Kunjamma Augustine #2A | $ | 795 | |
| 5 | Alphonso & Margarita Pulido #2B | $ | 825 | |
| 6 | Cindy Baranowski #2C | $ | 950 | |
| 7 | Vacant #GDN-A | $ | 725 | |
| 8 | Christopher Sassano #GDN-C | $ | 950 | |
| 9 | Dennis Mazurek, Garage #5 & #7 | $ | 200 | |
| 10 | Ron Maiczynski, Garage #8 | $ | 500 | |
| | **TOTALS: Monthly / Annual** | $ | 7,510 | $ 90,120 |
| | **OPERATING EXPENSES** | | | |
| | GAS | $ | 352 | |
| | ELECTRIC | $ | 96 | |
| | WATER | $ | 450 | |
| | SCAVENGER | | city | |
| | REAL ESTATE TAXES | $ | 1,512 | |
| | INSURANCE | $ | 198 | |
| | REPAIRS | $ | 325 | |
| | LANDSCAPE/SNOW REMOVAL | $ | 250 | |
| | MANAGEMENT FEE @ 6% | $ | 451 | |
| | **TOTAL MONTHLY EXPENSES:** | $ | 3,634 | $ 3,634 |
| | **PROJECTED MONTHLY INCOME** | | | $ 3,876 |

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 1 | | |
|---|---|---|---|---|
| | PROPERTY ADDRESS: | 5654 NORTH CENTRAL - CHICAGO, IL | | |
| | | 3 - Apartments | | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | | |
| 1 | Dave Kalsch, 1st Floor | $ 950 | | |
| 2 | Edward Dziadosz, 2nd Floor | $ 950 | | |
| 3 | Sue Blaszkowski, Garden | $ 800 | | |
| | TOTALS: Monthly / Annual | $ 2,700 | $ 32,400 | |
| | **OPERATING EXPENSES** | | | |
| | GAS | tenant | | |
| | ELECTRIC | tenant | | |
| | WATER | $ 44 | | |
| | SCAVENGER | city | | |
| | REAL ESTATE TAXES | $ 487 | | |
| | INSURANCE | $ 105 | | |
| | REPAIRS | $ 208 | | |
| | LANDSCAPING/SNOW REMOVAL | $ 100 | | |
| | MANAGEMENT FEE @ 6% | $ 162 | | |
| | TOTAL MONTHLY EXPENSES: | $ 1,106 | $ 1,106 | |
| | PROJECTED MONTHLY INCOME | | $ 1,594 | |

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 4 | | |
|---|---|---|---|---|
| | PROPERTY ADDRESS: | 5772 HIGGINS - CHICAGO, IL | | |
| | | 1 - Office & 1 - Apt | | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | | |
| 1 | 1st Floor, VACANT @ $1,300/MONTH | $     - | | |
| 2 | Donald Gautreaux | $   1,250 | | |
| | TOTALS: Monthly / Annual | $   1,250 | $   15,000 | |
| | OPERATING EXPENSES | | | |
| | GAS | tenant | | |
| | ELECTRIC | tenant | | |
| | WATER | tenant | | |
| | SCAVENGER | tenant | | |
| | REAL ESTATE TAXES | $   457 | | |
| | INSURANCE | $   46 | | |
| | REPAIRS | $   250 | | |
| | LANDSCAPE/SNOW REMOVAL | $   250 | | |
| | MANAGEMENT FEE @ 6% | $   75 | | |
| | TOTAL MONTHLY EXPENSES: | $   1,078 | $   1,078 | |
| | PROJECTED MONTHLY INCOME | | $   172 | |

# Rent Roll & Income - Expense Analysis

| | PROPERTY ID: | 7 | | |
|---|---|---|---|---|
| | PROPERTY ADDRESS: | 5749 NORTH ELSTON - CHICAGO, IL | | |
| | | 6 - Apartments | | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | | |
| 1 | Glady Ramos & Francisco Gonzalez, GDN Front | $ 825 | | |
| 2 | Larry M. Bohl #GDN Rear | $ 725 | | |
| 3 | Nen Chy #1F | $ 875 | | |
| 4 | Faustino Lagunas #1R | $ 875 | | |
| 5 | John Hill, #2F | $ 875 | | |
| 6 | Donald J. Spencer #2R | $ 900 | | |
| | TOTALS: Monthly / Annual | $ 5,075 | $ 60,900 | |
| | OPERATING EXPENSES | | | |
| | GAS | $ 549 | | |
| | ELECTRIC | tenant | | |
| | WATER | $ 80 | | |
| | SCAVENGER | $ 79 | | |
| | REAL ESTATE TAXES | $ 553 | | |
| | INSURANCE | $ 126 | | |
| | REPAIRS | $ 250 | | |
| | LANDSCAPE/SNOW REMOVAL | $ 250 | | |
| | MANAGEMENT FEE @ 6% | $ 305 | | |
| | TOTAL MONTHLY EXPENSES: | $ 2,191 | $ 2,191 | |
| | PROJECTED MONTHLY INCOME | | $ 2,884 | |

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 13 | |
|---|---|---|---|
| | PROPERTY ADDRESS: | 5536 ARTESIAN - CHICAGO, IL | |
| | | 4 - Apartments | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | |
| 1 | Cassondra Cole, Garden Apt | $ 825 | |
| 2 | Polly Ann & Herb Cole, 1st Floor | $ 1,050 | |
| 3 | Michelle Halbert, 2nd Floor | $ 1,000 | |
| 4 | Mohammed & Shabana Saleem, 3rd Floor | $ 1,000 | |
| | **Monthly Totals** | $ 3,875 | $ 46,500 |
| | **OPERATING EXPENSES** | | |
| | GAS | $ 466 | |
| | ELECTRIC | $ 59 | |
| | WATER | $ 54 | |
| | SCAVENGER | city | |
| | REAL ESTATE TAXES | $ 643 | |
| | INSURANCE | $ 107 | |
| | REPAIRS | $ 333 | |
| | LANDSCAPE/SNOW REMOVAL | $ 100 | |
| | MANAGEMENT FEE @ 6% | $ 233 | |
| | **TOTAL MONTHLY EXPENSES:** | $ 1,994 | $ 1,994 |
| | **PROJECTED MONTHLY INCOME** | | $ 1,881 |