## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 14 | | |
|---|---|---|---|---|
| | PROPERTY ADDRESS: | 5633 NORTH CENTRAL - CHICAGO, IL | | |
| | | 3 - Apartments | | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | | |
| 1 | Mauricio Bautista, Garden Apt | $ 825 | | |
| 2 | Mario Yolangco, 1st Floor | $ 1,150 | | |
| 3 | Claudia Hernandez, 2nd Floor | $ 950 | | |
| | TOTALS: Monthly / Annual | $ 2,925 | $ 35,100 | |
| | OPERATING EXPENSES | | | |
| | GAS | tenant | | |
| | ELECTRIC | tenant | | |
| | WATER | $ 63 | | |
| | SCAVENGER | city | | |
| | REAL ESTATE TAXES | $ 544 | | |
| | INSURANCE | $ 124 | | |
| | REPAIRS | $ 333 | | |
| | LANDSCAPE/SNOW REMOVAL | $ 100 | | |
| | MANAGEMENT FEE @ 6% | $ 176 | | |
| | TOTAL MONTHLY EXPENSES: | $ 1,339 | $ 1,339 | |
| | PROJECTED MONTHLY INCOME | | $ 1,587 | |

# RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 15 | | |
|---|---|---|---|---|
| | PROPERTY ADDRESS: | 2866 NORTH ELSTON - CHICAGO, IL | | |
| | | 2 - Apartments | | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | | |
| 1 | Tom Cramer, 1st Floor | $ 800 | | |
| 2 | 2nd Floor, VACANT @ $1,000 | $ - | | |
| | TOTALS: Monthly / Annual | $ 800 | $ 9,600 | |
| | OPERATING EXPENSES | | | |
| | GAS | tenant | | |
| | ELECTRIC | tenant | | |
| | WATER | tenant | | |
| | SCAVENGER | city | | |
| | REAL ESTATE TAXES | $ 365 | | |
| | INSURANCE | $ 91 | | |
| | REPAIRS | tenant | | |
| | LANDSCAPE/SNOW REMOVAL | $ - | | |
| | MANAGEMENT FEE @ 6% | $ 48 | | |
| | TOTAL MONTHLY EXPENSES: | $ 503 | $ 503 | |
| | PROJECTED MONTHLY INCOME | | $ 297 | |

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 16 | | |
|---|---|---|---|---|
| | PROPERTY ADDRESS: | 3600 NORTH PULASKI - CHICAGO, IL | | |
| | | 5 - Stores | | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | | |
| 1 | Brudders Bar | $ 2,500 | | |
| | (3600-3602 Pulaski & 4002-04 Addison) | | | |
| 2 | Mid-Care, Inc (4006 Addison) | $ 867 | | |
| 3 | Charles Martinez, Old Drung Park (4008 Addison) | $ 918 | | |
| 4 | Mudders (4004 Addison) | $ 1,000 | | |
| 5 | Hilda Mendoza (3604 Pulaski) | $ 950 | | |
| | Roseanne's Beauty Shop | | | |
| | **TOTALS: Monthly / Annual** | $ 6,235 | $ 74,820 | |
| | OPERATING EXPENSES | | | |
| | GAS | tenant | | |
| | ELECTRIC | tenant | | |
| | WATER | tenant | | |
| | SCAVENGER | tenant | | |
| | REAL ESTATE TAXES | $ 2,315 | | |
| | INSURANCE | tenant | | |
| | REPAIRS | $ 333 | | |
| | LANDSCAPE/SNOW REMOVAL | tenant | | |
| | MANAGEMENT FEE @ 6% | $ 374 | | |
| | **TOTAL MONTHLY EXPENSES:** | $ 3,022 | $ 3,022 | |
| | **PROJECTED MONTHLY INCOME** | | $ 3,213 | |

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 21 | | |
|---|---|---|---|---|
| | PROPERTY ADDRESS: | 3809 NORTH HARLEM- CHICAGO, IL | | |
| | | 3 - Apartments & 2 - Stores & Sign | | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | | |
| 1&2 | Peter Jovanovic, Store | $ 4,000 | | |
| 3 | Sebastian Bulanda, #2C | $ 850 | | |
| 4 | Wanda Anthony, #2A | $ 975 | | |
| 5 | Piotr Pakula/Justyna Szablowska, #2B | $ 700 | | |
| 6 | Sign, Vacant @ $500 | $ - | | |
| | TOTALS: Monthly / Annual | $ 6,525 | $ 78,300 | |
| | OPERATING EXPENSES | | | |
| | GAS | tenant | | |
| | ELECTRIC | tenant | | |
| | WATER | $ 83 | (1,992 total, Store pays 50%) | |
| | SCAVENGER | tenant | | |
| | REAL ESTATE TAXES | $ 781 | | |
| | INSURANCE | $ 2,301 | | |
| | REPAIRS | $ 333 | | |
| | LANDSCAPE/SNOW REMOVAL | $ - | | |
| | MANAGEMENT FEE @ 6% | $ 392 | | |
| | TOTAL MONTHLY EXPENSES: | $ 3,890 | $ 3,890 | |
| | PROJECTED MONTHLY INCOME | | $ 2,636 | |

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 24 | | |
|---|---|---|---|---|
| | PROPERTY ADDRESS: | 5659 WEST IRVING PARK - CHICAGO, IL | | |
| | | 1 - Store | | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | | |
| 1 | STORE: Stanislaw Kowalski & West Irving Park Business, Inc | $ 3,200 | | |
| | TOTALS: Monthly / Annual | $ 3,200 | $ 38,400 | |
| | OPERATING EXPENSES | | | |
| | GAS | tenant | | |
| | ELECTRIC | tenant | | |
| | WATER | tenant | | |
| | SCAVENGER | tenant | | |
| | REAL ESTATE TAXES | $ 365 | (8758, 500% tenant) | |
| | INSURANCE | tenant | | |
| | REPAIRS | $ 250 | | |
| | LANDSCAPE/SNOW REMOVAL | $ - | | |
| | MANAGEMENT FEE @ 6% | $ 192 | | |
| | TOTAL MONTHLY EXPENSES: | $ 807 | $ 807 | |
| | PROJECTED MONTHLY INCOME | | $ 2,393 | |

SEPTEMBER 2009
30 DAY PROJECTION

# RENT ROLL & INCOME - EXPENSE ANALYSIS

| | | | |
|---|---|---|---|
| **PROPERTY ID:** | 33 | | |
| **PROPERTY ADDRESS:** | 5551 NORTH CENTRAL - CHICAGO, IL | | |
| | 3 - Apartments | | |
| **TENANT NAME** | **SCHEDULED MONTHLY RENT** | | |
| 1  John Kaspari, Apt Floor 1 | $ 1,000 | | |
| 2  Vernon Fenlon, Garden Unit | $ 700 | | |
| 3  Andrew & Judy Johnon, Apt Floor 2 | $ 975 | | |
| **TOTALS: Monthly / Annual** | $ 2,675 | $ 32,100 | |
| **OPERATING EXPENSES** | | | |
| GAS | tenant | | |
| ELECTRIC | $ 184 | | |
| WATER | $ 72 | | |
| SCAVENGER | city | | |
| REAL ESTATE TAXES | $ 531 | | |
| INSURANCE | $ 91 | | |
| REPAIRS | $ 292 | | |
| LANDSCAPE/SNOW REMOVAL | $ 100 | | |
| MANAGEMENT FEE @ 6% | $ 161 | | |
| **TOTAL MONTHLY EXPENSES:** | $ 1,431 | $ 1,431 | |
| **PROJECTED MONTHLY INCOME** | | $ 1,244 | |

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 26 | |
| --- | --- | --- | --- |
| | PROPERTY ADDRESS: | 4201 WEST IRVING PARK - CHICAGO, IL | |
| | | 6 - Offices & 1 - Store | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | |
| 1 | OFFICE #1: Adam Mazur | $ 925 | |
| 2 | OFFICE #2: Adam Mazur | $ - | |
| 3 | OFFICE #3: Robert Jackson | $ 400 | |
| 4 | OFFICE #4: Shelia Barrio | $ 300 | |
| 5 | OFFICE #5: Ilija Vranes | $ 325 | |
| 6 | OFFICE #6: R. Juarez, Y. Arellano | $ 400 | |
| 7 | STORE: Ron & Jacqeline Adnino | $ 2,500 | |
| | TOTALS: Monthly / Annual | $ 4,850 | $ 58,200 |
| | OPERATING EXPENSES | | |
| | GAS | tenant | |
| | ELECTRIC | tenant | |
| | WATER | $ 8 | |
| | SCAVENGER | $ 55 | |
| | REAL ESTATE TAXES | $ 555 | (13,316 tenant @ 50%) |
| | INSURANCE | $ 91 | |
| | REPAIRS | $ 292 | |
| | LANDSCAPE/SNOW REMOVAL | $ 167 | |
| | MANAGEMENT FEE @ 6% | $ 291 | |
| | TOTAL MONTHLY EXPENSES: | $ 1,458 | $ 1,458 |
| | PROJECTED MONTHLY INCOME | | $ 3,392 |

SEPTEMBER 2009
30 DAY PROJECTION

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 39 | | |
|---|---|---|---|---|
| | PROPERTY ADDRESS: | 1240 N. LAKE SHORE DRIVE - CHICAGO, IL | | |
| | | 1 - Condominium | | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | | |
| 1 | Carol Ware | $ - | | |
| | TOTALS: Monthly / Annual | $ - | $ - | |
| | OPERATING EXPENSES | | | |
| | GAS | tenant | | |
| | ELECTRIC | tenant | | |
| | WATER | tenant | | |
| | SCAVENGER | tenant | | |
| | REAL ESTATE TAXES | $ 870 | | |
| | INSURANCE - ASSESSEMENTS | $ 1,531 | | |
| | SPECIAL ASSESSMENT | $ 526 | | |
| | LANDSCAPE/SNOW REMOVAL | $ - | | |
| | MANAGEMENT FEE @ 6% | $ - | | |
| | TOTAL MONTHLY EXPENSES: | $ 2,928 | $ 2,928 | |
| | PROJECTED MONTHLY INCOME | | $ (2,928) | |

SEPTEMBER 2009
30 DAY PROJECTION

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | | 8 | | |
|---|---|---|---|---|---|
| | PROPERTY ADDRESS: | | 5700 NORTH CENTRAL - CHICAGO, IL | | |
| | | | 1 - Office | | |
| | TENANT NAME | | SCHEDULED MONTHLY RENT | | |
| 1 | Citizens Bank & Trust Co. | $ | 23,185 | | |
| | TOTALS: Monthly / Annual | $ | 23,185 | $ | 278,220 |
| | OPERATING EXPENSES | | | | |
| | GAS | | tenant | | |
| | ELECTRIC | | tenant | | |
| | WATER | | tenant | | |
| | SCAVENGER | | tenant | | |
| | REAL ESTATE TAXES | | tenant | $ | (67,346) |
| | INSURANCE | | tenant | | |
| | MAINTENANCE & MISCELLANEOUS | | tenant | | |
| | TOTAL MONTHLY EXPENSES: | $ | - | $ | - |
| | PROJECTED MONTHLY INCOME | | | $ | 23,185 |