# RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 19 | | |
|---|---|---|---|---|
| | PROPERTY ADDRESS: | 5155 WEST ADDISON - CHICAGO, IL | | |
| | | 3 - Apartments & 1 - Store | | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | | |
| 1 | Antoni Bronkowski, Deli & Grocery, 1st Floor Store | $ 3,300 | | |
| 2 | Constance M. Hines Apartment #2 | $ 850 | | |
| 3 | Bernard Shakelford, Apartment #2 East | $ 750 | | |
| 4 | Marie Jade Galvan, 2nd Floor | $ 725 | | |
| | TOTALS: Monthly / Annual | $ 5,625 | $ 67,500 | |
| | OPERATING EXPENSES | | | |
| | GAS | tenant | | |
| | ELECTRIC | tenant | | |
| | WATER | $ 134 | | |
| | SCAVENGER | tenant | | |
| | REAL ESTATE TAXES | $ 826 | | |
| | INSURANCE | $ 154 | | |
| | REPAIRS | $ 433 | | |
| | LANDSCAPE/SNOW REMOVAL | $ 167 | | |
| | MANAGEMENT FEE @ 6% | $ 338 | | |
| | TOTAL MONTHLY EXPENSES: | $ 2,051 | $ 2,051 | |
| | PROJECTED MONTHLY INCOME | | $ 3,574 | |

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 25 | | |
|---|---|---|---|---|
| | PROPERTY ADDRESS: | 6508 WEST DEVON - CHICAGO, IL | | |
| | TENANT NAME | 11 - Apartments SCHEDULED MONTHLY RENT | | |
| 1 | Joyce/Walter Kuchar #1N | $ 875 | | |
| 2 | Linda Milarl #1S | $ 875 | | |
| 3 | Nick LaPuma #1W | $ 875 | | |
| 4 | Rodion Mazin #1E | $ 725 | | |
| 5 | Doru Ted Patroi #2N | $ 890 | | |
| 6 | Oscar Zetino #2S | $ 750 | | |
| 7 | Richard Wolowicz #2E | $ 750 | | |
| 8 | Benjamin Sachs #Garden S | $ 825 | | |
| 9 | Wilfredo Sevilla & Julieta Hilario #2W | $ 875 | | |
| 10 | #Garden E, VACANT @ $850 | $ - | | |
| 11 | Daniella Enwiya, Garden N | $ 725 | | |
| | **TOTALS: Monthly / Annual** | **$ 8,165** | **$ 97,980** | |
| | **OPERATING EXPENSES** | | | |
| | GAS | $ 865 | | |
| | ELECTRIC | $ 84 | | |
| | WATER | $ 186 | | |
| | SCAVENGER | $ 78 | | |
| | REAL ESTATE TAXES | $ 1,334 | | |
| | INSURANCE | $ 413 | | |
| | REPAIRS | $ 417 | | |
| | LANDSCAPE/SNOW REMOVAL | $ 333 | | |
| | MANAGEMENT FEE @ 6% | $ 490 | | |
| | **TOTAL MONTHLY EXPENSES:** | **$ 4,200** | **$ 4,200** | |
| | **PROJECTED MONTHLY INCOME** | | **$ 3,965** | |

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 32 | | |
|---|---|---|---|---|
| | PROPERTY ADDRESS: | 5703 NORTH ELSTON - CHICAGO, IL | | |
| | | 1 - Store | | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | | |
| 1 | STORE: Velasquez Mufflers | $ 4,416 | | |
| | TOTALS: Monthly / Annual | $ 4,416 | $ 52,992 | |
| | OPERATING EXPENSES | | | |
| | GAS | tenant | | |
| | ELECTRIC | tenant | | |
| | WATER | tenant | | |
| | SCAVENGER | tenant | | |
| | REAL ESTATE TAXES | $ 822 | | |
| | INSURANCE | tenant | | |
| | REPAIRS | $ 208 | | |
| | MISCELLANEOUS | $ - | | |
| | LANDSCAPE/SNOW REMOVAL | tenant | | |
| | MANAGEMENT FEE @ 6% | $ 265 | | |
| | TOTAL MONTHLY EXPENSES: | $ 1,295 | $ 1,295 | |
| | PROJECTED MONTHLY INCOME | | $ 3,121 | |

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 28 | | |
|---|---|---|---|---|
| | PROPERTY ADDRESS: | 17851 TORRENCE AVENUE - LANSING, IL | | |
| | | 2 - Apartments & 1 - Store | | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | | |
| 1 | Ronald Lundstrum #2F | $ 700 | | |
| 2 | Karen Paplomatas #2R | $ 700 | | |
| 3 | P & W Golf Enterprise, Store | $ 4,000 | | |
| 4 | Quality Carpets, Parkng | $ 150 | | |
| | TOTALS: Monthly / Annual | $ 5,550 | $ 66,600 | |
| | OPERATING EXPENSES | | | |
| | GAS | tenant | | |
| | ELECTRIC | tenant | | |
| | WATER | $ 1,488 | | |
| | SCAVENGER | tenant | | |
| | REAL ESTATE TAXES | $ 1,200 | | |
| | INSURANCE | $ 306 | | |
| | REPAIRS | $ 375 | | |
| | LANDSCAPE/SNOW REMOVAL | tenant | | |
| | MANAGEMENT FEE @ 6% | $ 333 | | |
| | TOTAL MONTHLY EXPENSES: | $ 3,702 | $ 3,702 | |
| | PROJECTED MONTHLY INCOME | | $ 1,848 | |

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 43 | |
|---|---|---|---|
| | PROPERTY ADDRESS: | 6315-17 NORTH MILWAUKEE - CHICAGO, IL | |
| | | 14 - Apartments & 4 - Stores | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | |
| 1 | Neri Ramirez, 1A | $ 875 | |
| 2 | Atrina & Terry Towns, 1B | $ 875 | |
| 3 | Delora A Bock-Cores, 1D | $ 875 | |
| 4 | Bob Maiosr, 1E | $ 875 | |
| 5 | Won Lee, 2A | $ 875 | |
| 6 | Lisa Thigpen, 2B | $ 875 | |
| 7 | Victoria Edwards, 2C | $ 650 | |
| 8 | Norman Patula & Atena Tersoua, Unit 2D | $ 875 | |
| 9 | Marie Thompson, 2E | $ 800 | |
| 10 | Lorraine Lofgren, 3A | $ 920 | |
| 11 | Tom Faust, 3B | $ 890 | |
| 12 | Linda Jacobson, 3C | $ 625 | |
| 13 | Janice Glenn, 3D | $ 900 | |
| 14 | Maricela Marin, 3E | $ 875 | |
| 15 | Norman Patula, Store | $ 950 | |
| 16 | Vacant, Store | $ 950 | |
| 17 | Family Dentistry, Roman Mycyk & James Ciesco, Store | $ 2,534 | |
| 18 | All State Insurance, Lech Dabrowski, Store | $ 1,300 | |
| | **TOTALS: Monthly / Annual** | $ 17,519 | $ 210,228 |
| | **OPERATING EXPENSES** | | |
| | GAS - Apartments only | $ 2,100 | |
| | ELECTRIC | $ 100 | |
| | WATER | $ 360 | |
| | SCAVENGER | $ 175 | |
| | REAL ESTATE TAXES | $ 3,072 | |
| | INSURANCE | $ 586 | |
| | REPAIRS | $ 500 | |
| | LANDSCAPE/SNOW REMOVAL | $ - | |
| | MANAGEMENT FEE @ 6% | $ 1,051 | |
| | **TOTAL MONTHLY EXPENSES:** | $ 7,944 | $ 7,944 |
| | **PROJECTED MONTHLY INCOME** | | $ 9,575 |

# RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 23 | | |
|---|---|---|---|---|
| | PROPERTY ADDRESS: | 5715-17 NORTH ELSTON- CHICAGO, IL | | |
| | | 1 - Vacant Lot & 1 - Office | | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | | |
| 1 | Andy Ruda, Vacant Lot | $ 500 | | |
| 2 | Storefront, Carlos Vazquez | $ 1,000 | | |
| | TOTALS: Monthly / Annual | $ 1,500 | $ 18,000 | |
| | OPERATING EXPENSES | | | |
| | GAS | tenant | | |
| | ELECTRIC | tenant | | |
| | WATER | tenant | | |
| | SCAVENGER | tenant | | |
| | REAL ESTATE TAXES | $ 818 | | |
| | INSURANCE | $ 92 | | |
| | REPAIRS | $ 183 | | |
| | LANDSCAPE/SNOW REMOVAL | $ - | | |
| | MANAGEMENT FEE @ 6% | $ 90 | | |
| | TOTAL MONTHLY EXPENSES: | $ 1,183 | $ 1,183 | |
| | PROJECTED MONTHLY INCOME | | $ 317 | |

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 44 | | |
|---|---|---|---|---|
| | PROPERTY ADDRESS: | 6739 WEST NORTH AVENUE - OAK PARK, IL | | |
| | | 2-Stores & 1-Apartment | | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | | |
| 1 | Joe Johns, Tarot Card Reading, Store #1 | $ 975 | | |
| 2 | Enyonanie Agbo, Beauty Shop, Store #2 | $ 860 | | |
| 3 | Ernest Sivels, Apt | $ 1,000 | | |
| | TOTALS: Monthly / Annual | $ 2,835 | $ 34,020 | |
| | OPERATING EXPENSES | | | |
| | GAS | tenant | | |
| | ELECTRIC | tenant | | |
| | WATER | tenant | | |
| | SCAVENGER | $ 55 | | |
| | REAL ESTATE TAXES | $ 779 | | |
| | INSURANCE | $ 107 | | |
| | REPAIRS | $ 208 | | |
| | LANDSCAPE/SNOW REMOVAL | $ - | | |
| | MANAGEMENT FEE @ 6% | $ 170 | | |
| | TOTAL MONTHLY EXPENSES: | $ 1,319 | $ 1,319 | |
| | PROJECTED MONTHLY INCOME | | $ 1,516 | |

# RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 45 | | |
|---|---|---|---|---|
| | PROPERTY ADDRESS: | 1 NORTH HAMLIN - PARK RIDGE, IL | | |
| | | 8 - Apartments | | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | | |
| 1 | Evelyn Macalister, Unit #1 | $ 1,250 | | |
| 2 | Zina Binyamin - Unit #2 | $ 590 | | |
| 3 | Art Swiatlik & Annetia Nowak, Unit #3 | $ 1,250 | | |
| 4 | Robert Ostasz, Unit #4 | $ 1,150 | | |
| 5 | Jim Scordo Unit #5 | $ 1,250 | | |
| 6 | Unit #6, VACANT @ $1,400 | $ - | | |
| 7 | Raphael Delgado Unit #7 | $ 1,250 | | |
| 8 | Michael Enger & Alex Shegersky, Unit #8 | $ 1,200 | | |
| | TOTALS:  Monthly / Annual | $ 7,940 | $ 95,280 | |
| | OPERATING EXPENSES | | | |
| | GAS | tenant | | |
| | ELECTRIC | $ 91 | | |
| | WATER | $ 477 | | |
| | SCAVENGER | $ 125 | | |
| | REAL ESTATE TAXES | $ 2,326 | | |
| | INSURANCE | $ 308 | | |
| | REPAIRS | $ 417 | | |
| | LANDSCAPE/SNOW REMOVAL | $ 250 | | |
| | MANAGEMENT FEE @ 6% | $ 476 | | |
| | TOTAL MONTHLY EXPENSES: | $ 4,470 | $ 4,470 | |
| | PROJECTED MONTHLY INCOME | | $ 3,470 | |

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 10 | | |
|---|---|---|---|---|
| | PROPERTY ADDRESS: | 1754 - 56 WEST WELLINGTON - CHICAGO, IL | | |
| | | 7 - Apartments | | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | | |
| 1 | Vacant, Garden Apt | $ 1,100 | | |
| 2 | Ariel & Clark Kiesling, #1E | $ 1,450 | | |
| 3 | John Ask & William Tavenner #1W | $ 1,500 | | |
| 4 | Carl Galvin #2E | $ 1,300 | | |
| 5 | Leslee Tomabene/Scott Nissen, #2W | $ 1,500 | | |
| 6 | Alli Traven/Cassandra Kramer, #3E | $ 1,450 | | |
| 7 | Fiore Buccieri & Sandy Vojik# 3W | $ 1,400 | | |
| | TOTALS: Monthly / Annual | $ 9,700 | $ 116,400 | |
| | OPERATING EXPENSES | | | |
| | GAS | tenant | | |
| | ELECTRIC | $ 44 | | |
| | WATER | $ 122 | | |
| | SCAVENGER | city | | |
| | REAL ESTATE TAXES | $ 1,780 | | |
| | INSURANCE | $ 301 | | |
| | REPAIRS | $ 333 | | |
| | LANDSCAPE/SNOW REMOVAL | $ 250 | | |
| | MANAGEMENT FEE @ 6% | $ 582 | | |
| | TOTAL MONTHLY EXPENSES: | $ 3,412 | $ 3,412 | |
| | PROJECTED MONTHLY INCOME | | $ 6,288 | |