# RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 20 | | |
|---|---|---|---|---|
| | PROPERTY ADDRESS: | 2912 CENTRAL PARK - CHICAGO, IL | | |
| | | 1 - Garage | | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | | |
| 1 | Nick, Chicago Auto | $ 3,500 | | |
| | TOTALS: Monthly / Annual | $ 3,500 | $ 42,000 | |
| | OPERATING EXPENSES | | | |
| | GAS | tenant | | |
| | ELECTRIC | tenant | | |
| | WATER | tenant | | |
| | SCAVENGER | tenant | | |
| | REAL ESTATE TAXES | $ 1,222 | | |
| | INSURANCE | $ 317 | | |
| | REPAIRS | tenant | | |
| | LANDSCAPE/SNOW REMOVAL | $ - | | |
| | MANAGEMENT FEE @ 6% | $ 210 | | |
| | TOTAL MONTHLY EXPENSES: | $ 1,748 | $ 1,748 | |
| | PROJECTED MONTHLY INCOME | | $ 1,752 | |

# RENT ROLL & INCOME - EXPENSE ANALYSIS

| | | | |
|---|---|---|---|
| **PROPERTY ID:** | 22 | | |
| **PROPERTY ADDRESS:** | 3038 WEST IRVING PARK - CHICAGO, IL | | |
| | 2 - Apartments & 1 - Store | | |
| **TENANT NAME** | **SCHEDULED MONTHLY RENT** | | |
| 1  Mehmet AK, Cousins, Store | $  2,000 | | |
| 2  Ben, Garden Apt.; with store rent | $  - | | |
| 3  Jason Hopkins, 2nd Floor | $  1,100 | | |
| **TOTALS: Monthly / Annual** | $  3,100 | $  37,200 | |
| **OPERATING EXPENSES** | | | |
| GAS | tenant | | |
| ELECTRIC | tenant | | |
| WATER | tenant | | |
| SCAVENGER | tenant | | |
| REAL ESTATE TAXES | $  218 | (5,222 total, tenant @ 50%) | |
| INSURANCE | $  84 | | |
| REPAIRS | $  208 | | |
| LANDSCAPE/SNOW REMOVAL | $  - | | |
| MANAGEMENT FEE @ 6% | $  186 | | |
| **TOTAL MONTHLY EXPENSES:** | $  696 | $  696 | |
| **PROJECTED MONTHLY INCOME** | | $  2,404 | |

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 17 | | |
|---|---|---|---|---|
| | PROPERTY ADDRESS: | 3312 - 14 FOSTER - CHICAGO, IL | | |
| | | 3 - Apartments & 3 - Stores | | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | | |
| 1 | James Phillips, #2W | $ 750 | | |
| 2 | Diana & MohammedSkafi, Center Apt. | $ 750 | | |
| 3 | Sharon Dawkins, #2E | $ 750 | | |
| 4&5 | Vacant, 2 Stores | $ 2,700 | | |
| 6 | Store, VACANT @ $1,463 | $ - | | |
| | TOTALS: Monthly / Annual | $ 4,950 | $ 59,400 | |
| | OPERATING EXPENSES | | | |
| | GAS | $ 125 | | |
| | ELECTRIC | $ 22 | | |
| | WATER | $ 202 | | |
| | SCAVENGER | tenant | | |
| | REAL ESTATE TAXES | $ 919 | | |
| | INSURANCE | tenant | | |
| | REPAIRS | $ 333 | | |
| | LANDSCAPE/SNOW REMOVAL | $ 100 | | |
| | MANAGEMENT FEE @ 6% | $ 297 | | |
| | TOTAL MONTHLY EXPENSES: | $ 1,999 | $ 1,999 | |
| | PROJECTED MONTHLY INCOME | | $ 2,951 | |

# RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 18 | | |
|---|---|---|---|---|
| | PROPERTY ADDRESS: | 3606 NORTH PULASKI - CHICAGO, IL | | |
| | | 2 - Apartments & 2 - Stores & Bsmnt | | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | | |
| 1 | Raul Gabriel & Theresa Dolan #2N | $ 825 | | |
| 2 | Paul J Dodd #2S | $ 825 | | |
| 3 | Cellular Store | $ 500 | | |
| 4 | Tony Santiago, Penacostal Church, Store | $ 1,100 | | |
| 5 | Ozzie Gall, Studio, JANITOR (450) | $ - | | |
| | TOTALS: Monthly / Annual | $ 3,250 | $ 39,000 | |
| | OPERATING EXPENSES | | | |
| | GAS | tenant | | |
| | ELECTRIC | tenant | | |
| | WATER | $ 76 | | |
| | SCAVENGER | tenant | | |
| | REAL ESTATE TAXES | $ 811 | | |
| | INSURANCE | $ 135 | | |
| | REPAIRS | $ 292 | | |
| | LANDSCAPE/SNOW REMOVAL | $ 100 | | |
| | MANAGEMENT FEE @ 6% | $ 195 | | |
| | TOTAL MONTHLY EXPENSES: | $ 1,608 | $ 1,608 | |
| | PROJECTED MONTHLY INCOME | | $ 1,642 | |

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| PROPERTY ID: | 5 | | |
|---|---|---|---|
| PROPERTY ADDRESS: | 3611 NORTH PULASKI - CHICAGO, IL | | |
| | 2 - Garages | | |
| TENANT NAME | SCHEDULED MONTHLY RENT | | |
| 1  Mufflers For Less Shop #B | $   3,500 | | |
| 2  STOREFRONT, VACANT @ $3,500 | $        - | | |
| TOTALS: Monthly / Annual | $   3,500 | $  42,000 | |
| OPERATING EXPENSES | | | |
| GAS | tenant | | |
| ELECTRIC | tenant | | |
| WATER | tenant | | |
| SCAVENGER | tenant | | |
| REAL ESTATE TAXES | $   1,564 | | |
| INSURANCE | $     112 | | |
| REPAIRS | $     317 | | |
| LANDSCAPE/SNOW REMOVAL | $     100 | | |
| MANAGEMENT FEE @ 6% | $     210 | | |
| TOTAL MONTHLY EXPENSES: | $   2,303 | $   2,303 | |
| PROJECTED MONTHLY INCOME | | $   1,197 | |

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 12 | | |
|---|---|---|---|---|
| | PROPERTY ADDRESS: | 3641 NORTH PULASKI - CHICAGO, IL | | |
| | | 21 - Apartments & 2 - Stores | | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | | |
| 1 | #1A, VACANT @ $550 | $ - | | |
| 2 | Nicholas Trejo, #2A | $ 575 | | |
| 3 | Carrie Hargrus #3A | $ 575 | | |
| 4 | Rocco Pascente #1B | $ 600 | | |
| 5 | Jose Vasquez #2B | $ 600 | | |
| 6 | Louis Palomino #3B | $ 650 | | |
| 7 | Michael Kuzmyak #1C | $ 650 | | |
| 8 | #2C, VACANT @ $650 | $ - | | |
| 9 | #3C, VACANT @ $625 | $ - | | |
| 10 | John Rivera, #1D | $ 650 | | |
| 11 | #2D, VACANT @ $675 | $ - | | |
| 12 | Miriam Guzman, #3D | $ 650 | | |
| 13 | Antonio Vergara, #1E | $ 575 | | |
| 14 | Sarah Green, #2E | $ 575 | | |
| 15 | Charles Bromberg #3E | $ 590 | | |
| 16 | Steve Fouts #1F | $ 725 | | |
| 17 | Andres Valdes #2F | $ 655 | | |
| 18 | J. Melchor #3F | $ 600 | | |
| 19 | Kathleen Skelton, Garden 1 | $ 400 | | |
| 20 | Clarmise #Garden 2 | $ 625 | | |
| 21 | Calixto Perez #Garden 3 | $ 325 | | |
| 22 | STORE: Sung Kim, Dry Cleaners | $ 650 | | |
| 23 | STORE: VACANT @ $500 | $ - | | |
| | TOTALS: Monthly / Annual | $ 10,670 | $ 128,040 | |
| | OPERATING EXPENSES | | | |
| | GAS | $ 1,558 | | |
| | ELECTRIC | $ 106 | | |
| | WATER | $ 234 | | |
| | SCAVENGER | $ 198 | | |
| | REAL ESTATE TAXES | $ 1,107 | | |
| | INSURANCE | $ 24 | | |
| | REPAIRS | $ 500 | | |
| | LANDSCAPE/SNOW REMOVAL | $ 250 | | |
| | MANAGEMENT FEE @ 6% | $ 640 | | |
| | TOTAL MONTHLY EXPENSES: | $ 4,617 | $ 4,617 | |
| | PROJECTED MONTHLY INCOME | | $ 6,053 | |

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 2 | |
|---|---|---|---|
| | PROPERTY ADDRESS: | 4054-56 MARMORA - CHICAGO, IL | |
| | | 8 - Apartments | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | |
| 1 | 1st Floor, VACANT @ $740/MONTH | $ - | |
| 2 | R. Bernardo & J. Concepcion, #1S | $ 700 | |
| 3 | Dennis Schaeffer/Kim Zurek #1E | $ 725 | |
| 4 | Gary Alexander, #1W | $ 750 | |
| 5 | Diana Bellafiore, #2N | $ 750 | |
| 6 | Hamid Kacel, 2S | $ 750 | |
| 7 | Stanley Gore, #2E | $ 675 | |
| 8 | Michael Lewis, #2W | $ 725 | |
| | TOTALS: Monthly / Annual | $ 5,075 | $ 60,900 |
| | OPERATING EXPENSES | | |
| | GAS | $ 874 | |
| | ELECTRIC | $ 32 | |
| | WATER | $ 128 | |
| | SCAVENGER | $ 55 | |
| | REAL ESTATE TAXES | $ 660 | |
| | INSURANCE | $ 206 | |
| | REPAIRS | $ 292 | |
| | LANDSCAPING/SNOW REMOVAL | $ 292 | |
| | MANAGEMENT FEE @ 6% | $ 305 | |
| | TOTAL MONTHLY EXPENSES: | $ 2,843 | $ 2,843 |
| | PROJECTED MONTHLY INCOME | | $ 2,232 |

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 6 | | |
|---|---|---|---|---|
| | PROPERTY ADDRESS: | 4036 NORTH PULASKI - CHICAGO, IL | | |
| | | 8 - Apartments & 1 - Office | | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | | |
| 1 | Pet Patio Pick - Up, Inc | $ 1,350 | | |
| 2 | Dan Perez, #2A | $ 575 | | |
| 3 | Mary Velasquez #2B | $ 575 | | |
| 4 | Anthony Waulter, #2C | $ 575 | | |
| 5 | Christine Baer, #2D | $ 700 | | |
| 6 | Rafael Maj #3A | $ 575 | | |
| 7 | Kerry Kohnke, #3B | $ 600 | | |
| 8 | Khalid Tai, #3C | $ 525 | | |
| 9 | Aaarab Hasan & Cynthia Aarab #3D | $ 650 | | |
| | TOTALS: Monthly / Annual | $ 6,125 | $ 73,500 | |
| | OPERATING EXPENSES | | | |
| | GAS | $ 637 | | |
| | ELECTRIC | $ 36 | | |
| | WATER | $ 200 | | |
| | SCAVENGER | $ 99 | | |
| | REAL ESTATE TAXES | $ 927 | | |
| | INSURANCE | $ 98 | | |
| | REPAIRS | $ 333 | | |
| | LANDSCAPE/SNOW REMOVAL | $ 167 | | |
| | MANAGEMENT FEE @ 6% | $ 368 | | |
| | TOTAL MONTHLY EXPENSES: | $ 2,865 | $ 2,865 | |
| | PROJECTED MONTHLY INCOME | | $ 3,260 | |

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 31 | | |
|---|---|---|---|---|
| | PROPERTY ADDRESS: | 5600 NORTH WESTERN - CHICAGO, IL | | |
| | | 10 - Apartments & 8 - Stores/Offices | | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | | |
| 1 | Padma R Edla# 101 | $ 675 | | |
| 2 | Vacant #102 | $ 625 | | |
| 3 | Chris Ibeh #103 | $ 650 | | |
| 4 | Debbie Outlaw #104 | $ 725 | | |
| 5 | Blanka Marasideh #105 | $ 675 | | |
| 6 | Kelechi Rosemary # 201 | $ 675 | | |
| 7 | Joseph Wojowski #202 | $ 650 | | |
| 8 | Christoper Ellam #203 | $ 625 | | |
| 9 | Hadgu Tareke #204 | $ 725 | | |
| 10 | Edwin Flores #205 | $ 765 | | |
| 11 | Four Paw Palace, Store #1 | $ 950 | | |
| 12 | Robert Vaughters, Office #2 | $ 900 | | |
| 13 | Abiodan (Church), Office #3 | $ 725 | | |
| 14 | Sunday Agbaje, Office#4 | $ 725 | | |
| 15 | Negus Solomon, Office #5 | $ 850 | | |
| 16 | Western Printing - Edgar Dakhoul, Office #6 | $ 825 | | |
| 17 | Ashure Ibrahim, Insurance, Office #7 | $ 825 | | |
| 18 | Vacant, Store #8 | $ 900 | | |
| 19 | Vacant, Sign Rental @ $200 | $ - | | |
| | **TOTALS: Monthly / Annual** | $ 13,490 | $ 161,880 | |
| | **OPERATING EXPENSES** | | | |
| | GAS | $ 1,826 | | |
| | ELECTRIC | $ 136 | | |
| | WATER | $ 105 | | |
| | SCAVENGER | $ 155 | | |
| | REAL ESTATE TAXES | $ 1,574 | | |
| | INSURANCE | $ 319 | | |
| | REPAIRS | $ 667 | | |
| | LANDSCAPE/SNOW REMOVAL | $ 125 | | |
| | MANAGEMENT FEE @ 6% | $ 809 | | |
| | **TOTAL MONTHLY EXPENSES:** | $ 5,716 | $ 5,716 | |
| | **PROJECTED MONTHLY INCOME** | | $ 7,774 | |