# RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 3 | | |
|---|---|---|---|---|
| | PROPERTY ADDRESS: | 5680 ELSTON - CHICAGO, IL | | |
| | | 12 - Apartments & 2 - Offices | | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | | |
| 1 | Joe Pacente, # 1A | $ 650 | | |
| 2 | Kevin Gonzalez, # 1B | $ 875 | | |
| 3 | Luiz Ewerling, # 1C | $ 850 | | |
| 4 | Greg Mitchell #1D | $ 850 | | |
| 5 | Almas Azad, # 1E | $ 690 | | |
| 6 | Sal Cannella, #1F | $ 850 | | |
| 7 | William Conlon, # 2A | $ 650 | | |
| 8 | Florence Terabe, #2B | $ 865 | | |
| 9 | Gelai Evans, #2C | $ 875 | | |
| 10 | Shannon Gallagler, #2D | $ 800 | | |
| 11 | Jawed Khan, #2E | $ 725 | | |
| 12 | George Johnson, #2F | $ 875 | | |
| 13 | OFFICE: VACANT @ $1,500/MONTH | $ - | | |
| 14 | OFFICE: VACANT @ $500/MONTH | $ - | | |
| 15 | OFFICE: Michael Realty | $ 750 | | |
| 16 | OFFICE: VACANT @ $1,000/MONTH | $ - | | |
| 17 | OFFICE: VACANT @ $3,500/MONTH | $ - | | |
| 18 | OFFICE: Sargon & Tedesco | $ 500 | | |
| | **TOTALS: Monthly / Annual** | $ 10,805 | $ 129,660 | |
| | **OPERATING EXPENSES** | | | |
| | GAS | $ 1,408 | | |
| | ELECTRIC | $ 282 | | |
| | WATER | $ 145 | | |
| | SCAVENGER | $ 155 | | |
| | REAL ESTATE TAXES | $ 2,260 | | |
| | INSURANCE | $ 337 | | |
| | REPAIRS | $ 333 | | |
| | LANDSCAPING/SNOW REMOVAL | $ 100 | | |
| | MANAGEMENT FEE @ 6% | $ 648 | | |
| | **TOTAL MONTHLY EXPENSES:** | $ 5,669 | $ 5,669 | |
| | **PROJECTED MONTHLY INCOME** | | $ 5,136 | |

# Rent Roll & Income - Expense Analysis

| | PROPERTY ID: | 40 | |
|---|---|---|---|
| | PROPERTY ADDRESS: | 5401 WEST DEVON - CHICAGO, IL | |
| | | 6 - Stores | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | |
| 1 | The Edgebrook Coffee Shop, 6322 N. Central | $ 1,450 | |
| 2 | Connie Houston, 6324 N. Central | $ 1,050 | |
| 3 | Lee Nails, 5401 W. Devon | $ 1,500 | |
| 4 | Edward Jones, 5403 W. Devon | $ 1,379 | |
| 5 | Modern Jewlers, 5405 W. Devon | $ 1,335 | |
| 6 | Creativo(Julie Marske), 5407 W. Devon | $ 1,300 | |
| | TOTALS: Monthly / Annual | $ 8,014 | $ 96,168 |
| | OPERATING EXPENSES | | |
| | GAS | tenant | |
| | ELECTRIC | tenant | |
| | WATER | tenant | (4,644, stores each at 1/6) |
| | SCAVENGER | tenant | |
| | REAL ESTATE TAXES | $ 1,784 | |
| | INSURANCE | $ 443 | |
| | REPAIRS | $ 417 | |
| | LANDSCAPE/SNOW REMOVAL | $ - | |
| | MANAGEMENT FEE @ 6% | $ 481 | |
| | TOTAL MONTHLY EXPENSES: | $ 3,124 | $ 3,124 |
| | PROJECTED MONTHLY INCOME | | $ 4,890 |

# RENT ROLL & INCOME - EXPENSE ANALYSIS

| PROPERTY ID: | 9 | | |
|---|---|---|---|
| PROPERTY ADDRESS: | 1758 WEST WELLINGTON - CHICAGO, IL | | |
| TENANT NAME | SCHEDULED MONTHLY RENT | LEASE BEGINNING | LEASE ENDING |
| VACANT / DEVELOPMENT | $ - | $ - | |
| **OPERATING EXPENSES** | | | |
| GAS | $ - | | |
| ELECTRIC | $ - | | |
| WATER | $ - | | |
| SCAVENGER | $ - | | |
| REAL ESTATE TAXES | $ 931 | | |
| INSURANCE | $ 83 | | |
| REPAIRS | $ - | | |
| TOTAL MONTHLY EXPENSES: | $ 1,015 | $ 1,015 | |
| PROJECTED MONTHLY INCOME | | $ (1,015) | |

# Rent Roll & Income - Expense Analysis

| | | | | |
|---|---|---|---|---|
| **PROPERTY ID:** | | 46 | | |
| **PROPERTY ADDRESS:** | | 6327 WEST DEVON - CHICAGO, IL | | |
| | | 3 - Apartments | | |
| **TENANT NAME** | | **SCHEDULED MONTHLY RENT** | | |
| 1  Siobhan Diaz & Francisco Munoz 2nd floor | $ | 975 | | |
| 2  Connie Sorensen, 1st floor | $ | 975 | | |
| 3  Dan Hogan & Katy Priore, Gnd | $ | 750 | | |
| **TOTALS:  Monthly / Annual** | $ | 2,700 | $ | 32,400 |
| **OPERATING EXPENSES** | | | | |
| GAS | | tenant | | |
| ELECTRIC | | tenant | | |
| WATER | | tenant | | |
| SCAVENGER | | city | | |
| REAL ESTATE TAXES | $ | 412 | | |
| INSURANCE | $ | 153 | | |
| REPAIRS | $ | 292 | | |
| LANDSCAPE/SNOW REMOVAL | $ | 100 | | |
| MANAGEMENT FEE @ 6% | $ | 162 | | |
| **TOTAL MONTHLY EXPENSES:** | $ | 1,119 | $ | 1,119 |
| **PROJECTED MONTHLY INCOME** | | | $ | 1,581 |

# RENT ROLL & INCOME - EXPENSE ANALYSIS

| | | | |
|---|---|---|---|
| **PROPERTY ID:** | 47 | | |
| **PROPERTY ADDRESS:** | 4740 NORTH CENTRAL - CHICAGO, IL | | |
| | 3 - Apartments | | |
| **TENANT NAME** | **SCHEDULED MONTHLY RENT** | | |
| 1  Margaret & Robert Lyons, 1st floor | $ 975 | | |
| 2  Evelyn Rosario, 2nd floor | $ 950 | | |
| 3  Antonia Alcala, Pedro Alcala, Gnd | $ 675 | | |
| **TOTALS:  Monthly / Annual** | $ 2,600 | $ 31,200 | |
| **OPERATING EXPENSES** | | | |
| GAS | tenant | | |
| ELECTRIC | tenant | | |
| WATER | tenant | | |
| SCAVENGER | city | | |
| REAL ESTATE TAXES | $ 372 | | |
| INSURANCE | $ 130 | | |
| REPAIRS | $ 250 | | |
| LANDSCAPE/SNOW REMOVAL | $ 100 | | |
| MANAGEMENT FEE @ 6% | $ 156 | | |
| **TOTAL MONTHLY EXPENSES:** | $ 1,008 | $ 1,008 | |
| **PROJECTED MONTHLY INCOME** | | $ 1,592 | |

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | | | | |
|---|---|---|---|---|
| | **PROPERTY ID:** | 48 | | |
| | **PROPERTY ADDRESS:** | 5688 NORTH ELSTON - CHICAGO, IL | | |
| | | 2 - Apartments | | |
| | **TENANT NAME** | **SCHEDULED MONTHLY RENT** | | |
| 1 | Sharon & Dwan Johnson, 2nd Floor | $ 975 | | |
| 2 | Tracy Terry, 1st floor | $ 950 | | |
| | **TOTALS: Monthly / Annual** | $ 1,925 | $ 23,100 | |
| | **OPERATING EXPENSES** | | | |
| | GAS | tenant | | |
| | ELECTRIC | tenant | | |
| | WATER | tenant | | |
| | SCAVENGER | city | | |
| | REAL ESTATE TAXES | $ 608 | | |
| | INSURANCE | $ 138 | | |
| | REPAIRS | $ 250 | | |
| | LANDSCAPE/SNOW REMOVAL | $ 100 | | |
| | MANAGEMENT FEE @ 6% | $ 116 | | |
| | **TOTAL MONTHLY EXPENSES:** | $ 1,212 | $ 1,212 | |
| | **PROJECTED MONTHLY INCOME** | | $ 714 | |

SEPTEMBER 2009
30 DAY PROJECTION

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | | | | |
|---|---|---|---|---|
| | **PROPERTY ID:** | **50** | | |
| | **PROPERTY ADDRESS:** | 5632 NORTH CENTRAL - CHICAGO, IL | | |
| | | 3 - Apartments | | |
| | **TENANT NAME** | **SCHEDULED MONTHLY RENT** | | |
| 1 | Rebecca & Tim Schnulle - 2nd floor | $ 890 | | |
| 2 | 1st floor, VACANT @ $1,000 | $ - | | |
| 3 | Jason Gerald, GDN | $ 675 | | |
| | **TOTALS: Monthly / Annual** | $ 1,565 | $ 18,780 | |
| | **OPERATING EXPENSES** | | | |
| | GAS | tenant | | |
| | ELECTRIC | tenant | | |
| | WATER | $ 61 | | |
| | SCAVENGER | city | | |
| | REAL ESTATE TAXES | $ 451 | | |
| | INSURANCE | $ 105 | | |
| | REPAIRS | $ 250 | | |
| | LANDSCAPE/SNOW REMOVAL | $ 100 | | |
| | MANAGEMENT FEE @ 6% | $ 94 | | |
| | **TOTAL MONTHLY EXPENSES:** | $ 1,060 | $ 1,060 | |
| | **PROJECTED MONTHLY INCOME** | | $ 505 | |

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | | | | |
|---|---|---|---:|---:|
| | **PROPERTY ID:** | 49 | | |
| | **PROPERTY ADDRESS:** | 2637 BRYN MAWR - CHICAGO, IL | | |
| | | 6 - Apartments | | |
| | **TENANT NAME** | **SCHEDULED MONTHLY RENT** | | |
| 1 | Syed J. Zaidi #2F | $ | 850 | |
| 2 | #3N, VACANT @ $890 | $ | - | |
| 3 | VACANT @ $750 | $ | - | |
| 4 | David Deleon & Illana Mesinger #3R | $ | 750 | |
| 5 | Bassam Borto #1R | $ | 750 | |
| 6 | VACANT @ $775 | $ | - | |
| | **TOTALS: Monthly / Annual** | $ | 2,350 | $ 28,200 |
| | **OPERATING EXPENSES** | | | |
| | GAS | $ | 269 | |
| | ELECTRIC | $ | - | |
| | WATER | $ | 207 | |
| | SCAVENGER | $ | 48 | |
| | REAL ESTATE TAXES | $ | 892 | |
| | INSURANCE | $ | 276 | |
| | REPAIRS | $ | 367 | |
| | LANDSCAPE/SNOW REMOVAL | $ | 167 | |
| | MANAGEMENT FEE @ 6% | $ | 141 | |
| | **TOTAL MONTHLY EXPENSES:** | $ | 2,366 | $ 2,366 |
| | **PROJECTED MONTHLY INCOME** | | | $ (16) |

SEPTEMBER 2009
30 DAY PROJECTION

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 52 | | |
|---|---|---|---|---|
| | PROPERTY ADDRESS: | 5941 NORTH AUSTIN - CHICAGO, IL | | |
| | | 6 - Apartments | | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | | |
| 1 | James Shea | $ 790 | | |
| 2 | Charlotte Schubert | $ 775 | | |
| 3 | Jeremy Kaulfers | $ 825 | | |
| 4 | Vacant | $ 775 | | |
| 5 | Berenice Barch | $ 700 | | |
| 6 | Ginger Trulio | $ 750 | | |
| | TOTALS: Monthly / Annual | $ 4,615 | $ 55,380 | |
| | OPERATING EXPENSES | | | |
| | GAS | tenant | | |
| | ELECTRIC | tennat | | |
| | WATER | tennat | | |
| | SCAVENGER | $ 75 | | |
| | REAL ESTATE TAXES | $ 661 | | |
| | INSURANCE | $ 313 | | |
| | REPAIRS | $ 317 | | |
| | LANDSCAPE/SNOW REMOVAL | $ 150 | | |
| | MANAGEMENT FEE @ 6% | $ 277 | | |
| | TOTAL MONTHLY EXPENSES: | $ 1,793 | $ 1,793 | |
| | PROJECTED MONTHLY INCOME | | $ 2,822 | |

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 51 | | |
|---|---|---|---|---|
| | PROPERTY ADDRESS: | 5658 NORTH CENTRAL - CHICAGO, IL | | |
| | | 3 - Apartments | | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | | |
| 1 | Thomas Jordan #2 | $ 975 | | |
| 2 | John Price | $ 975 | | |
| 3 | Shane Byrne | $ 825 | | |
| | TOTALS: Monthly / Annual | $ 2,775 | $ 33,300 | |
| | OPERATING EXPENSES | | | |
| | GAS | tenant | | |
| | ELECTRIC | tenant | | |
| | WATER | $ 46 | | |
| | SCAVENGER | city | | |
| | REAL ESTATE TAXES | $ 644 | | |
| | INSURANCE | $ 148 | | |
| | REPAIRS | $ 250 | | |
| | LANDSCAPE/SNOW REMOVAL | $ 100 | | |
| | MANAGEMENT FEE @ 6% | $ 167 | | |
| | TOTAL MONTHLY EXPENSES: | $ 1,355 | $ 1,355 | |
| | PROJECTED MONTHLY INCOME | | $ 1,421 | |