IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 09-37463 |
| R&G PROPERTIES, ) | Chapter 11 |
| an Illinois general partnership, ) | Judge A. Benjamin Goldgar |
| ) | |
| debtor/debtor-in-possession. ) | |

**ORDER AUTHORIZING INTERIM USE OF CASH
COLLATERAL AND GRANTING RELATED RELIEF**

AT Chicago, Illinois in said District before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, this ____ day of October, 2009:

THIS MATTER COMING TO BE HEARD upon the Motion of R&G PROPERTIES, an Illinois general partnership, debtor and debtor in possession herein, for authority to use cash collateral pursuant to Section 363 of the Bankruptcy Code (the "Motion"); proper notice as required by Rule 4001(b) of the Federal Rules of Bankruptcy Procedure having been provided; no objections having been interposed; this Court having determined that the Debtor's use of cash collateral to cover the expenditures set forth on Group Exhibit A to the Motion is necessary to avoid immediate and irreparable harm to the Debtor's estate pending a final hearing on the Motion; and this Court being fully advised in the premises;

**NOW, THEREFORE, IT IS HEREBY ORDERED** as follows:

A)   The Debtor is authorized to use cash collateral during the period October 14, 2009, through November 13, 2009, to the extent set forth on Group Exhibit A hereto;

B) In return for the Debtor's continued interim use of cash collateral, the Cash Collateral Lenders[1] are granted the following adequate protection for their purported secured interests:

    1. The Debtor will permit the Cash Collateral Lenders to inspect, upon reasonable notice, within reasonable hours, the Debtor's books and records;

    2. The Debtor shall maintain and pay premiums for insurance to cover all of his assets from fire, theft and water damage;

    3. The Debtor shall, upon reasonable request, make available to the Cash Collateral Lenders evidence of that which constitutes their collateral or proceeds;

    4. The Debtor will properly maintain the properties in good repair and properly manage such properties; and

C) A final hearing on the Motion is scheduled before this Court on _____ ____, 2009, at 10:30 a.m.

BY THE COURT:

_____
BANKRUPTCY JUDGE

**DEBTOR'S COUNSEL**:
Scott R. Clar, Esq.
(Atty. No. 06183741)
Eugene Crane, Esq.
(Atty. No. 0537039)
David K. Welch, Esq.
(Atty. No. 06183621)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
FAX: (312) 641-7114
\mjo2\r&g properties\Cash Collateral.Ord.wpd

---

[1] The "Cash Collateral Lenders" are defined in Paragraph 4 of the Motion.