UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| R&G PROPERTIES, | ) Case No. 09 B 37463 |
| | ) |
| Debtor. | ) Hon. A. Benjamin Goldgar |
| | ) |
| | ) Hearing Date: October 14, 2009 |
| | ) Time:         9:30 A.M. |
| | ) Courtroom:    613 |

**ORDER ON NORSTATES BANK'S MOTION FOR
ACCOUNTING OF CASH COLLATERAL** — Re: # 15

This matter coming to be heard on Norstates Bank's Motion for Accounting of Cash Collateral (the "Motion"), all parties having be given due notice and the Court being fully advised.

It is hereby ORDERED:

1. The Motion is GRANTED; and

2. The Debtor[1] shall submit an accounting of all income or proceeds in its possession or control and related to or from Mortgaged Properties within ~~seven (7)~~ six (6) days.

```
                                    _____
                                    Honorable A. Benjamin Goldgar
                                    United States Bankruptcy Judge
```

**14 OCT 2009**

---

[1] All capitalized terms shall have the meaning ascribed to them in the Motion.