IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 09-37463 |
| R&G PROPERTIES, ) | Chapter 11 |
| an Illinois general partnership, ) | Judge A. Benjamin Goldgar |
| ) | |
| Debtor/Debtor-in-Possession. ) | |

## ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL AND GRANTING RELATED RELIEF

AT Chicago, Illinois in said District before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, this 15th day of October, 2009:

THIS MATTER COMING TO BE HEARD upon the Motion of R&G PROPERTIES, an Illinois general partnership, Debtor and Debtor in Possession herein, For Authority To Use Cash Collateral pursuant to Section 363 of the Bankruptcy Code (the "Motion"); proper notice as required by Rule 4001(b) of the Federal Rules of Bankruptcy Procedure having been provided; NorStates Bank having filed a written objection to the relief requested in the Motion; the Debtor having agreed to continue the hearing on the Motion as such relates to the mortgage claims of NorStates Bank and AmericaUnited Bank (collectively, "Objecting Banks"); First Commercial Bank having requested that the entry of this Order be without prejudice to its right to assert that certain of the properties upon which it asserts liens are not property of the Debtor's estate; this Court having determined that the Debtor's use of cash collateral to cover the expenditures set forth on Group Exhibit A to the Motion is necessary to avoid immediate and irreparable harm to the Debtor's estate pending a final hearing on the Motion; and this Court being fully advised in the premises;

**NOW, THEREFORE, IT IS HEREBY ORDERED** as follows:

A) The Debtor is authorized to use cash collateral during the period October 14, 2009, through November 30, 2009, to the extent set forth herein and on Group Exhibit A to the Motion;

B) In return for the Debtor's continued interim use of cash collateral, the Cash Collateral Lenders[1] are granted the following adequate protection for their purported secured interests:

   1. The Debtor will permit the Cash Collateral Lenders to inspect, upon reasonable notice, within reasonable hours, the Debtor's books and records;

   2. The Debtor shall maintain and pay premiums for insurance to cover all of its assets from fire, theft and water damage;

   3. The Debtor shall, upon reasonable request, make available to the Cash Collateral Lenders evidence of that which constitutes their collateral or proceeds;

   4. The Debtor will properly maintain the properties in good repair and properly manage such properties;

C) The entry of this Order is without prejudice to the right of First Commercial Bank to assert that certain of the properties upon which it asserts liens are not property of the Debtor's estate;

D) This Order does not apply to the mortgage claims of the Objecting Banks and the properties purportedly securing such mortgage claims, including any rents generated from such properties;

---

[1] For purposes of this Order, the "Cash Collateral Lenders" are First Commercial Bank, Harris Bank, M&I Bank, American Enterprise Bank, Associated Bank, Edgebrook Bank and Pan American Bank.

E) Until further Order of this Court, the Debtor shall not use the cash collateral of the Objecting Banks;

F) The Motion is continued for further hearing before this Court as to the Objecting Banks to October 21, 2009 at 10:00 a.m.

G) A final hearing on the Motion is scheduled before this Court on November 16, 2009, at 10:30 a.m.

BY THE COURT:

_____
BANKRUPTCY JUDGE

10/15/09

**DEBTOR'S COUNSEL**:
David K. Welch, Esq.
(Atty. No. 06183621)
Scott R. Clar, Esq.
(Atty. No. 06183741)
Eugene Crane, Esq.
(Atty. No. 0537039)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
FAX: (312) 641-7114
\mjo2\r&g properties\Cash Collateral.Ord.revised 10-15-09.wpd

-3-