IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 09-37463 |
| R&G PROPERTIES, ) | Chapter 11 |
| an Illinois general partnership, ) | Judge A. Benjamin Goldgar |
| ) | |
| Debtor/Debtor-in-Possession. ) | |

### ORDER AUTHORIZING USE OF CASH COLLATERAL AND GRANTING RELATED RELIEF AS TO NORSTATES BANK

AT Chicago, Illinois in said District before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, this 21 day of October, 2009:

THIS MATTER COMING TO BE HEARD upon the Motion of R&G PROPERTIES, an Illinois general partnership, debtor and debtor in possession herein ("Debtor"), for Authority to Use Cash Collateral pursuant to Section 363 of the Bankruptcy Code (the "Motion"); proper notice as required by Rule 4001(b) of the Federal Rules of Bankruptcy Procedure having been provided; NorStates Bank ("NorStates") having filed a written objection to the relief requested in the Motion; this Court having previously entered an Order Authorizing Interim Use of Cash Collateral and Granting Related Relief as to First Commercial Bank, Harris Bank, M&I Bank, American Enterprise Bank, Associated Bank, Edgebrook Bank and Pan American Bank; this Court having determined that the Debtor's use of cash collateral to cover the expenditures set forth on Group Exhibit A to the Motion is necessary to avoid immediate and irreparable harm to the Debtor's estate; NorStates and the Debtor having agreed to the entry of this Order; and this Court being fully advised in the premises;

**NOW, THEREFORE, IT IS HEREBY ORDERED** as follows:

A) The Debtor is authorized to use cash collateral of NorStates from the entry of this Order until further Order of this Court to the extent set forth herein and pursuant to a budget agreed upon by the Debtor and NorStates or as the Court may otherwise determine (the "Budget"). For the period from October 21, 2009 through November 6, 2009, the Budget shall be that contained in Group Exhibit A to the Motion, as the budget relates to properties owned by the Debtor in which NorStates asserts a security interest attaching to rents received by the Debtor (the "NorStates Properties"). Those portions of Group Exhibit A to the Motion pertaining to the NorStates Properties are attached hereto as Exhibit A to this Order. This matter is continued until NC November 4, 2009 at 10:00 a.m. for a hearing on the Budget for the duration of this Order.

B) In return for the Debtor's continued use of cash collateral, NorStates is granted the following adequate protection for its purported secured interests:

1. The Debtor will permit NorStates to inspect, upon reasonable notice, within reasonable hours, the Debtor's books and records;

2. The Debtor shall maintain and pay premiums for insurance to cover all of its assets from fire, theft and water damage;

3. The Debtor shall, upon reasonable request, make available to NorStates evidence of that which constitutes its collateral or proceeds;

4. The management fee payable to Michael Realty for the properties upon which NorStates asserts liens shall be equal to 4% of the rents collected with respect to the NorStates Properties;

-2-

5. The Debtor will properly maintain the NorStates Properties subject in good repair and properly mange such properties;

6. Until further Order of this Court, the Debtor shall segregate all rents collected with respect to the NorStates Properties by depositing the same bimonthly, on the first (1st) business day after the first (1st) and fifteenth (15th) calendar day of each month, into an account at NorStates Bank exclusively established for such rents ("Segregated Account");

7. Until further Order of this Court, rents collected from or with respect to the NorStates Properties shall only be used to cover expenses related to the NorStates Properties in an amount equal to no more than 110% of the expenses set forth in Group Exhibit A;

8. Within seven (7) days from the end of each calendar month, the Debtor shall deliver to NorStates a variance report, verified under oath, identifying all expenditures of NorStates cash collateral and comparing the actual expenditures of such cash collateral with the budget for such month;

9. In the event of a default by the Debtor under this Agreed Order NorStates shall have the right to seek from this Court relief from the automatic stay upon notice to the Debtor's counsel of record in lieu of notice to the Debtor;

10. The Debtor reserves the right to assert any and all defenses to any motion seeking relief from the automatic stay by NorStates except the procedural defense that NorStates has only served Debtor's counsel of record with proper notice of any such motion;

11. NorStates reserves its right to seek from this relief from the automatic stay on any and all bases and, except as otherwise provided herein, the Debtor reserves all defenses to the same; and

12. NorStates' Emergency Motion to Excuse Compliance with Section 543(b) is withdrawn with prejudice.

BY THE COURT:

OCT 2 1 2009     /s/ _____
              BANKRUPTCY JUDGE

-3-

**DEBTOR'S COUNSEL**:
David K. Welch, Esq.
(Atty. No. 06183621)
Scott R. Clar, Esq.
(Atty. No. 06183741)
Eugene Crane, Esq.
(Atty. No. 0537039)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
FAX: (312) 641-7114
\mjo2\r&g properties\Cash Collateral - Norstates.Ord.wpd

# EXHIBIT A

# RENT ROLL & INCOME - EXPENSE ANALYSIS

| | | | |
|---|---|---|---|
| **PROPERTY ID:** | 20 | | |
| **PROPERTY ADDRESS:** | 2912 CENTRAL PARK - CHICAGO, IL | | |
| | 1 - Garage | | |
| **TENANT NAME** | **SCHEDULED MONTHLY RENT** | | |
| 1  Nick, Chicago Auto | $ 3,500 | | |
| **TOTALS: Monthly / Annual** | $ 3,500 | $ 42,000 | |
| **OPERATING EXPENSES** | | | |
| GAS | tenant | | |
| ELECTRIC | tenant | | |
| WATER | tenant | | |
| SCAVENGER | tenant | | |
| REAL ESTATE TAXES | $ 1,222 | | |
| INSURANCE | $ 317 | | |
| REPAIRS | tenant | | |
| LANDSCAPE/SNOW REMOVAL | $ - | | |
| MANAGEMENT FEE @ 6% | $ 210 | | |
| **TOTAL MONTHLY EXPENSES:** | $ 1,748 | $ 1,748 | |
| **PROJECTED MONTHLY INCOME** | | $ 1,752 | |

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 11 | |
|---|---|---|---|
| | PROPERTY ADDRESS: | 3600 NORTH LAKE SHORE DR. - CHICAGO, IL | |
| | | 14 CONDO UNITS | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | |
| 1 | Christopher King #204 | $ 725 | |
| 2 | Brett Spilker, #603 | $ 820 | |
| 3 | Reshad Hugue, #716 | $ 800 | |
| 4 | #723, VACANT @ $825 | $ - | |
| 5 | George Sabour #917 | $ 600 | |
| 6 | David Guarino #1109 | $ 785 | |
| 7 | Aslam Muhammed #1210 | $ 725 | |
| 8 | Nicole McCurdy, #1523 | $ 825 | |
| 9 | Kim Kampf #1603 | $ 850 | |
| 10 | Gregory Mullins #1622 | $ 835 | |
| 11 | #2003, VACANT @ $825 | $ - | |
| 12 | Eve Fuller, #2009 | $ 800 | |
| 13 | Jadwiga Loj #2503 | $ 875 | |
| 14 | Robert Calderon #2616 | $ 875 | |
| | TOTALS: Monthly / Annual | $ 9,515 | $ 114,180 |
| | **OPERATING EXPENSES** | | |
| | GAS | tenant | |
| | ELECTRIC | tenant | |
| | WATER | tenant | |
| | SCAVENGER | tenant | |
| | REAL ESTATE TAXES | $ 1,817 | |
| | ASSESSMENTS | $ 6,046 | |
| | ADDITIONAL INSURANCE | $ 3,096 | |
| | REPAIRS | $ 500 | |
| | LANDSCAPE/SNOW REMOVAL | $ - | |
| | MANAGEMENT FEE @ 6% | $ 571 | |
| | TOTAL MONTHLY EXPENSES: | $ 12,030 | $ 12,030 |
| | PROJECTED MONTHLY INCOME | | $ (2,515) |

# RENT ROLL & INCOME - EXPENSE ANALYSIS

| | | |
|---|---|---|
| **PROPERTY ID:** | 22 | |
| **PROPERTY ADDRESS:** | 3038 WEST IRVING PARK - CHICAGO, IL | |
| | 2 - Apartments & 1 - Store | |
| **TENANT NAME** | **SCHEDULED MONTHLY RENT** | |
| 1　Mehmet AK, Cousins, Store | $　2,000 | |
| 2　Ben, Garden Apt.; with store rent | $　- | |
| 3　Jason Hopkins, 2nd Floor | $　1,100 | |
| **TOTALS: Monthly / Annual** | $　3,100 | $　37,200 |
| **OPERATING EXPENSES** | | |
| GAS | tenant | |
| ELECTRIC | tenant | |
| WATER | tenant | |
| SCAVENGER | tenant | |
| REAL ESTATE TAXES | $　218 | (5,222 total, tenant @ 50%) |
| INSURANCE | $　84 | |
| REPAIRS | $　208 | |
| LANDSCAPE/SNOW REMOVAL | $　- | |
| MANAGEMENT FEE @ 6% | $　186 | |
| **TOTAL MONTHLY EXPENSES:** | $　696 | $　696 |
| **PROJECTED MONTHLY INCOME** | | $　2,404 |

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | | |
|---|---|---|
| **PROPERTY ID:** | 17 | |
| **PROPERTY ADDRESS:** | 3312 - 14 FOSTER - CHICAGO, IL | |
| | 3 - Apartments & 3 - Stores | |
| **TENANT NAME** | **SCHEDULED MONTHLY RENT** | |
| 1  James Phillips, #2W | $ 750 | |
| 2  Diana & MohammedSkafi, Center Apt. | $ 750 | |
| 3  Sharon Dawkins, #2E | $ 750 | |
| 4&5  Vacant, 2 Stores | $ 2,700 | |
| 6  Store, VACANT @ $1,463 | $ - | |
| **TOTALS: Monthly / Annual** | $ 4,950 | $ 59,400 |
| **OPERATING EXPENSES** | | |
| GAS | $ 125 | |
| ELECTRIC | $ 22 | |
| WATER | $ 202 | |
| SCAVENGER | tenant | |
| REAL ESTATE TAXES | $ 919 | |
| INSURANCE | tenant | |
| REPAIRS | $ 333 | |
| LANDSCAPE/SNOW REMOVAL | $ 100 | |
| MANAGEMENT FEE @ 6% | $ 297 | |
| **TOTAL MONTHLY EXPENSES:** | $ 1,999 | $ 1,999 |
| **PROJECTED MONTHLY INCOME** | | $ 2,951 |

SEPTEMBER 2009
30 DAY PROJECTION

# RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 18 | |
|---|---|---|---|
| | PROPERTY ADDRESS: | 3606 NORTH PULASKI - CHICAGO, IL | |
| | | 2 - Apartments & 2 - Stores & Bsmnt | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | |
| 1 | Raul Gabriel & Theresa Dolan #2N | $ 825 | |
| 2 | Paul J Dodd #2S | $ 825 | |
| 3 | Cellular Store | $ 500 | |
| 4 | Tony Santiago, Penacostal Church, Store | $ 1,100 | |
| 5 | Ozzie Gall, Studio, JANITOR (450) | $  -  | |
| | TOTALS: Monthly / Annual | $ 3,250 | $ 39,000 |
| | OPERATING EXPENSES | | |
| | GAS | tenant | |
| | ELECTRIC | tenant | |
| | WATER | $ 76 | |
| | SCAVENGER | tenant | |
| | REAL ESTATE TAXES | $ 811 | |
| | INSURANCE | $ 135 | |
| | REPAIRS | $ 292 | |
| | LANDSCAPE/SNOW REMOVAL | $ 100 | |
| | MANAGEMENT FEE @ 6% | $ 195 | |
| | TOTAL MONTHLY EXPENSES: | $ 1,608 | $ 1,608 |
| | PROJECTED MONTHLY INCOME | | $ 1,642 |

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 5 | |
|---|---|---:|---|
| | PROPERTY ADDRESS: | 3611 NORTH PULASKI - CHICAGO, IL | |
| | | 2 - Garages | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | |
| 1 | Mufflers For Less Shop #B | $ 3,500 | |
| 2 | STOREFRONT, VACANT @ $3,500 | $ - | |
| | TOTALS: Monthly / Annual | $ 3,500 | $ 42,000 |
| | **OPERATING EXPENSES** | | |
| | GAS | tenant | |
| | ELECTRIC | tenant | |
| | WATER | tenant | |
| | SCAVENGER | tenant | |
| | REAL ESTATE TAXES | $ 1,564 | |
| | INSURANCE | $ 112 | |
| | REPAIRS | $ 317 | |
| | LANDSCAPE/SNOW REMOVAL | $ 100 | |
| | MANAGEMENT FEE @ 6% | $ 210 | |
| | TOTAL MONTHLY EXPENSES: | $ 2,303 | $ 2,303 |
| | PROJECTED MONTHLY INCOME | | $ 1,197 |

SEPTEMBER 2009
30 DAY PROJECTION

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 12 | |
|---|---|---|---|
| | PROPERTY ADDRESS: | 3641 NORTH PULASKI - CHICAGO, IL | |
| | | 21 - Apartments & 2 - Stores | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | |
| 1 | #1A, VACANT @ $550 | $ - | |
| 2 | Nicholas Trejo, #2A | $ 575 | |
| 3 | Carrie Hargrus #3A | $ 575 | |
| 4 | Rocco Pascente #1B | $ 600 | |
| 5 | Jose Vasquez #2B | $ 600 | |
| 6 | Louis Palomino #3B | $ 650 | |
| 7 | Michael Kuzmyak #1C | $ 650 | |
| 8 | #2C, VACANT @ $650 | $ - | |
| 9 | #3C, VACANT @ $625 | $ - | |
| 10 | John Rivera, #1D | $ 650 | |
| 11 | #2D, VACANT @ $675 | $ - | |
| 12 | Miriam Guzman, #3D | $ 650 | |
| 13 | Antonio Vergara, #1E | $ 575 | |
| 14 | Sarah Green, #2E | $ 575 | |
| 15 | Charles Bromberg #3E | $ 590 | |
| 16 | Steve Fouts #1F | $ 725 | |
| 17 | Andres Valdes #2F | $ 655 | |
| 18 | J. Melchor #3F | $ 600 | |
| 19 | Kathleen Skelton, Garden 1 | $ 400 | |
| 20 | Clarmise #Garden 2 | $ 625 | |
| 21 | Calixto Perez #Garden 3 | $ 325 | |
| 22 | STORE: Sung Kim, Dry Cleaners | $ 650 | |
| 23 | STORE: VACANT @ $500 | $ - | |
| | TOTALS: Monthly / Annual | $ 10,670 | $ 128,040 |
| | OPERATING EXPENSES | | |
| | GAS | $ 1,558 | |
| | ELECTRIC | $ 106 | |
| | WATER | $ 234 | |
| | SCAVENGER | $ 198 | |
| | REAL ESTATE TAXES | $ 1,107 | |
| | INSURANCE | $ 24 | |
| | REPAIRS | $ 500 | |
| | LANDSCAPE/SNOW REMOVAL | $ 250 | |
| | MANAGEMENT FEE @ 6% | $ 640 | |
| | TOTAL MONTHLY EXPENSES: | $ 4,617 | $ 4,617 |
| | PROJECTED MONTHLY INCOME | | $ 6,053 |

SEPTEMBER 2009
30 DAY PROJECTION

## RENT ROLL & INCOME - EXPENSE ANALYSIS

**PROPERTY ID:** 2

**PROPERTY ADDRESS:** 4054-56 MARMORA - CHICAGO, IL
8 - Apartments

| # | TENANT NAME | SCHEDULED MONTHLY RENT | |
|---|---|---|---|
| 1 | 1st Floor, VACANT @ $740/MONTH | $ | - |
| 2 | R. Bernardo & J. Concepcion, #1S | $ | 700 |
| 3 | Dennis Schaeffer/Kim Zurek #1E | $ | 725 |
| 4 | Gary Alexander, #1W | $ | 750 |
| 5 | Diana Bellafiore, #2N | $ | 750 |
| 6 | Hamid Kacel, 2S | $ | 750 |
| 7 | Stanley Gore, #2E | $ | 675 |
| 8 | Michael Lewis, #2W | $ | 725 |
| | **TOTALS: Monthly / Annual** | $ 5,075 | $ 60,900 |

| OPERATING EXPENSES | | |
|---|---|---|
| GAS | $ | 874 |
| ELECTRIC | $ | 32 |
| WATER | $ | 128 |
| SCAVENGER | $ | 55 |
| REAL ESTATE TAXES | $ | 660 |
| INSURANCE | $ | 206 |
| REPAIRS | $ | 292 |
| LANDSCAPING/SNOW REMOVAL | $ | 292 |
| MANAGEMENT FEE @ 6% | $ | 305 |
| **TOTAL MONTHLY EXPENSES:** | $ 2,843 | $ 2,843 |

**PROJECTED MONTHLY INCOME** $ 2,232

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 6 | |
|---|---|---|---|
| | PROPERTY ADDRESS: | 4036 NORTH PULASKI - CHICAGO, IL | |
| | | 8 - Apartments & 1 - Office | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | |
| 1 | Pet Patio Pick - Up, Inc | $ 1,350 | |
| 2 | Dan Perez, #2A | $ 575 | |
| 3 | Mary Velasquez #2B | $ 575 | |
| 4 | Anthony Waulter, #2C | $ 575 | |
| 5 | Christine Baer, #2D | $ 700 | |
| 6 | Rafael Maj #3A | $ 575 | |
| 7 | Kerry Kohnke, #3B | $ 600 | |
| 8 | Khalid Tai, #3C | $ 525 | |
| 9 | Aaarab Hasan & Cynthia Aarab #3D | $ 650 | |
| | TOTALS: Monthly / Annual | $ 6,125 | $ 73,500 |
| | OPERATING EXPENSES | | |
| | GAS | $ 637 | |
| | ELECTRIC | $ 36 | |
| | WATER | $ 200 | |
| | SCAVENGER | $ 99 | |
| | REAL ESTATE TAXES | $ 927 | |
| | INSURANCE | $ 98 | |
| | REPAIRS | $ 333 | |
| | LANDSCAPE/SNOW REMOVAL | $ 167 | |
| | MANAGEMENT FEE @ 6% | $ 368 | |
| | TOTAL MONTHLY EXPENSES: | $ 2,865 | $ 2,865 |
| | PROJECTED MONTHLY INCOME | | $ 3,260 |

SEPTEMBER 2009
30 DAY PROJECTION

## RENT ROLL & INCOME - EXPENSE ANALYSIS

**PROPERTY ID:** 31

**PROPERTY ADDRESS:** 5600 NORTH WESTERN - CHICAGO, IL
10 - Apartments & 8 - Stores/Offices

| # | TENANT NAME | SCHEDULED MONTHLY RENT | |
|---|---|---|---|
| 1 | Padma R Edla #101 | $ | 675 |
| 2 | Vacant #102 | $ | 625 |
| 3 | Chris Ibeh #103 | $ | 650 |
| 4 | Debbie Outlaw #104 | $ | 725 |
| 5 | Blanka Marasideh #105 | $ | 675 |
| 6 | Kelechi Rosemary #201 | $ | 675 |
| 7 | Joseph Wojowski #202 | $ | 650 |
| 8 | Christoper Ellam #203 | $ | 625 |
| 9 | Hadgu Tareke #204 | $ | 725 |
| 10 | Edwin Flores #205 | $ | 765 |
| 11 | Four Paw Palace, Store #1 | $ | 950 |
| 12 | Robert Vaughters, Office #2 | $ | 900 |
| 13 | Abiodan (Church), Office #3 | $ | 725 |
| 14 | Sunday Agbaje, Office #4 | $ | 725 |
| 15 | Negus Solomon, Office #5 | $ | 850 |
| 16 | Western Printing - Edgar Dakhoul, Office #6 | $ | 825 |
| 17 | Ashure Ibrahim, Insurance, Office #7 | $ | 825 |
| 18 | Vacant, Store #8 | $ | 900 |
| 19 | Vacant, Sign Rental @ $200 | $ | - |
| | **TOTALS: Monthly / Annual** | $ 13,490 | $ 161,880 |

**OPERATING EXPENSES**

| | | |
|---|---|---|
| GAS | $ | 1,826 |
| ELECTRIC | $ | 136 |
| WATER | $ | 105 |
| SCAVENGER | $ | 155 |
| REAL ESTATE TAXES | $ | 1,574 |
| INSURANCE | $ | 319 |
| REPAIRS | $ | 667 |
| LANDSCAPE/SNOW REMOVAL | $ | 125 |
| MANAGEMENT FEE @ 6% | $ | 809 |
| **TOTAL MONTHLY EXPENSES:** | $ 5,716 | $ 5,716 |

| **PROJECTED MONTHLY INCOME** | | $ 7,774 |
|---|---|---|

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 3 | |
|---|---|---:|---|
| | PROPERTY ADDRESS: | 5680 ELSTON - CHICAGO, IL | |
| | | 12 - Apartments & 2 - Offices | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | |
| 1 | Joe Pacente, # 1A | $ 650 | |
| 2 | Kevin Gonzalez, # 1B | $ 875 | |
| 3 | Luiz Ewerling, # 1C | $ 850 | |
| 4 | Greg Mitchell #1D | $ 850 | |
| 5 | Almas Azad, # 1E | $ 690 | |
| 6 | Sal Cannella, #1F | $ 850 | |
| 7 | William Conlon, # 2A | $ 650 | |
| 8 | Florence Terabe, #2B | $ 865 | |
| 9 | Gelai Evans, #2C | $ 875 | |
| 10 | Shannon Gallagler, #2D | $ 800 | |
| 11 | Jawed Khan, #2E | $ 725 | |
| 12 | George Johnson, #2F | $ 875 | |
| 13 | OFFICE: VACANT @ $1,500/MONTH | $ - | |
| 14 | OFFICE: VACANT @ $500/MONTH | $ - | |
| 15 | OFFICE: Michael Realty | $ 750 | |
| 16 | OFFICE: VACANT @ $1,000/MONTH | $ - | |
| 17 | OFFICE: VACANT @ $3,500/MONTH | $ - | |
| 18 | OFFICE: Sargon & Tedesco | $ 500 | |
| | **TOTALS: Monthly / Annual** | $ 10,805 | $ 129,660 |
| | **OPERATING EXPENSES** | | |
| | GAS | $ 1,408 | |
| | ELECTRIC | $ 282 | |
| | WATER | $ 145 | |
| | SCAVENGER | $ 155 | |
| | REAL ESTATE TAXES | $ 2,260 | |
| | INSURANCE | $ 337 | |
| | REPAIRS | $ 333 | |
| | LANDSCAPING/SNOW REMOVAL | $ 100 | |
| | MANAGEMENT FEE @ 6% | $ 648 | |
| | **TOTAL MONTHLY EXPENSES:** | $ 5,669 | $ 5,669 |
| | **PROJECTED MONTHLY INCOME** | | $ 5,136 |

SEPTEMBER 2009
30 DAY PROJECTION

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| PROPERTY ID: | 9 | | |
|---|---|---|---|
| PROPERTY ADDRESS: | 1758 WEST WELLINGTON - CHICAGO, IL | | |
| TENANT NAME | SCHEDULED MONTHLY RENT | LEASE BEGINNING | LEASE ENDING |
| VACANT / DEVELOPMENT | $       - | $       - | |
| **OPERATING EXPENSES** | | | |
| GAS | $       - | | |
| ELECTRIC | $       - | | |
| WATER | $       - | | |
| SCAVENGER | $       - | | |
| REAL ESTATE TAXES | $   931 | | |
| INSURANCE | $    83 | | |
| REPAIRS | $       - | | |
| TOTAL MONTHLY EXPENSES: | $  1,015 | $  1,015 | |
| PROJECTED MONTHLY INCOME | | $  (1,015) | |