IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 09-37463 |
| R&G PROPERTIES, ) | Chapter 11 |
| an Illinois general partnership, ) | Judge A. Benjamin Goldgar |
| ) | |
| Debtor/Debtor-in-Possession. ) | |

**ORDER AUTHORIZING INTERIM USE OF CASH
COLLATERAL AND GRANTING RELATED RELIEF AS TO
AMERICAUNITED BANK AND TRUST COMPANY USA**

AT Chicago, Illinois in said District before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, this ____ day of October, 2009:

THIS MATTER COMING TO BE HEARD upon the Motion of R&G PROPERTIES, an Illinois general partnership, Debtor and Debtor in Possession herein, For Authority To Use Cash Collateral pursuant to Section 363 of the Bankruptcy Code (the "Motion"); proper notice as required by Rule 4001(b) of the Federal Rules of Bankruptcy Procedure having been provided; AmericaUnited Bank and Trust Company USA ("AmericaUnited") having filed a written objection to the relief requested in the Motion ("Objection"); the Debtor having agreed to continue the hearing on the Motion as such relates to the mortgage claims of AmericaUnited; AmericaUnited having requested that the entry of this Order be without prejudice to its right to assert that the properties upon which it asserts liens are not property of the Debtor's estate; AmericaUnited having consented to the entry of this Order; and this Court being fully advised in the premises;

-1-

**NOW, THEREFORE, IT IS HEREBY ORDERED** as follows:

A) The Debtor is authorized to use cash collateral of AmericaUnited during the period October 21, 2009, through November 30, 2009, unless such use is terminated sooner pursuant to the Order of this Court, to the extent set forth on Exhibit A hereto with respect to property purportedly securing claims of AmericaUnited, including any rents generated from such properties (all such properties are collectively referred to herein as the "AmericaUnited Properties"). The foregoing shall not be construed as a finding that the AmericaUnited Properties are property of the Debtor or its estate, and AmericaUnited reserves all rights with respect to the AmericaUnited Properties, including, without limitation, to assert that the AmericaUnited Properties are not property of the Debtor or its estate. The Debtor reserves all of its rights with respect to the AmericaUnited Properties, including, without limitation, to assert that the AmericaUnited Properties are property of the Debtor and its estate.

B) In return for the Debtor's interim use of cash collateral, AmericaUnited is granted the following adequate protection for its purported secured interests.

   1. The Debtor will permit AmericaUnited to inspect, upon reasonable notice, within reasonable hours, the Debtor's books and records;

   2. The Debtor shall maintain and pay premiums for insurance to cover all of its assets from fire, theft and water damage;

    3.     The Debtor shall, upon reasonable request, make available to AmericaUnited evidence of that which constitutes their collateral or proceeds; and

    4.     The Debtor will properly maintain the properties in good repair and properly manage such properties.

C)     The entry of this Order is without prejudice to the right of AmericaUnited to assert that the AmericaUnited Properties are not property of the Debtor's estate.

D)     The Debtor shall file its Response to the Objection on or before November 2, 2009.

E)     All proceeds generated from the AmericaUnited Properties shall be segregated.

F)     AmericaUnited shall file its Reply, if any, to the Debtor's Response on or before November 9, 2009.

G)     Any party served with written discovery relating to the Debtor's Motion and the Objection shall respond within seven (7) days of service of such written discovery requests.

H)     The Motion is continued for further hearing before this Court as to AmericaUnited to November 16, 2009 at 10:00 a.m.


BY THE COURT:

**OCT 2 3 2009**

_____
BANKRUPTCY JUDGE

**DEBTOR'S COUNSEL**:
David K. Welch, Esq.
(Atty. No. 06183621)
Scott R. Clar, Esq.
(Atty. No. 06183741)
Eugene Crane, Esq.
(Atty. No. 0537039)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
FAX: (312) 641-7114
\mjo2\r&g properties\AmericaUnited Bank cash collateral.ord.wpd

## EXHIBIT A

| Property Address | Description |
|---|---|
| 5654 North Central | 3 unit apt. |
| 5772 West Higgins | 2 offices |
| 5749 North Elston | 6 unit apt. |
| 5536 Artesian | 4 unit apt. |
| 5633 North Central | 3 unit apt. |
| 2866 North Elston | 2 unit apt. |
| 3600 North Pulaski | 5 stores |
| 3809-11 North Harlem | Mixed use (2 stores/3 apts.) |
| 5659 West Irving Park | 1 unit commercial bldg. |
| 5551 North Central | 3 unit apt. |

## RENT ROLL & INCOME - EXPENSE ANALYSIS

**PROPERTY ID:** 1

**PROPERTY ADDRESS:** 5654 NORTH CENTRAL - CHICAGO, IL
3 - Apartments

| # | TENANT NAME | SCHEDULED MONTHLY RENT | |
|---|---|---|---|
| 1 | Dave Kalsch, 1st Floor | $ | 950 |
| 2 | Edward Dziadosz, 2nd Floor | $ | 950 |
| 3 | Sue Blaszkowski, Garden | $ | 800 |
| | **TOTALS: Monthly / Annual** | $ 2,700 | $ 32,400 |

**OPERATING EXPENSES**

| | | |
|---|---|---|
| GAS | | tenant |
| ELECTRIC | | tenant |
| WATER | $ | 44 |
| SCAVENGER | | city |
| REAL ESTATE TAXES | $ | 487 |
| INSURANCE | $ | 105 |
| REPAIRS | $ | 208 |
| LANDSCAPING/SNOW REMOVAL | $ | 100 |
| MANAGEMENT FEE @ 6% | $ | 162 |
| **TOTAL MONTHLY EXPENSES:** | $ 1,106 | $ 1,106 |

**PROJECTED MONTHLY INCOME** $ 1,594

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 4 | |
|---|---|---:|---:|
| | PROPERTY ADDRESS: | 5772 HIGGINS - CHICAGO, IL | |
| | | 1 - Office & 1 - Apt | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | |
| 1 | 1st Floor, VACANT @ $1,300/MONTH | $ - | |
| 2 | Donald Gautreaux | $ 1,250 | |
| | TOTALS: Monthly / Annual | $ 1,250 | $ 15,000 |
| | **OPERATING EXPENSES** | | |
| | GAS | tenant | |
| | ELECTRIC | tenant | |
| | WATER | tenant | |
| | SCAVENGER | tenant | |
| | REAL ESTATE TAXES | $ 457 | |
| | INSURANCE | $ 46 | |
| | REPAIRS | $ 250 | |
| | LANDSCAPE/SNOW REMOVAL | $ 250 | |
| | MANAGEMENT FEE @ 6% | $ 75 | |
| | TOTAL MONTHLY EXPENSES: | $ 1,078 | $ 1,078 |
| | PROJECTED MONTHLY INCOME | | $ 172 |

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 7 | | |
|---|---|---|---|---|
| | PROPERTY ADDRESS: | 5749 NORTH ELSTON - CHICAGO, IL | | |
| | | 6 - Apartments | | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | | |
| 1 | Glady Ramos & Francisco Gonzalez, GDN Front | $ 825 | | |
| 2 | Larry M. Bohl #GDN Rear | $ 725 | | |
| 3 | Nen Chy #1F | $ 875 | | |
| 4 | Faustino Lagunas #1R | $ 875 | | |
| 5 | John Hill, #2F | $ 875 | | |
| 6 | Donald J. Spencer #2R | $ 900 | | |
| | TOTALS: Monthly / Annual | $ 5,075 | $ 60,900 | |
| | OPERATING EXPENSES | | | |
| | GAS | $ 549 | | |
| | ELECTRIC | tenant | | |
| | WATER | $ 80 | | |
| | SCAVENGER | $ 79 | | |
| | REAL ESTATE TAXES | $ 553 | | |
| | INSURANCE | $ 126 | | |
| | REPAIRS | $ 250 | | |
| | LANDSCAPE/SNOW REMOVAL | $ 250 | | |
| | MANAGEMENT FEE @ 6% | $ 305 | | |
| | TOTAL MONTHLY EXPENSES: | $ 2,191 | $ 2,191 | |
| | PROJECTED MONTHLY INCOME | | $ 2,884 | |

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | | |
|---|---|---|
| **PROPERTY ID:** | 13 | |
| **PROPERTY ADDRESS:** | 5536 ARTESIAN - CHICAGO, IL | |
| | 4 - Apartments | |
| **TENANT NAME** | **SCHEDULED MONTHLY RENT** | |

| # | Tenant | Rent | |
|---|---|---|---|
| 1 | Cassondra Cole, Garden Apt | $ 825 | |
| 2 | Polly Ann & Herb Cole, 1st Floor | $ 1,050 | |
| 3 | Michelle Halbert, 2nd Floor | $ 1,000 | |
| 4 | Mohammed & Shabana Saleem, 3rd Floor | $ 1,000 | |
| | **Monthly Totals** | $ 3,875 | $ 46,500 |

**OPERATING EXPENSES**

| | | |
|---|---|---|
| GAS | $ 466 | |
| ELECTRIC | $ 59 | |
| WATER | $ 54 | |
| SCAVENGER | city | |
| REAL ESTATE TAXES | $ 643 | |
| INSURANCE | $ 107 | |
| REPAIRS | $ 333 | |
| LANDSCAPE/SNOW REMOVAL | $ 100 | |
| MANAGEMENT FEE @ 6% | $ 233 | |
| **TOTAL MONTHLY EXPENSES:** | $ 1,994 | $ 1,994 |

| | | |
|---|---|---|
| **PROJECTED MONTHLY INCOME** | | $ 1,881 |

## RENT ROLL & INCOME - EXPENSE ANALYSIS

**PROPERTY ID:** 14

**PROPERTY ADDRESS:** 5633 NORTH CENTRAL - CHICAGO, IL

3 - Apartments

| # | TENANT NAME | SCHEDULED MONTHLY RENT | |
|---|---|---|---|
| 1 | Mauricio Bautista, Garden Apt | $ | 825 |
| 2 | Mario Yolangco, 1st Floor | $ | 1,150 |
| 3 | Claudia Hernandez, 2nd Floor | $ | 950 |
| | **TOTALS: Monthly / Annual** | $ 2,925 | $ 35,100 |

**OPERATING EXPENSES**

| | | |
|---|---|---|
| GAS | | tenant |
| ELECTRIC | | tenant |
| WATER | $ | 63 |
| SCAVENGER | | city |
| REAL ESTATE TAXES | $ | 544 |
| INSURANCE | $ | 124 |
| REPAIRS | $ | 333 |
| LANDSCAPE/SNOW REMOVAL | $ | 100 |
| MANAGEMENT FEE @ 6% | $ | 176 |
| **TOTAL MONTHLY EXPENSES:** | $ 1,339 | $ 1,339 |

**PROJECTED MONTHLY INCOME** $ 1,587

SEPTEMBER 2009
30 DAY PROJECTION

## RENT ROLL & INCOME - EXPENSE ANALYSIS

**PROPERTY ID:** 15

**PROPERTY ADDRESS:** 2866 NORTH ELSTON - CHICAGO, IL
2 - Apartments

| # | TENANT NAME | SCHEDULED MONTHLY RENT | |
|---|---|---|---|
| 1 | Tom Cramer, 1st Floor | $ 800 | |
| 2 | 2nd Floor, VACANT @ $1,000 | $ - | |
| | **TOTALS: Monthly / Annual** | $ 800 | $ 9,600 |

**OPERATING EXPENSES**

| | | |
|---|---|---|
| GAS | tenant | |
| ELECTRIC | tenant | |
| WATER | tenant | |
| SCAVENGER | city | |
| REAL ESTATE TAXES | $ 365 | |
| INSURANCE | $ 91 | |
| REPAIRS | tenant | |
| LANDSCAPE/SNOW REMOVAL | $ - | |
| MANAGEMENT FEE @ 6% | $ 48 | |
| **TOTAL MONTHLY EXPENSES:** | $ 503 | $ 503 |

**PROJECTED MONTHLY INCOME** $ 297

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 16 | |
|---|---|---|---|
| | PROPERTY ADDRESS: | 3600 NORTH PULASKI - CHICAGO, IL | |
| | | 5 - Stores | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | |
| 1 | Brudders Bar | $ 2,500 | |
| | (3600-3602 Pulaski & 4002-04 Addison) | | |
| 2 | Mid-Care, Inc (4006 Addison) | $ 867 | |
| 3 | Charles Martinez, Old Drung Park (4008 Addison) | $ 918 | |
| 4 | Mudders (4004 Addison) | $ 1,000 | |
| 5 | Hilda Mendoza (3604 Pulaski) | $ 950 | |
| | Roseanne's Beauty Shop | | |
| | **TOTALS: Monthly / Annual** | $ 6,235 | $ 74,820 |
| | **OPERATING EXPENSES** | | |
| | GAS | tenant | |
| | ELECTRIC | tenant | |
| | WATER | tenant | |
| | SCAVENGER | tenant | |
| | REAL ESTATE TAXES | $ 2,315 | |
| | INSURANCE | tenant | |
| | REPAIRS | $ 333 | |
| | LANDSCAPE/SNOW REMOVAL | tenant | |
| | MANAGEMENT FEE @ 6% | $ 374 | |
| | **TOTAL MONTHLY EXPENSES:** | $ 3,022 | $ 3,022 |
| | **PROJECTED MONTHLY INCOME** | | $ 3,213 |

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | | | |
|---|---|---|---|
| **PROPERTY ID:** | 21 | | |
| **PROPERTY ADDRESS:** | 3809 NORTH HARLEM - CHICAGO, IL | | |
| | 3 - Apartments & 2 - Stores & Sign | | |
| **TENANT NAME** | **SCHEDULED MONTHLY RENT** | | |
| 1&2  Peter Jovanovic, Store | $ 4,000 | | |
| 3  Sebastian Bulanda, #2C | $ 850 | | |
| 4  Wanda Anthony, #2A | $ 975 | | |
| 5  Piotr Pakula/Justyna Szablowska, #2B | $ 700 | | |
| 6  Sign, Vacant @ $500 | $ - | | |
| **TOTALS: Monthly / Annual** | $ 6,525 | $ 78,300 | |
| **OPERATING EXPENSES** | | | |
| GAS | tenant | | |
| ELECTRIC | tenant | | |
| WATER | $ 83 | (1,992 total, Store pays 50%) | |
| SCAVENGER | tenant | | |
| REAL ESTATE TAXES | $ 781 | | |
| INSURANCE | $ 2,301 | | |
| REPAIRS | $ 333 | | |
| LANDSCAPE/SNOW REMOVAL | $ - | | |
| MANAGEMENT FEE @ 6% | $ 392 | | |
| **TOTAL MONTHLY EXPENSES:** | $ 3,890 | $ 3,890 | |
| **PROJECTED MONTHLY INCOME** | | $ 2,636 | |

# RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 24 | |
|---|---|---|---|
| | PROPERTY ADDRESS: | 5659 WEST IRVING PARK - CHICAGO, IL | |
| | | 1 - Store | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | |
| 1 | STORE: Stanislaw Kowalski & West Irving Park Business, Inc | $ 3,200 | |
| | TOTALS: Monthly / Annual | $ 3,200 | $ 38,400 |
| | **OPERATING EXPENSES** | | |
| | GAS | tenant | |
| | ELECTRIC | tenant | |
| | WATER | tenant | |
| | SCAVENGER | tenant | |
| | REAL ESTATE TAXES | $ 365 | (8758, 500% tenant) |
| | INSURANCE | tenant | |
| | REPAIRS | $ 250 | |
| | LANDSCAPE/SNOW REMOVAL | $ - | |
| | MANAGEMENT FEE @ 6% | $ 192 | |
| | TOTAL MONTHLY EXPENSES: | $ 807 | $ 807 |
| | **PROJECTED MONTHLY INCOME** | | $ 2,393 |

SEPTEMBER 2009
30 DAY PROJECTION

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | | | |
|---|---|---|---|
| **PROPERTY ID:** | | 33 | |
| **PROPERTY ADDRESS:** | | 5551 NORTH CENTRAL - CHICAGO, IL | |
| | | 3 - Apartments | |
| **TENANT NAME** | | **SCHEDULED MONTHLY RENT** | |
| 1 John Kaspari, Apt Floor 1 | $ | 1,000 | |
| 2 Vernon Fenlon, Garden Unit | $ | 700 | |
| 3 Andrew & Judy Johnon, Apt Floor 2 | $ | 975 | |
| **TOTALS: Monthly / Annual** | $ | 2,675 | $ 32,100 |
| **OPERATING EXPENSES** | | | |
| GAS | | tenant | |
| ELECTRIC | $ | 184 | |
| WATER | $ | 72 | |
| SCAVENGER | | city | |
| REAL ESTATE TAXES | $ | 531 | |
| INSURANCE | $ | 91 | |
| REPAIRS | $ | 292 | |
| LANDSCAPE/SNOW REMOVAL | $ | 100 | |
| MANAGEMENT FEE @ 6% | $ | 161 | |
| **TOTAL MONTHLY EXPENSES:** | $ | 1,431 | $ 1,431 |
| **PROJECTED MONTHLY INCOME** | | | $ 1,244 |