IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 09-37463 |
| | ) | Chapter 11 |
| R&G PROPERTIES, | ) | Judge A. Benjamin Goldgar |
| an Illinois general partnership, | ) | |
| | ) | |
| Debtor/Debtor-in-Possession. | ) | |

## FINAL ORDER AUTHORIZING ~~INTERIM~~ USE OF CASH COLLATERAL AND GRANTING RELATED RELIEF

AT Chicago, Illinois in said District before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, this ____ day of November, 2009:

THIS MATTER COMING TO BE HEARD upon the Motion of R&G PROPERTIES, an Illinois general partnership, Debtor and Debtor in Possession herein, For Authority To Use Cash Collateral pursuant to Section 363 of the Bankruptcy Code (the "Motion"); proper notice as required by Rule 4001(b) of the Federal Rules of Bankruptcy Procedure having been provided; First Commercial Bank having requested that the entry of this Order be without prejudice to its right to assert that certain of the properties upon which it asserts liens are not property of the Debtor's estate; this Court having determined that the Debtor's use of cash collateral to cover the expenditures set forth on Group Exhibit A to the Motion is necessary to avoid immediate and irreparable harm to the Debtor's estate pending a final hearing on the Motion; and this Court being fully advised in the premises;

**NOW, THEREFORE, IT IS HEREBY ORDERED** as follows:

A)    The Debtor is authorized to use cash collateral to the extent set forth herein and on Group Exhibit A attached hereto.

-1-

B)    In return for the Debtor's continued interim use of cash collateral, the Cash

Collateral Lenders[1] are granted the following adequate protection for their

purported secured interests:

1.    The Debtor will permit the Cash Collateral Lenders to inspect, upon reasonable notice, within reasonable hours, the Debtor's books and records;

2.    The Debtor shall maintain and pay premiums for insurance to cover all of its assets from fire, theft and water damage;

3.    The Debtor shall, upon reasonable request, make available to the Cash Collateral Lenders evidence of that which constitutes their collateral or proceeds;

4.    The Debtor will properly maintain the properties in good repair and properly manage such properties;

C)    The entry of this Order is without prejudice to the right of First Commercial

Bank to assert that certain of the properties upon which it asserts liens are

not property of the Debtor's estate.

BY THE COURT:

**1 9 NOV 2009**

BANKRUPTCY JUDGE

**DEBTOR'S COUNSEL**:
David K. Welch, Esq.    (Atty. No. 06183621)
Scott R. Clar, Esq.     (Atty. No. 06183741)
Eugene Crane, Esq.      (Atty. No. 0537039)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
FAX: (312) 641-7114
\mjo2\r&g properties\Cash Collateral.Ord.Final.wpd

---

[1] For purposes of this Order, the "Cash Collateral Lenders" are First Commercial Bank, Harris Bank, M&I Bank, American Enterprise Bank and Associated Bank.

# RENT ROLL & INCOME - EXPENSE ANALYSIS

| PROPERTY ID: | 25 |
|---|---|
| PROPERTY ADDRESS: | 4205 W. IRVING PARK ROAD, CHICAGO, IL. 60641 |
| | 2 STORES |

| | TENANT NAME | SCHEDULED MONTHLY RENT | | LEASE BEGINNING | LEASE ENDING |
|---|---|---|---|---|---|
| 1 | Mid Care | $ | 750 | 10/01/09 | 09/30/11 |
| 2 | James Maples | $ | 600 | 09/01/09 | 08/31/10 |
| | TOTALS: Monthly / Annual | $ | 1,350 | $  16,200 | |

## OPERATING EXPENSES

| | | | |
|---|---|---|---|
| GAS | | Tenant | |
| ELECTRIC | $ | 200 | |
| WATER | $ | 25 | |
| SCAVENGER | | City | |
| REAL ESTATE TAXES | $ | 468 | |
| INSURANCE | $ | 76 | |
| REPAIRS | $ | 100 | |
| SNOW REMOVAL | | Tenant | |
| MANAGEMENT FEE @6% | $ | 81 | |
| TOTAL MONTHLY EXPENSES: | $ | 950 | $  950 |

| PROJECTED MONTHLY INCOME: | $  400 |
|---|---|

EXHIBIT

A

SEPTEMBER 2009
30 DAY PROJECTION

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| PROPERTY ID: | 37 | |
|---|---|---|
| PROPERTY ADDRESS: | 20 S. DEE ROAD - PARK RIDGE, IL | |
| | 8 - APARTMENTS | |

| TENANT NAME | SCHEDULED MONTHLY RENT | |
|---|---|---|
| 1  Wilberto & Shirley Collazo , #1A | $    1,475 | |
| 2  Mr. & Mrs. Floyd, #1B | $    1,150 | |
| 3  Marilu DaCosta, #1C | $    1,000 | |
| 4  Wieslaw Babicz, #1D | $    1,000 | |
| 5  Mr. & Mrs. George Breo, #2A | $    1,250 | |
| 6  Andrea Marie Presny, #2B | $    1,100 | |
| 7  Joseph Vallender, #2C | $    1,250 | |
| 8  Ruslana Stefanyuk, #2D | $    1,100 | |
| | $    9,325 | $    111,900 |
| TOTALS: Monthly / Annual | | |

| OPERATING EXPENSES | | |
|---|---|---|
| | tenant | |
| GAS | $    213 | |
| ELECTRIC | $    709 | |
| WATER | $    78 | |
| SCAVENGER | $    2,272 | |
| REAL ESTATE TAXES | $    202 | |
| INSURANCE | $    333 | |
| REPAIRS | $    250 | |
| LANDSCAPE/SNOW REMOVAL | $    560 | |
| MANAGEMENT FEE @ 6% | $    4,617 | $    4,617 |
| TOTAL MONTHLY EXPENSES: | | |
| PROJECTED MONTHLY INCOME | | $    4,708 |

# RENT ROLL & INCOME - EXPENSE ANALYSIS

| | | | | |
|---|---|---|---|---|
| **PROPERTY ID:** | | 30 | | |
| **PROPERTY ADDRESS:** | | 2060 WEST FARGO - CHICAGO, IL | | |
| | | 2 - Condominiums | | |
| **TENANT NAME** | | **SCHEDULED MONTHLY RENT** | | |
| | | $     650 | | |
| 1  Jean Jeanty | | | | |
| | | $     650 | $     7,800 | |
| **TOTALS: Monthly / Annual** | | | | |
| **OPERATING EXPENSES** | | | | |
| | | tenant | | |
| GAS | | tenant | | |
| ELECTRIC | | tenant | | |
| WATER | | tenant | | |
| SCAVENGER | $ | 127 | | |
| REAL ESTATE TAXES | $ | 19 | | |
| INSURANCE - ASSESSEMENTS | $ | 83 | | |
| REPAIRS | $ | - | | |
| LANDSCAPE/SNOW REMOVAL | $ | 39 | | |
| MANAGEMENT FEE @ 6% | $ | 268 | $     268 | |
| **TOTAL MONTHLY EXPENSES:** | | | | |
| **NET OPERATING INCOME** | | | $     382 | |
| **BEFORE DEBT SERVICE** | | | | |

SEPTEMBER 2009
30 DAY PROJECTION

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| PROPERTY ID: | 29 | | |
|---|---|---|---|
| PROPERTY ADDRESS: | 7431 NORTH HOYNE - CHICAGO, IL | | |
| | 1 - Condominium | | |
| TENANT NAME | SCHEDULED MONTHLY RENT | | |
| 1  Larry & Socorro Williams | $ 725 | | |
| 2  Larry Williams, Garage | $ 100 | | |
| TOTALS:  Monthly / Annual | $ 825 | $ 9,900 | |

| OPERATING EXPENSES | | | |
|---|---|---|---|
| GAS | tenant | | |
| ELECTRIC | tenant | | |
| WATER | tenant | | |
| SCAVENGER | tenant | | |
| REAL ESTATE TAXES | $ 115 | | |
| INSURANCE - ASSESSEMENTS | $ 19 | | |
| REPAIRS | $ 83 | | |
| LANDSCAPE/SNOW REMOVAL | $ - | | |
| MANAGEMENT FEE @ 6% | $ 50 | | |
| TOTAL MONTHLY EXPENSES: | $ 267 | $ 267 | |

| NET OPERATING INCOME BEFORE DEBT SERVICE | | $ 558 | |

# RENT ROLL & INCOME - EXPENSE ANALYSIS

| | | | |
|---|---|---|---|
| **PROPERTY ID:** | **11** | | |
| **PROPERTY ADDRESS:** | 3600 NORTH LAKE SHORE DR. - CHICAGO, IL | | |
| | 14 CONDO UNITS | | |
| **TENANT NAME** | **SCHEDULED MONTHLY RENT** | | |
| 1   Christopher King #204 | $ 725 | | |
| 2   Brett Spilker, #603 | $ 820 | | |
| 3   Reshad Hugue, #716 | $ 800 | | |
| 4   #723, VACANT @ $825 | $ - | | |
| 5   George Sabour #917 | $ 600 | | |
| 6   David Guarino #1109 | $ 785 | | |
| 7   Aslam Muhammed #1210 | $ 725 | | |
| 8   Nicole McCurdy, #1523 | $ 825 | | |
| 9   Kim Kampf #1603 | $ 850 | | |
| 10   Gregory Mullins #1622 | $ 835 | | |
| 11   #2003, VACANT @ $825 | $ - | | |
| 12   Eve Fuller, #2009 | $ 800 | | |
| 13   Jadwiga Loj #2503 | $ 875 | | |
| 14   Robert Calderon #2616 | $ 875 | | |
| **TOTALS: Monthly / Annual** | $ 9,515 | $ 114,180 | |
| | | | |
| **OPERATING EXPENSES** | | | |
| GAS | tenant | | |
| ELECTRIC | tenant | | |
| WATER | tenant | | |
| SCAVENGER | tenant | | |
| REAL ESTATE TAXES | $ 1,817 | | |
| ASSESSEMENTS | $ 6,046 | | |
| ADDITIONAL INSURANCE | $ 3,096 | | |
| REPAIRS | $ 500 | | |
| LANDSCAPE/SNOW REMOVAL | $ - | | |
| MANAGEMENT FEE @ 6% | $ 571 | | |
| **TOTAL MONTHLY EXPENSES:** | $ 12,030 | $ 12,030 | |
| | | | |
| **PROJECTED MONTHLY INCOME** | | $ (2,515) | |

# RENT ROLL & INCOME - EXPENSE ANALYSIS

| PROPERTY ID: | 53 & 54 | |
|---|---|---|
| PROPERTY ADDRESS: | 1449 North Wieland & 2421 North Janssen - Chicago, IL | |
| | 2 - Single Family Homes | |
| **TENANT NAME** | **SCHEDULED MONTHLY RENT** | |
| 1 Adam Hitchcock, 1449 North Wieland | $ 4,000 | |
| 2 Martin Banks, 2421 North Janssen | $ 4,000 | |
| **TOTALS: Monthly / Annual** | $ 8,000 | $ 96,000 |
| **OPERATING EXPENSES** | | |
| GAS | tenant | |
| ELECTRIC | tennat | |
| WATER | tennat | |
| SCAVENGER | city | |
| REAL ESTATE TAXES | $ 5,355 /500 | |
| INSURANCE | $ 746 | |
| REPAIRS | $ 250 | |
| LANDSCAPE/SNOW REMOVAL | $ - | |
| MANAGEMENT FEE @ 6% | $ 480 | |
| **TOTAL MONTHLY EXPENSES:** | $ 6,831 | $ 6,831 |
| **PROJECTED MONTHLY INCOME** | | $ 1,170 |

SEPTEMBER 2009
30 DAY PROJECTION

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | | | |
|---|---|---|---|
| **PROPERTY ID:** | 26 | | |
| **PROPERTY ADDRESS:** | 4201 WEST IRVING PARK - CHICAGO, IL | | |
| | 6 - Offices & 1 - Store | | |

| | **TENANT NAME** | **SCHEDULED MONTHLY RENT** | |
|---|---|---|---|
| 1 | OFFICE #1 : Adam Mazur | $ | 925 |
| 2 | OFFICE #2: Adam Mazur | $ | - |
| 3 | OFFICE #3: Robert Jackson | $ | 400 |
| 4 | OFFICE #4: Shelia Barrio | $ | 300 |
| 5 | OFFICE #5: Ilija Vranes | $ | 325 |
| 6 | OFFICE #6: R. Juarez, Y. Arellano | $ | 400 |
| 7 | STORE: Ron & Jacqeline Adnino | $ | 2,500 |
| | **TOTALS: Monthly / Annual** | $   4,850 | $   58,200 |

| **OPERATING EXPENSES** | | | |
|---|---|---|---|
| GAS | | tenant | |
| ELECTRIC | | tenant | |
| WATER | $ | 8 | |
| SCAVENGER | $ | 55 | |
| REAL ESTATE TAXES | $ | 555 | (13,316 tenant @ 50%) |
| INSURANCE | $ | 91 | |
| REPAIRS | $ | 292 | |
| LANDSCAPE/SNOW REMOVAL | $ | 167 | |
| MANAGEMENT FEE @ 6% | $ | 291 | |
| **TOTAL MONTHLY EXPENSES:** | $ | 1,458 | $   1,458 |

| **PROJECTED MONTHLY INCOME** | | $   3,392 |
|---|---|---|

SEPTEMBER 2009
30 DAY PROJECTION

# RENT ROLL & INCOME - EXPENSE ANALYSIS

| | | | |
|---|---|---|---|
| **PROPERTY ID:** | 39 | | |
| **PROPERTY ADDRESS:** | 1240 N. LAKE SHORE DRIVE - CHICAGO, IL | | |
| | 1 - Condominium | | |
| **TENANT NAME** | **SCHEDULED MONTHLY RENT** | | |
| 1  Carol Ware | $          - | | |
| **TOTALS: Monthly / Annual** | $          - | $          - | |
| **OPERATING EXPENSES** | | | |
| GAS | tenant | | |
| ELECTRIC | tenant | | |
| WATER | tenant | | |
| SCAVENGER | tenant | | |
| REAL ESTATE TAXES | $        870 | | |
| INSURANCE - ASSESSEMENTS | $      1,531 | | |
| SPECIAL ASSESSMENT | $        526 | | |
| LANDSCAPE/SNOW REMOVAL | $          - | | |
| MANAGEMENT FEE @ 6% | $          - | | |
| **TOTAL MONTHLY EXPENSES:** | $      2,928 | $      2,928 | |
| **PROJECTED MONTHLY INCOME** | | $    (2,928) | |

SEPTEMBER 2009
30 DAY PROJECTION

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| PROPERTY ID: | 8 | | |
|---|---|---|---|
| **PROPERTY ADDRESS:** | 5700 NORTH CENTRAL - CHICAGO, IL | | |
| | 1 - Office | | |
| **TENANT NAME** | **SCHEDULED MONTHLY RENT** | | |
| 1  Citizens Bank & Trust Co. | $      23,185 | | |
| TOTALS:  Monthly / Annual | $      23,185 | $      278,220 | |
| **OPERATING EXPENSES** | | | |
| GAS | tenant | | |
| ELECTRIC | tenant | | |
| WATER | tenant | | |
| SCAVENGER | tenant | | |
| REAL ESTATE TAXES | tenant | $      (67,346) | |
| INSURANCE | tenant | | |
| MAINTENANCE & MISCELLANEOUS | tenant | | |
| TOTAL MONTHLY EXPENSES: | $            - | $            - | |
| **PROJECTED MONTHLY INCOME** | | $      23,185 | |

# RENT ROLL & INCOME - EXPENSE ANALYSIS

| | | | |
|---|---|---|---|
| **PROPERTY ID:** | 19 | | |
| **PROPERTY ADDRESS:** | 5155 WEST ADDISON - CHICAGO, IL | | |
| | 3 - Apartments & 1 - Store | | |
| **TENANT NAME** | **SCHEDULED MONTHLY RENT** | | |
| 1  Antoni Bronkowski, Deli & Grocery, 1st Floor Store | $ | 3,300 | |
| 2  Constance M. Hines Apartment #2 | $ | 850 | |
| 3  Bernard Shakelford, Apartment #2 East | $ | 750 | |
| 4  Marie Jade Galvan, 2nd Floor | $ | 725 | |
| **TOTALS: Monthly / Annual** | $ | 5,625 | $  67,500 |
| **OPERATING EXPENSES** | | | |
| GAS | | tenant | |
| ELECTRIC | | tenant | |
| WATER | $ | 134 | |
| SCAVENGER | | tenant | |
| REAL ESTATE TAXES | $ | 826 | |
| INSURANCE | $ | 154 | |
| REPAIRS | $ | 433 | |
| LANDSCAPE/SNOW REMOVAL | $ | 167 | |
| MANAGEMENT FEE @ 6% | $ | 338 | |
| **TOTAL MONTHLY EXPENSES:** | $ | 2,051 | $  2,051 |
| **PROJECTED MONTHLY INCOME** | | | $  3,574 |

## RENT ROLL & INCOME-EXPENSE ANALYSIS

| | PROPERTY ID: | 25 | | |
|---|---|---|---|---|
| | PROPERTY ADDRESS: | 6508 WEST DEVON - CHICAGO, IL | | |
| | | 11 - Apartments | | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | | |
| | | | | |
| 1 | Joyce/Walter Kuchar #1N | $ 875 | | |
| 2 | Linda Milarl #1S | $ 875 | | |
| 3 | Nick LaPuma #1W | $ 875 | | |
| 4 | Rodion Mazin #1E | $ 725 | | |
| 5 | Doru Ted Patroi #2N | $ 890 | | |
| 6 | Oscar Zetino #2S | $ 750 | | |
| 7 | Richard Wolowicz #2E | $ 750 | | |
| 8 | Benjamin Sachs #Garden S | $ 825 | | |
| 9 | Wilfredo Sevilla & Julieta Hilario #2W | $ 875 | | |
| 10 | #Garden E, VACANT @ $850 | $ - | | |
| 11 | Daniella Enwiya, Garden N | $ 725 | | |
| | TOTALS: Monthly / Annual | $ 8,165 | $ 97,980 | |
| | | | | |
| | OPERATING EXPENSES | | | |
| | GAS | $ 865 | | |
| | ELECTRIC | $ 84 | | |
| | WATER | $ 186 | | |
| | SCAVENGER | $ 78 | | |
| | REAL ESTATE TAXES | $ 1,334 | | |
| | INSURANCE | $ 413 | | |
| | REPAIRS | $ 417 | | |
| | LANDSCAPE/SNOW REMOVAL | $ 333 | | |
| | MANAGEMENT FEE @ 6% | $ 490 | | |
| | TOTAL MONTHLY EXPENSES: | $ 4,200 | $ 4,200 | |
| | | | | |
| | PROJECTED MONTHLY INCOME | | $ 3,965 | |

SEPTEMBER 2009
30 DAY PROJECTION

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| PROPERTY ID: | 32 | |
|---|---|---|
| **PROPERTY ADDRESS:** | 5703 NORTH ELSTON - CHICAGO, IL | |
| | 1 - Store | |
| **TENANT NAME** | **SCHEDULED MONTHLY RENT** | |
| 1  STORE: Velasquez Mufflers | $          4,416 | |
| **TOTALS: Monthly / Annual** | $          4,416 | $          52,992 |
| **OPERATING EXPENSES** | | |
| GAS | tenant | |
| ELECTRIC | tenant | |
| WATER | tenant | |
| SCAVENGER | tenant | |
| REAL ESTATE TAXES | $             822 | |
| INSURANCE | tenant | |
| REPAIRS | $             208 | |
| MISCELLANEOUS | $               - | |
| LANDSCAPE/SNOW REMOVAL | tenant | |
| MANAGEMENT FEE @ 6% | $             265 | |
| **TOTAL MONTHLY EXPENSES:** | $          1,295 | $          1,295 |
| **PROJECTED MONTHLY INCOME** | | $          3,121 |

SEPTEMBER 2009
30 DAY PROJECTION

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| PROPERTY ID: | 28 | |
|---|---|---|
| **PROPERTY ADDRESS:** | 17851 TORRENCE AVENUE - LANSING, IL | |
| | 2 - Apartments & 1 - Store | |

| TENANT NAME | SCHEDULED MONTHLY RENT | |
|---|---|---|
| 1  Ronald Lundstrum #2F | $ 700 | |
| 2  Karen Paplomatas #2R | $ 700 | |
| 3  P & W Golf Enterprise, Store | $ 4,000 | |
| 4  Quality Carpets, Parkng | $ 150 | |
| **TOTALS: Monthly / Annual** | $ 5,550 | $ 66,600 |

| OPERATING EXPENSES | | |
|---|---|---|
| GAS | tenant | |
| ELECTRIC | tenant | |
| WATER | $ 1,488 | |
| SCAVENGER | tenant | |
| REAL ESTATE TAXES | $ 1,200 | |
| INSURANCE | $ 306 | |
| REPAIRS | $ 375 | |
| LANDSCAPE/SNOW REMOVAL | tenant | |
| MANAGEMENT FEE @ 6% | $ 333 | |
| **TOTAL MONTHLY EXPENSES:** | $ 3,702 | $ 3,702 |

| **PROJECTED MONTHLY INCOME** | | $ 1,848 |
|---|---|---|

SEPTEMBER 2009
30 DAY PROJECTION

# RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | | 43 | | |
|---|---|---|---|---|---|
| | **PROPERTY ADDRESS:** | | 6315-17 NORTH MILWAUKEE - CHICAGO, IL | | |
| | | | 14 - Apartments & 4 - Stores | | |
| | **TENANT NAME** | | **SCHEDULED** | | |
| | | | **MONTHLY RENT** | | |
| 1 | Neri Ramirez, 1A | $ | 875 | | |
| 2 | Atrina & Terry Towns, 1B | $ | 875 | | |
| 3 | Delora A Bock-Cores, 1D | $ | 875 | | |
| 4 | Bob Maiosr, 1E | $ | 875 | | |
| 5 | Won Lee, 2A | $ | 875 | | |
| 6 | Lisa Thigpen, 2B | $ | 875 | | |
| 7 | Victoria Edwards, 2C | $ | 650 | | |
| 8 | Norman Patula & Atena Tersoua, Unit 2D | $ | 875 | | |
| 9 | Marie Thompson, 2E | $ | 800 | | |
| 10 | Lorraine Lofgren, 3A | $ | 920 | | |
| 11 | Tom Faust, 3B | $ | 890 | | |
| 12 | Linda Jacobson, 3C | $ | 625 | | |
| 13 | Janice Glenn, 3D | $ | 900 | | |
| 14 | Maricela Marin, 3E | $ | 875 | | |
| 15 | Norman Patula, Store | $ | 950 | | |
| 16 | Vacant, Store | $ | 950 | | |
| 17 | Family Dentistry, Roman Mycyk & James Ciesco, Store | $ | 2,534 | | |
| 18 | All State Insurance, Lech Dabrowski, Store | $ | 1,300 | | |
| | **TOTALS: Monthly / Annual** | $ | 17,519 | $ | 210,228 |
| | **OPERATING EXPENSES** | | | | |
| | GAS - Apartments only | $ | 2,100 | | |
| | ELECTRIC | $ | 100 | | |
| | WATER | $ | 360 | | |
| | SCAVENGER | $ | 175 | | |
| | REAL ESTATE TAXES | $ | 3,072 | | |
| | INSURANCE | $ | 586 | | |
| | REPAIRS | $ | 500 | | |
| | LANDSCAPE/SNOW REMOVAL | $ | - | | |
| | MANAGEMENT FEE @ 6% | $ | 1,051 | | |
| | **TOTAL MONTHLY EXPENSES:** | $ | 7,944 | $ | 7,944 |
| | **PROJECTED MONTHLY INCOME** | | | $ | 9,575 |

SEPTEMBER 2009
30 DAY PROJECTION

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| PROPERTY ID: | 23 | | |
|---|---|---|---|
| PROPERTY ADDRESS: | 5715-17 NORTH ELSTON- CHICAGO, IL | | |
| | 1 - Vacant Lot & 1 - Office | | |
| | | | |
| TENANT NAME | SCHEDULED | | |
| | MONTHLY RENT | | |
| | | | |
| 1  Andy Ruda, Vacant Lot | $       500 | | |
| 2  Storefront, Carlos Vazquez | $     1,000 | | |
| | | | |
| TOTALS:  Monthly / Annual | $     1,500 | $     18,000 | |
| | | | |
| OPERATING EXPENSES | | | |
| | | | |
| GAS | tenant | | |
| ELECTRIC | tenant | | |
| WATER | tenant | | |
| SCAVENGER | tenant | | |
| REAL ESTATE TAXES | $       818 | | |
| INSURANCE | $        92 | | |
| REPAIRS | $       183 | | |
| LANDSCAPE/SNOW REMOVAL | $         - | | |
| MANAGEMENT FEE @ 6% | $        90 | | |
| TOTAL MONTHLY EXPENSES: | $     1,183 | $      1,183 | |
| | | | |
| PROJECTED MONTHLY INCOME | | $       317 | |

SEPTEMBER 2009
30 DAY PROJECTION

# RENT ROLL & INCOME - EXPENSE ANALYSIS

| PROPERTY ID: | 44 | | |
|---|---|---|---|
| **PROPERTY ADDRESS:** | 6739 WEST NORTH AVENUE - OAK PARK, IL | | |
| | 2-Stores & 1-Apartment | | |
| **TENANT NAME** | **SCHEDULED MONTHLY RENT** | | |
| 1  Joe Johns, Tarot Card Reading, Store #1 | $         975 | | |
| 2  Enyonanie Agbo, Beauty Shop, Store #2 | $         860 | | |
| 3  Ernest Sivels, Apt | $      1,000 | | |
| **TOTALS: Monthly / Annual** | $      2,835 | $      34,020 | |
| **OPERATING EXPENSES** | | | |
| GAS | tenant | | |
| ELECTRIC | tenant | | |
| WATER | tenant | | |
| SCAVENGER | $           55 | | |
| REAL ESTATE TAXES | $         779 | | |
| INSURANCE | $         107 | | |
| REPAIRS | $         208 | | |
| LANDSCAPE/SNOW REMOVAL | $             - | | |
| MANAGEMENT FEE @ 6% | $         170 | | |
| **TOTAL MONTHLY EXPENSES:** | $      1,319 | $      1,319 | |
| **PROJECTED MONTHLY INCOME** | | $      1,516 | |

SEPTEMBER 2009
30 DAY PROJECTION

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | PROPERTY ID: | 45 | |
|---|---|---|---|
| | **PROPERTY ADDRESS:** | 1 NORTH HAMLIN - PARK RIDGE, IL | |
| | | 8 - Apartments | |
| | **TENANT NAME** | **SCHEDULED** | |
| | | **MONTHLY RENT** | |
| 1 | Evelyn Macalister, Unit #1 | $      1,250 | |
| 2 | Zina Binyamin - Unit #2 | $         590 | |
| 3 | Art Swiatlik & Annetia Nowak, Unit #3 | $      1,250 | |
| 4 | Robert Ostasz, Unit #4 | $      1,150 | |
| 5 | Jim Scordo Unit #5 | $      1,250 | |
| 6 | Unit #6, VACANT @ $1,400 | $            - | |
| 7 | Raphael Delgado Unit #7 | $      1,250 | |
| 8 | Michael Enger & Alex Shegersky, Unit #8 | $      1,200 | |
| | **TOTALS: Monthly / Annual** | $      7,940 | $      95,280 |
| | **OPERATING EXPENSES** | | |
| | GAS | tenant | |
| | ELECTRIC | $           91 | |
| | WATER | $         477 | |
| | SCAVENGER | $         125 | |
| | REAL ESTATE TAXES | $      2,326 | |
| | INSURANCE | $         308 | |
| | REPAIRS | $         417 | |
| | LANDSCAPE/SNOW REMOVAL | $         250 | |
| | MANAGEMENT FEE @ 6% | $         476 | |
| | **TOTAL MONTHLY EXPENSES:** | $      4,470 | $       4,470 |
| | **PROJECTED MONTHLY INCOME** | | $       3,470 |

**SEPTEMBER 2009**
**30 DAY PROJECTION**

## RENT ROLL & INCOME-EXPENSE ANALYSIS

| | | | | |
|---|---|---|---|---|
| **PROPERTY ID:** | | 40 | | |
| **PROPERTY ADDRESS:** | | 5401 WEST DEVON - CHICAGO, IL | | |
| | | 6 - Stores | | |
| **TENANT NAME** | | **SCHEDULED** | | |
| | | **MONTHLY RENT** | | |
| 1 | The Edgebrook Coffee Shop, 6322 N. Central | $ | 1,450 | |
| 2 | Connie Houston, 6324 N. Central | $ | 1,050 | |
| 3 | Lee Nails, 5401 W. Devon | $ | 1,500 | |
| 4 | Edward Jones, 5403 W. Devon | $ | 1,379 | |
| 5 | Modern Jewlers, 5405 W. Devon | $ | 1,335 | |
| 6 | Creativo(Julie Marske), 5407 W. Devon | $ | 1,300 | |
| | **TOTALS: Monthly / Annual** | $ | 8,014 | $ 96,168 |
| | **OPERATING EXPENSES** | | | |
| | GAS | | tenant | |
| | ELECTRIC | | tenant | |
| | WATER | | tenant | (4,644, stores each at 1/6) |
| | SCAVENGER | | tenant | |
| | REAL ESTATE TAXES | $ | 1,784 | |
| | INSURANCE | $ | 443 | |
| | REPAIRS | $ | 417 | |
| | LANDSCAPE/SNOW REMOVAL | $ | - | |
| | MANAGEMENT FEE @ 6% | $ | 481 | |
| | **TOTAL MONTHLY EXPENSES:** | $ | 3,124 | $ 3,124 |
| | **PROJECTED MONTHLY INCOME** | | | $ 4,890 |

# RENT ROLL & INCOME - EXPENSE ANALYSIS

| PROPERTY ID: | 9 | | |
|---|---|---|---|
| **PROPERTY ADDRESS:** | 1758 WEST WELLINGTON - CHICAGO, IL | | |
| **TENANT NAME** | **SCHEDULED MONTHLY RENT** | **LEASE BEGINNING** | **LEASE ENDING** |
| | | | |
| **VACANT / DEVELOPMENT** | $          - | $          - | |
| | | | |
| **OPERATING EXPENSES** | | | |
| GAS | $          - | | |
| ELECTRIC | $          - | | |
| WATER | $          - | | |
| SCAVENGER | $          - | | |
| REAL ESTATE TAXES | $        931 | | |
| INSURANCE | $         83 | | |
| REPAIRS | $          - | | |
| **TOTAL MONTHLY EXPENSES:** | $      1,015 | $      1,015 | |
| | | | |
| **PROJECTED MONTHLY INCOME** | | $     (1,015) | |

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | | SCHEDULED MONTHLY RENT | | |
|---|---|---|---|---|
| **PROPERTY ID:** | | 46 | | |
| **PROPERTY ADDRESS:** | | 6327 WEST DEVON - CHICAGO, IL | | |
| | | 3 - Apartments | | |
| **TENANT NAME** | | **SCHEDULED** | | |
| | | **MONTHLY RENT** | | |
| 1 Siobhan Diaz & Francisco Munoz 2nd floor | | $ 975 | | |
| 2 Connie Sorensen, 1st floor | | $ 975 | | |
| 3 Dan Hogan & Katy Priore, Gnd | | $ 750 | | |
| **TOTALS: Monthly / Annual** | | $ 2,700 | $ 32,400 | |
| **OPERATING EXPENSES** | | | | |
| GAS | | tenant | | |
| ELECTRIC | | tenant | | |
| WATER | | tenant | | |
| SCAVENGER | | city | | |
| REAL ESTATE TAXES | | $ 412 | | |
| INSURANCE | | $ 153 | | |
| REPAIRS | | $ 292 | | |
| LANDSCAPE/SNOW REMOVAL | | $ 100 | | |
| MANAGEMENT FEE @ 6% | | $ 162 | | |
| **TOTAL MONTHLY EXPENSES:** | | $ 1,119 | $ 1,119 | |
| **PROJECTED MONTHLY INCOME** | | | $ 1,581 | |

SEPTEMBER 2009
30 DAY PROJECTION

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | | | |
|---|---|---|---|
| **PROPERTY ID:** | **47** | | |
| **PROPERTY ADDRESS:** | 4740 NORTH CENTRAL - CHICAGO, IL | | |
| | 3 - Apartments | | |
| **TENANT NAME** | **SCHEDULED MONTHLY RENT** | | |
| 1  Margaret & Robert Lyons, 1st floor | $          975 | | |
| 2  Evelyn Rosario, 2nd floor | $          950 | | |
| 3  Antonia Alcala, Pedro Alcala, Gnd | $          675 | | |
| **TOTALS:  Monthly / Annual** | $        2,600 | $       31,200 | |
| **OPERATING EXPENSES** | | | |
| GAS | tenant | | |
| ELECTRIC | tenant | | |
| WATER | tenant | | |
| SCAVENGER | city | | |
| REAL ESTATE TAXES | $          372 | | |
| INSURANCE | $          130 | | |
| REPAIRS | $          250 | | |
| LANDSCAPE/SNOW REMOVAL | $          100 | | |
| MANAGEMENT FEE @ 6% | $          156 | | |
| **TOTAL MONTHLY EXPENSES:** | $        1,008 | $         1,008 | |
| **PROJECTED MONTHLY INCOME** | | $         1,592 | |

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | | SCHEDULED MONTHLY RENT | | |
|---|---|---|---|---|
| **PROPERTY ID:** | | 48 | | |
| **PROPERTY ADDRESS:** | | 5688 NORTH ELSTON - CHICAGO, IL | | |
| | | 2 - Apartments | | |
| **TENANT NAME** | | **SCHEDULED MONTHLY RENT** | | |
| 1 | Sharon & Dwan Johnson, 2nd Floor | $ 975 | | |
| 2 | Tracy Terry, 1st floor | $ 950 | | |
| **TOTALS:  Monthly / Annual** | | $ 1,925 | $ 23,100 | |
| **OPERATING EXPENSES** | | | | |
| GAS | | tenant | | |
| ELECTRIC | | tenant | | |
| WATER | | tenant | | |
| SCAVENGER | | city | | |
| REAL ESTATE TAXES | | $ 608 | | |
| INSURANCE | | $ 138 | | |
| REPAIRS | | $ 250 | | |
| LANDSCAPE/SNOW REMOVAL | | $ 100 | | |
| MANAGEMENT FEE @ 6% | | $ 116 | | |
| **TOTAL MONTHLY EXPENSES:** | | $ 1,212 | $ 1,212 | |
| **PROJECTED MONTHLY INCOME** | | | $ 714 | |

SEPTEMBER 2009
30 DAY PROJECTION

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | | | | |
|---|---|---|---|---|
| | **PROPERTY ID:** | 50 | | |
| | | | | |
| | **PROPERTY ADDRESS:** | 5632 NORTH CENTRAL - CHICAGO, IL | | |
| | | 3 - Apartments | | |
| | | | | |
| | **TENANT NAME** | **SCHEDULED** | | |
| | | **MONTHLY RENT** | | |
| | | | | |
| 1 | Rebecca & Tim Schnulle - 2nd floor | $            890 | | |
| 2 | 1st floor, VACANT @ $1,000 | $              - | | |
| 3 | Jason Gerald, GDN | $            675 | | |
| | | | | |
| | **TOTALS:  Monthly / Annual** | $          1,565 | $       18,780 | |
| | | | | |
| | **OPERATING EXPENSES** | | | |
| | | | | |
| | GAS | tenant | | |
| | ELECTRIC | tenant | | |
| | WATER | $             61 | | |
| | SCAVENGER | city | | |
| | REAL ESTATE TAXES | $            451 | | |
| | INSURANCE | $            105 | | |
| | REPAIRS | $            250 | | |
| | LANDSCAPE/SNOW REMOVAL | $            100 | | |
| | MANAGEMENT FEE @ 6% | $             94 | | |
| | **TOTAL MONTHLY EXPENSES:** | $          1,060 | $        1,060 | |
| | | | | |
| | **PROJECTED MONTHLY INCOME** | | $          505 | |

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | | | | |
|---|---|---|---|---|
| **PROPERTY ID:** | | 49 | | |
| **PROPERTY ADDRESS:** | | 2637 BRYN MAWR - CHICAGO, IL | | |
| | | 6 - Apartments | | |
| **TENANT NAME** | | **SCHEDULED** | | |
| | | **MONTHLY RENT** | | |
| 1 | Syed J. Zaidi #2F | $ | 850 | | |
| 2 | #3N, VACANT @ $890 | $ | - | | |
| 3 | VACANT @ $750 | $ | - | | |
| 4 | David Deleon & Illana Mesinger #3R | $ | 750 | | |
| 5 | Bassam Borto #1R | $ | 750 | | |
| 6 | VACANT @ $775 | $ | - | | |
| | **TOTALS: Monthly / Annual** | $ | 2,350 | $ | 28,200 |
| | **OPERATING EXPENSES** | | | | |
| | GAS | $ | 269 | | |
| | ELECTRIC | $ | - | | |
| | WATER | $ | 207 | | |
| | SCAVENGER | $ | 48 | | |
| | REAL ESTATE TAXES | $ | 892 | | |
| | INSURANCE | $ | 276 | | |
| | REPAIRS | $ | 367 | | |
| | LANDSCAPE/SNOW REMOVAL | $ | 167 | | |
| | MANAGEMENT FEE @ 6% | $ | 141 | | |
| | **TOTAL MONTHLY EXPENSES:** | $ | 2,366 | $ | 2,366 |
| | **PROJECTED MONTHLY INCOME** | | | $ | (16) |