### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| R&G PROPERTIES, | ) | |
| an Illinois general partnership, | ) | No. 09 B 37463 |
| | ) | |
| Debtor. | ) | Judge Goldgar |

### ORDER DENYING MOTION TO USE CASH COLLATERAL
### OF AMERICAUNITED BANK & TRUST COMPANY

This matter came on to be heard on the motion of debtor R&G Properties for authority to use cash collateral (Docket No. 9) and the objection of AmericaUnited Bank & Trust Company USA to the motion (Docket No. 35). The court having heard the evidence and the arguments of counsel, and having made findings of fact and conclusions of law on the record, IT IS HEREBY ORDERED:

The motion of debtor R&G Properties for authority to use cash collateral of America Un ited Bank & Trust Company USA is denied.

Dated:  December 3, 2009

_____
A. Benjamin Goldgar
United States Bankruptcy Judge