## EXHIBIT A

| Property Address | Description |
| --- | --- |
| 5654 North Central | 3 unit apt. |
| 5772 West Higgins | 2 offices |
| 5749 North Elston | 6 unit apt. |
| 5536 Artesian | 4 unit apt. |
| 5633 North Central | 3 unit apt. |
| 2866 North Elston | 2 unit apt. |
| 3600 North Pulaski | 5 stores |
| 3809-11 North Harlem | Mixed use (2 stores/3 apts.) |
| 5659 West Irving Park | 1 unit commercial bldg. |
| 5551 North Central | 3 unit apt. |