IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 09-37463 |
| R&G PROPERTIES, ) | Chapter 11 |
| an Illinois general partnership, ) | Judge A. Benjamin Goldgar |
| ) | |
| Debtor/Debtor-in-Possession. ) | |

**ORDER AMENDING COURT'S FINAL PRETRIAL ORDER REGARDING MOTION OF ASSOCIATED BANK, N.A. FOR RELIEF FROM AUTOMATIC STAY**

AT Chicago, Illinois in said District before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, this ___ day of _____, 2010:

THIS MATTER COMING TO BE HEARD upon the Motion of R&G PROPERTIES, Debtor and Debtor in Possession herein, for Amendment of Court's Final Pretrial Order Regarding Motion of Associated Bank, N.A. For Relief From Automatic Stay; proper notice having been provided; no objections having been interposed; and this Court being fully advised in the premises.

NOW, THEREFORE, IT IS HEREBY ORDERED that this Court's Final Pretrial Order entered on February 17, 2010, with respect to the Motion of Associated Bank, N.A. for Relief From the Automatic Stay ("Stay Lift Motion") is amended to provide that the Debtor may conduct discovery relating to the Stay Lift Motion and that any such discovery shall be completed on or before April 15, 2010.

DATE: 0 3 MAR 2010        ENTER:

_____
BANKRUPTCY JUDGE

**DEBTOR'S COUNSEL:**
David K. Welch, Esq. (Atty. No. 06183621)
Scott R. Clar, Esq. (Atty. No. 06183741)
Eugene Crane, Esq. (Atty. No. 0537039)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
W:\GRACE\R & G\Mot for Amdmnt Final Pretrial Ord re Associated Mot Relief Stay.ord.wpd