IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
) Case No. 09-37463
R&G PROPERTIES, ) Chapter 11
an Illinois general partnership, ) Judge A. Benjamin Goldgar
)
)
Debtor/Debtor-in-Possession. )

### FIFTH ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL AND GRANTING RELATED RELIEF WITH RESPECT TO EDGEBROOK BANK

AT Chicago, Illinois in said District before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, this ___ day of March, 2010:

THIS MATTER COMING TO BE HEARD upon the Motion of R&G PROPERTIES, an Illinois general partnership, Debtor and Debtor in Possession herein, For Authority To Use Cash Collateral pursuant to Section 363 of the Bankruptcy Code (the "Motion"); proper notice as required by Rule 4001(b) of the Federal Rules of Bankruptcy Procedure having been provided; this Court having determined that the Debtor's use of cash collateral to cover the expenditures set forth on Group Exhibit A to the Motion is necessary to avoid immediate and irreparable harm to the Debtor's estate pending a final hearing on the Motion; and this Court being fully advised in the premises;

**NOW, THEREFORE, IT IS HEREBY ORDERED** as follows:

A) The Debtor is authorized to use cash collateral during the period March 12, 2010, through April 9, 2010, to the extent set forth herein and on Group Exhibit A attached to the Motion;

B) In return for the Debtor's continued interim use of cash collateral, Edgebrook Bank is granted the following adequate protection for their purported secured interests:

1. The Debtor will permit Edgebrook Bank to inspect, upon reasonable notice, within reasonable hours, the Debtor's books and records;

2. The Debtor shall maintain and pay premiums for insurance to cover all of its assets from fire, theft and water damage;

3. The Debtor shall, upon reasonable request, make available to Edgebrook Bank evidence of that which constitutes their collateral or proceeds;

4. The Debtor will properly maintain the properties in good repair and properly manage such properties;

C) Edgebrook reserves the right to request and the Debtor reserves the right to object to segregation of Edgebrook's purported cash collateral; and

D) The Motion is continued for further hearing before this Court as to Edgebrook Bank to **MARCH 31**, 2010 at 10:00 a.m.

BY THE COURT:

_____
BANKRUPTCY JUDGE
**10 MAR 2010**

**DEBTOR'S COUNSEL**:
David K. Welch, Esq.  (Atty. No. 06183621)
Scott R. Clar, Esq.    (Atty. No. 06183741)
Eugene Crane, Esq.  (Atty. No. 0537039)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
\W:\GRACE\R & G\Cash Collateral - Edgebrook 5th.Ord.wpd