IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 09-37463 |
| R&G PROPERTIES, ) | Chapter 11 |
| an Illinois general partnership, ) | Judge A. Benjamin Goldgar |
| ) | |
| Debtor/Debtor-in-Possession. ) | |

### ORDER APPROVING SALES OF REAL ESTATE AND GRANTING RELATED RELIEF

AT Chicago, Illinois in said District before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, this ___ day of _____, 2010:

THIS MATTER COMING TO BE HEARD upon the Motion of R&G PROPERTIES, an Illinois general partnership, Debtor/Debtor-in- Possession herein, to Approve Sale of Real Estate and For Related Relief pursuant to Section 363 of the Bankruptcy Code and Rule 6004 of the Federal Rules of Bankruptcy Procedure ; proper notice under the circumstances having been provided; no objections having been interposed; and this Court being fully advised in the premises.

**NOW, THEREFORE, IT IS HEREBY ORDERED** as follows:

A) The sale of the property commonly known as 2637 West Bryn Mawr, Chicago, Illinois ("Bryn Mawr Property") upon the terms and conditions set forth on Exhibit A to the Motion, free and clear of any and all liens, claims and encumbrances with valid liens, claims and encumbrances attaching to the proceeds of such sale, is approved;

B) The sale of the property commonly known as 5632 N. Central Avenue, Chicago, Illinois ("Central Property") upon the terms and conditions set forth on Exhibit B to the Motion, free and clear of any and all liens, claims and encumbrances with valid liens, claims and encumbrances attaching to the proceeds of such sale is approved;

1

C) The Debtor is authorized to take any and all actions reasonably necessary to close the sales of the Bryn Mawr Property and Central Property pursuant to the terms of this Order;

D) The Debtor shall deposit all net proceeds of sales (after payment of closing costs) in a special interest-bearing account pending further Order(s) of this Court; and

E) Notice of the hearing on this Motion is shortened to seven (7) days.

DATE: 2 4 MAR 2010            ENTER: _____
                                         BANKRUPTCY JUDGE

**DEBTOR'S COUNSEL**:
David K. Welch, Esq.
(Atty. No. 06183621)
Scott R. Clar, Esq.
(Atty. No. 06183741)
Eugene Crane, Esq.
(Atty. No. 0537039)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777 - FAX: (312) 641-7114
W:\GRACE\R & G\Approve RE Sale.2637 Bryn Mawr and 5632 Central.ord.wpd

2