IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:  ) | |
| ) | Case No. 09-37463 |
| R&G PROPERTIES,  ) | Chapter 11 |
| an Illinois general partnership,  ) | Judge A. Benjamin Goldgar |
| ) | |
| Debtor/Debtor-in-Possession. ) | |

### ORDER AUTHORIZING CONTINUED INTERIM USE OF CASH COLLATERAL AND GRANTING RELATED RELIEF AS TO AMERICAUNITED BANK AND TRUST COMPANY USA

AT Chicago, Illinois in said District before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, this ____ day of April, 2010:

THIS MATTER COMING TO BE HEARD upon the Emergency Motion of R&G PROPERTIES, an Illinois general partnership, Debtor and Debtor in Possession herein, For Authority To Use Cash Collateral of AmericaUnited Bank and Trust Company USA ("AmericaUnited") pursuant to Section 363 of the Bankruptcy Code (the "Motion"); proper notice as required by Rule 4001(b) of the Federal Rules of Bankruptcy Procedure having been provided; AmericaUnited having objected to the Debtor's use of cash collateral; and this Court being fully advised in the premises; the parties having come to an agreement on the continued interim use of cash collateral;

**NOW, THEREFORE, IT IS HEREBY ORDERED** as follows:

A) The Debtor is authorized to use cash collateral of AmericaUnited during the period April 17, 2010, through May 21, 2010, unless such use is terminated sooner pursuant to this Order or a further Order of this Court, to the extent set forth on Exhibit A to the Motion, as modified by paragraph (B) below with

respect to property purportedly securing claims of AmericaUnited, including any rents generated from such properties (all such properties are collectively referred to herein as the "AmericaUnited Properties").

B) The Debtor's use of cash collateral shall be limited to the expenditures on Exhibit "A" to the Motion, and not for any other purposes, including, without limitation, the $2,500.00 fee to Robert and George Michael as referenced in the Motion, but the Debtor shall be allowed to pay the six percent (6%) commission to Michael Realty referenced in Exhibit "A," attached to the Motion. The Debtor will segregate all proceeds and/or rents generated from the AmericaUnited Properties in a separate account.

C) The Debtor will provide a variance report on a monthly basis seven (7) days after month's end, verified under oath, identifying all expenditures of AmericaUnited's cash collateral and comparing the actual expenditures of such cash collateral with the budget for such month.

D) All parties' rights with respect to use of cash collateral are expressly reserved, and nothing herein will be binding upon either party or in any subsequent orders, or constitute a finding of adequate protection. AmericaUnited expressly reserves all objections to the use of cash collateral, including, without limitation, whether it is adequately protected, as well as to specific expenditures, and the Debtor reserves all arguments with respect thereto.

E) This Order shall not be construed as a finding that the AmericaUnited Properties (as is defined in the Motion) are property of the Debtor or its

Estate, and AmericaUnited reserves all rights with respect to the AmericaUnited Properties, including, without limitation to assert that the AmericaUnited Properties are not property of the Debtor or its estate or that the conveyances of the AmericaUnited Properties to the Debtor constituted a fraudulent conveyance. The Debtor reserves all of its rights with respect to the AmericaUnited Properties, including, without limitation, to assert that the AmercaUnited Properties are property of the Debtor and its estate, and any and all defenses that it may have to the assertion that the conveyances of the AmericaUnited Properties to the Debtor were a fraudulent conveyance.

F) AmericaUnited expressly reserves all arguments relating to whether it is entitled to relief from the automatic stay provisions of Section 362 of the Bankruptcy Code and the Debtor expressly reserves all defenses to such arguments.

G) In return for the Debtor's interim use of cash collateral, AmericaUnited is granted the following adequate protection for its purported secured interests.

    1. The Debtor will permit AmericaUnited to inspect, upon reasonable notice, within reasonable hours, the Debtor's books and records;

    2. The Debtor shall maintain and pay premiums for insurance to cover all of its assets from fire, theft and water damage;

    3. The Debtor shall, upon reasonable request, make available to AmericaUnited evidence of that which constitutes their collateral or proceeds; and

    4. The Debtor will properly maintain the properties in good repair and properly manage such properties.

H)   In the event of a default under this Order that remains uncured after seven (7) days advance written notice to the Debtor and its Counsel, the Debtor's right to use cash collateral pursuant to this Order will terminate without prejudice to the Debtor's right to seek the entry of a further Order authorizing the use of cash collateral.

I)   The budget attached to the Motion as Exhibit "A" shall be modified as follows:

   1.   5536 Artesian, garden apartment, the rental income from Darla Benoit is $800.00;

   2.   5633 N. Central, the gas expenditure is $500.00;

   3.   5772 Higgins, first floor B. Wood rental income is $700.00;

   4.   2866 Elston, second floor rental income from Mike Churchill is $500.00.

J)   A further status hearing will be held on __MAY 19__, 2010 at 10:00 a.m.

                                                        BY THE COURT:

0 7 APR 2010                                            _____
                                                        BANKRUPTCY JUDGE

**DEBTOR'S COUNSEL:**
David K. Welch, Esq. (Atty. No. 06183621)
Scott R. Clar, Esq. (Atty. No. 06183741)
Eugene Crane, Esq. (Atty. No. 0537039)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
W:\GRACE\R & G\AmericaUnited Bank cash collateral.No4.ord.wpd

Case 09-37463 Doc 297 Filed 04/07/10 Entered 04/07/10 16:22:22 Desc Main
Document Page 5 of 14
Case 09-37463 Doc 244 Filed 02/25/10 Entered 02/25/10 16:45:51 Desc Main
Document Page 5 of 14
Case 09-37463 Doc 45 Filed 10/23/09 Entered 10/26/09 11:03:17 Desc Main
Document Page 6 of 15

SEPTEMBER 2009
30 DAY PROJECTION

## RENT ROLL & INCOME EXPENSE ANALYSIS

| PROPERTY ID: | 1 | |
|---|---|---|
| PROPERTY ADDRESS: | 5654 NORTH CENTRAL - CHICAGO, IL | |
| | 3 - Apartments | |
| TENANT NAME | SCHEDULED MONTHLY RENT | |
| 1  Dave Kalsch, 1st Floor | $ 950 | |
| 2  Edward Dziadosz, 2nd Floor | $ 950 | |
| 3  Sue Blaszkowski, Garden | $ 800 | |
| TOTALS: Monthly / Annual | $ 2,700 | $ 32,400 |
| | | |
| OPERATING EXPENSES | | |
| GAS | tenant | |
| ELECTRIC | tenant | |
| WATER | $ 44 | |
| SCAVENGER | city | |
| REAL ESTATE TAXES | $ 487 | |
| INSURANCE | $ 105 | |
| REPAIRS | $ 208 | |
| LANDSCAPING/SNOW REMOVAL | $ 100 | |
| MANAGEMENT FEE @ 6% | $ 162 | |
| TOTAL MONTHLY EXPENSES: | $ 1,106 | $ 1,106 |
| | | |
| PROJECTED MONTHLY INCOME | | $ 1,594 |

EXHIBIT A

Case 09-37463   Doc 297   Filed 04/07/10   Entered 04/07/10 16:22:22   Desc Main
Document   Page 6 of 14
Case 09-37463   Doc 244   Filed 02/25/10   Entered 02/25/10 16:45:51   Desc Main
Document   Page 6 of 14
Case 09-37463   Doc 45   Filed 10/23/09   Entered 10/26/09 11:03:17   Desc Main
Document   Page 7 of 15

DECEMBER 2009
30 DAY PROJECTION

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | | | |
|---|---|---|---|
| PROPERTY ID: | 4 | | |
| PROPERTY ADDRESS: | 5772 HIGGINS - CHICAGO, IL | | |
| | 1 - Office & 1 - Apt | | |
| TENANT NAME | SCHEDULED MONTHLY RENT | | |
| 1  1st Floor, VACANT @ $1,300/MONTH | $    - | | |
| 2  Donald Gautreaux | $    1,250 | | |
| TOTALS: Monthly / Annual | $    1,250 | $    15,000 | |
| OPERATING EXPENSES | | | |
| GAS | tenant | | |
| ELECTRIC | tenant | | |
| WATER | tenant | | |
| SCAVENGER | tenant | | |
| REAL ESTATE TAXES | $    457 | | |
| INSURANCE | $    46 | | |
| REPAIRS | $    250 | | |
| LANDSCAPE/SNOW REMOVAL | $    250 | | |
| MANAGEMENT FEE @ 6% | $    75 | | |
| TOTAL MONTHLY EXPENSES: | $    1,078 | $    1,078 | |
| PROJECTED MONTHLY INCOME | | $    172 | |

Case 09-37463  Doc 297  Filed 04/07/10  Entered 04/07/10 16:22:22  Desc Main
Document  Page 7 of 14
Case 09-37463  Doc 244  Filed 02/25/10  Entered 02/25/10 16:45:51  Desc Main
Document  Page 7 of 14
Case 09-37463  Doc 45  Filed 10/23/09  Entered 10/26/09 11:03:17  Desc Main
Document  Page 8 of 15

DECEMBER 2009
30 DAY PROJECTION

## RENT ROLL & INCOME / EXPENSE ANALYSIS

| PROPERTY ID: | 7 | |
|---|---|---|
| PROPERTY ADDRESS: | 5749 NORTH ELSTON - CHICAGO, IL | |
| | 6 - Apartments | |
| TENANT NAME | SCHEDULED MONTHLY RENT | |

| # | Tenant | Rent | |
|---|---|---|---|
| 1 | Glady Ramos & Francisco Gonzalez, GDN Front | $ 825 | |
| 2 | Larry M. Bohl #GDN Rear | $ 725 | |
| 3 | Nen Chy #1F | $ 875 | |
| 4 | Faustino Lagunas #1R | $ 875 | |
| 5 | John Hill, #2F | $ 875 | |
| 6 | Donald J. Spencer #2R | $ 900 | |
| | TOTALS: Monthly / Annual | $ 5,075 | $ 60,900 |

| OPERATING EXPENSES | | |
|---|---|---|
| GAS | $ 549 | |
| ELECTRIC | tenant | |
| WATER | $ 80 | |
| SCAVENGER | $ 79 | |
| REAL ESTATE TAXES | $ 553 | |
| INSURANCE | $ 126 | |
| REPAIRS | $ 250 | |
| LANDSCAPE/SNOW REMOVAL | $ 250 | |
| MANAGEMENT FEE @ 6% | $ 305 | |
| TOTAL MONTHLY EXPENSES: | $ 2,191 | $ 2,191 |
| PROJECTED MONTHLY INCOME | | $ 2,884 |

Case 09-37463 Doc 297 Filed 04/07/10 Entered 04/07/10 16:22:22 Desc Main
Document Page 8 of 14
Case 09-37463 Doc 244 Filed 02/25/10 Entered 02/25/10 16:45:51 Desc Main
Document Page 8 of 14
Case 09-37463 Doc 45 Filed 10/23/09 Entered 10/26/09 11:03:17 Desc Main
Document Page 9 of 15

SEPTEMBER 2009
30 DAY PROJECTION

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | | |
|---|---|---|
| PROPERTY ID: | 13 | |
| PROPERTY ADDRESS: | 5536 ARTESIAN - CHICAGO, IL | |
| | 4 - Apartments | |
| TENANT NAME | SCHEDULED MONTHLY RENT | |
| 1  Cassondra Cole, Garden Apt | $ 825 | |
| 2  Polly Ann & Herb Cole, 1st Floor | $ 1,050 | |
| 3  Michelle Halbert, 2nd Floor | $ 1,000 | |
| 4  Mohammed & Shabana Saleem, 3rd Floor | $ 1,000 | |
| Monthly Totals | $ 3,875 | $ 46,500 |
| OPERATING EXPENSES | | |
| GAS | $ 466 | |
| ELECTRIC | $ 59 | |
| WATER | $ 54 | |
| SCAVENGER | city | |
| REAL ESTATE TAXES | $ 643 | |
| INSURANCE | $ 107 | |
| REPAIRS | $ 333 | |
| LANDSCAPE/SNOW REMOVAL | $ 100 | |
| MANAGEMENT FEE @ 6% | $ 233 | |
| TOTAL MONTHLY EXPENSES: | $ 1,994 | $ 1,994 |
| PROJECTED MONTHLY INCOME | | $ 1,881 |

Case 09-37463 Doc 297 Filed 04/07/10 Entered 04/07/10 16:22:22 Desc Main
Document Page 9 of 14
Case 09-37463 Doc 244 Filed 02/25/10 Entered 02/25/10 16:45:51 Desc Main
Document Page 9 of 14
Case 09-37463 Doc 45 Filed 10/23/09 Entered 10/26/09 11:03:17 Desc Main
Document Page 10 of 15

SEPTEMBER 2009
30 DAY PROJECTION

RENT ROLL - INCOME / EXPENSE ANALYSIS

| PROPERTY ID: | 14 | | |
|---|---|---|---|
| PROPERTY ADDRESS: | 5633 NORTH CENTRAL - CHICAGO, IL | | |
| | 3 - Apartments | | |
| TENANT NAME | SCHEDULED MONTHLY RENT | | |
| 1  Mauricio Bautista, Garden Apt | $ 825 | | |
| 2  Mario Yolangco, 1st Floor | $ 1,150 | | |
| 3  Claudia Hernandez, 2nd Floor | $ 950 | | |
| TOTALS: Monthly / Annual | $ 2,925 | $ 35,100 | |
| OPERATING EXPENSES | | | |
| GAS | tenant | | |
| ELECTRIC | tenant | | |
| WATER | $ 63 | | |
| SCAVENGER | city | | |
| REAL ESTATE TAXES | $ 544 | | |
| INSURANCE | $ 124 | | |
| REPAIRS | $ 333 | | |
| LANDSCAPE/SNOW REMOVAL | $ 100 | | |
| MANAGEMENT FEE @ 6% | $ 176 | | |
| TOTAL MONTHLY EXPENSES: | $ 1,339 | $ 1,339 | |
| PROJECTED MONTHLY INCOME | | $ 1,587 | |

Case 09-37463    Doc 297    Filed 04/07/10    Entered 04/07/10 16:22:22    Desc Main
            Document      Page 10 of 14
Case 09-37463    Doc 244    Filed 02/25/10    Entered 02/25/10 16:45:51    Desc Main
            Document      Page 10 of 14
Case 09-37463    Doc 45    Filed 10/23/09    Entered 10/26/09 11:03:17    Desc Main
            Document      Page 11 of 15

SEPTEMBER 2009
30 DAY PROJECTION

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| PROPERTY ID: | 15 | | |
|---|---|---|---|
| PROPERTY ADDRESS: | 2866 NORTH ELSTON - CHICAGO, IL | | |
| | 2 - Apartments | | |
| TENANT NAME | SCHEDULED MONTHLY RENT | | |
| 1  Tom Cramer, 1st Floor | $ 800 | | |
| 2  2nd Floor, VACANT @ $1,000 | $ - | | |
| TOTALS: Monthly / Annual | $ 800 | $ 9,600 | |
| **OPERATING EXPENSES** | | | |
| GAS | tenant | | |
| ELECTRIC | tenant | | |
| WATER | tenant | | |
| SCAVENGER | city | | |
| REAL ESTATE TAXES | $ 365 | | |
| INSURANCE | $ 91 | | |
| REPAIRS | tenant | | |
| LANDSCAPE/SNOW REMOVAL | $ - | | |
| MANAGEMENT FEE @ 6% | $ 48 | | |
| TOTAL MONTHLY EXPENSES: | $ 503 | $ 503 | |
| PROJECTED MONTHLY INCOME | | $ 297 | |

Case 09-37463 Doc 297 Filed 04/07/10 Entered 04/07/10 16:22:22 Desc Main
Document Page 11 of 14
Case 09-37463 Doc 244 Filed 02/25/10 Entered 02/25/10 16:45:51 Desc Main
Document Page 11 of 14
Case 09-37463 Doc 45 Filed 10/23/09 Entered 10/26/09 11:03:17 Desc Main
Document Page 12 of 15

SEPTEMBER 2009
30 DAY PROJECTION

## RENT ROLL - INCOME - EXPENSES

| | | |
|---|---|---|
| PROPERTY ID: | 16 | |
| PROPERTY ADDRESS: | 3600 NORTH PULASKI - CHICAGO, IL | |
| | 5 - Stores | |
| TENANT NAME | SCHEDULED MONTHLY RENT | |
| 1  Brudders Bar (3600-3602 Pulaski & 4002-04 Addison) | $ 2,500 | |
| 2  Mid-Care, Inc (4006 Addison) | $ 867 | |
| 3  Charles Martinez, Old Drung Park (4008 Addison) | $ 918 | |
| 4  Mudders (4004 Addison) | $ 1,000 | |
| 5  Hilda Mendoza (3604 Pulaski) | $ 950 | |
| Roseanne's Beauty Shop | | |
| TOTALS: Monthly / Annual | $ 6,235 | $ 74,820 |
| OPERATING EXPENSES | | |
| GAS | tenant | |
| ELECTRIC | tenant | |
| WATER | tenant | |
| SCAVENGER | tenant | |
| REAL ESTATE TAXES | $ 2,315 | |
| INSURANCE | tenant | |
| REPAIRS | $ 333 | |
| LANDSCAPE/SNOW REMOVAL | tenant | |
| MANAGEMENT FEE @ 6% | $ 374 | |
| TOTAL MONTHLY EXPENSES: | $ 3,022 | $ 3,022 |
| PROJECTED MONTHLY INCOME | | $ 3,213 |

Case 09-37463   Doc 297   Filed 04/07/10   Entered 04/07/10 16:22:22   Desc Main
            Document      Page 12 of 14
Case 09-37463   Doc 244   Filed 02/23/10   Entered 02/25/10 16:45:51   Desc Main
            Document      Page 12 of 14
Case 09-37463   Doc 45    Filed 10/23/09   Entered 10/26/09 11:03:17   Desc Main
            Document      Page 14 of 15

SEPTEMBER 2009
30 DAY PROJECTION

## RENT ROLL & INCOME EXPENSE ANALYSIS

| PROPERTY ID: | 24 | | |
|---|---|---|---|
| PROPERTY ADDRESS: | 5659 WEST IRVING PARK - CHICAGO, IL | | |
| | 1 - Store | | |
| TENANT NAME | SCHEDULED MONTHLY RENT | | |
| 1  STORE: Stanislaw Kowalski & West Irving Park Business, Inc | $ 3,200 | | |
| TOTALS: Monthly / Annual | $ 3,200 | $ 38,400 | |
| **OPERATING EXPENSES** | | | |
| GAS | tenant | | |
| ELECTRIC | tenant | | |
| WATER | tenant | | |
| SCAVENGER | tenant | | |
| REAL ESTATE TAXES | $ 365 | (8758, 500% tenant) | |
| INSURANCE | tenant | | |
| REPAIRS | $ 250 | | |
| LANDSCAPE/SNOW REMOVAL | $ - | | |
| MANAGEMENT FEE @ 6% | $ 192 | | |
| TOTAL MONTHLY EXPENSES: | $ 807 | $ 807 | |
| PROJECTED MONTHLY INCOME | | $ 2,393 | |

Case 09-37463    Doc 297    Filed 04/07/10    Entered 04/07/10 16:22:22    Desc Main
              Document      Page 13 of 14
Case 09-37463    Doc 244    Filed 02/25/10    Entered 02/25/10 16:45:51    Desc Main
              Document      Page 13 of 14
Case 09-37463    Doc 45     Filed 10/23/09    Entered 10/26/09 11:03:17    Desc Main
              Document      Page 15 of 15

SEPTEMBER 2009
30 DAY PROJECTION

## RENT ROLL & INCOME - EXPENSE ANALYSIS

| | | | |
|---|---|---|---|
| PROPERTY ID: | 33 | | |
| PROPERTY ADDRESS: | 5551 NORTH CENTRAL - CHICAGO, IL | | |
| | 3 - Apartments | | |
| TENANT NAME | SCHEDULED MONTHLY RENT | | |
| 1  John Kaspari, Apt Floor 1 | $ 1,000 | | |
| 2  Vernon Fenlon, Garden Unit | $   700 | | |
| 3  Andrew & Judy Johnon, Apt Floor 2 | $   975 | | |
| TOTALS: Monthly / Annual | $ 2,675 | $ 32,100 | |
| OPERATING EXPENSES | | | |
| GAS | tenant | | |
| ELECTRIC | $   184 | | |
| WATER | $    72 | | |
| SCAVENGER | city | | |
| REAL ESTATE TAXES | $   531 | | |
| INSURANCE | $    91 | | |
| REPAIRS | $   292 | | |
| LANDSCAPE/SNOW REMOVAL | $   100 | | |
| MANAGEMENT FEE @ 6% | $   161 | | |
| TOTAL MONTHLY EXPENSES: | $ 1,431 | $ 1,431 | |
| PROJECTED MONTHLY INCOME | | $ 1,244 | |

Case 09-37463    Doc 297    Filed 04/07/10    Entered 04/07/10 16:22:22    Desc Main
             Document      Page 14 of 14
Case 09-37463    Doc 244    Filed 02/25/10    Entered 02/25/10 16:45:51    Desc Main
             Document      Page 14 of 14
Case 09-37463    Doc 45     Filed 10/23/09    Entered 10/26/09 11:03:17    Desc Main
             Document      Page 13 of 15

SEPTEMBER 2009
30 DAY PROJECTION

## RENT ROLL & INCOME EXPENSE ANALYSIS

| | PROPERTY ID: | 21 | | |
|---|---|---|---|---|
| | PROPERTY ADDRESS: | 3809 NORTH HARLEM - CHICAGO, IL | | |
| | | 3 - Apartments & 2 - Stores & Sign | | |
| | TENANT NAME | SCHEDULED MONTHLY RENT | | |
| 1&2 | Peter Jovanovic, Store | $ 4,000 | | |
| 3 | Sebastian Bulanda, #2C | $ 850 | | |
| 4 | Wanda Anthony, #2A | $ 975 | | |
| 5 | Piotr Pakula/Justyna Szablowska, #2B | $ 700 | | |
| 6 | Sign, Vacant @ $500 | $ - | | |
| | TOTALS: Monthly / Annual | $ 6,525 | $ 78,300 | |
| | OPERATING EXPENSES | | | |
| | GAS | tenant | | |
| | ELECTRIC | tenant | | |
| | WATER | $ 83 | (1,992 total, Store pays 50%) | |
| | SCAVENGER | tenant | | |
| | REAL ESTATE TAXES | $ 781 | | |
| | INSURANCE | $ 2,301 | | |
| | REPAIRS | $ 333 | | |
| | LANDSCAPE/SNOW REMOVAL | $ - | | |
| | MANAGEMENT FEE @ 6% | $ 392 | | |
| | TOTAL MONTHLY EXPENSES: | $ 3,890 | $ 3,890 | |
| | PROJECTED MONTHLY INCOME | | $ 2,636 | |