IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                        )
                                              )  Case No. 09-37463
R&G PROPERTIES,                               )  Chapter 11
an Illinois general partnership,              )  Judge A. Benjamin Goldgar
                                              )
        Debtor/Debtor-in-Possession.          )

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 10th day of May 2010 at 9:30 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, in the room usually occupied by him as courtroom 613 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the Motion to Approve Sale of Real Estate and For Related Relief, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/David K. Welch
Crane, Heyman, Simon, Welch & Clar
l35 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(3l2) 64l-6777

## CERTIFICATE OF SERVICE

STATE OF ILLINOIS  )
                   )
COUNTY OF COOK     )

The undersigned, being first duly sworn on oath deposes and states that a copy of the foregoing Notice and Motion was caused to be served via First Class Mail properly addressed and postage prepaid, to all parties on the attached service list, on the 30th day of April, 2010.

/s/David K. Welch

## SERVICE LIST

United States Trustee
United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604

David Vallas
Wildman Harrold Allen & Dixon LLP
225 W. Wacker Dr., #3000
Chicago, IL 60606-122

Tina Jacobs
Jones & Jacobs
77 W. Washington St., #2100
Chicago, IL 60602

Mitch Lieberman
Noonan & Lieberman Ltd.
105 W. Adams St., #3000
Chicago, IL 60603

Richard Fimoff
Robbins Salomon & Patt Ltd.
25 E. Washington, #1000
Chicago, IL 60602

Allen C. Wesolowski
Martin & Karcazes, Ltd.
161 North Clark St., Suite 550
Chicago, IL 60601

Rosanne Ciambrone
Duane Morris LLP
190 South LaSalle Street
Suite 3700
Chicago, IL 60603

Greta G. Weathersby
c/o The Peoples Gas Light
and Coke Company
130 E. Randolph, 19th Fl.
Chicago, IL 60601

Keevan Morgan
Morgan & Bley Ltd
900 W. Jackson Blvd.
Suite 4E
Chicago, IL 60607

David T.B. Audley
Chapman and Cutler LLP
111 W. Monroe St.
Chicago, IL 60603

Michael T. Benz
Chapman and Cutler LLP
111 W. Monroe St., 15th Floor
Chicago, IL 60603

Joel A. Schechter
Law Offices of Joel A. Schechter
53 W. Jackson Blvd., #1522
Chicago, IL 60604

Harris Bank
333 N. Northwest Hwy.
Barrington IL 60010

Richard P. Darke, Esq.
Duane Morris LLP
190 S. LaSalle St., 33700
Chicago, IL 60603

AJC Restoration
c/o Stotis & Baird
200 W. Jackson, #1050
Chicago, IL 60606

Associated Bank
Attn: Erick Jensen Receiver
932 W. Grace St.
Chicago, IL 60613

Martin Banks
2421 Janssen
Chicago, IL 60614

Belongia, Shapiro & Hines
20 S. Clark, #300
Chicago, IL 60603

Charlie Bosco
5680 N. Elston
Chicago, IL 60646

Henry Cardenas
1459 W. Hubbard
Chicago, IL 60622

Chicagoland Plumbing & Sewer Inc.
4104 Oketo Ave.
Harwood Heights, IL 60706

City of Chicago Department of Revenue
PO Box 88298
Chicago, IL 60680-1290

Nicholas M. Duric
401 N. Wisner
Park Ridge, IL 60068

Gregory Gorlich
7N864 Northern Dancer
Saint Charles, IL 60175

Adriana Mazutis
9S610 Lorraine
Hinsdale, IL 60521

Pino & Raul Landscaping
8515 Mango
Morton Grove, IL 60053

Scanlon & Mathews LLP
332 S. Michigan Ave.
Chicago, IL 60604

Schmidt Salzman & Moran Ltd.
111 W. Washington St.
Chicago, IL 60602

Suburban Tax Lien
200 N. Dearborn
Chicago, IL 60601

John Vadaparampil
849 Franklin, #1504
Chicago, IL

American Enterprise Bank
Attn: Ed Bouas
600 N. Buffalo Grove Road
Buffalo Grove, IL 60089

AmericaUnited Bank and Trust
321 W. Golf Road
Schaumburg, IL 60196

Edgebrook Bank
Attn: John Ptak
6000 W. Touhy
Chicago, IL 60646

First Commercial Bank
Attn: Matt Norkett
6945 N. Clark
Chicago, IL 60626

M&I Bank
Attn: Michael Vellon
770 N. Water St., 19th Floor
Milwaukee, WI 53202

Norstates Bank
c/o Eric Maletsky, Receiver
900 W. Jackson Blvd., #4W
Chicago, IL 60607

Pan American Bank
6232 N. Pulaski
Chicago, IL 60646

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 09-37463 |
| R&G PROPERTIES, ) | Chapter 11 |
| an Illinois general partnership, ) | Judge A. Benjamin Goldgar |
| ) | |
| Debtor/Debtor-in-Possession. ) | |

## MOTION TO APPROVE SALE OF REAL
## ESTATE AND FOR RELATED RELIEF

R&G PROPERTIES, an Illinois general partnership, Debtor and Debtor in Possession herein, by and through its Attorneys, makes its Motion to Approve Sale of Real Estate and For Related Relief pursuant to Section 363 of the Bankruptcy Code and Rule 6004 of the Federal Rules of Bankruptcy Procedure; and in support thereof, states as follows:

### Introduction

1. On October 8, 2009, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Petition Date").

2. Since the Petition Date, the Debtor has operated its business and managed its financial affairs as Debtor-in-Possession.

3. No trustee, examiner or committee of unsecured creditors has been appointed to serve in this reorganization case.

4. By this Motion, the Debtor requests that this Court approve the sale of certain property of the Debtor's estate free and clear of any and all liens, claims and encumbrances and grant certain related relief.

5. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334.

6. This matter constitutes a "core" proceeding within the meaning of 28 U.S.C. Section 157(b)(2)(A), (M), (N) and (O).

7. The statutory predicates for the relief requested in this Motion are Section 363 of the Bankruptcy Code and Rule 6004 of the Federal Rules of Bankruptcy Procedure.

**Relevant Factual Background**

8. The Debtor is an owner and investor of multi-family residential, commercial and mixed use real estate located in the Chicago area, and surrounding suburbs primarily on the north side of Chicago. The Debtor owns the following real estate:[1]

| Property Identification | Lender/Approximate Mortgage Balance | Property Type |
|---|---|---|
| 4205 W. Irving Park | First Commercial Bank; $320,000.00 | 2 story commercial |
| 20 S. Dee Road Park Ridge, IL | First Commercial Bank; $1.3 million | 8 apartments |
| 2060 W. Fargo 7431 N. Hoyne | First Commercial Bank $1.3 million | 2 garden condos |
| 3600 N. Lake Shore Dr. | First Commercial Bank $580,000 | 3 condominiums Units 1914, 1915 and 1916 |
| 2421 N. Janssen | Harris Bank $3.2 million | single family home |
| 1449 W. Wieland | Harris Bank $3.2 million | single family home |
| 1950 Parkside Park Ridge | Pan American Bank $700,000 | 8 unit apartment building |
| 5654 N. Central | AmericaUnited Bank $3.7 million | 3 apartments |

---

[1] Where no specific city designation is listed in the following chart, the property is located in the city of Chicago.

| | | |
|---|---|---|
| 5772 W. Higgins | AmericaUnited Bank $3.7 million | 2 story; 1st floor vacant Commercial 2nd Floor two bedroom apartment |
| 5749 N. Elston | AmericaUnited Bank $3.7 million | 6 apartments |
| 5536 N. Artesian | AmericaUnited Bank $3.7 million | 4 apartments |
| 5633 N. Central | AmericaUnited Bank $3.7 million | 2 apartments |
| 2866 N. Elston | AmericaUnited Bank $3.7 million | 2 apartments |
| 3600 N. Pulaski | AmericaUnited Bank $3.7 million | 4 unit commercial space |
| 5659 W. Irving Park Rd. | AmericaUnited Bank $3.7 million | one store |
| 5551 N. Central | AmericaUnited Bank $3.7 million | 3 apartments |
| 3809 N. Harlem | AmericaUnited Bank $3.7 million | 3 apartments and a restaurant |
| 4201 W. Irving Park Rd. | M&I Bank $8.078 million | 6 offices and 1 store |
| 1240 N. Lake Shore Dr. | M&I Bank $8.078 million | 3 bedroom, 3 bath condo |
| 5700 N. Central | M&I Bank $8.078 million | Citizens Bank Building |
| 5155 W. Addison | M&I Bank $8.078 million | 3 stores and 3 apartments |
| 6508 W. Devon | M&I Bank $8.078 million | 11 unit apartment building |
| 5703 N. Elston | M&I Bank $8.078 million | Commercial auto repair shop |
| 17851 Torrence Lansing, IL | M&I Bank $8.078 million | 2 apartments and a double store combined into 1 |
| 6317 N. Milwaukee | M&I Bank $8.078 million | 14 apartments with a first floor with four offices; 1 vacant |

| | | |
|---|---|---|
| 5715 - 17 N. Elston | M&I Bank $8.078 million | Vacant lot and one (1) storefront |
| 6739 W. North Ave. Oak Park, IL | M&I Bank $8.078 million | 2 stores and 3 bedroom 2 bath apartment |
| 1 North Hamlin Park Ridge, IL | M&I Bank $8.078 million | 7 unit apartment building |
| 1754 W. Wellington | NorStates Bank $11.67 million | 6 apartments |
| 2912 N. Central Park | NorStates Bank $11.67 million | single story auto repair |
| 3038 W. Irving Park | NorStates Bank $11.67 million | 1st floor restaurant 2nd floor apartment |
| 3312 W. Foster | NorStates Bank $11.67 million | 2 stores and 3 apartments |
| 3600 N. Lake Shore Dr. | NorStates Bank $11.67 million | 14 studio apartments |
| 3606 N. Pulaski | NorStates Bank $11.67 million | 2 stores and 2 apartments |
| 3611 N. Pulaski | NorStates Bank $11.67 million | single story auto repair shop |
| 3641 N. Pulaski | NorStates Bank $11.67 million | 19 apartments and 2 store fronts |
| 4054 N. Marmora | NorStates Bank $11.67 million | 8 flat commercial building |
| 4036 Pulaski | NorStates Bank $11.67 million | 1st floor commercial 8 apartments |
| 5600 N. Western | NorStates Bank $11.67 million | 8 store fronts and 10 apartments |
| 5680 N. Elston | NorStates Bank $11.67 million[2] | 4,000 sq. ft. 1st and 2nd floor commercial condo and 12 apartments[3] |

---

[2] All of the twelve (12) properties cross-collaterized for the NorStates debt were under the control of a court-appointed receiver, Eric Maletsky of Malet Realty of Chicago prior to the Petition Date.

[3] NorStates Bank also has a $192,000 junior mortgage attaching on the above twelve (12) properties and a first and second mortgage on property located at 300 W. Sibley Boulevard, Dolton, Illinois, owned by a non-debtor entity.

-4-

| | | |
|---|---|---|
| 5401 W. Devon | American Enterprise Bank $1.1 million | 6 commercial tenants |
| 1758 W. Wellington | American Enterprise Bank $1.1 million | 2 story commercial building - vacant |
| 6325-27 W. Devon | Associated Bank $1.95 million[4] | 3 apartments |
| 4740 N. Central | Associated Bank $1.95 million | 4 apartments |
| 5688 N. Elston | Associated Bank $1.95 million | 3 apartments |
| 5632 N. Central | Associated Bank $1.95 million | 3 apartments |
| 2637 W. Bryn Mawr | Associated Bank $1.95 million | 6 apartments |
| 5632 N. Central | Associated Bank $1.95 million | 3 apartments |
| 5658 N. Central | Edgebrook Bank $392,000 | 3 apartments |
| 5941 N. Austin | Edgebrook Bank $640,000 | 6 apartments |
| | | |

9.   Since the Petition Date, this Court has entered a series of Orders authorizing the Debtor to use cash collateral of the several mortgage lenders.

**The Sale Contract**

10.   On or about April 26, 2010, the Debtor entered into a Real Estate Contract ("Central Contract") with Larry Karlin ("Central Buyer") relating to the property commonly known as 5632 N. Central Avenue, Chicago, Illinois ("Central Property"). A copy of the Central Contract is attached to this Motion as **Exhibit A**.[5]

---

[4] Propr to the Petition Date, Associated Bank obtained a receiver, Erick Janssen for the properties on which Associated Bank has a secured position.

[5] This Court previously approved the sale of the Central Property to another buyer. However, this prior buyer was unable to close to proposed sale.

11. The Central Contract provides, in pertinent part, for the sale of the Central Property to the Central Buyer for the purchase price of $275,000.00 free and clear of any and all liens, claims and encumbrances. The Central Buyer has tendered earnest money in the amount of $10,000.00 with the Central Contract.

12. The Central Property is subject to the pre-existing senior mortgage and lien in favor of Associated Bank which secures a note with a current approximate balance in the amount of $1,950,000.00 ("Mortgage"). Associated Bank also has mortgage liens against four (4) other properties owned by the Debtor that secure the mortgage indebtedness due from the Debtor ("Other Properties"). The sales of the Other Properties have also been approved by this Court. The Central Property is also subject to the junior mortgage interests of M&I Marshall & Ilsley Bank ("MI&").[6]

13. Associated Bank is consenting to the proposed sale of the Central Property.

14. On April 28, 2010, this Court approved a global settlement between the Debtor and Associated Bank pursuant to which the parties contemplated ths sale of the Central Property.

15. The Debtor proposes that, after payment of customary closing costs, all net proceeds of sale will be paid by the Debtor to Associated Bank.

16. The Debtor asserts that the proposed purchase price for the Central Property is representative of fair value. Furthermore, Associated Bank shall retain its mortgage liens on the Other Properties and the sales proceeds thereof. Finally, there is sufficient value in the other properties securing the mortgage indebtedness due to M&I to more than fully secure such indebtedness.

---

[6] M&I is owed approximately $8,000,000.00 by the Debtor. M&I's mortgage indebtedness is secured by senior mortgage liens on eleven (11) properties owned by the Debtor and junior mortgage liens on thirteen (13) properties owned by the Debtor. The aggregate value of the eleven (11) properties owned by the Debtor against which M&I has senior mortgage liens is approximately $13,000,000.00. The thirteen (13) properties against which M&I has junior liens have an aggregate value in excess of $7,000,000.00.

17. The Debtor asserts that pursuant to Section 363(f)(5) of the Bankruptcy Code, this Court may approve the proposed sale free and clear of the mortgages without full satisfaction of the mortgage indebtedness of Associated Bank and M&I since the Debtor may "cram down" on Associated Bank and M&I pursuant to Section 1129(b)(2) of the Bankruptcy Code. See, *In Re Terrace Chalet Apts.*, 159 B.R. 821, 829 (Bankr. N.D. Ill. 1993). More importantly, as to M&I, more than sufficient value exists in M&I's other collateral to fully secure M&I's total mortgage indebtedness.

**Request for Related Relief**

19. The Debtor requests that this Court shorten the notice of the hearing on this Motion to that already provided by the Debtor to the United States Trustee, Associated Bank, M&I, all secured creditors or their counsel, those attorneys having filed appearances in this Chapter 11 case and the Debtor's twenty (20) largest creditors.

**Conclusion**

1. For the reasons set forth in this Motion, the Debtor requests that this Court approve the sale of the Central Property as requested herein and shorten and limit notice of the hearing on this Motion to that provided by the Debtor.

WHEREFORE, R&G PROPERTIES, Debtor and Debtor in Possession herein, prays for the entry of and Order as follows:

A) Approving the sale of the Central Property upon the terms and conditions set forth on Exhibits A to this Motion free and clear of any and all liens, claims and encumbrances with valid liens, claims and encumbrances attaching to the proceeds of such sale;

Document      Page 11 of 11

B)   Shortening and limiting the notice of the hearing on this Motion to that provided by the Debtor; and

C)   Granting such other relief as may be just and appropriate.

> R&G PROPERTIES,
> Debtor/Debtor-in-Possession
>
> By: /s/David K. Welch, Esq.
>        One of Its Attorneys

**DEBTOR'S COUNSEL**:
David K. Welch, Esq.
(Atty. No. 06183621)
Scott R. Clar, Esq.
(Atty. No. 06183741)
Eugene Crane, Esq.
(Atty. No. 0537039)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777 - FAX: (312) 641-7114
W:\GRACE\R & G\Approve RE Sale.5632 Central.new.mot.wpd

-8-