IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
) Case No. 09-37463
R&G PROPERTIES, ) Chapter 11
an Illinois general partnership, ) Judge A. Benjamin Goldgar
)
Debtor/Debtor-in-Possession. )

## ORDER APPROVING SALE OF REAL ESTATE AND GRANTING RELATED RELIEF

AT Chicago, Illinois in said District before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, this ___ day of _____, 2010:

THIS MATTER COMING TO BE HEARD upon the Motion of R&G PROPERTIES, an Illinois general partnership, Debtor/Debtor-in- Possession herein, to Approve Sale of Real Estate and For Related Relief pursuant to Section 363 of the Bankruptcy Code and Rule 6004 of the Federal Rules of Bankruptcy Procedure ; proper notice under the circumstances having been provided; no objections having been interposed; and this Court being fully advised in the premises.

**NOW, THEREFORE, IT IS HEREBY ORDERED** as follows:

A) The sale of the property commonly known as 5632 N. Central Avenue, Chicago, Illinois ("Central Property") upon the terms and conditions set forth on Exhibit A to the Motion, free and clear of any and all liens, claims and encumbrances with valid liens, claims and encumbrances attaching to the proceeds of such sale is approved;

B) The Debtor is authorized to take any and all actions reasonably necessary to close the sale of the Central Property pursuant to the terms of this Order;

C) The Debtor shall pay all net proceeds of sales (after payment of closing costs) to Associated Bank as against its mortgage lien on the Central Property; and

1

D)   Notice of the hearing on this Motion is shortened and limited to that provided by the Debtor.

DATE:   MAY 1 0 2010

ENTER: _____
BANKRUPTCY JUDGE

**DEBTOR'S COUNSEL**:
David K. Welch, Esq.
(Atty. No. 06183621)
Scott R. Clar, Esq.
(Atty. No. 06183741)
Eugene Crane, Esq.
(Atty. No. 0537039)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777 - FAX: (312) 641-7114
W:\GRACE\R & G\Approve RE Sale.5632 Central.new.ord.wpd

2