UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| R&G PROPERTIES, | ) | |
| an Illinois general partnership, | ) | No. 09 B 37463 |
| | ) | |
| Debtor. | ) | Judge Goldgar |

ORDER AMENDING FINAL PRETRIAL ORDER

The motion of NorStates Bank for leave to take discovery (Dkt. No. 411) is construed as a motion to amend the final pretrial order (Dkt. No. 407) and is granted as follows:

1. Paragraph 2 of the final pretrial order is amended to read: "Final discovery cut-off is October 28, 2010. All discovery must be completed by that date."

2. Paragraph 3(b) of the final pretrial order is amended to read: "Response to the motion is due on or before October 18, 2010."

In all other respects, the final pretrial order remains in full force and effect.

Dated: October 13, 2010

_____
A. Benjamin Goldgar
United States Bankruptcy Judge