IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 09-37463 |
| R&G PROPERTIES, ) | Chapter 11 |
| an Illinois general partnership, ) | Judge A. Benjamin Goldgar |
| ) | |
| Debtor/Debtor-in-Possession. ) | |

**ORDER AUTHORIZING CONTINUED INTERIM USE OF CASH
COLLATERAL AND GRANTING RELATED RELIEF AS TO
AMERICAUNITED BANK AND TRUST COMPANY USA**

AT Chicago, Illinois in said District before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, this ____ day of December, 2010:

THIS MATTER COMING TO BE HEARD upon the Emergency Motion of R&G PROPERTIES, an Illinois general partnership, Debtor and Debtor in Possession herein, For Authority To Use Cash Collateral of AmericaUnited Bank and Trust Company USA ("AmericaUnited") pursuant to Section 363 of the Bankruptcy Code (the "Motion"); proper notice as required by Rule 4001(b) of the Federal Rules of Bankruptcy Procedure having been provided; AmericaUnited having objected to the Debtor's use of cash collateral; and this Court being fully advised in the premises; the parties having come to an agreement on the continued interim use of cash collateral;

**NOW, THEREFORE, IT IS HEREBY ORDERED** as follows:

A)   The Debtor is authorized to use cash collateral of AmericaUnited during the period January 1, 2011, through February 28, 2011, unless such use is terminated sooner pursuant to this Order or a further Order of this Court, to the extent set forth in the Current Budget column on Exhibit A hereto, as

modified by paragraph (B) below with respect to property purportedly securing claims of AmericaUnited, including any rents generated from such properties (all such properties are collectively referred to herein as the "AmericaUnited Properties").

B) Except as hereinafter set forth, the Debtor's use of cash collateral shall be limited to the expenditures set forth in the Current Budget column on Exhibit "A" hereto (plus with respect to utility expenses only, no more than 10% of such utility expenses), and not for any other purposes, including, for the avoidance of doubt and without limitation, the $2,500.00 fee to Robert and George Michael as referenced in the Motion, but the Debtor shall be allowed to pay the six percent (6%) commission to Michael Realty referenced in the Current Budget column of Exhibit"A hereto. The Debtor will segregate all proceeds and/or rents generated from the AmericaUnited Properties in a separate account. Any budgeted insurance expense not actually paid by the Debtor in the period in which such insurance expense is budgeted shall carry over to subsequent periods.

C) The Debtor will provide a variance report on a monthly basis seven (7) days after month's end, verified under oath, identifying all expenditures of AmericaUnited's cash collateral and comparing the actual expenditures of such cash collateral with the budget for such month.

D) All parties' rights with respect to use of cash collateral are expressly reserved, and nothing herein will be binding upon either party or in any

subsequent orders, or constitute a finding of adequate protection. AmericaUnited expressly reserves all objections to the use of cash collateral, including, without limitation, whether it is adequately protected, as well as to specific expenditures, and the Debtor reserves all arguments with respect thereto.

E) This Order shall not be construed as a finding that the AmericaUnited Properties (as is defined in the Motion) are property of the Debtor or its Estate, and AmericaUnited reserves all rights with respect to the AmericaUnited Properties, including, without limitation to assert that the AmericaUnited Properties are not property of the Debtor or its estate or that the conveyances of the AmericaUnited Properties to the Debtor constituted a fraudulent conveyance. The Debtor reserves all of its rights with respect to the AmericaUnited Properties, including, without limitation, to assert that the AmericaUnited Properties are property of the Debtor and its estate, and any and all defenses that it may have to the assertion that the conveyances of the AmericaUnited Properties to the Debtor were a fraudulent conveyance.

F) AmericaUnited expressly reserves all arguments relating to whether it is entitled to relief from the automatic stay provisions of Section 362 of the Bankruptcy Code and the Debtor expressly reserves all defenses to such arguments.

G) In return for the Debtor's interim use of cash collateral, AmericaUnited is granted the following adequate protection for its purported secured interests.

1. The Debtor will permit AmericaUnited to inspect, upon reasonable notice, within reasonable hours, the Debtor's books and records;

2. The Debtor shall maintain and pay premiums for insurance to cover all of its assets from fire, theft and water damage;

3. The Debtor shall, upon reasonable request, make available to AmericaUnited evidence of that which constitutes their collateral or proceeds; and

4. The Debtor will properly maintain the properties in good repair and properly manage such properties.

H) In the event of a default under this Order that remains uncured after seven (7) days advance written notice to the Debtor and its Counsel, the Debtor's right to use cash collateral pursuant to this Order will terminate without prejudice to the Debtor's right to seek the entry of a further Order authorizing the use of cash collateral.

I) A further status hearing will be held on _February 28_, 2011 at _10:00_ a.m.

BY THE COURT:

_____
BANKRUPTCY JUDGE

12/15/10

**DEBTOR'S COUNSEL**:
David K. Welch, Esq. (Atty. No. 06183621)
Scott R. Clar, Esq. (Atty. No. 06183741)
Eugene Crane, Esq. (Atty. No. 0537039)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
W:\GRACE\R & G\AmericaUnited Bank cash collateral.No11.ord.wpd

| PROPERTY ADDRESS | 3600 N. Pulaski, Chicago, IL | | | | | |
|---|---|---|---|---|---|---|
| TENANT NAME | APT. NO. | MONTHLY RENT | AMOUNT PAID | AMOUNT REMAINING | DATE PAID | CHECK NO |
| Brudders Bar | 3600-02/4002-06 | $2,500.00 | $5,000.00 | $0.00 | 6/4/2010 | |
| Old Irving Comm | 4006/4008 | $1,800.00 | $1,800.00 | $0.00 | 6/3/2010 | #1400 |
| Mudders | 4004 | $1,000.00 | $2,000.00 | $0.00 | | |
| Roseanne's Beauty Shop | 3604 | $950.00 | $950.00 | $0.00 | 6/3/2010 | #1032 |
| TOTAL MONTHLY INCOME | | $6,250.00 | $9,750.00 | $0.00 | | |
| MONTHLY EXPENSES | | Projected | Cur Budget | Actual | | |
| GAS | | tenant | tenant | tenant | | |
| ELECTRIC | | tenant | tenant | tenant | | |
| WATER | | tenant | tenant | $166.51 | | |
| SCAVENGER | | tenant | tenant | tenant | | |
| REAL ESTATE TAXES | | $2,337.80 | $2,337.80 | $2,337.80 | | |
| REPAIRS | | $200.00 | $200.00 | $0.00 | | |
| LANDSCAPE/SNOW REMOVAL | | tenant | tenant | tenant | | |
| MANAGEMENT FEE @ 6% | | $375.00 | $585.00 | $375.00 | | |
| PAYROLL (R & G) | | | $77.70 | $77.70 | | |
| CH.11 TRUSTEE FEES | | | $35.00 | $0.00 | | |
| INSURANCE | | tenant | tenant | tenant | | |
| TOTAL MONTHLY EXPENSES | | 2912.8 | 3310.5 | 2957.01 | | |

EXHIBIT A

| PROPERTY ADDRESS | | 5654 N. CENTRAL, CHICAGO, IL | | | | |
|---|---|---|---|---|---|---|
| TENANT NAME | APT. NO. | MONTHLY RENT | AMOUNT PAID | AMOUNT REMAINING | DATE PAID | CHECK NO. |
| Dave Kalsch | 1st Fl. | $950.00 | $950.00 | $0.00 | 6/3/2010 | #1369 |
| Edward Dzladosz | 2n Fl. | $950.00 | $950.00 | $0.00 | 6/1/2010 | #1920 |
| Stacey Omar | Garden | $650.00 | $650.00 | $0.00 | 6/7/2010 | cash |
| TOTAL MONTHLY INCOME | | $2,550.00 | $2,550.00 | $0.00 | | |
| MONTHLY EXPENSES | | Prior Bud | Cur Bud | Actual | | |
| GAS | | tenant | tenant | tenant | | |
| ELECTRIC | | tenant | tenant | tenant | | |
| WATER | | $100.00 | $100.00 | $0.00 | | |
| SCAVENGER | | City | | City | | |
| REAL ESTATE TAXES | | $520.66 | $525.00 | $520.66 | | |
| MANAGEMENT FEE 6% | | $153.00 | $153.00 | $153.00 | | |
| REPAIRS | | $208.00 | $200.00 | $0.00 | | |
| PAYROLL (R & G) | | | $77.70 | $77.70 | | |
| CH. 11 TRUSTEE FEES | | | $35.00 | $0.00 | | |
| INSURANCE | | $100.00 | $113.00 | $0.00 | | |
| TOTAL MONTHLY EXPENSES | | 1081.66 | 1278.7 | 751.36 | | |

| PROPERTY ADDRESS | 5772 W. HIGGINS, CHICAGO, IL | | | | | |
|---|---|---|---|---|---|---|
| TENANT NAME | APT. NO. | MONTHLY RENT | AMOUNT PAID | AMOUNT REMAINING | DATE PAID | CHECK NO. |
| Brian Woods | store | $700.00 | $700.00 | $0.00 | 6/11/2010 | #2513 |
| Donald/Maria Gautreaux | 2nd Fl. | $1,250.00 | $1,250.00 | $0.00 | 6/2/2010 | #1879 |
| TOTAL MONTHLY INCOME | | $1,950.00 | $1,950.00 | $0.00 | | |
| MONTHLY EXPENSES | | Prior Bud | Cur | Actual | | |
| GAS | | tenant | tenant | tenant | | |
| ELECTRIC | | tenant | tenant | tenant | | |
| WATER | | tenant | tenant | tenant | | |
| SCAVENGER | | tenant | tenant | tenant | | |
| REAL ESTATE TAXES | | $461.71 | $461.71 | $461.72 | | |
| MANAGEMENT FEE 6% | | $117.00 | $117.00 | $117.00 | | |
| LANDSCAPE/SNOW REMOVAL | | $250.00 | $160.00 | $0.00 | | |
| REPAIRS | | $100.00 | $100.00 | $0.00 | | |
| PAYROLL (R & G) | | | $77.70 | $77.70 | | |
| CH. 11 TRUSTEE FEES | | | $35.00 | $0.00 | | |
| INSURANCE | | $100.00 | $60.00 | $0.00 | | |
| TOTAL MONTHLY EXPENSES | | 1028.71 | 1061.41 | 656.42 | | |

| PROPERTY ADDRESS | 5749 N. Elston, Chicago, IL | | | | | |
|---|---|---|---|---|---|---|
| TENANT NAME | APT. NO. | MONTHLY RENT | AMOUNT PAID | AMOUNT REMAINING | DATE PAID | CHECK NO |
| G. Ramos/F. Gonzalez | GDN front | $825.00 | $0.00 | $825.00 | | |
| Larry M. Bohl | GDN rear | $725.00 | $725.00 | $0.00 | 6/7/2010 | #7763 |
| Nen Chy | 1F | $875.00 | | | | |
| Faustino Lagunas | 1R | $875.00 | $875.00 | $0.00 | | |
| Mary Kay Murawski | 2F | $850.00 | $850.00 | $0.00 | 6/1/2010 | cash |
| Donald J. Spencer | 2R | $900.00 | $900.00 | $0.00 | 6/9/2010 | #0491556 |
| TOTAL MONTHLY INCOME | | $5,050.00 | $3,350.00 | $825.00 | | |
| MONTHLY EXPENSES | | Prior Bud | Cur Bud | Actual | | |
| GAS | | $549.00 | $550.00 | $0.00 | | |
| ELECTRIC | | tenant | tenant | tenant | | |
| WATER | | $80.00 | $120.00 | $272.29 | | |
| SCAVENGER | | $75.00 | $100.00 | $75.00 | | |
| REAL ESTATE TAXES | | $587.81 | $587.81 | $587.81 | | |
| INSURANCE | | $125.00 | $135.00 | $0.00 | | |
| MANAGEMENT FEE 6% | | $304.50 | $304.50 | $201.00 | | |
| REPAIRS | | $200.00 | $350.00 | $112.00 | | |
| PAYROLL (R & G) | | | $77.70 | $77.70 | | |
| CH. 11 TRUSTEE FEES | | | $35.00 | $0.00 | | |
| LANDSCAPE/SNOW REMOVAL | | $75.00 | $75.00 | $0.00 | | |
| TOTAL MONTHLY EXPENSES | | 1996.31 | $2,410.01 | $1,325.80 | | |

| PROPERTY ADDRESS | | 5536 ARTESIAN, CHICAGO, IL | | | | |
|---|---|---|---|---|---|---|
| TENANT NAME | APT. NO. | MONTHLY RENT | AMOUNT PAID | AMOUNT REMAINING | DATE PAID | CHECK NO. |
| vacant | Garden | $800.00 | | | | |
| Polly & Herb Cole | 1st Fl. | $1,050.00 | $1,050.00 | $525.00 | 6/9/2010 | cash |
| Michelle Halbert | 2nd Fl. | $1,000.00 | $1,000.00 | $0.00 | 6/7/2010 | #199 |
| Nadira Bano | 3rd Fl. | $1,000.00 | $1,000.00 | $0.00 | | |
| TOTAL MONTHLY INCOME | | $3,850.00 | $3,050.00 | $525.00 | | |
| | | | | | | |
| MONTHLY EXPENSES | | Prior Bud | Cur Bud | Actual | | |
| GAS | | $446.00 | $775.00 | $870.77 | | |
| ELECTRIC | | $59.00 | $55.00 | $0.00 | | |
| WATER | | $54.00 | $80.00 | $0.00 | | |
| SCAVENGER | | city | city | city | | |
| REAL ESTATE TAXES | | $678.40 | $678.40 | $678.40 | | |
| MANAGEMENT FEE 6% | | $231.00 | $231.00 | $183.00 | | |
| REPAIRS | | $100.00 | $350.00 | $0.00 | | |
| PAYROLL (H & G) | | | $77.70 | $77.70 | | |
| CH. 11 TRUSTEE FEES | | | $35.00 | $0.00 | | |
| INSURANCE | | $100.00 | $115.00 | $0.00 | | |
| TOTAL MONTHLY EXPENSES | | 1668.4 | 2472.1 | 1809.87 | | |

| PROPERTY ADDRESS | 2866 N. Elston, Chicago, IL | | | | |
|---|---|---|---|---|---|
| TENANT NAME | APT. NO. | MONTHLY RENT | AMOUNT PAID | AMOUNT REMAINING | DATE PAID | CHECK NO |
| Tom Cramer | 1st Fl. | $800.00 | $800.00 | $0.00 | 6/9/2010 | #343 |
| Churchill | 2nd Fl. | $400.00 | $400.00 | $0.00 | 6/6/2010 | |
| TOTAL MONTHLY INCOME | | $1,200.00 | $1,200.00 | $0.00 | | |
| MONTHLY EXPENSES | | Prior Bud | Cur Bud | Actual | | |
| GAS | | tenant | tenant | tenant | | |
| ELECTRIC | | tenant | tenant | tenant | | |
| WATER | | tenant | tenant | tenant | | |
| SCAVENGER | | City | City | City | | |
| REAL ESTATE TAXES | | $387.29 | $397.28 | $397.28 | | |
| INSURANCE | | $91.00 | $110.00 | $0.00 | | |
| MANAGEMENT FEE 6% | | $72.00 | $72.00 | $0.00 | | |
| REPAIRS | | tenant | tenant | tenant | | |
| PAYROLL (R & G) | | | $77.70 | $77.70 | | |
| CH/ 11 TRUSTEE FEES | | | $35.00 | $0.00 | | |
| LANDSCAPE/SNOW REMOVAL | | tenant | tenant | tenant | | |
| TOTAL MONTHLY EXPENSES | | 550.29 | 716.98 | 474.98 | | |

| PROPERTY ADDRESS | 5633 N. CENTRAL, CHICAGO, IL | | | | | |
|---|---|---|---|---|---|---|
| TENANT NAME | APT. NO. | MONTHLY RENT | AMOUNT PAID | AMOUNT REMAINING | DATE PAID | CHECK NO. |
| Marlo Yolangco | 1st Fl. | $1,150.00 | $1,150.00 | $0.00 | 6/1/2010 | #1249 |
| Claudia Hernandez | 2nd Fl. | $950.00 | $950.00 | $0.00 | 6/2/2010 | #159 |
| Maurico Bautista | Garden | $825.00 | $810.00 | $380.00 | 6/3/2010 | cash |
| TOTAL MONTHLY INCOME | | $2,925.00 | $2,910.00 | $380.00 | | |
| MONTHLY EXPENSES | | Prior Bud | Cur Bud | Actual | | |
| GAS | | tenant | $101 | $115 | | |
| ELECTRIC | | tenant | tenant | tenant | | |
| WATER | | $63.00 | $65.00 | $0.00 | | |
| SCAVENGER | | city | city | city | | |
| REAL ESTATE TAXES | | $577.94 | $577.94 | $577.94 | | |
| MANAGEMENT FEE 6% | | $175.50 | $175.50 | $174.60 | | |
| REPAIRS | | $125.00 | $140.00 | $0.00 | | |
| LANDSCAPING/SNOW REMOVAL | | $100.00 | $120.00 | $0.00 | | |
| PAYROLL (R &G) | | | $77.70 | $77.70 | | |
| CH. 11 TRUSTEE FEES | | | $35.00 | $35.00 | | |
| INSURANCE | | $124.00 | $90.00 | $0.00 | | |
| TOTAL MONTHLY EXPENSES | | 1165.44 | $1,432 | $980.04 | | |

| PROPERTY ADDRESS | 3809 N. HARLEM, CHICAGO, IL | | | | | |
|---|---|---|---|---|---|---|
| TENANT NAME | APT. NO. | MONTHLY RENT | AMOUNT PAID | AMOUNT REMAINING | DATE PAID | CHECK NO. |
| Bob Michael | restaurant | $4,000.00 | $0.00 | $4,800.00 | | |
| Curtis Martin | 1C | $700.00 | $700.00 | $0.00 | | |
| Felix Jusino | 2A | $1,000.00 | $835.00 | | | |
| Sebastian Bulanda | 2C | $850.00 | $850.00 | $0.00 | | #1271 |
| | | | | | | |
| TOTAL MONTHLY INCOME | | $6,550.00 | $2,385.00 | $4,800.00 | | |
| | | | | | | |
| MONTHLY EXPENSES | | Prior Bud | Cur Bud | Actual | | |
| GAS | | tenant | tenant | tenant | | |
| ELECTRIC | | tenant | tenant | tenant | | |
| WATER | | $83.00 | $225.00 | $552.01 | | |
| SCAVENGER | | city | city | city | | |
| REAL ESTATE TAXES | | $817.49 | $817.49 | $817.49 | | |
| MANAGEMENT FEE 6% | | $391.50 | $391.50 | $143.10 | | |
| REPAIRS | | | $400.00 | $4,808.78 | | |
| PAYROLL (R & G) | | | $77.70 | $77.70 | | |
| CH. 11 TRUSTEE FEES | | | $35.00 | $35.00 | | |
| INSURANCE | | $200.00 | $200.00 | $0.00 | | |
| TOTAL MONTHLY EXPENSES | | 1491.99 | 2196.69 | $6,434.08 | | |

| PROPERTY ADDRESS | 5659 W. Irving, Chicago, IL | | | | | |
|---|---|---|---|---|---|---|
| TENANT NAME | APT. NO. | MONTHLY RENT | AMOUNT PAID | AMOUNT REMAINING | DATE PAID | CHECK NO |
| Michael Raba | restaurant | $2,793.72 | $2,793.72 | $0.00 | 6/2/2010 | |
| TOTAL MONTHLY INCOME | | $2,793.72 | $2,793.72 | $0.00 | | |
| MONTHLY EXPENSES | | Prior Bud | Cur Bud | Actual | | |
| GAS | | tenant | tenant | tenant | | |
| ELECTRIC | | tenant | tenant | tenant | | |
| WATER | | tenant | tenant | tenant | | |
| SCAVENGER | | tenant | tenant | tenant | | |
| REAL ESTATE TAXES | | $737.09 | $737.09 | $737.09 | | |
| INSURANCE | | $125.00 | $125.00 | $0.00 | | |
| REPAIRS | | $75.00 | $75.00 | $0.00 | | |
| MANAGEMENT FEE @ 6% | | $167.62 | $167.62 | $167.62 | | |
| PAYROLL (R & G) | | | $77.70 | $77.70 | | |
| CH. 11 TRUSTEE FEES | | | $35.00 | $35.00 | | |
| LANDSCAPE/SNOW REMOVAL | | tenant | tenant | tenant | | |
| TOTAL MONTHLY EXPENSES | | 1104.71 | 1292.41 | 1017.41 | | |

| PROPERTY ADDRESS | | 5551 N. CENTRAL, CHICAGO, IL | | | | |
|---|---|---|---|---|---|---|
| | | | | | | CHECK NO. |
| TENANT NAME | APT. NO. | MONTHLY RENT | AMOUNT PAID | AMOUNT REMAINING | DATE PAID | |
| John Kaspari | 1st Fl. | $1,000.00 | $1,250.00 | $600.00 | 6/7/14/2010 | #973/974 |
| Andrew & Judy Johnson | 2n Fl. | $975.00 | $975.00 | $0.00 | 6/8/2010 | |
| Vernon Fenlon | Garden | $700.00 | $800.00 | $0.00 | 5/31/2010 | |
| TOTAL MONTHLY INCOME | | $2,675.00 | $3,025.00 | $600.00 | | |
| MONTHLY EXPENSES | | Prior Bud | Cur Bud | Actual | | |
| GAS | | tenant | tenant | tenant | | |
| ELECTRIC | | tenant | tenant | tenant | | |
| WATER | | $72.00 | $70.00 | $0.00 | | |
| SCAVENGER | | city | city | city | | |
| REAL ESTATE TAXES | | $536.47 | $536.47 | $536.47 | | |
| MANAGEMENT FEE 6% | | $160.50 | $160.50 | $181.50 | | |
| LANDSCAPING/SNOW REMOVAL | | $100.00 | $200.00 | $0.00 | | |
| REPAIRS | | $150.00 | $150.00 | $0.00 | | |
| PAYROLL (R & G) | | | $77.70 | $77.70 | | |
| CH. 11 TRUSTEE FEES | | | $35.00 | $35.00 | | |
| INSURANCE | | $91.00 | $100.00 | $0.00 | | |
| TOTAL MONTHLY EXPENSES | | 1109.97 | 1379.67 | 830.67 | | |