## EXHIBIT A

4201 W. Irving Park Rd., Chicago, Illinois;

1240 N. Lake Shore Dr., Chicago, Illinois;

5700 N. Central, Chicago, Illinois;

5155 W. Addison, Chicago, Illinois;

6508 W. Devon, Chicago, Illinois;

5703 N. Elston, Chicago, Illinois;

17851 Torrence, Lansing, IL

6317 N. Milwaukee, Chicago, Illinois;

5715 -17 N. Elston, Chicago, Illinois;

6739 W. North Ave., Oak Park, IL

1 North Hamlin, Park Ridge, IL

DOCUMENT3