UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| R&G PROPERTIES, | ) | |
| an Illinois general partnership, | ) | No. 09 B 37463 |
| | ) | |
| Debtor. | ) | Judge Goldgar |

**ORDER GRANTING IN PART AND DENYING IN PART
MOTION OF DELTA TRADING CO. TO PROHIBIT
USE OF CASH COLLATERAL AND FOR OTHER RELIEF**

This matter came before the court on the motion of Delta Trading Co. to prohibit use of cash collateral and for other relief. For the reasons stated on the record, IT IS HEREBY ORDERED:

1. To the extent the motion seeks to prohibit the debtor from using cash collateral and seeks additional information about the debtor's use of cash collateral, the motion is denied.

2. To the extent the motion seeks to have the movant's cash collateral segregated in a separate bank account, the motion is granted. The debtor must set up a separate account in which the movant's cash collateral, and only the movant's cash collateral, is deposited.

Dated: May 23, 2011

_____
A. Benjamin Goldgar
United States Bankruptcy Judge