UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>R&G PROPERTIES<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   09-37463<br><br>Chapter:  7<br><br>Honorable A. Benjamin Goldgar |

**ORDER APPROVING SALE OF REAL PROPERTY,
FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS,
AND GRANTING RELATED RELIEF:**

**1 NORTH HAMLIN AVENUE, PARK RIDGE, ILLINOIS 60068**

THIS MATTER COMING TO BE HEARD upon the motion (the "Motion") of Michael K. Desmond, not individually but solely in his capacity as Chapter 7 trustee (the "Trustee") for the bankruptcy estate of R&G Properties (the "Debtor"), for the entry of an order: a) authorizing the Trustee to sell the Estate's right, title, and interest in real estate located at 1 North Hamlin Avenue, Park Ridge, Illinois 60068 (the "Real Estate"), to 1 North Hamlin LLC; b) approving the terms of sale, and (c) limiting the notice for cause shown. Terms not otherwise defined herein shall have the meaning ascribed to them in the Motion; due notice having been given and the Court being otherwise fully informed in the premises and the Court having determined based on the statements of the Trustee and counsel and the record in this case:

THIS COURT FINDS THAT:

   A. This Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. § 1408. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A)and (N);

   B. The Real Estate is subject to a first and second mortgage held by Delta Trading Company, Inc., who consents to the sale of its collateral pursuant to 11 U.S.C. § 363(f)(2);

   C. All other lien claims identified in the Motion are the subject of a bona fide dispute or have otherwise been released;

   D. No lien claimants have objected to the sale of the Real Estate;

   E. 1 North Hamlin LLC is a good faith purchaser for value under 11 U.S.C. § 363(m) and as such is entitled to all the protections afforded thereby;

   IT IS HEREBY ORDERED:

   1. The motion is granted and Trustee is authorized to sell the Estate's right, title, and interest in the real property located at 1 North Hamlin Avenue, Park Ridge, Illinois 60068 to 1 N. Hamlin LLC for $1,135,000.00;

2. The Estate's right title and interest in the Real Estate shall be transferred to 1 North Hamlin LLC free and clear of all liens, claims and interests pursuant to 11 U.S.C. 363(f);

3. The net proceeds of the sale after payment of all costs identified in Paragraph 17 of the Motion shall be paid to Delta Trading Company, Inc. in full satisfaction and release of its first mortgage against the Real Estate;

4. Notice of the Motion is limited to those served and that any further notice is waived for cause shown pursuant to Fed. R. Bankr. P. 9006(c) and 9007; and

5. Pursuant to Fed.R.Bankr.P 6004, this order is effective immediately upon entry.

Enter:

Dated: 19 JUN 2013

United States Bankruptcy Judge

**Prepared by:**
Michael K. Desmond (IL #6208809)
William G. Cross (IL #6299574)
FIGLIULO & SILVERMAN, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, Illinois 60603
Tel: (312) 251-4600
Fax: (312) 251-4610

Rev: 20120501_bko