**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| R&G PROPERTIES, | ) | Case No. 09-37463 |
| | ) | |
| Debtor. | ) | Hon. A. Benjamin Goldgar |
| | ) | |
| | ) | **Hearing Date:  August 5, 2013** |
| | ) | **Hearing Time: 9:30 a.m.** |
| | ) | **Courtroom: 642** |

**NOTICE OF MOTION**

**TO:**   See attached Service List.

On **August 5, 2013** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before Judge A. Benjamin Goldgar in **Courtroom 642**, Dirksen Federal Courthouse, 219 S. Dearborn, Chicago, Illinois, and shall then and there present the attached **THIRD MOTION TO AUTHORIZE CHAPTER 7 TRUSTEE TO OPERATE THE BUSINESS OF THE DEBTOR**, a copy of which is attached and hereby served upon you.

Dated:  July 29, 2013

                                        Respectfully Submitted,

                                        **MICHAEL K. DESMOND, not individually but
                                        as Chapter 7 Trustee of the bankruptcy estate of
                                        R&G PROPERTIES**

                                        By:   */s/ William G. Cross*
                                              One of his Attorneys

Michael K. Desmond (IL #6208809)
William G. Cross (IL #6299574)
FIGLIULO & SILVERMAN, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, Illinois 60603
Tel: (312) 251-4600
Fax: (312) 251-4610

# CERTIFICATE OF SERVICE

The undersigned attorney states that on July 29, 2013 a copy of the attached:

**NOTICE OF MOTION**
and
**THIRD MOTION TO AUTHORIZE CHAPTER 7 TRUSTEE TO OPERATE THE BUSINESS OF THE DEBTOR**

was served on all parties listed below in accordance with Fed. R. Bankr. P. 2002, the General Order on Electronic Case Filing and subject to the provisions of Fed. R. Civ. P. 5(b)(3), the Notice of Electronic Filing that is issued through the court's Electronic Case Filing System will constitute service under Fed. R. Civ. P. 5(b)(2)(D) and Fed. R. Crim. P. 49(b) as to all Filing Users in a case assigned to the court's Electronic Case Filing System.  Anyone listed below who is not registered with the Bankruptcy Court CM/ECF system was served via U.S. Mail, postage prepaid and deposited in the mailbox located at 10 S. LaSalle, Chicago, Illinois 60603.

By:  /s/ William G. Cross

Via Electronic Mail:

- David Audley    audley@chapman.com, benz@chapman.com
- Jennifer L. Barton    jbarton@rsplaw.com
- Michael T. Benz    benz@chapman.com, eickmann@chapman.com
- Vincent T Borst    vborst@rsplaw.com
- Rosanne Ciambrone    rciambrone@duanemorris.com, jkahane@duanemorris.com
- Catherine A. Cooke    ccooke@rsplaw.com
- William Cross    wcross@fslegal.com
- William Cross    wcross@fslegal.com
- Michael K Desmond    mkd.trustee@fslegal.com, IL23@ecfcbis.com
- Michael K Desmond    mdesmond@fslegal.com, dorisbay@fslegal.com
- Richard H Fimoff    rfimoff@rsplaw.com, fb@rsplaw.com
- Edward P. Freud    epfreud@rwrlaw.com
- Sheryl A Fyock    sfyock@llflegal.com
- Kathryn Gleason    USTPRegion11.es.ecf@usdoj.gov, Kathryn.M.Gleason@usdoj.gov
- Cameron M Gulden    USTPRegion11.es.ecf@usdoj.gov
- Hugh D Howard    hughdhoward@aol.com
- Tina M. Jacobs    tjacobs@jonesandjacobs.com
- Richard C Jones    rjones@rjoneslaw.com
- Kenneth G. Kubes    kkubes@fdic.gov
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Keevan D. Morgan    kmorgan@morganandbleylimited.com
- Lauren Newman    lnewman@thompsoncoburn.com, dmannella@thompsoncoburn.com
- Matthew A Olins    maolins@duanemorris.com

2

- Stanley F. Orszula    sfo@quarles.com
- John R Potts    ryan@brotschulpotts.com
- Arthur F Radke    a.radke@radke-law.com
- Naheel M. Rantisi    zanayedlaw@yahoo.com
- Joel A Schechter    joelschechter@covad.net
- Julia Jensen Smolka    jjensen@dimonteandlizak.com
- Linda Spak    attorneyspak@yahoo.com
- Joel A Stein    joelastein@dlec.com
- Jennifer Tweeton    jtweeton@rsplaw.com
- David P. Vallas    dvallas@polsinelli.com
- Greta G Weathersby    g.weathersby@pecorp.com
- David K Welch    dwelch@craneheyman.com, gbalderas@craneheyman.com;jdan@craneheyman.com
- Allen C. Wesolowski    acwesolowski@martin-karcazes.com

Via U.S. Mail

R&G Properties
6315 North Milwaukee Ave.
Chicago, Illinois 60646

Illinois Department of Revenue
Bankruptcy Section
P O Box 64338
Chicago, IL 60664-0338

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| R&G PROPERTIES, | ) | Case No. 09-37463 |
| | ) | |
| Debtor. | ) | Hon. A. Benjamin Goldgar |

**THIRD MOTION TO AUTHORIZE CHAPTER 7 TRUSTEE**
**TO OPERATE THE BUSINESS OF THE DEBTOR**

Michael K. Desmond, not individually but solely in his capacity as Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of R&G Properties ("the Debtor"), by his attorneys, moves this Court pursuant to 11 U.S.C. § 721 for entry of an order, effective through December 31, 2013, and without prejudice to the Trustee's ability to seek further extensions, authorizing the Chapter 7 Trustee to continue to operate the business of the Debtor (the "Motion"). In support of this Motion, the Trustee respectfully states as follows:

**JURISDICTION AND VENUE**

1.      The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory predicate for this Motion is 11 U.S.C. § 721.

**BACKGROUND**

3.      On October 8, 2009 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Bankruptcy Court"), thereby commencing the above-entitled case (the "Chapter 11 Case").

4. On June 12, 2012, the Bankruptcy Court entered an order for the appointment of a Chapter 11 trustee in this case, and requested that the United States Trustee make such an appointment.

5. On June 20, 2012, the Bankruptcy Court, upon motion by the United States Trustee, entered an order approving the appointment of Michael K. Desmond as Chapter 11 Trustee of the Debtor's estate.

6. On October 10, 2012 (the "Conversion Date"), upon motion of the Chapter 11 Trustee, this Court entered an order converting the Debtor's Chapter 11 case to one under Chapter 7 of the Bankruptcy Code for cause shown.

7. On the Conversion Date, the United States Trustee appointed Michael K. Desmond as Chapter 7 Trustee of the Debtor's bankruptcy estate.

8. On October 22, 2012, upon motion by the Trustee, the Court entered an order authorizing the Trustee, pursuant to Section 721 of the Bankruptcy Code, to operate the business of the Debtor through January 31, 2013, and collect rents and pay expenses incurred in the ordinary course of business. *[Docket No. 793]*.

9. On January 30, 2013, upon motion by the Trustee, the Court entered an order authorizing the Trustee, pursuant to Section 721 of the Bankruptcy Code, to operate the business of the Debtor through March 31, 2013, and collect rents and pay expenses incurred in the ordinary course of business. *[Docket No. 829]*.

**RELIEF REQUESTED**

10. Pursuant to Section 721 of the Bankruptcy Code, the Trustee seeks entry of an order by this Court authorizing him to continue to operate the Debtor's business through December 31, 2013, and without prejudice to the Trustee's ability to seek further extensions.

**BASIS FOR RELIEF**

11. Under Section 721 of the Bankruptcy Code, the Court may, in its discretion, authorize a chapter 7 trustee to operate a debtor's business if such action is "in the best interest of the estate and consistent with the orderly liquidation of the estate." 11 U.S.C. § 721. Generally, courts approve of continued operation "to maximize receipts when the business is sold." *In re Hessinger Resources, Ltd.*, 67 B.R. 378, 383 (C.D. Ill. 1986).

12. The Trustee has determined that the continued operation of the business until a sale of the Debtor's remaining assets can occur is in the best interests of the estate and consistent with an effective and efficient liquidation of the Debtor's bankruptcy estate.

13. As of the Conversion Date, the Debtor owned and managed approximately 27 different commercial and residential properties containing approximately 115 rental units in and around Chicago, Illinois. There continues to be significant issues concerning the management of the properties, obligations as landlord and owner, issues relating to residential and commercial tenants, rent collection, payments to existing mortgage holders, utilities, trash collection, repair, maintenance, taxes, and insurance. Continuing these property management operations, with the assistance of a property manager retained by the Trustee, is essential not only to the creditors and the estate, but to the commercial and residential tenants of the properties.

14. Additionally, the Trustee's continued operation of the Debtor's business and management of the Debtor's properties is both necessary to sustain the value of the Debtor's assets, allow the Chapter 7 Trustee to maximize the recovery from the liquidation of the Debtor's properties, and provide continued essential services to the commercial and residential tenants of the Debtor's properties.

15. To date, the Trustee has worked successfully with the Debtor's lenders to negotiate the sale of seven of the Debtor's properties[1]. The Trustee is in the process of negotiating additional sales and believes that the continued operation of the Debtor's business and cooperation with the Debtor's lenders will facilitate sales of the remaining properties for the benefit of the estate and creditors.

16. Due to inadvertence or mistake by Trustee's counsel, this third Motion was not filed upon the expiration of the Court's second order authorizing the Trustee to operate the Debtor's business through March 31, 2013. Accordingly, the Trustee seeks retroactive approval of this Motion to and including April 1, 2013. The Trustee submits that no parties in interest, creditors, or the estate will be prejudiced by retroactive approval of this Motion, as the Trustee has continued to seek to maximize the recovery from the liquidation of the Debtor's properties, and to provide continued essential services to the commercial and residential tenants of the Debtor's properties.

17. Pursuant to Rule 2002(a) of the Federal Rules of Bankruptcy Procedure, the Chapter 7 Trustee has served at least seven (7) days' notice of this Motion on the Debtor, Debtor's counsel, the United States Trustee, and all other parties entitled to notice of this Motion. In light of the issues involved, the Trustee believes that the length and extent of such notice is appropriate under the circumstances and that any further notice be waived for cause shown pursuant to Fed. R. Bankr. P. 9006(c) and 9007.

---

[1] Sold properties to date are: 1 N. Hamlim, Park Ridge, Illinois; 1240 N. Lake Shore Drive, Unit 23A, Chicago, Illinois; 5654 North Central Avenue, Chicago, Illinois; 5772 West Higgins Road, Chicago, Illinois; 3600 North Pulaski Road, Chicago, Illinois; 3809 North Harlem Avenue, Chicago, Illinois; 5659 West Irving Park Road, Chicago, Illinois.

WHEREFORE, Michael K. Desmond, not individually but as Chapter 7 Trustee for the bankruptcy estate of R&G Properties, requests that this Court enter an order, retroactive to April 1, 2013 and effective through December 31, 2013, and without prejudice to the Chapter 7 Trustee's ability to seek further extensions, authorizing the Trustee to continue to operate the business of the Debtor and grant such other relief as the Court deems appropriate.

Dated:  July 29, 2013

                Respectfully Submitted,

                **MICHAEL K. DESMOND, not individually but as Chapter 7 Trustee of the bankruptcy estate of R&G PROPERTIES**

                By:   */s/ William G. Cross*
                    One of his Attorneys

Michael K. Desmond (IL #6208809)
William G. Cross (IL #6299574)
FIGLIULO & SILVERMAN, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, Illinois 60603
Tel: (312) 251-4600
Fax: (312) 251-4610