## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 09-37463 |
| R&G PROPERTIES, ) | Chapter 7 |
| An Illinois general partnership, ) | Judge A. Benjamin Goldgar |
| ) | Room: 642 |
| ) | Hearing time: 9:30a.m |

### NOTICE OF MOTION

TO:   PLEASE SEE ATTACHED SERVICE LIST.

PLEASE TAKE NOTICE that on August 5, 2013 at 9:30 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge A. Benjamin Goldgar, Bankruptcy Judge, in Courtroom 642 of the Dierksen Federal Building 219 S. Dearborn, Chicago, Illinois 60604, or before any other Bankruptcy Judge who may be sitting in their stead, and then and there present this Motion to Lift the Automatic Stay of the undersigned, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith, at which time you may appear if you so desire.

### PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice and to the Debtor's attorney via facsimile notice on August 1, 2013.

/s/ J. Ryan Potts
Attorney for Movant

J. Ryan Potts ARDC#6278264
BROTSCHUL POTTS LLC
230 W. Monroe Street
Suite 230
Chicago, Illinois 60606
312-551-9003 phone
312-277-3278 fax

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

## SERVICE LIST

Via U.S. Mail

Michael K. Desmond
Trustee
Figliulo & Silverman P.C.
10 S. LaSalle St. Ste. 3600
Chicago, Illinois 60603
312-251-5287

David K. Welch, Esq.
Debtor's Counsel
Crane, Heyman, Simon, Welch & Clare
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603

R&G Properties
6315 North Milwaukee Ave.
Chicago, Illinois 60646

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, Illinois 60664-0338

Via Electronic Mail

- David Audley          audley@chapman.com, benz@chapman.com
- Jennifer L. Barton    jbarton@rsplaw.com
- Michael T. Benz       benz@chapman.com, eickmann@chapman.com
- Vincent T. Borst      vborst@rsplaw.com
- Rosanne Ciambrone     rciambrone@duanemorris.com, jkahane@duanemorris.com
- Catherine A. Cooke    ccooke@rsplaw.com
- William Cross         wcross@fslegal.com
- Michael K. Desmond    mkd.trustee@fslegal.com, IL23@ecfcbis.com
- Michael K. Desmond    mdesmond@fslegal.com, dorisbay@fslegal.com
- Richard H. Fimoff     rfimoff@rsplaw.com, fb@rsplaw.com
- Edward P. Freud       epfreud@rwrlaw.com
- Sheryl A. Fyock       sfyock@llflegal.com
- Kathryn Gleason       USTPRegion11.es.ecf@usdoj.gov, Kathryn.M.Gleason@usdoj.gov
- Cameron M. Gulden     USTPRegion11.es.ecf@usdoj.gov
- Hugh D. Howard        hughdhoward@aol.com
- Tina M. Jacobs        tjacobs@jonesandjacobs.com
- Richard C. Jones      rjones@rjoneslaw.com

- Kenneth G. Kubes    kkubes@fdic.gov
- Patrick S. Layng    USTPRegion11.es.ecf@usdoj.gov
- Keevan D. Morgan    kmorgan@morganandbleylimited.com
- Lauren Newman    lnewman@thompsonsoburn.com
- Lauren Newman    dmannella@thompsoncoburn.com
- Matthew A. Olins    maolins@duanemorriss.com
- Stanley F. Orszula    sfo@quarles.com
- John R. Potts    ryan@brotschulpotts.com
- Arthur F Radke    a.radke@radke-law.com
- Naheel M. Rantisi    zanayedlaw@yahoo.com
- Joel A. Schechter    joelschechter@covad.net
- Julia Jensen Smolka    jjensen@dimonteandlizak.com
- Linda Spak    attorneyspak@yahoo.com
- Joel A. Stein    joelastein@dlec.com
- Jennifer Tweeton    jtweeton@rsplaw.com
- David P. Vallas    dvallas@polsinelli.com
- Greta G. Weathersby    g.weathersby@pecorp.com
- David K. Welch    dwelch@craneheyman.com, gbalderas@craneheyman.com
- David K. Welch    jdan@craneheyman.com
- Allen C. Wesolowski    acwesolowski@martin-karcazes.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 09-37463 |
| R&G PROPERTIES, ) | Chapter 7 |
| An Illinois general partnership, ) | Judge A. Benjamin Goldgar |
| ) | |
| Debtor ) | |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

NOW COMES Movant, EDGEBROOK BANK ("Movant"), by and through its attorneys, BROTSCHUL POTTS LLC, and moves this Honorable Court pursuant to 11 U.S.C. §362(d) for an Order granting Movant Relief from the Automatic Stay, and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1334 and General Rule 2.33 of the United States District Court for the Northern District of Illinois.

2. The Debtor is indebted to Movant for which the Movant claims a valid security interest in that certain collateral of Debtor described in the attached Commercial Security Agreements and UCC filings (the "Collateral").

3. Movant's Security Interest arose from the execution of that certain Promissory Note and Mortgage executed by the Debtor on January 4, 2007 in the amount of $392,000.00 ("392K Loan") secured by that certain property commonly known as 5658 N. Central Avenue, Chicago, Illinois and made payable to Edgebrook Bank (*See* "Note 1" attached hereto as Exhibit A).

4. Movant's Security Interest arose from the execution of that certain Promissory Note and Mortgage executed by the Debtor on August 16, 2007 in the amount of $640,000.00 ("640K Loan") secured by that certain property commonly known as 5941 N. Austin Avenue, Chicago, Illinois and made payable to Edgebrook Bank (*See* "Note 2" attached hereto as Exhibit B).

5. Enforcement of this security interest has been stayed automatically by operation of 11 U.S.C §362 of the Bankruptcy Code upon Debtor's filing of his Chapter 7 petition.

6.    Movant is entitled to relief from the automatic stay under 11 U.S.C. §362(d) on the basis that the 392K Loan is in default in that the Note fully matured and became due and payable on January 4, 2012, and has not been paid, and the indebtedness due exceeds the appraised value of the properties securing the Loan.

7.    The estimated payoff amount for the 392K Loan is now $404,162.75. That to the best of the Movant's knowledge, no non-exempt equity exists in the subject property or any equity that does exist is so insubstantial as to be of little or no benefit or burdensome to the Debtor's estate.

8.    Additionally, Movant is entitled to relief from the automatic stay under 11 U.S.C. §362(d) on the basis that the 640K Loan is in default in that the Note fully matured and became due and payable on August 16, 2012, and has not been paid, and the indebtedness due exceeds the appraised value of the properties securing the Loan.

9.    The estimated payoff amount for the 640K Loan is now $635,051.24. That to the best of the Movant's knowledge, no non-exempt equity exists in the subject property or any equity that does exist is so insubstantial as to be of little or no benefit or burdensome to the Debtor's estate.

10.    The collection or the failure to collect rents of the subject properties of 392K Loan and 640K Loan will further threaten the equity position of the Movant, and Movant has no adequate protection against the reduction in the value of the properties, and this threat is cause, under section 362(d)(1) of the Code, to lift the automatic stay.

11.    As such, Movant's Motion for Relief from the Automatic Stay should be granted.

WHEREFORE, Movant, EDGEBROOK BANK, respectfully requests that this Court enter an Order modifying and terminating the Section 362 Automatic Stay as to the Debtor R & G Properties, an Illinois general partnership, and the properties located at 5658 N. Central, Chicago, Illinois and 5941 N. Austin, Chicago, Illinois, and grant such other further relief as may be just in the premises.

Respectfully submitted,
EDGEBROOK BANK

J. Ryan Potts
BROTSCHUL POTTS LLC
230 W. Monroe St. Ste. 230
Chicago, Illinois 60606
p. 312-551-9003
f. 312-277-3278

By: /s/ J. Ryan Potts
J. Ryan Potts

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.