IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| R&G PROPERTIES, | ) | Case No. 09-37463 |
| | ) | |
| Debtor. | ) | Hon. A. Benjamin Goldgar |

**SECOND INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF <u>THE LAW OFFICES OF THOMAS M. BATTISTA</u>**

Michael K. Desmond, not individually but solely in his capacity as Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of R&G Properties (the "Debtor"), by and through his attorneys, hereby moves this Court for entry of an order pursuant to 11 U.S.C. §§ 327 and 328 of the Bankruptcy Code, Federal Rule of Bankruptcy Procedure 2016(a), and Local Rule 5082-1, allowing and paying an second interim award of compensation to Thomas M. Battista and the professionals at The Law Offices of Thomas M. Battista (collectively "Battista") for the period of February 1, 2013 through November 18, 2013 (the "Second Application Period"), special counsel retained by the Trustee in the above-captioned case (the "Second Application"). In support of this Second Application, the Trustee states as follows:

**<u>JURISDICTION AND VENUE</u>**

1.  This Court has jurisdiction to consider this Second Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409

2.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

3.  The statutory predicates for the relief requested herein are 11 U.S.C. §§ 327 and 328 of the Bankruptcy Code, Federal Rule of Bankruptcy Procedure 2016(a), and Local Rule 5082-1.

**INTRODUCTION**

4. On October 8, 2009 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Bankruptcy Court"), thereby commencing the above-entitled case and creating the Debtor's estate (the "Estate").

5. On June 12, 2012, the Bankruptcy Court entered an order for the appointment of a chapter 11 trustee in this case, and requesting that the United States Trustee make such an appointment.

6. On June 20, 2012, the Bankruptcy Court, upon motion by the United States Trustee, entered an order appointing Michael K. Desmond as Trustee of the Debtor's Chapter 11 bankruptcy case.

7. On October 10, 2012 (the "Conversion Date"), upon motion of the Chapter 11 Trustee, this Court entered an order converting the Debtor's Chapter 11 case to one under Chapter 7 of the Bankruptcy Code for cause shown.

8. On the Conversion Date, the United States Trustee re-appointed Michael K. Desmond as the Chapter 7 Trustee of the Debtor's bankruptcy estate.

**BACKGROUND**

9. Among other assets, the Debtor owns numerous commercial and residential properties in and around Chicago, Illinois.

10. On September 5, 2012, this Court entered an order authorizing the Trustee's employment of Battista as special counsel in connection with property tax appeals for the Debtor's properties and to assist the Trustee in carrying out related duties in the Chapter 11

2

bankruptcy case. A true and correct copy of the September 5, 2012 order approving the retention of Battista is attached hereto as **Exhibit A**.

11. On December 19, 2012, after this Case was converted to one under Chapter 7, this Court entered an order authorizing the continued employment of Battista as special counsel to the Trustee in connection with property tax appeals for the Debtor's remaining properties and to assist the Trustee in carrying out related duties in the Chapter 7 bankruptcy case, retroactive to the Conversion Date. A true and correct copy of the December 19, 2012 order is attached hereto as **Exhibit B**.

12. Pursuant to this Court's orders, Battista has been continuously employed as the Trustee's special counsel since the entry of the September 5, 2012 order.

13. On February 27, 2013, this Court entered an order awarded Battista interim compensation in the amount of $24,065.39 for services rendered to the Trustee between September 5, 2012 and January 31, 2013. [*Dkt. No.* 839].

## SERVICES RENDERED BY BATTISTA

14. During the Second Application Period, in connection with property tax appeals initiated by Battista on behalf of the Trustee, Battista successfully achieved reductions of assessed valuations of the Debtor's properties totaling $149,827.00. Additionally, Battista's efforts on behalf of the Trustee in connection with the property tax appeals has resulted in $27,999.91 in first-year tax dollar savings and $51,977.70 in multi-year tax dollar savings to the Estate.

15. Attached to this Second Application as **Group Exhibit C** are copies of invoices provided by Battista detailing the successful reductions in assessed valuations and tax dollar savings obtained by Battista on the Debtor's properties.

3

16. Pursuant to Bankruptcy Rule 2016(a), in conjunction with <u>Group Exhibit C</u>, the specific reductions in assessed valuations and total tax savings successfully obtained by Battista to date for each property, as well as Battista's fees, are as follows:

| Property: | Lender: | Total Reduction in Assessed Valuation: | First-Year Tax Dollar Savings: | Multi-Year Tax-Dollar Savings: | Battista's Fees: |
|---|---|---|---|---|---|
| 6315-19 N. Milwaukee Ave., Chicago, IL | Delta Trading Co. | $45,500.00 | $8,164.80 | $16,329.60 (2013-14) | $2.718.88 |
| 4201 W. Irving Park Road, Chicago, IL | Delta Trading Co. | $26,353.00 | $4,728.95 | $4,728.95 (one year only) | $1,182.24 |
| 6508-10 West Devon Ave., Chicago, IL | Delta Trading Co. | $9,968.00 | $1,788.72 | $1,788.72 (one year only) | $447.18 |
| 20 S. Dee Road, Park Ridge, IL | First Commercial Bank | $14,962.00 | $3,659.17 | $10,977.51 (2013-15) | $1,218.50 |
| 5772 W. Higgins Ave., Chicago, IL | America United Bank | $1,885.00 | $1,105.16 | $3,315.48 (2012-14) | $368.02 |
| 5654 N. Central Ave., Chicago, IL | America United Bank | $4,438.00 | $719.69 | $2,159.07 (2012-14) | $239.66 |
| 5155-59 W. Addison St., Chicago, IL | Delta Trading Co. | $4,225.00 | $684.65 | $2,053.94 (2012-14) | $227.99 |
| 5658 N. Central Ave., Chicago, IL | Edgebrook Bank | $1,736.00 | $281.52 | $844.56 (2012-14) | $93.75 |
| 4205 W. Irving Park Road, Chicago, IL | First Commercial Bank | $8,987.00 | $1,456.31 | $4,368.93 (2012-14) | $484.95 |
| 5659 W. Irving Park Road, Chicago, IL | America United Bank | $2,360.00 | $382.43 | $382.43 (one year only) | $95.61 |
| 3600 N. Pulaski Rd., Chicago, IL | America United Bank | $6,199.00 | $1,004.52 | $1,004.52 (one year only) | $251.13 |
| 3809 N. Harlem Ave., Chicago, IL | America United Bank | $13,567.00 | $2,198.48 | $2,198.48 (one year only) | $549.62 |
| 5401 & 5407 W. Devon Ave., Chicago, IL | American Enterprise Bank | $8,503.00 | $1,377.88 | $1,377.88 (one year only) | $344.47 |
| 17851 Torrence, Lansing, IL | Delta Trading Co. | $1,144.00 | $447.63 | $447.63 (one year only) | $111.90 |
| | Total: | | $27,999.91 | $51,977.70 | $8,333.90 |

4

17. Payment of Battista's fees will be made from the cash collateral accounts of the lender to each property, and will be apportioned as follows:

| Lender | Amount |
|---|---|
| First Commercial Bank | $1,703.45 |
| Delta Trading Co. | $4,688.19 |
| Edgebrook Bank | $93.75 |
| AmericaUnited Bank | $1,504.04 |
| American Enterprise Bank | $344.47 |

18. The lenders have consented to the employment of Battista to pursue property tax appeals and the payment of his fees out of cash collateral pursuant to Section 506(c) of the Bankruptcy Code.

19. In accordance with the terms of Battista's retention by the Trustee with respect to the property tax appeals, Battista's compensation is authorized as follows:

(i) one-third (33.3%) of the tax savings effected for the first year of the triennial reassessment for 2012, which will provide legal representation for the term of the triennial assessment (2012, 2013 and 2014); or

(ii) twenty-five percent (25%) of the savings realized for each year a complaint must be submitted if the savings is achieved for "one year only;" or

(iii) twenty-five percent (25%) of the savings amount refunded by the Cook County Treasurer if Battista receives a Certificate of Error, including for years prior to the current triennial.

20. Battista does not seek reimbursement of any expenses through this Second Application.

5

21. Accordingly, pursuant to Local Rule 5082-1(B)(2) and in accordance with the terms of the retainer agreements entered into between Battista and the Trustee, Battista seeks the allowance and payment of interim compensation of $8,333.90 for the legal services rendered to the Trustee as his special counsel.

## BASIS FOR RELIEF

22. Pursuant to Section 330 of the Bankruptcy Code and the generally applicable criteria with respect to time, nature, extent, and value of services performed, all of Battista's services are compensable and the compensation requested is fair and reasonable. All of the services rendered by Battista for the Trustee were necessary for the pursuit of the property tax appeals in connection with the Debtor's properties, and the Trustee submits that the amount for sought for payment in this Second Application is fair and reasonable.

23. The Trustee prepared this Second Application in accordance with the guidelines established by Bankruptcy Rule 2016, Local Rule 5082-1, and this Court.

24. No payments have heretofore been made or promised to Battista for the legal services rendered to the Trustee in connection with this case.

25. All of the services performed by Battista were reasonable and necessary and have benefitted the Debtor's Estate.

26. Battista has not entered into an agreement or understanding of any kind, expressed or implied, with any entity to share in its compensation to be received by Battista for its legal services rendered to the Trustee in this case.

## REQUEST FOR LIMITED NOTICE

27. The Trustee has provided twenty days' notice of this Second Application to all parties registered with CM/ECF in this case, including the United States Trustee's office, the

Debtor, the Debtor's counsel, and secured creditors. Additionally, F&S has served paper copies of the Notice of Hearing on this Second Application by first class U.S. mail on all parties who have requested notice in this case, which identifies Battista as the applicant, states the amounts requested in the Second Application, and provides contact information for any party to request a copy of the Second Application free of charge.

28.  The Trustee requests that the Court excuse the notice requirements of Bankruptcy Rule 2002(a)(6) and approve the limited notice of the Second Application as sufficient and appropriate under the circumstances. Limited notice of the Second Application is sufficient in light of insolvency of the Estate, the limited number of active parties in this case, the expense to the Estate of serving each creditor individually with the entire Second Application, and the lack of an offsetting benefit to creditors given that the United States Trustee, and the Debtor's secured creditors and parties in interest will receive this Second Application.  Further, the fees and costs being sought in this Second Application are being paid from the cash collateral accounts of the secured creditors who received notice of this Second Application, and the limited notice will not prejudice any other parties.

WHEREFORE, Michael K. Desmond, not individually but solely in his capacity as Chapter 7 Trustee of the bankruptcy estate of R&G Properties respectfully requests that this Court enter an order:

(a)  Granting the relief requested in this Second Application;

(b)  Granting the Trustee's request to limit notice as set forth above and finding that the Notice of the Hearing on this Second Application was sufficient;

(c)  Allowing Battista's fees in the amount of $8,333.90 for the legal services to the Trustee between February 1, 2013 through November 18, 2013;

(d) Authorizing the Trustee to pay to Battista $8,333.90 as interim compensation for the expert services rendered to the Trustee between February 1, 2013 through November 18, 2013; and

(e) Granting such other relief as this Court deems necessary or appropriate.

Dated: November 26, 2013                Respectfully Submitted,

**MICHAEL K. DESMOND, not individually but as Chapter 7 Trustee of the bankruptcy estate of R&G PROPERTIES**

By:   */s/ William G. Cross*
           One of his Attorneys

Michael K. Desmond (IL #6208809)
William G. Cross (IL #6299574)
FIGLIULO & SILVERMAN, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, Illinois 60603
Tel: (312) 251-4600
Fax: (312) 251-4610

# **CERTIFICATE OF SERVICE**

I, William G. Cross, the undersigned attorney, hereby certify that on November 26, 2013, I electronically filed the **Second Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of The Law Offices of Thomas M. Battista** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following individuals:

- David Audley    audley@chapman.com, benz@chapman.com
- Jennifer L. Barton    jbarton@rsplaw.com
- Michael T. Benz    benz@chapman.com, eickmann@chapman.com
- Vincent T Borst    vborst@rsplaw.com
- Rosanne Ciambrone    rciambrone@duanemorris.com, jkahane@duanemorris.com
- Catherine A. Cooke    ccooke@rsplaw.com
- William Cross    wcross@fslegal.com
- Michael K Desmond    mkd.trustee@fslegal.com, IL23@ecfcbis.com
- Michael K Desmond    mdesmond@fslegal.com
- Richard H Fimoff    rfimoff@rsplaw.com, fb@rsplaw.com
- Edward P. Freud    epfreud@rwrlaw.com
- Sheryl A Fyock    sfyock@llflegal.com
- Kathryn Gleason    USTPRegion11.es.ecf@usdoj.gov, Kathryn.M.Gleason@usdoj.gov
- Cameron M Gulden    USTPRegion11.es.ecf@usdoj.gov
- Hugh D Howard    hughdhoward@aol.com
- Tina M. Jacobs    tjacobs@jonesandjacobs.com
- Richard C Jones    rjones@rjoneslaw.com
- Kenneth G. Kubes    kkubes@fdic.gov
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Keevan D. Morgan    kmorgan@morganandbleylimited.com
- Lauren Newman    lnewman@thompsoncoburn.com, dmannella@thompsonccoburn.com
- Matthew A Olins    maolins@duanemorris.com
- Stanley F. Orszula    sorszula@fdic.gov
- Arthur F Radke    aradke@rsplaw.com, labrams@rsplaw.com
- Naheel M. Rantisi    zanayedlaw@yahoo.com
- Joel A Schechter    joelschechter@covad.net
- Julia Jensen Smolka    jjensen@dimonteandlizak.com
- Linda Spak    attorneyspak@yahoo.com
- Joel A Stein    joelastein@dlec.com
- Jennifer Tweeton    jtweeton@rsplaw.com
- David P. Vallas    dvallas@polsinelli.com
- Greta G Weathersby    g.weathersby@pecorp.com
- David K Welch    dwelch@craneheyman.com, gbalderas@craneheyman.com;jdan@craneheyman.com
- Allen C. Wesolowski    acwesolowski@martin-karcazes.com

    And I hereby further certify that on November 26, 2013, I mailed by first class U.S. mail the **Second Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of The Law Offices of Thomas M. Battista** to the following non-registered participants:

| | |
|---|---|
| Thomas M Battista<br>Figliulo & Silverman, P.C.<br>10 S LaSalle St Suite 3600<br>Chicago, IL 60603 | R&G Properties<br>6315 North Milwaukee Ave.<br>Chicago, Illinois 60646 |
| Illinois Department of Revenue<br>Bankruptcy Section<br>P O Box 64338<br>Chicago, IL 60664-0338 | Nicholas V. Dizonno<br>Pan American Bank<br>1440 W. North Avenue<br>Melrose Park, IL 60160 |
| John Ptak<br>Edgebrook Bank<br>6000 W. Touhy Ave.<br>Chicago Il 60646 | |

                                            /s/     William G. Cross