# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   09-37463 |
| R&G PROPERTIES | ) | |
| | ) | |
| | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtor(s) | ) | |

### ORDER APPROVING EMPLOYMENT OF SPECIAL COUNSEL

THIS MATTER COMING TO BE HEARD upon the motion (the "Motion") of Michael K. Desmond, not individually but as Chapter 11 Trustee for the bankruptcy estate of R&G Properties (the "Debtor"), for the entry of an order, pursuant to 11 U.S.C. 327(a), authorizing the Trustee to retain Thomas M. Battista and the Law Offices of Thomas M. Battista ("Battista") as his special counsel in the bankruptcy case (the "Case"); the Trustee having given due and proper notice of the Motion to all parties entitled thereto; and the Court otherwise being fully advised on the premises and having jurisdiction over this core proceeding;

IT IS HEREBY ORDERED:

1) The Trustee is authorized to employ Thomas M. Battista and the Law Offices of Thomas M. Battista as his special counsel in this Case;

2) The Trustee is authorized to execute and deliver any documentation necessary for the employment of Battista as special counsel in this Case; and

3) Compensation of Trustee's special counsel will be subject to further order of Court.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: 0 5 SEP 2012

**Prepared by counsel of Movant:**

Michael K. Desmond (IL #6208809)
William G. Cross (IL #6299574)
FIGLIULO & SILVERMAN, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, Illinois 60603
Tel: (312) 251-4600
Fax: (312) 251-4610

Rev: 20101008_bko