# GROUP EXHIBIT C

LAW OFFICES OF

# THOMAS M. BATTISTA, LLC

SUITE 3600
10 SOUTH LaSALLE STREET
CHICAGO, ILLINOIS 60603
(312) 251-5253
FAX (312) 251-5254

Tom@Battistalawoffices.com

November 11, 2013

Michael Desmond
Figliulo & Silverman, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, IL 60603

RE:  2013 Cook County Real Estate Taxes
     Property Address:   6315-19 N. Milwaukee Ave.
                         Chicago, IL
     Township: Jefferson
     PIN(s): 13-05-102-026-0000

Dear Mr. Desmond:

Pursuant to your request, a 2013 Real Estate Assessed Valuation Complaint was filed with the Cook County Assessor's Office contesting the Assessed Valuation placed upon the above-captioned parcel. As a result of the filing of said complaint together with supporting documentation, the Assessor has reduced the Assessed Valuation of this parcel from 140,000 to 94,500, a reduction in Assessed Valuation of 45,500.

This reduction of 45,500 in Assessed Valuation will result in a tax dollar savings of approximately $8,164.80 for each of the tax years 2013 and 2014, or a total savings of $16,329.60. The method used in deriving these amounts is outlined below:

| | |
|---|---:|
| Total Reduction in Assessed Valuation | 45,500 |
| State Equalizer | x   2.8056 |
| Equalized Valuation | 127,654.80 |
| Tax Rate (6.396%) | x   .06396 |
| Tax Dollar Savings/ 2013 | $8,164.80 |
| **Total Tax Dollar Savings** | **$16,329.60** |

This method is identical to that used by the Cook County Collector when computing the amount of the Real Estate Tax Bill which you receive each year.  The above-described reduction will be reflected on your 2013 Cook County Real Estate tax bill.

I am enclosing a copy of the notice of reduction received from the Assessor's Office, along with our bill for services rendered. In accordance with our retainer, our fee is calculated at 33.3% of the 2013 savings, which equates to approximately 16.5% of the savings that are achieved each year for 2013-2014.

**Also, please be advised that we will attempt to obtain a further reduction of the 2013 Assessed Valuation at the Cook County Board of Review.**

Should you have any questions, or if I may be of further assistance, please do not hesitate to contact me.

Sincerely,

Thomas M. Battista

---

FOR PROFESSIONAL SERVICES RENDERED

TOTAL AMOUNT DUE AND OWING:                    $2,718.88*

*If this bill is paid in full by December 11, 2013, there will be a 3% discount applied.  Total amount due and owing would be $2,637.31.*

**Please make checks payable to:**
**LAW OFFICES OF THOMAS M. BATTISTA, LLC**

13-05-102-026-0000 CCAO 13

# COOK  COUNTY  ASSESSOR'S  OFFICE

118 NORTH CLARK STREET CHICAGO, IL 60602

PHONE: 312.603.5300   WEBSITE: WWW.COOKCOUNTYASSESSOR.COM

M. Desmond
6315 - 19 N. Milwaukee Ave
Chicago, IL

THOMA M BATTISTA
LAW OFF OF T  BATTISTA
10 S LASALLE #3600
CHICAGO      IL            60603

11/07/13

2013  Assessment Appeal
Township:    JEFFERSON
Appeal Number:    0109671
Property Index Number(s):
13—05—102—026—0000

I am pleased to inform you that our appeals department has conducted another review of your appeal and determined that the assessed valuation should be reduced.  Your new assessed value is indicated below.

This is the result of an income, market or cost analysis.

**This reduction will be first reflected on the second installment of your 2013 real estate tax bill payable in  2014**

**Your appeal result, as well as additional assessment information, may also be found on our website at www.cookcountyassessor.com.**

You also have an opportunity to further appeal your assessment by filing an appeal with the Cook County Board of Review.  The Board is located in Room 601 of the County Building, 118 North Clark Street in Chicago, 60602. For appeal dates and additional information contact the Board of Review at (312) 603—5542.

Thank you for your participation in the assessment process.

Sincerely,

Joseph Berrios
Cook County Assessor

| ORIGINAL CLASS | PROPERTY INDEX NUMBER | 2012 PRIOR ASSESSED VALUE | PROPOSED 2013 ASSESSED VALUE | 2013  CURRENT AV |
|---|---|---|---|---|
| 318 | 13—05—102—026—0000 | 140,000 | 140,000 | 94,500 |

LAW OFFICES OF

# THOMAS M. BATTISTA, LLC
SUITE 3600
10 SOUTH LaSALLE STREET
CHICAGO, ILLINOIS 60603
(312) 251-5253
FAX (312) 251-5254

Tom@Battistalawoffices.com

November 4, 2013

Michael Desmond
Figliulo & Silverman, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, IL 60603

RE:   2013 Cook County Real Estate Taxes
      Property Address:   4201 W. Irving Park Rd.
                          Chicago, IL
      Township: Jefferson
      PIN(s): 13-22-202-019-0000

Dear Mr. Desmond:

Pursuant to your request, a 2013 Real Estate Assessed Valuation Complaint was filed with the Cook County Assessor's Office contesting the Assessed Valuation placed upon the above-captioned parcel. As a result of the filing of said complaint together with supporting documentation, the Assessor has reduced the Assessed Valuation of this parcel from 100,004 to 73,651, a reduction in Assessed Valuation of 26,353.

This reduction of 26,353 in Assessed Valuation will result in a tax dollar savings of approximately $4,728.95 for the 2013 tax year. The method used in deriving this amount is outlined below:

| | |
|---|---|
| Total Reduction in Assessed Valuation | 26,353 |
| State Equalizer | x 2.8056 |
| Equalized Valuation | 73,935.98 |
| Tax Rate (6.396%) | x .06396 |
| **Tax Dollar Savings/ 2013** | **$4,728.95** |

This method is identical to that used by the Cook County Collector when computing the amount of the Real Estate Tax Bill which you receive each year. The above-described reduction will be reflected on your 2013 Cook County Real Estate tax bill.

I am enclosing a copy of the notice of reduction received from the Assessor's Office, along with our bill for services rendered, which is based upon 25% of the present year's (2013) tax dollar savings. This result is for one year only.

**Also, please be advised that we will attempt to obtain a further reduction of the 2013 Assessed Valuation at the Cook County Board of Review.**

Should you have any questions, or if I may be of further assistance, please do not hesitate to contact me.

Sincerely,

Thomas M. Battista

---

FOR PROFESSIONAL SERVICES RENDERED

TOTAL AMOUNT DUE AND OWING:                    $1,182.24*

*If this bill is paid in full by December 4, 2013, there will be a 3% discount applied. Total amount due and owing would be $1,146.77.*

**Please make checks payable to:**
**LAW OFFICES OF THOMAS M. BATTISTA, LLC**

13-22-202-019-0000 CCAO 13

# C O O K   C O U N T Y   A S S E S S O R ' S   O F F I C E

118 NORTH CLARK STREET CHICAGO, IL 60602
PHONE: 312.603.5300   WEBSITE: WWW.COOKCOUNTYASSESSOR.COM

M. Desmond
4201 W. Irving Park Rd.
Chicago, IL

10/10/13

THOMA M BATTISTA
LAW OFF OF T  BATTISTA
10 S LASALLE #3600
CHICAGO     IL     60603

2013  Assessment Appeal
Township: JEFFERSON
Appeal Number:  0109676
Property Index Number(s):
13−22−202−019−0000

I am pleased to inform you that our appeals department has reviewed your appeal and determined that the assessed valuation of your property should be reduced.  Your new assessed value is indicated below. This is the result of:

This is the result of the partial occupancy of your property.

**This reduction will be reflected on the second installment of your  2013 real estate tax bill payable in 2014 .**

**Your appeal result and any additional assessment information may also be found on our website at www.cookcountyassessor.com.**

You may file a written request for a re−review of this decision.  Please consult our website for the re−review deadline in your township.  Given the high volume of appeals and the expedited nature of the assessment process, attorneys and representatives of taxpayers are admonished to file such petitions immediately according to the established procedures of this office.

Homeowners and taxpayers representing themselves are encouraged to file their written requests immediately upon receipt of this letter.  For further information on the re−review process, you may call our Taxpayer Services Department at (312)443−7550.  For your convenience, you may send your written request for re− review by facsimile trannmission to (312)603−5367, or you may deliver it to our office.  You may also mail your request.  However, we cannot guarantee that it will be received here before the deadline.

You also have the right to appeal your assessment further by filing with the Cook County Board of Review. The Board of Review is located in the County Building, 118 N. Clark Street, Room 601, Chicago, IL 60602. For appeal dates and additional information, contact the Board of Review at (312)603−5542.

Thank you for your participation in the assessment process.

Sincerely,

*Joseph Berrios*

Joseph Berrios
Cook County Assessor

| ORIGINAL CLASS | PROPERTY INDEX NUMBER | 2012 PRIOR ASSESSED VALUE | PROPOSED 2013 ASSESSED VALUE | 2013  CURRENT AV |
|---|---|---|---|---|
| 592 | 13−22−202−019−0000 | 66,000 | 100,004 | 73,651 |

**THIS RESULT IS FOR ONE YEAR ONLY**

LAW OFFICES OF

## THOMAS M. BATTISTA, LLC
SUITE 3600
10 SOUTH LaSALLE STREET
CHICAGO, ILLINOIS 60603
(312) 251-5253
FAX (312) 251-5254

Tom@Battistalawoffices.com

November 4, 2013

Michael Desmond
Figliulo & Silverman, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, IL 60603

RE:   2013 Cook County Real Estate Taxes
      Property Address:   6508/10 W. Devon Ave.
                          Chicago, IL
      Township: Jefferson
      PIN(s): 10-31-417-046-0000

Dear Mr. Desmond:

Pursuant to your request, a 2013 Real Estate Assessed Valuation Complaint was filed with the Cook County Assessor's Office contesting the Assessed Valuation placed upon the above-captioned parcel. As a result of the filing of said complaint together with supporting documentation, the Assessor has reduced the Assessed Valuation of this parcel from 71,492 to 61,524, a reduction in Assessed Valuation of 9,968.

This reduction of 9,968 in Assessed Valuation will result in a tax dollar savings of approximately $1,788.72 for the 2013 tax year. The method used in deriving this amount is outlined below:

| | |
|---|---:|
| Total Reduction in Assessed Valuation | 9,968 |
| State Equalizer | x 2.8056 |
| Equalized Valuation | 27,966.22 |
| Tax Rate (6.396%) | x .06396 |
| **Tax Dollar Savings/ 2013** | **$1,788.72** |

This method is identical to that used by the Cook County Collector when computing the amount of the Real Estate Tax Bill which you receive each year. The above-described reduction will be reflected on your 2013 Cook County Real Estate tax bill.

I am enclosing a copy of the notice of reduction received from the Assessor's Office, along with our bill for services rendered, which is based upon 25% of the present year's (2013) tax dollar savings. This result is for one year only.

**Also, please be advised that we will attempt to obtain a further reduction of the 2013 Assessed Valuation at the Cook County Board of Review.**

Should you have any questions, or if I may be of further assistance, please do not hesitate to contact me.

Sincerely,

Thomas M. Battista

---

FOR PROFESSIONAL SERVICES RENDERED

TOTAL AMOUNT DUE AND OWING:                    $447.18

**Please make checks payable to:**
**LAW OFFICES OF THOMAS M. BATTISTA, LLC**

10-31-417-046-0000 CCAO 13

# COOK COUNTY ASSESSOR'S OFFICE

118 NORTH CLARK STREET CHICAGO, IL 60602

PHONE: 312.603.5300   WEBSITE: WWW.COOKCOUNTYASSESSOR.COM

M. Desmond
6508/10 W. Devon Ave.
Chicago, IL

10/10/13

THOMA M BATTISTA
LAW OFF OF T BATTISTA
10 S LASALLE #3600
CHICAGO    IL    60603

2013  Assessment Appeal
Township:  JEFFERSON
Appeal Number:  0109491
Property Index Number(s):
    10−31−417−046−0000

I am pleased to inform you that our appeals department has reviewed your appeal and determined that the assessed valuation of your property should be reduced.  Your new assessed value is indicated below. This is the result of:

This is the result of the partial occupancy of your property.

**This reduction will be reflected on the second installment of your  2013 real estate tax bill payable in 2014 .**

**Your appeal result and any additional assessment information may also be found on our website at www.cookcountyassessor.com.**

You may file a written request for a re−review of this decision.  Please consult our website for the re−review deadline in your township.  Given the high volume of appeals and the expedited nature of the assessment process, attorneys and representatives of taxpayers are admonished to file such petitions immediately according to the established procedures of this office.

Homeowners and taxpayers representing themselves are encouraged to file their written requests immediately upon receipt of this letter.  For further information on the re−review process, you may call our Taxpayer Services Department at (312)443−7550.  For your convenience, you may send your written request for re−review by facsimile tranmission to (312)603−5367, or you may deliver it to our office.  You may also mail your request.  However, we cannot guarantee that it will be received here before the deadline.

You also have the right to appeal your assessment further by filing with the Cook County Board of Review. The Board of Review is located in the County Building, 118 N. Clark Street, Room 601, Chicago, IL 60602. For appeal dates and additional information, contact the Board of Review at (312)603−5542.

Thank you for your participation in the assessment process.

Sincerely,

Joseph Berrios
Cook County Assessor

| ORIGINAL CLASS | PROPERTY INDEX NUMBER | 2012 PRIOR ASSESSED VALUE | PROPOSED 2013 ASSESSED VALUE | 2013 CURRENT AV |
|---|---|---|---|---|
| 314 | 10−31−417−046−0000 | 71,492 | 71,492 | 61,524 |

## THIS RESULT IS FOR ONE YEAR ONLY

LAW OFFICES OF

# THOMAS M. BATTISTA, LLC
SUITE 3600
10 SOUTH LaSALLE STREET
CHICAGO, ILLINOIS 60603
(312) 251-5253
FAX (312) 251-5254

Tom@Battistalawoffices.com

August 13, 2013

Michael Desmond
Figliulo & Silverman, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, IL 60603

RE:  2013 Cook County Real Estate Taxes
     Property Address:   20 S. Dee Rd.
                         Park Ridge, IL
     Township: Maine
     PIN(s): 09-34-101-020-0000

Dear Mr. Desmond:

Pursuant to your request, a 2013 Real Estate Assessed Valuation Complaint was filed with the Cook County Assessor's Office contesting the Assessed Valuation placed upon the above-captioned parcel. As a result of the filing of said complaint together with supporting documentation, the Assessor's Office has reduced the Assessed Valuation of this parcel from 90,491 to 75,529, a reduction in Assessed Valuation of 14,962.

This reduction of 14,962 in Assessed Valuation will result in a tax dollar savings of approximately $3,659.17 for each of the tax years 2013, 2014, and 2015, or a total savings of $10,977.51. The method used in deriving these amounts is outlined below:

| | |
|---|---|
| Total Reduction in Assessed Valuation | 14,962 |
| State Equalizer | x 2.8056 |
| Equalized Valuation | 41,977.39 |
| Tax Rate (8.717%) | x .08717 |
| Tax Dollar Savings/ 2013 | $3,659.17 |
| **Total Tax Dollar Savings** | $10,977.51 |

This method is identical to that used by the Cook County Collector when computing the amount of the Real Estate Tax Bill which you receive each year. The above-described reduction will be reflected on your 2013 Cook County Real Estate tax bill.

I am enclosing a copy of the notice of reduction received from the Assessor's Office, along with our bill for services rendered. In accordance with our retainer, our fee is calculated at 33.3% of the 2013 savings, which equates to approximately 11% of the savings that are achieved each year for 2013-2015.

**Also, please be advised that we will attempt to obtain a further reduction of the 2013 Assessed Valuation with the Cook County Board of Review.**

Should you have any questions, or if I may be of further assistance, please do not hesitate to contact me.

Sincerely,

Thomas M. Battista

---

FOR PROFESSIONAL SERVICES RENDERED

TOTAL AMOUNT DUE AND OWING:                           $1,218.50*

*If this bill is paid in full by September 12, 2013, there will be a 3% discount applied. Total amount due and owing would be $1,181.95.*

**Please make checks payable to:**
**LAW OFFICES OF THOMAS M. BATTISTA, LLC**

09-34-101-020-0000 CCAO 13



# COOK COUNTY ASSESSOR'S OFFICE

118 NORTH CLARK STREET CHICAGO, IL 60602
PHONE: 312.603.5300  WEBSITE: WWW.COOKCOUNTYASSESSOR.COM

*M. Desmond*
*20 S. Dee Rd.*
*Park Ridge, IL*

THOMA M BATTISTA
LAW OFF OF T BATTISTA
10 S LASALLE #3600
CHICAGO    IL          60603

07/29/13

2013  Assessment Appeal
Township:    MAINE
Appeal Number:      0037348
Property Index Number(s):
 09—34—101—020—0000

I am pleased to inform you that our appeals department has conducted another review of your appeal and determined that the assessed valuation should be reduced.  Your new assessed value is indicated below.

This is the result of an income, market or cost analysis.

**This reduction will be first reflected on the second installment of your 2013 real estate tax bill payable in  2014**

**Your appeal result, as well as additional assessment information, may also be found on our website at www.cookcountyassessor.com.**

You also have an opportunity to further appeal your assessment by filing an appeal with the Cook County Board of Review.  The Board is located in Room 601 of the County Building, 118 North Clark Street in Chicago, 60602. For appeal dates and additional information contact the Board of Review at (312) 603—5542.

Thank you for your participation in the assessment process.

Sincerely,

*Joseph Berrios*

Joseph Berrios
Cook County Assessor

| ORIGINAL CLASS | PROPERTY INDEX NUMBER | 2012 PRIOR ASSESSED VALUE | PROPOSED 2013 ASSESSED VALUE | 2013 CURRENT AV |
|---|---|---|---|---|
| 314 | 09—34—101—020—0000 | 66,912 | 90,491 | 75,529 |

LAW OFFICES OF
# THOMAS M. BATTISTA, LLC
SUITE 3600
10 SOUTH LaSALLE STREET
CHICAGO, ILLINOIS 60603
(312) 251-5253
FAX (312) 251-5254

Tom@Battistalawoffices.com

April 16, 2013

Michael Desmond
Figliulo & Silverman, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, IL 60603

RE:  2012 Cook County Real Estate Taxes
     Property Address:   5772 W. Higgins Ave,
                         Chicago, IL
     Township: Jefferson
     PIN(s): 13-08-413-034-0000

Dear Mr. Desmond:

Pursuant to your request, a 2012 Real Estate Assessed Valuation Complaint was filed with the Cook County Board of Review contesting the Assessed Valuation placed upon the above-captioned parcel.  As a result of the filing of said complaint together with supporting documentation, the Board has **further** reduced the Assessed Valuation of this parcel from 28,604 to 26,719, a reduction in Assessed Valuation of 1,885.

This reduction of 1,885 in Assessed Valuation will result in an **additional** tax dollar savings of approximately $305.46 for each of the tax years 2012, 2013, and 2014, or a total savings of $916.37.  The method used in deriving this amount is outlined below:

| | |
|---|---:|
| Total Reduction in Assessed Valuation | 1,885 |
| State Equalizer | x 2.9706 |
| Equalized Valuation | 5,599.58 |
| Tax Rate (5.455%) | x .05455 |
| Tax Dollar Savings/ 2012 | $ 305.46 |
| **Total Tax Dollar Savings** | **$ 916.37** |

This method is identical to that used by the Cook County Collector when computing the amount of the Real Estate Tax Bill which you receive each year. The above-described reduction will be reflected on your 2012 Cook County Real Estate tax bill.

I am enclosing a copy of the notice of reduction received from the Board of Review, along with our bill for services rendered.

**Please note that our bill is based on the combined results achieved at the Assessor's Office and the Board of Review for 2012**, which together will result in a tax dollar savings of approximately $1,105.16 for each of the tax years 2012, 2013, and 2014, or a total combined savings of $3,315.47. A copy of the result letter from the Assessor's Office is also enclosed.

In accordance with our retainer, our fee is calculated at 33.3% of the 2012 savings, which equates to approximately 11% of the savings that are achieved each year for 2012-2014.

Should you have any questions, or if I may be of further assistance, please do not hesitate to contact me.

Sincerely,

Thomas M. Battista

FOR PROFESSIONAL SERVICES RENDERED

TOTAL AMOUNT DUE AND OWING:                    $368.02

**Please make checks payable to:**
**LAW OFFICES OF THOMAS M. BATTISTA, LLC**

13-08-413-034-0000 CCAO/BOR 12



# COOK COUNTY BOARD OF REVIEW

118 NORTH CLARK STREET
ROOM 601 COUNTY BUILDING
CHICAGO, ILLINOIS 60602
TEL: (312) 603-5542
FAX: (312) 603-3479

MICHAEL M. CABONARGI
COMMISSIONER

DAN PATLAK
COMMISSIONER

LARRY R. ROGERS JR.
CHAIRMAN

03/29/2013

CLASS: 02-12
B/R COMPLAINT TYPE: A

M. Desmond
5792 W. Higgins Ave.
Chicago, IL
JEFFERSON TWP.

Dear Complainant,

After consideration of any evidence and facts pursuant to their powers and authority under the Illinois Property Tax Code, Larry R. Rogers Jr., Dan Patlak and Michael M. Cabonargi, Commissioners of the Board of Review of Cook County, are pleased to inform you that as a result of the hearing on your complaint they have directed the Assessor to reduce the assessed value of your property as shown below.

Decrease is the result analysis of the cost, income, market data, and/or appraisal data submitted in support of the appeal.

2·12

## 2012 ASSESSED VALUATIONS

| PROPERTY NUMBER | BOARD COMPLAINT | ASSESSOR ORIGINAL | BOARD OF REVIEW FINAL | CHANGE |
|---|---|---|---|---|
| 13-08-413-034-0000 | 7117770-001 | 28,604 | 26,719 | 1,885- |

This reduced final Board 2012 valuation will be equalized by the Illinois Department of Revenue, as provided by law.

If you are dissatisfied with your 2012 real estate assessment, you have the following option:

1. You may appeal this decision to the Property Tax Appeal Board at the Stratton Office Building, Room 402, 401 South Spring Street, Springfield, Illinois 62706-0002, Tel: 217-782-6076, by filing a petition for review with the Illinois Property Tax Appeal Board within 30 days after the date of this notice or within 30 days after the date the Board of Review transmits to the County Assessor pursuant to Sec 16-125 (35 ILCS 200/16-125) its final action on the Township in which your property is located, whichever is later.
                                    -- OR --
2. You may file a tax objection complaint in the Circuit Court of Cook County, Illinois. If you choose this option, please consult the laws concerning the procedure for proceeding in court.

In addition, you may file a new complaint at the Board of Review next year for 2013 with any new evidence.

Sincerely,

Larry R. Rogers, Jr.    Dan Patlak       Michael M. Cabonargi
      Commissioner      Commissioner       Commissioner

LAW OFF OF T BATTISTA
THOMA M   BATTISTA
10 S LASALLE #3600
CHICAGO    IL   60603

# COOK COUNTY ASSESSOR'S OFFICE

118 NORTH CLARK STREET CHICAGO, IL 60602
PHONE: 312.603.5300  WEBSITE: WWW.COOKCOUNTYASSESSOR.COM

*MICHAEL DESMOND*
*5772 W HIGGINS*
*CHGO*

THOMA M BATTISTA
LAW OFF OF T BATTISTA
10 S LASALLE #3600
CHICAGO    IL        60603

11/30/12

2012  Assessment Appeal
Township:    JEFFERSON
Appeal Number:      0111195
Property Index Number(s):
    13—08—413—034—0000

I am pleased to inform you that our appeals department has conducted another review of your appeal and determined that the assessed valuation should be reduced.  Your new assessed value is indicated below.

This is the result of an analysis of comparable properties.

**This reduction will be first reflected on the second installment of your 2012 real estate tax bill payable in  2013**

**Your appeal result, as well as additional assessment information, may also be found on our website at www.cookcountyassessor.com.**

You also have an opportunity to further appeal your assessment by filing an appeal with the Cook County Board of Review.  The Board is located in Room 601 of the County Building, 118 North Clark Street in Chicago, 60602. For appeal dates and additional information contact the Board of Review at (312) 603—5542.

Thank you for your participation in the assessment process.

Sincerely,

Joseph Berrios
Cook County Assessor

| ORIGINAL CLASS | PROPERTY INDEX NUMBER | 2011 PRIOR ASSESSED VALUE | PROPOSED 2012 ASSESSED VALUE | 2012 CURRENT AV |
|---|---|---|---|---|
| 212 | 13—08—413—034—0000 | 38,834 | 33,539 | 28,604 |

LAW OFFICES OF

# THOMAS M. BATTISTA, LLC

SUITE 3600
10 SOUTH LaSALLE STREET
CHICAGO, ILLINOIS 60603
(312) 251-5253
FAX (312) 251-5254

Tom@Battistalawoffices.com

April 16, 2013

Michael Desmond
Figliulo & Silverman, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, IL 60603

RE:  Cook County Real Estate Taxes
     Property Address:  5654 N. Central Ave.
                        Chicago, IL
     Township: Jefferson
     PIN(s): 13-05-433-054-0000

Dear Mr. Desmond:

Pursuant to your request, a 2012 Real Estate Assessed Valuation Complaint was filed with the Cook County Assessor's Office contesting the Assessed Valuation placed upon the above-captioned parcel. As a result of the filing of said complaint together with supporting documentation, the Assessor's Office has reduced the Assessed Valuation of this parcel from 43,329 to 38,891, a reduction in Assessed Valuation of 4,438. **We attempted to obtain a further reduction with the Board of Review; unfortunately, our appeal was denied.**

The reduction of 4,438 in Assessed Valuation will result in a tax dollar savings of approximately $719.69 for each of the tax years 2012, 2013, and 2014, or a total savings of $2,159.07. The method used in deriving these amounts is outlined below:

| | |
|---|---:|
| Total Reduction in Assessed Valuation | 4,438 |
| State Equalizer | x 2.9706 |
| Equalized Valuation | 13,183.52 |
| Tax Rate (5.459%) | x .05459 |
| Tax Dollar Savings/ 2012 | $719.69 |
| **Total Tax Dollar Savings** | **$2,159.07** |

This method is identical to that used by the Cook County Collector when computing the amount of the Real Estate Tax Bill which you receive each year. The above-described reduction will be reflected on your 2012 Cook County Real Estate tax bill.

I am enclosing copies of the notices of reduction received from the Assessor's Office and the Board of Review, along with our bill for services rendered. In accordance with our retainer, our fee is calculated at 33.3% of the 2012 savings, which equates to approximately 11% of the savings that are achieved each year for 2012-2014.

Should you have any questions, or if I may be of further assistance, please do not hesitate to contact me.

Sincerely,

Thomas M. Battista

---

FOR PROFESSIONAL SERVICES RENDERED

TOTAL AMOUNT DUE AND OWING:                    $239.66

**Please make checks payable to:**
**LAW OFFICES OF THOMAS M. BATTISTA, LLC**

13-05-433-054-0000 CCAO/BOR 12



# COOK COUNTY BOARD OF REVIEW

MICHAEL M. CABONARGI.
COMMISSIONER

DAN PATLAK
COMMISSIONER

118 NORTH CLARK STREET
ROOM 601 COUNTY BUILDING
CHICAGO, ILLINOIS 60602
TEL: (312) 603-5542
FAX: (312) 603-3479

LARRY R. ROGERS JR.
CHAIRMAN

04/08/2013        M. Desmond
5654 N. Central
CLASS: 02-11        Chicago, IL
B/R COMPLAINT TYPE: A

JEFFERSON TWP.

Dear Complainant,

After consideration of your re-review request and any evidence or facts submitted, the Board of Review has determined that a change in your present assessment is not warranted. It has therefore denied your 2012 re-review request on the complaints listed below.

The No Change is the result of the documentation submitted does not support, or is insufficient to support, a change in the assessment.

## 2012 ASSESSED VALUATIONS

| PROPERTY NUMBER | BOARD COMPLAINT | ASSESSOR ORIGINAL | BOARD OF REVIEW FINAL | CHANGE |
|---|---|---|---|---|
| 13-05-433-054-0000 | 7117758-001 | 38,891 | 38,891 | 0+ |

This final Board 2012 valuation will be equalized by the Illinois Department of Revenue, as provided by law.

If you are dissatisfied with your 2012 real estate assessment, you have the following option:

1. You may appeal this decision to the Property Tax Appeal Board at the Stratton Office Building, Room 402, 401 South Spring Street, Springfield, Illinois 62706-0002, Tel: 217-782-6076, by filing a petition for review with the Illinois Property Tax Appeal Board within 30 days after the date of this notice or within 30 days after the date the Board of Review transmits to the County Assessor pursuant to Sec 16-125(35 ILCS 200/16-125) its final action on the Township in which your property is located, whichever is later.
   -- OR --
2. You may file a tax objection complaint in the Circuit Court of Cook County, Illinois. If you choose this option, please consult the laws concerning the procedure for proceeding in court.

In addition, you may file a new complaint at the Board of Review next year for 2013 with any new evidence.

Sincerely,

Marion Beck
Chief Clerk, Board of Review

LAW OFF OF T BATTISTA
THOMA M    BATTISTA
10 S LASALLE #3600
CHICAGO    IL  60603

# COOK COUNTY ASSESSOR'S OFFICE

118 NORTH CLARK STREET CHICAGO, IL 60602
PHONE: 312.603.5300   WEBSITE: WWW.COOKCOUNTYASSESSOR.COM

*MICHAEL DESMOND*
*5654 N CENTRAL*
*CH6O*

THOMA M BATTISTA
LAW OFF OF T BATTISTA
10 S LASALLE #3600
CHICAGO   IL          60603

11/30/12

2012  Assessment Appeal
Township:   JEFFERSON
Appeal Number:   0111191
Property Index Number(s):
13−05−433−054−0000

I am pleased to inform you that our appeals department has conducted another review of your appeal and determined that the assessed valuation should be reduced.  Your new assessed value is indicated below.

This is the result of a sale analysis of your property.

**This reduction will be first reflected on the second installment of your 2012 real estate tax bill payable in  2013**

**Your appeal result, as well as additional assessment information, may also be found on our website at www.cookcountyassessor.com.**

You also have an opportunity to further appeal your assessment by filing an appeal with the Cook County Board of Review.  The Board is located in Room 601 of the County Building, 118 North Clark Street in Chicago, 60602. For appeal dates and additional information contact the Board of Review at (312) 603−5542.

Thank you for your participation in the assessment process.

Sincerely,

Joseph Berrios
Cook County Assessor

| ORIGINAL CLASS | PROPERTY INDEX NUMBER | 2011 PRIOR ASSESSED VALUE | PROPOSED 2012 ASSESSED VALUE | 2012 CURRENT AV |
|---|---|---|---|---|
| 211 | 13−05−433−054−0000 | 51,976 | 43,329 | 38,891 |

LAW OFFICES OF

# Thomas M. Battista, LLC
SUITE 3600
10 SOUTH LaSALLE STREET
CHICAGO, ILLINOIS 60603
(312) 251-5253
FAX (312) 251-5254

Tom@Battistalawoffices.com

April 16, 2013

Michael Desmond
Figliulo & Silverman, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, IL 60603

RE:   2012 Cook County Real Estate Taxes
      Property Address:   5153 (AKA 5155-59) W. Addison St.
                          Chicago, IL
      Township: Jefferson
      PIN(s): 13-21-400-001-0000

Dear Mr. Desmond:

Pursuant to your request, a 2012 Real Estate Assessed Valuation Complaint was filed with the Cook County Board of Review contesting the Assessed Valuation placed upon the above-captioned parcel. As a result of the filing of said complaint together with supporting documentation, the Board of Review has reduced the Assessed Valuation of this parcel from 59,846 to 55,621, a reduction in Assessed Valuation of 4,225.

This reduction of 4,225 in Assessed Valuation will result in a tax dollar savings of approximately $684.65 for each of the tax years 2012, 2013, and 2014, or a total savings of $2,053.94. The method used in deriving these amounts is outlined below:

| | |
|---|---:|
| Total Reduction in Assessed Valuation | 4,225 |
| State Equalizer | x 2.9706 |
| Equalized Valuation | 12,550.79 |
| Tax Rate (5.455%) | x .05455 |
| Tax Dollar Savings/ 2012 | $ 684.65 |
| **Total Tax Dollar Savings** | $2,053.94 |

This method is identical to that used by the Cook County Collector when computing the amount of the Real Estate Tax Bill which you receive each year. The above-described reduction will be reflected on the tax bill you will be receiving for payment of the 2nd installment of your Cook County Real Estate Tax.

I am enclosing a copy of the notice of reduction received from the Board of Review, along with our bill for services rendered. In accordance with our retainer, our fee is calculated at 33.3% of the 2012 savings, which equates to approximately 11% of the savings that are achieved each year for 2012-2014.

Should you have any questions, or if I may be of further assistance, please do not hesitate to contact me.

Sincerely,

Thomas M. Battista

---

FOR PROFESSIONAL SERVICES RENDERED

TOTAL AMOUNT DUE AND OWING:                     $227.99

**Please make checks payable to:**
**LAW OFFICES OF THOMAS M. BATTISTA, LLC**

13-21-400-001-0000 BOR 12



# COOK COUNTY BOARD OF REVIEW

118 NORTH CLARK STREET
ROOM 601 COUNTY BUILDING
CHICAGO, ILLINOIS 60602
TEL: (312) 603-5542
FAX: (312) 603-3479

MICHAEL M. CABONARGI
COMMISSIONER

DAN PATLAK
COMMISSIONER

LARRY R. ROGERS JR.
CHAIRMAN

03/29/2013

CLASS: 02-12
B/R COMPLAINT TYPE: A

M. Desmond
5153-59 W. Addison
Chicago, IL

JEFFERSON TWP.

Dear Complainant,

After consideration of any evidence and facts pursuant to their powers and authority under the Illinois Property Tax Code, Larry R. Rogers Jr., Dan Patlak and Michael M. Cabonargi, Commissioners of the Board of Review of Cook County, are pleased to inform you that as a result of the hearing on your complaint they have directed the Assessor to reduce the assessed value of your property as shown below.

Decrease is the result analysis of the cost, income, market data, and/or appraisal data submitted in support of the appeal.

### 2012 ASSESSED VALUATIONS

| PROPERTY NUMBER | BOARD COMPLAINT | ASSESSOR ORIGINAL | BOARD OF REVIEW FINAL | CHANGE |
|---|---|---|---|---|
| 13-21-400-001-0000 | 7117806-001 | 59,846 | 55,621 | 4,225- |

This reduced final Board 2012 valuation will be equalized by the Illinois Department of Revenue, as provided by law.

If you are dissatisfied with your 2012 real estate assessment, you have the following option:

1. You may appeal this decision to the Property Tax Appeal Board at the Stratton Office Building, Room 402, 401 South Spring Street, Springfield, Illinois 62706-0002, Tel: 217-782-6076, by filing a petition for review with the Illinois Property Tax Appeal Board within 30 days after the date of this notice or within 30 days after the date the Board of Review transmits to the County Assessor pursuant to Sec 16-125(35 ILCS 200/16-125) its final action on the Township in which your property is located, whichever is later.
                              -- OR --
2. You may file a tax objection complaint in the Circuit Court of Cook County, Illinois. If you choose this option, please consult the laws concerning the procedure for proceeding in court.

In addition, you may file a new complaint at the Board of Review next year for 2013 with any new evidence.

                              Sincerely,

Larry R. Rogers, Jr.   Dan Patlak   Michael M. Cabonargi
     Commissioner      Commissioner    Commissioner

LAW OFF OF T BATTISTA
THOMA M    BATTISTA
10 S LASALLE #3600
CHICAGO    IL  60603

LAW OFFICES OF

# THOMAS M. BATTISTA, LLC

SUITE 3600
10 SOUTH LaSALLE STREET
CHICAGO, ILLINOIS 60603
(312) 251-5253
FAX (312) 251-5254

Tom@Battistalawoffices.com

April 16, 2013

Michael Desmond
Figliulo & Silverman, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, IL 60603

RE:  2012 Cook County Real Estate Taxes
     Property Address:  5658 N. Central Ave.
                        Chicago, IL
     Township: Jefferson
     PIN(s): 13-05-433-053-0000

Dear Mr. Desmond:

Pursuant to your request, a 2012 Real Estate Assessed Valuation Complaint was filed with the Cook County Board of Review contesting the Assessed Valuation placed upon the above-captioned parcel.  As a result of the filing of said complaint together with supporting documentation, the Board of Review has reduced the Assessed Valuation of this parcel from 41,696 to 39,960, a reduction in Assessed Valuation of 1,736.

This reduction of 1,736 in Assessed Valuation will result in a tax dollar savings of approximately $281.52 for each of the tax years 2012, 2013, and 2014, or a total savings of $844.56. The method used in deriving these amounts is outlined below:

| | |
|---|---:|
| Total Reduction in Assessed Valuation | 1,736 |
| State Equalizer | x 2.9706 |
| Equalized Valuation | 5,156.96 |
| Tax Rate (5.459%) | x .05459 |
| Tax Dollar Savings/ 2012 | $ 281.52 |
| **Total Tax Dollar Savings** | **$ 844.56** |

This method is identical to that used by the Cook County Collector when computing the amount of the Real Estate Tax Bill which you receive each year. The above-described reduction will be reflected on the tax bill you will be receiving for payment of the 2nd installment of your Cook County Real Estate Tax.

I am enclosing a copy of the notice of reduction received from the Board of Review, along with our bill for services rendered. In accordance with our retainer, our fee is calculated at 33.3% of the 2012 savings, which equates to approximately 11% of the savings that are achieved each year for 2012-2014.

Should you have any questions, or if I may be of further assistance, please do not hesitate to contact me.

Sincerely,

Thomas M. Battista

---

FOR PROFESSIONAL SERVICES RENDERED

TOTAL AMOUNT DUE AND OWING:                                    $93.75

**Please make checks payable to:**
**LAW OFFICES OF THOMAS M. BATTISTA, LLC**

13-05-433-053-0000 BOR 12



# COOK COUNTY BOARD OF REVIEW

118 NORTH CLARK STREET·
·ROOM 601 COUNTY BUILDING
CHICAGO, ILLINOIS 60602
TEL: (312) 603-5542
FAX: (312) 603-3479

**MICHAEL M. CABONARGI**
COMMISSIONER

**DAN PATLAK**
COMMISSIONER

**LARRY R. ROGERS JR.**
CHAIRMAN

03/29/2013
CLASS: 02-11
B/R COMPLAINT TYPE: A

M. Desmond
5658 N. Central Ave.
Chicago, IL
JEFFERSON TWP.

Dear Complainant,

After consideration of any evidence and facts pursuant to their powers and authority under the Illinois Property Tax Code, Larry R. Rogers Jr., Dan Patlak and Michael M. Cabonargi, Commissioners of the Board of Review of Cook County, are pleased to inform you that as a result of the hearing on your complaint they have directed the Assessor to reduce the assessed value of your property as shown below.

Decrease is the result of analysis of comparable properties, recent sale, and/or update of property characteristics.

## 2012 ASSESSED VALUATIONS

| PROPERTY NUMBER | BOARD COMPLAINT | ASSESSOR ORIGINAL | BOARD OF REVIEW FINAL | CHANGE |
|---|---|---|---|---|
| 13-05-433-053-0000 | 7117718-001 | 41,696 | 39,960 | 1,736- |

This reduced final Board 2012 valuation will be equalized by the Illinois Department of Revenue, as provided by law.

If you are dissatisfied with your 2012 real estate assessment, you have the following option:

1. You may appeal this decision to the Property Tax Appeal Board at the Stratton Office Building, Room 402, 401 South Spring Street, Springfield, Illinois 62706-0002, Tel: 217-782-6076, by filing a petition for review with the Illinois Property Tax Appeal Board within 30 days after the date of this notice or within 30 days after the date the Board of Review transmits to the County Assessor pursuant to Sec 16-125 (35 ILCS 200/16-125) its final action on the Township in which your property is located, whichever is later.
   -- OR --
2. You may file a tax objection complaint in the Circuit Court of Cook County, Illinois. If you choose this option, please consult the laws concerning the procedure for proceeding in court.

In addition, you may file a new complaint at the Board of Review next year for 2013 with any new evidence.

Sincerely,

Larry R. Rogers, Jr.     Dan Patlak     Michael M. Cabonargi
Commissioner     Commissioner     Commissioner

LAW OFF OF T BATTISTA
THOMA M   BATTISTA
10 S LASALLE #3600
CHICAGO     IL 60603

LAW OFFICES OF

# THOMAS M. BATTISTA, LLC

SUITE 3600
10 SOUTH LaSALLE STREET
CHICAGO, ILLINOIS 60603
(312) 251-5253
FAX (312) 251-5254

Tom@Battistalawoffices.com

April 16, 2013

Michael Desmond
Figliulo & Silverman, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, IL 60603

RE:  2012 Cook County Real Estate Taxes
     Property Address:   4205 W. Irving Park Rd.
                         Chicago, IL
     Township: Jefferson
     PIN(s): 13-22-202-018-0000

Dear Mr. Desmond:

Pursuant to your request, a 2012 Real Estate Assessed Valuation Complaint was filed with the Cook County Board of Review contesting the Assessed Valuation placed upon the above-captioned parcel. As a result of the filing of said complaint together with supporting documentation, the Board of Review has reduced the Assessed Valuation of this parcel from 48,974 to 39,987, a reduction in Assessed Valuation of 8,987.

This reduction of 8,987 in Assessed Valuation will result in a tax dollar savings of approximately $1,456.31 for each of the tax years 2012, 2013, and 2014, or a total savings of $4,368.93. The method used in deriving these amounts is outlined below:

| | |
|---|---|
| Total Reduction in Assessed Valuation | 8,987 |
| State Equalizer | x 2.9706 |
| Equalized Valuation | 26,696.78 |
| Tax Rate (5.455%) | x .05455 |
| Tax Dollar Savings/ 2012 | $1,456.31 |
| **Total Tax Dollar Savings** | $4,368.93 |

This method is identical to that used by the Cook County Collector when computing the amount of the Real Estate Tax Bill which you receive each year. The above-described reduction will be reflected on the tax bill you will be receiving for payment of the 2nd installment of your Cook County Real Estate Tax.

I am enclosing a copy of the notice of reduction received from the Board of Review, along with our bill for services rendered. In accordance with our retainer, our fee is calculated at 33.3% of the 2012 savings, which equates to approximately 11% of the savings that are achieved each year for 2012-2014.

Should you have any questions, or if I may be of further assistance, please do not hesitate to contact me.

Sincerely,

Thomas M. Battista

---

FOR PROFESSIONAL SERVICES RENDERED

TOTAL AMOUNT DUE AND OWING:                    $484.95

**Please make checks payable to:**
**LAW OFFICES OF THOMAS M. BATTISTA, LLC**

13-22-202-018-0000 BOR 12



# COOK COUNTY BOARD OF REVIEW

MICHAEL M. CABONARGI
COMMISSIONER

118 NORTH CLARK STREET
ROOM 601 COUNTY BUILDING
CHICAGO, ILLINOIS 60602
TEL: (312) 603-5542
FAX: (312) 603-3479

DAN PATLAK
COMMISSIONER

LARRY R. ROGERS JR.
CHAIRMAN

04/08/2013

*M. Desmond*
*4205 W. Irving Park*
*Chicago, IL*
*JEFFERSON TWP.*

CLASS: 05-92
B/R COMPLAINT TYPE: A

Dear Complainant,

After consideration of any evidence and facts pursuant to their powers and authority under the Illinois Property Tax Code, Larry R. Rogers Jr., Dan Patlak and Michael M. Cabonargi, Commissioners of the Board of Review of Cook County, are pleased to inform you that as a result of the hearing on your complaint they have directed the Assessor to reduce the assessed value of your property as shown below.

Decrease is the result analysis of the cost, income, market data, and/or appraisal data submitted in support of the appeal.

## 2012 ASSESSED VALUATIONS

| PROPERTY NUMBER | BOARD COMPLAINT | ASSESSOR ORIGINAL | BOARD OF REVIEW FINAL | CHANGE |
|---|---|---|---|---|
| 13-22-202-018-0000 | 7117818-001 | 48,974 | 39,987 | 8,987- |

This reduced final Board 2012 valuation will be equalized by the Illinois Department of Revenue, as provided by law.

If you are dissatisfied with your 2012 real estate assessment, you have the following option:

1. You may appeal this decision to the Property Tax Appeal Board at the Stratton Office Building, Room 402, 401 South Spring Street, Springfield, Illinois 62706-0002, Tel: 217-782-6076, by filing a petition for review with the Illinois Property Tax Appeal Board within 30 days after the date of this notice or within 30 days after the date the Board of Review transmits to the County Assessor pursuant to Sec 16-125(35 ILCS 200/16-125) its final action on the Township in which your property is located, whichever is later.
   -- OR --
2. You may file a tax objection complaint in the Circuit Court of Cook County, Illinois. If you choose this option, please consult the laws concerning the procedure for proceeding in court.

In addition, you may file a new complaint at the Board of Review next year for 2013 with any new evidence.

Sincerely,

Larry R. Rogers, Jr.        Dan Patlak        Michael M. Cabonargi
     Commissioner          Commissioner         Commissioner

LAW OFF. OF T BATTISTA
THOMA M    BATTISTA
10 S LASALLE #3600
CHICAGO       IL  60603

LAW OFFICES OF

# THOMAS M. BATTISTA, LLC

SUITE 3600
10 SOUTH LaSALLE STREET
CHICAGO, ILLINOIS 60603
(312) 251-5253
FAX (312) 251-5254

Tom@Battistalawoffices.com

April 4, 2013

Michael Desmond
Figliulo & Silverman, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, IL 60603

RE:   2012 Cook County Real Estate Taxes
      Property Address:   5659 W. Irving Park Rd.
                          Chicago, IL
      Township: Jefferson
      PIN(s): 13-20-203-001-0000

Dear Mr. Desmond:

Pursuant to your request, a 2012 Real Estate Assessed Valuation Complaint was filed with the Cook County Board of Review contesting the Assessed Valuation placed upon the above-captioned parcel. As a result of the filing of said complaint together with supporting documentation, the Board has **further** reduced the Assessed Valuation of this parcel from 42,500 to 40,140, a reduction in Assessed Valuation of 2,360.

This reduction of 2,360 in Assessed Valuation will result in an **additional** tax dollar savings of approximately $382.43 for the 2012 tax year. The method used in deriving this amount is outlined below:

| | |
|---|---:|
| Total Reduction in Assessed Valuation | 2,360 |
| State Equalizer | x 2.9706 |
| Equalized Valuation | 7,010.62 |
| Tax Rate (5.455%) | x .05455 |
| **Tax Dollar Savings/ 2012** | **$ 382.43** |

This method is identical to that used by the Cook County Collector when computing the amount of the Real Estate Tax Bill which you receive each year. The above-described reduction will be reflected on your 2012 Cook County Real Estate tax bill.

I am enclosing a copy of the notice of reduction received from the Board of Review, along with our bill for services rendered, which is based upon 25% of the present year's (2012) tax dollar savings. This result is for one year only.

Should you have any questions, or if I may be of further assistance, please do not hesitate to contact me.

Sincerely,

Thomas M. Battista

---

FOR PROFESSIONAL SERVICES RENDERED

TOTAL AMOUNT DUE AND OWING:                        $95.61

**Please make checks payable to:**
**LAW OFFICES OF THOMAS M. BATTISTA, LLC**

13-20-203-001-0000 BOR 12



# COOK COUNTY BOARD OF REVIEW

118 NORTH CLARK STREET
ROOM 601 COUNTY BUILDING
CHICAGO, ILLINOIS 60602
TEL: (312) 603-5542
FAX: (312) 603-3479

MICHAEL M. CABONARGI
COMMISSIONER

DAN PATLAK
COMMISSIONER

LARRY R. ROGERS JR.
CHAIRMAN

03/29/2013

CLASS: 05-17
B/R COMPLAINT TYPE: A

M. Desmond
5659 W. Irving Park
Chicago, IL
JEFFERSON TWP.

Dear Complainant,

After consideration of any evidence and facts pursuant to their powers and authority under the Illinois Property Tax Code, Larry R. Rogers Jr., Dan Patlak and Michael M. Cabonargi, Commissioners of the Board of Review of Cook County, are pleased to inform you that as a result of the hearing on your complaint they have directed the Assessor to reduce the assessed value of your property as shown below.

Decrease is the result of vacancy, demolition, fire, natural disaster, exemption, or a Certificate of Correction.

## 2012 ASSESSED VALUATIONS

| PROPERTY NUMBER | BOARD COMPLAINT | ASSESSOR ORIGINAL | BOARD OF REVIEW FINAL | CHANGE |
|---|---|---|---|---|
| 13-20-203-001-0000 | 7119153-001 | 42,500 | 40,140 | 2,360- |

This reduced final Board 2012 valuation will be equalized by the Illinois Department of Revenue, as provided by law.

If you are dissatisfied with your 2012 real estate assessment, you have the following option:

1. You may appeal this decision to the Property Tax Appeal Board at the Stratton Office Building, Room 402, 401 South Spring Street, Springfield, Illinois 62706-0002, Tel: 217-782-6076, by filing a petition for review with the Illinois Property Tax Appeal Board within 30 days after the date of this notice or within 30 days after the date the Board of Review transmits to the County Assessor pursuant to Sec 16-125(35 ILCS 200/16-125) its final action on the Township in which your property is located, whichever is later.
               -- OR --
2. You may file a tax objection complaint in the Circuit Court of Cook County, Illinois. If you choose this option, please consult the laws concerning the procedure for proceeding in court.

In addition, you may file a new complaint at the Board of Review next year for 2013 with any new evidence.

Sincerely,

Larry R. Rogers, Jr.    Dan Patlak    Michael M. Cabonargi
Commissioner        Commissioner    Commissioner

LAW OFF OF T BATTISTA
THOMA M    BATTISTA
10 S LASALLE #3600
CHICAGO    IL  60603

Y

FBA22

LAW OFFICES OF

# THOMAS M. BATTISTA, LLC

SUITE 3600
10 SOUTH LaSALLE STREET
CHICAGO, ILLINOIS 60603
(312) 251-5253
FAX (312) 251-5254

Tom@Battistalawoffices.com

April 4, 2013

Michael Desmond
Figliulo & Silverman, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, IL 60603

RE:  2012 Cook County Real Estate Taxes
     Property Address:  3600 N. Pulaski Rd.
                        Chicago, IL
     Township: Jefferson
     PIN(s): 13-22-223-084-0000

Dear Mr. Desmond:

Pursuant to your request, a 2012 Real Estate Assessed Valuation Complaint was filed with the Cook County Board of Review contesting the Assessed Valuation placed upon the above-captioned parcel.  As a result of the filing of said complaint together with supporting documentation, the Board has **further** reduced the Assessed Valuation of this parcel from 152,639 to 146,440, a reduction in Assessed Valuation of 6,199.

This reduction of 6,199 in Assessed Valuation will result in an **additional** tax dollar savings of approximately $1,004.52 for the 2012 tax year.  The method used in deriving this amount is outlined below:

| | |
|---|---:|
| Total Reduction in Assessed Valuation | 6,199 |
| State Equalizer | x 2.9706 |
| Equalized Valuation | 18,414.75 |
| Tax Rate (5.455%) | x .05455 |
| **Tax Dollar Savings/ 2012** | **$1,004.52** |

This method is identical to that used by the Cook County Collector when computing the amount of the Real Estate Tax Bill which you receive each year. The above-described reduction will be reflected on your 2012 Cook County Real Estate tax bill.

I am enclosing a copy of the notice of reduction received from the Board of Review, along with our bill for services rendered, which is based upon 25% of the present year's (2012) tax dollar savings. This result is for one year only.

Should you have any questions, or if I may be of further assistance, please do not hesitate to contact me.

Sincerely,

Thomas M. Battista

---

FOR PROFESSIONAL SERVICES RENDERED

TOTAL AMOUNT DUE AND OWING:                    $251.13

**Please make checks payable to:**
**LAW OFFICES OF THOMAS M. BATTISTA, LLC**

13-22-223-084-0000 BOR 12



# COOK COUNTY BOARD OF REVIEW

**MICHAEL M. CABONARGI**
COMMISSIONER

**DAN PATLAK**
COMMISSIONER

118 NORTH CLARK STREET
ROOM 601 COUNTY BUILDING
CHICAGO, ILLINOIS 60602
TEL: (312) 603-5542
FAX: (312) 603-3479

**LARRY R. ROGERS JR.**
CHAIRMAN

03/29/2013        M. Desmond
                  3600 N. Pulski Rd.
CLASS: 05-17      Chicago, IL
B/R COMPLAINT TYPE: A    JEFFERSON TWP.

Dear Complainant,

After consideration of any evidence and facts pursuant to their powers and authority under the Illinois Property Tax Code, Larry R. Rogers Jr., Dan Patlak and Michael M. Cabonargi, Commissioners of the Board of Review of Cook County, are pleased to inform you that as a result of the hearing on your complaint they have directed the Assessor to reduce the assessed value of your property as shown below.

Decrease is the result of vacancy, demolition, fire, natural disaster, exemption, or a Certificate of Correction.

## 2012 ASSESSED VALUATIONS

| PROPERTY NUMBER | BOARD COMPLAINT | ASSESSOR ORIGINAL | BOARD OF REVIEW FINAL | CHANGE |
|---|---|---|---|---|
| 13-22-223-084-0000 | 7117840-001 | 152,639 | 146,440 | 6,199- |

This reduced final Board 2012 valuation will be equalized by the Illinois Department of Revenue, as provided by law.

If you are dissatisfied with your 2012 real estate assessment, you have the following option:

1. You may appeal this decision to the Property Tax Appeal Board at the Stratton Office Building, Room 402, 401 South Spring Street, Springfield, Illinois 62706-0002, Tel: 217-782-6076, by filing a petition for review with the Illinois Property Tax Appeal Board within 30 days after the date of this notice or within 30 days after the date the Board of Review transmits to the County Assessor pursuant to Sec 16-125(35 ILCS 200/16-125) its final action on the Township in which your property is located, whichever is later.
                              -- OR --
2. You may file a tax objection complaint in the Circuit Court of Cook County, Illinois. If you choose this option, please consult the laws concerning the procedure for proceeding in court.

In addition, you may file a new complaint at the Board of Review next year for 2013 with any new evidence.

                              Sincerely,

Larry R. Rogers, Jr.    Dan Patlak    Michael M. Cabonargi
    Commissioner        Commissioner      Commissioner

LAW OFF OF T BATTISTA
THOMA M    BATTISTA
10 S LASALLE #3600
CHICAGO    IL  60603                              Y

FBA22

LAW OFFICES OF
# THOMAS M. BATTISTA, LLC
SUITE 3600
10 SOUTH LaSALLE STREET
CHICAGO, ILLINOIS 60603
(312) 251-5253
FAX (312) 251-5254

Tom@Battistalawoffices.com

April 4, 2013

Michael Desmond
Figliulo & Silverman, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, IL 60603

RE:  2012 Cook County Real Estate Taxes
     Property Address:  3811 (AKA 3809) N. Harlem Ave.
                        Chicago, IL
     Township: Jefferson
     PIN(s): 13-19-109-019-0000

Dear Mr. Desmond:

     Pursuant to your request, a 2012 Real Estate Assessed Valuation Complaint was filed with the Cook County Board of Review contesting the Assessed Valuation placed upon the above-captioned parcel. As a result of the filing of said complaint together with supporting documentation, the Board has reduced the Assessed Valuation of this parcel from 70,073 to 56,506, a reduction in Assessed Valuation of 13,567.

     This reduction of 13,567 in Assessed Valuation will result in a tax dollar savings of approximately $2,198.48 for the 2012 tax year. The method used in deriving this amount is outlined below:

| | |
|---|---:|
| Total Reduction in Assessed Valuation | 13,567 |
| State Equalizer | x 2.9706 |
| Equalized Valuation | 40,302.13 |
| Tax Rate (5.455%) | x .05455 |
| **Tax Dollar Savings/ 2012** | **$2,198.48** |

This method is identical to that used by the Cook County Collector when computing the amount of the Real Estate Tax Bill which you receive each year.  The above-described reduction will be reflected on your 2012 Cook County Real Estate tax bill.

I am enclosing a copy of the notice of reduction received from the Board of Review, along with our bill for services rendered, which is based upon 25% of the present year's (2012) tax dollar savings.  This result is for one year only.

Should you have any questions, or if I may be of further assistance, please do not hesitate to contact me.

Sincerely,

Thomas M. Battista

---

FOR PROFESSIONAL SERVICES RENDERED

TOTAL AMOUNT DUE AND OWING:                    $549.62

**Please make checks payable to:**
**LAW OFFICES OF THOMAS M. BATTISTA, LLC**

13-19-109-019-0000 BOR 12



# COOK COUNTY BOARD OF REVIEW

118 NORTH CLARK STREET
ROOM 601 COUNTY BUILDING
CHICAGO, ILLINOIS 60602
TEL: (312) 603-5542
FAX: (312) 603-3479

MICHAEL M. CABONARGI
COMMISSIONER

DAN PATLAK
COMMISSIONER

LARRY R. ROGERS JR.
CHAIRMAN

CLASS: 02-12
B/R COMPLAINT TYPE: A

03/29/2013    M. Desmond
3809 N. Harlem Ave.
Chicago, IL
JEFFERSON TWP.

Dear Complainant,

After consideration of any evidence and facts pursuant to their powers and authority under the Illinois Property Tax Code, Larry R. Rogers Jr., Dan Patlak and Michael M. Cabonargi, Commissioners of the Board of Review of Cook County, are pleased to inform you that as a result of the hearing on your complaint they have directed the Assessor to reduce the assessed value of your property as shown below.

Decrease is the result of vacancy, demolition, fire, natural disaster, exemption, or a Certificate of Correction.

## 2012 ASSESSED VALUATIONS

| PROPERTY NUMBER | BOARD COMPLAINT | ASSESSOR ORIGINAL | BOARD OF REVIEW FINAL | CHANGE |
|---|---|---|---|---|
| 13-19-109-019-0000 | 7117787-001 | 70,073 | 56,506 | 13,567- |

This reduced final Board 2012 valuation will be equalized by the Illinois Department of Revenue, as provided by law.

If you are dissatisfied with your 2012 real estate assessment, you have the following option:

1. You may appeal this decision to the Property Tax Appeal Board at the Stratton Office Building, Room 402, 401 South Spring Street, Springfield, Illinois 62706-0002, Tel: 217-782-6076, by filing a petition for review with the Illinois Property Tax Appeal Board within 30 days after the date of this notice or within 30 days after the date the Board of Review transmits to the County Assessor pursuant to Sec 16-125 (35 ILCS 200/16-125) its final action on the Township in which your property is located, whichever is later.
                          -- OR --
2. You may file a tax objection complaint in the Circuit Court of Cook County, Illinois. If you choose this option, please consult the laws concerning the procedure for proceeding in court.

In addition, you may file a new complaint at the Board of Review next year for 2013 with any new evidence.

Sincerely,

Larry R. Rogers, Jr.    Dan Patlak    Michael M. Cabonargi
   Commissioner       Commissioner      Commissioner

LAW OFF OF T BATTISTA
THOMA M   BATTISTA
10 S LASALLE #3600
CHICAGO    IL  60603

Y

LAW OFFICES OF

# THOMAS M. BATTISTA, LLC
SUITE 3600
10 SOUTH LaSALLE STREET
CHICAGO, ILLINOIS 60603
(312) 251-5253
FAX (312) 251-5254

Tom@Battistalawoffices.com

April 4, 2013

Michael Desmond
Figliulo & Silverman, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, IL 60603

RE:   2012 Cook County Real Estate Taxes
      Property Address:   5401 & 5407 W. Devon Ave.
                          Chicago, IL
      Township: Jefferson
      PIN(s): 13-04-101-006-0000 & 13-04-101-007-0000

Dear Mr. Desmond:

Pursuant to your request, a 2012 Real Estate Assessed Valuation Complaint was filed with the Cook County Board of Review contesting the Assessed Valuation placed upon the above-captioned parcel.  As a result of the filing of said complaint together with supporting documentation, the Board has **further** reduced the Assessed Valuation of this parcel from 117,939 to 109,436, a reduction in Assessed Valuation of 8,503.

This reduction of 8,503 in Assessed Valuation will result in an **additional** tax dollar savings of approximately $1,377.88 for the 2012 tax year.  The method used in deriving this amount is outlined below:

| | |
|---|---|
| Total Reduction in Assessed Valuation | 8,503 |
| State Equalizer | x 2.9706 |
| Equalized Valuation | 25,259.01 |
| Tax Rate (5.455%) | x .05455 |
| **Tax Dollar Savings/ 2012** | **$1,377.88** |

This method is identical to that used by the Cook County Collector when computing the amount of the Real Estate Tax Bill which you receive each year. The above-described reduction will be reflected on your 2012 Cook County Real Estate tax bill.

I am enclosing a copy of the notice of reduction received from the Board of Review, along with our bill for services rendered, which is based upon 25% of the present year's (2012) tax dollar savings. This result is for one year only.

Should you have any questions, or if I may be of further assistance, please do not hesitate to contact me.

Sincerely,

Thomas M. Battista

---

FOR PROFESSIONAL SERVICES RENDERED


TOTAL AMOUNT DUE AND OWING:                    $344.47



**Please make checks payable to:**
**LAW OFFICES OF THOMAS M. BATTISTA, LLC**






13-04-101-006-0000 BOR 12



# COOK COUNTY BOARD OF REVIEW

118 NORTH CLARK STREET
ROOM 601 COUNTY BUILDING
CHICAGO, ILLINOIS 60602
TEL: (312) 603-5542
FAX: (312) 603-3479

MICHAEL M. CABONARGI
COMMISSIONER

DAN PATLAK
COMMISSIONER

LARRY R. ROGERS JR.
CHAIRMAN

03/29/2013                       M. Desmond
5401-07 W. Devon
CLASS: 05-17                     Chicago, IL
B/R COMPLAINT TYPE: A

Dear Complainant,                JEFFERSON TWP.

After consideration of any evidence and facts pursuant to their powers and authority under the Illinois Property Tax Code, Larry R. Rogers Jr., Dan Patlak and Michael M. Cabonargi, Commissioners of the Board of Review of Cook County, are pleased to inform you that as a result of the hearing on your complaint they have directed the Assessor to reduce the assessed value of your property as shown below.

Decrease is the result of vacancy, demolition, fire, natural disaster, exemption, or a Certificate of Correction.

## 2012 ASSESSED VALUATIONS

| PROPERTY NUMBER | BOARD COMPLAINT | ASSESSOR ORIGINAL | BOARD OF REVIEW FINAL | CHANGE |
|---|---|---|---|---|
| 13-04-101-006-0000 | 7117693-001 | 47,638 | 44,237 | 3,401- |
| 13-04-101-007-0000 | 7117693-002 | 70,301 | 65,199 | 5,102- |
| | | 117,939 | 109,436 | 8,503 |

This reduced final Board 2012 valuation will be equalized by the Illinois Department of Revenue, as provided by law.

If you are dissatisfied with your 2012 real estate assessment, you have the following option:

1. You may appeal this decision to the Property Tax Appeal Board at the Stratton Office Building, Room 402, 401 South Spring Street, Springfield, Illinois 62706-0002, Tel: 217-782-6076, by filing a petition for review with the Illinois Property Tax Appeal Board within 30 days after the date of this notice or within 30 days after the date the Board of Review transmits to the County Assessor pursuant to Sec 16-125(35 ILCS 200/16-125) its final action on the Township in which your property is located, whichever is later.
                        -- OR --
2. You may file a tax objection complaint in the Circuit Court of Cook County, Illinois. If you choose this option, please consult the laws concerning the procedure for proceeding in court.

In addition, you may file a new complaint at the Board of Review next year for 2013 with any new evidence.

                        Sincerely,

Larry R. Rogers, Jr.   Dan Patlak    Michael M. Cabonargi
     Commissioner      Commissioner      Commissioner

LAW OFF OF T BATTISTA
THOMA M   BATTISTA
10 S LASALLE #3600
CHICAGO    IL   60603

                                            Y

                                                    FRA22

LAW OFFICES OF

# THOMAS M. BATTISTA, LLC

SUITE 3600
10 SOUTH LaSALLE STREET
CHICAGO, ILLINOIS 60603
(312) 251-5253
FAX (312) 251-5254

Tom@Battistalawoffices.com

March 20, 2013

Michael Desmond
Figliulo & Silverman, P.C.
10 South LaSalle Street, Suite 3600
Chicago, IL 60603

RE:    2012 Cook County Real Estate Taxes
       Property Address:    17851 Torrence
                            Lansing, IL
       Township: Thornton
       PIN(s): 30-31-100-021, -022, -023, & -024

Dear Mr. Desmond:

Pursuant to your request, a 2012 Real Estate Assessed Valuation Complaint was filed with the Cook County Board of Review contesting the Assessed Valuation placed upon the above-captioned parcel(s). As a result of the filing of said complaint together with supporting documentation, the Board has **further** reduced the Assessed Valuation of the parcel(s) from 26,682 to 25,538, a reduction in Assessed Valuation of 1,144.

This reduction of 1,144 in Assessed Valuation will result in **additional** tax dollar savings of approximately $447.63 for the 2012 tax year. The method used in deriving this amount is outlined below:

| | |
|---|---|
| Total Reduction in Assessed Valuation | 1,144 |
| State Equalizer | x 2.9706 |
| Equalized Valuation | 3,398.36 |
| Tax Rate (13.172%) | x .13172 |
| **Tax Dollar Savings/ 2012** | **$447.63** |



# COOK COUNTY BOARD OF REVIEW



118 NORTH CLARK STREET
ROOM 601 COUNTY BUILDING
CHICAGO, ILLINOIS 60602
TEL: (312) 603-5542
FAX: (312) 603-3479

**MICHAEL M. CABONARGI**
COMMISSIONER

**DAN PATLAK**
COMMISSIONER

**LARRY R. ROGERS JR.**
CHAIRMAN

03/11/2013

CLASS: 02-12
B/R COMPLAINT TYPE: A

*M. Desmond,
Bankruptcy Trustee
19851 Torrence Ave.
Lansing, IL
THORNTON TWP.*

Dear Complainant,

After consideration of any evidence and facts pursuant to their powers and authority under the Illinois Property Tax Code, Larry R. Rogers Jr., Dan Patlak and Michael M. Cabonargi, Commissioners of the Board of Review of Cook County, are pleased to inform you that as a result of the hearing on your complaint they have directed the Assessor to reduce the assessed value of your property as shown below.

Decrease is the result analysis of the cost, income, market data, and/or appraisal data submitted in support of the appeal.

## 2012 ASSESSED VALUATIONS

| PROPERTY NUMBER | BOARD COMPLAINT | ASSESSOR ORIGINAL | BOARD OF REVIEW FINAL | CHANGE |
|---|---|---|---|---|
| 30-31-100-021-0000 | 3702607-001 | 9,725 | 9,289 | 436- |
| 30-31-100-022-0000 | 3702607-002 | 14,084 | 13,431 | 653- |
| 30-31-100-023-0000 | 3702607-003 | 1,305 | 1,286 | 19- |
| 30-31-100-024-0000 | 3702607-004 | 1,568 | 1,532 | 36- |

*26,682       25,538
1,144*

This reduced final Board 2012 valuation will be equalized by the Illinois Department of Revenue, as provided by law.

If you are dissatisfied with your 2012 real estate assessment, you have the following option:

1. You may appeal this decision to the Property Tax Appeal Board at the Stratton Office Building, Room 402, 401 South Spring Street, Springfield, Illinois 62706-0002, Tel: 217-782-6076, by filing a petition for review with the Illinois Property Tax Appeal Board within 30 days after the date of this notice or within 30 days after the date the Board of Review transmits to the County Assessor pursuant to Sec 16-125 (35 ILCS 200/16-125) its final action on the Township in which your property is located, whichever is later.

-- OR --

2. You may file a tax objection complaint in the Circuit Court of Cook County, Illinois. If you choose this option, please consult the laws concerning the procedure for proceeding in court.

In addition, you may file a new complaint at the Board of Review next year for 2013 with any new evidence.

Sincerely,

Larry R. Rogers, Jr.    Dan Patlak    Michael M. Cabonargi
Commissioner    Commissioner    Commissioner

LAW OFF OF T BATTISTA
THOMA M   BATTISTA
10 S LASALLE #3600
CHICAGO    IL   60603

Y

FBA22