# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN FE: | ) | |
| | ) | Chapter 11 |
| R&G PROPERTIES, | ) | No. 09-37463 |
| | ) | Judge A. Benjamin Goldgar |
| Debtor | ) | |

### NOTICE OF MOTION

To:     See Service List - Attached

PLEASE TAKE NOTICE that on February 19, 2014 , at 9:30  a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Goldgar  in Court Room No. 642 , or any other judge as may be holding court in his/her absence, in the court room usually occupied by him/her in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, Illinois and then and there present the attached Petition for Attorney's Fees at which time and place you may appear as you see fit to do so.

### PROOF OF SERVICE

I, Brad J. Pawlowski, attorney, certify that I caused to be served upon same as above, the foregoing Motion by email, facsimile and/or U.S. mail at 6584 N. Northwest Hwy., Chicago, IL before the hour of 5:00 p.m. on 2/3/14  .

/s/ Brad J. Pawlowski
Brad J. Pawlowski

**FRITZSHALL & PAWLOWSKI**
**6584 N. Northwest Hwy.**
**Chicago, IL 60631**
**773/763-4400**
**773/763-2805 facsimile**
**steve@go2court.com; brad@go2court.com**

2/3/2014

Illinois Northern Bankruptcy Live System

Case 09-37463   Doc 916   Filed 02/03/14   Entered 02/03/14 15:08:01   Desc Main
09-37463 R & G Properties
Document   Page 2 of 25

Case type: bk **Chapter:** 7 **Asset:** No **Vol:** v **Judge:** A. Benjamin Goldgar
**Date filed:** 10/08/2009 **Date of last filing:** 01/22/2014

# Attorneys

**David Audley**
Chapman and Cutler LLP
111 W Monroe St
Chicago, IL 60603      representing
(312) 845-2971
audley@chapman.com
 *Assigned: 02/22/2010*

**Harris N.A.**
111 W. Monroe St.
Chicago, IL 60603
*(Creditor)*

**Jennifer L. Barton**
Robbins, Salomon & Patt, Ldt.
180 N. LaSalle Street
Suite 3300
Chicago, IL 60601      representing
312-782-9000
jbarton@rsplaw.com
 *Assigned: 09/25/2012*

**Delta Trading Company, Inc.**
2701 North Kildare
Chicago, IL 60639
United State of America
773-252-5222
chaim@closeoutplace.com
*(Creditor)*

**Thomas M Battista**
Figliulo & Silverman, P.C.
10 S LaSalle St Suite 3600
Chicago, IL 60603      representing
312-251-4600
312-251-4610 (fax)
 *Assigned: 09/05/2012*

**Michael K Desmond**
Figliulo & Silverman P C
10 S LaSalle Suite 3600
Chicago, IL 60603
312-251-5257
mkd.trustee@fslegal.com
*(Trustee)*

**Michael T. Benz**
Chapman & Cutler LLP
111 W. Monroe Street
Chicago, IL 60603      representing
312 845-2969
benz@chapman.com
 *Assigned: 04/01/2010*

**Harris N.A.**
111 W. Monroe St.
Chicago, IL 60603
*(Creditor)*

**Vincent T Borst**
Robbins, Salomon & Patt, Ltd.
180 North LaSalle Street, Suite 3300
Suite 1000
Chicago, IL 60601      representing

**Delta Trading Company, Inc.**
2701 North Kildare
Chicago, IL 60639
United State of America

312 782 9000
312 782 6690 (fax)
vborst@rsplaw.com
  *Assigned: 05/17/2012*

chaim@closeoutplace.com
*(Creditor)*

**Rosanne Ciambrone**
Duane Morris LLP
190 South LaSalle Street Suite 3700
Chicago, IL 60603
312 499-6700
312 499-6701 (fax)
rciambrone@duanemorris.com
  *Assigned: 10/14/2009*

representing

**AmericaUnited Bank and Trust Company USA**
*(Creditor)*

**Scott R Clar**
Crane Heyman Simon Welch & Clar
135 S Lasalle Suite 3705
Chicago, IL 60603
312 641-6777
312 641-7114 (fax)
sclar@craneheyman.com
  *Assigned: 10/12/2009*
  *TERMINATED: 09/26/2012*

representing

**R & G Properties**
5680 N. Elston Ave.
Chicago, IL 60646
*(Debtor)*

**Catherine A. Cooke**
Robbins, Salomon & Patt, Ltd.
180 North LaSalle Street, Suite 3300
Chicago, IL 60601
(312) 782-9000
(312) 782-6690 (fax)
ccooke@rsplaw.com
  *Assigned: 05/17/2012*

representing

**Delta Trading Company, Inc.**
2701 North Kildare
Chicago, IL 60639
United State of America
773-252-5222
chaim@closeoutplace.com
*(Creditor)*

**Eugene Crane**
Crane Heyman Simon Welch & Clar
135 S Lasalle Ste 3705
Chicago, IL 60603
312 641-6777
312 641-7114 (fax)
ecrane@craneheyman.com
  *Assigned: 10/08/2009*
  *TERMINATED: 09/26/2012*

representing

**R & G Properties**
5680 N. Elston Ave.
Chicago, IL 60646
*(Debtor)*

**William Cross**
Figliulo & Silverman, P.C.
10 South LaSalle Street
Suite 3600

**Michael K Desmond**
Figliulo & Silverman P C
10 S LaSalle Suite 3600

Chicago, IL 60603
(312) 251-4600
(312) 251-4610 (fax)
wcross@fslegal.com
*Assigned: 06/22/2012*

*Assigned: 04/04/2013*

representing

312-251-5257
mkd.trustee@fslegal.com
*(Trustee)*

**Figliulo & Silverman, P.C.**
10 S. LaSalle
Suite 3600
Chicago, IL 60603
312/251-4600
mdesmond@fslegal.com
*(Attorney)*

*Assigned: 11/26/2013*

representing

**Thomas M Battista**
*(Spec. Counsel)*

**Jeffrey C Dan**
Crane Heyman Simon Welch & Clar
135 S Lasalle St Ste 3705
Chicago, IL 60603
312 641-6777
312 641-7114 (fax)
jdan@craneheyman.com
*Assigned: 10/21/2009*
*TERMINATED: 09/26/2012*

representing

**R & G Properties**
5680 N. Elston Ave.
Chicago, IL 60646
*(Debtor)*

**Tejal S. Desai**
Fuchs & Roselli, Ltd.
440 W. Randolph Street
Suite 500
Chicago, IL 60606
312-651-2400
tdesai@frltd.com
*Assigned: 10/19/2009*
*TERMINATED: 02/17/2010*

representing

**Edgebrook Bank**
6000 W. Touhy
Chicago, IL 60646
*(Creditor)*

**Michael K Desmond**
Figliulo & Silverman P C
10 South LaSalle Street Ste 3600
Chicago, IL 60603
312 251-5287
312 251-4610 (fax)
mdesmond@fslegal.com
*Assigned: 06/28/2012*
*LEAD ATTORNEY*

representing

**Michael K Desmond**
Figliulo & Silverman P C
10 S LaSalle Suite 3600
Chicago, IL 60603
312-251-5257
mkd.trustee@fslegal.com
*(Trustee)*

**Michael K Desmond**

**Michael K Desmond**

Figliulo & Silverman P C
10 S LaSalle Suite 3600
Chicago, IL 60603
312-251-5257
mkd.trustee@fslegal.com
*Assigned: 07/11/2012*

representing

Figliulo & Silverman P C
10 S LaSalle Suite 3600
Chicago, IL 60603
312-251-5257
mkd.trustee@fslegal.com
*(Trustee)*

**Gary E Dienstag**
100 West Monroe St
Chicago, IL 60603
*Assigned: 05/19/2011*
  *TERMINATED: 11/07/2012*
*LEAD ATTORNEY*

representing

**R & G Properties**
5680 N. Elston Ave.
Chicago, IL 60646
*(Debtor)*

**Kenneth M DucDuong**
KMD Law Office
35 E. Wacker Dr. 9th Fl.
Chicago, IL 60601
312-854-7006
312-376-1844 (fax)
kducduong@kmdlex.com
*Assigned: 01/15/2014*

representing

**Calma Optimal Deli, Inc.**
*(3rd Party Plaintiff)*

**Richard H Fimoff**
Robbins, Salomon & Patt Ltd
180 North LaSalle Street
Suite 3300
Chicago, IL 60601
312 456-0185
312 782-6690 (fax)
rfimoff@rsplaw.com
*Assigned: 11/30/2009*

representing

**American Enterprise Bank**
*(Creditor)*

*Assigned: 02/02/2010*

representing

**M&I Marshall & Ilsley Bank**
*(Creditor)*

*Assigned: 08/04/2010*

representing

**Delta Trading Company, Inc.**
2701 North Kildare
Chicago, IL 60639
United State of America
773-252-5222
chaim@closeoutplace.com
*(Creditor)*

**Edward P. Freud**
Ruff, Weidenaar et al
222 North LaSalle Street

**Republic Bank of Chicago**

Chicago, IL 60601
312 602-4890
312 263-1345 (fax)
epfreud@rwrlaw.com
*Assigned: 06/30/2010*

Oak Brook, IL
312-602-4890
*(Interested Party)*

**Sheryl A Fyock**
Latimer LeVay Fyock LLC
55 W. Monroe Street
Suite 1100
Chicago, IL 60603
(312) 422-8000
(312) 422-8001 (fax)
sfyock@llflegal.com
*Assigned: 01/24/2013*
*LEAD ATTORNEY*

representing

**Michael K Desmond**
Figliulo & Silverman P C
10 S LaSalle Suite 3600
Chicago, IL 60603
312-251-5257
mkd.trustee@fslegal.com
*(Trustee)*

*Assigned: 12/11/2013*

representing

**Sheryl Fyock**
*(Spec. Counsel)*

**Kathryn Gleason**
Office of the U. S. Trustee, Region
11
219 S Dearborn Room 873
Chicago, IL 60604
312 886-3327
USTPRegion11.es.ecf@usdoj.gov
*Assigned: 06/15/2012*

representing

**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
312-886-5785
USTPRegion11.ES.ECF@usdoj.gov
*(U.S. Trustee)*

**Cameron M Gulden**
Office of The U.S. Trustee
219 South Dearborn Street
Room 873
Chicago, IL 60604
312 886-2614
USTPRegion11.es.ecf@usdoj.gov
*Assigned: 01/15/2010*

representing

**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
312-886-5785
USTPRegion11.ES.ECF@usdoj.gov
*(U.S. Trustee)*

**Hugh D Howard**
Law Offices of Hugh D Howard
100 w. Monroe, #800
Chicago, IL 60603
312-781-1002
(312) - 3720842 (fax)
hughdhoward@aol.com
*Assigned: 10/17/2012*

representing

**J Denis Gathman**
*(Appraiser)*

**Tina M. Jacobs**
Jones & Jacobs
77 W. Washington Street
Suite 2100
Chicago, IL 60602
312 419-0700
312 419-9114 (fax)
tjacobs@jonesandjacobs.com
 *Assigned: 01/06/2010*

representing

**Associated Bank**
1305 Main Street
Stevens Point, WI 54481
*(Creditor)*

**Richard C Jones**
Richard Jones & Associates, Ltd.
77 W Washington Street
Suite 2100
Chicago, IL 60602
312 419-0700
312 419-9114 (fax)
rjones@rjoneslaw.com
 *Assigned: 12/08/2009*
 *LEAD ATTORNEY*

representing

**Associated Bank**
1305 Main Street
Stevens Point, WI 54481
*(Creditor)*

**Kenneth G. Kubes**
Federal Deposit Insurance
Corporation
200 N. Martingale Rd., Suite 200
Schaumburg, IL 60173
847.273.0956
847.273.0956 (fax)
kkubes@fdic.gov
 *Assigned: 05/06/2010*

representing

**Edgebrook Bank**
6000 W. Touhy
Chicago, IL 60646
*(Creditor)*

**Keevan D. Morgan**
Morgan & Bley, Ltd.
900 W. Jackson Blvd.
Chicago, IL 60607
312 243-0006 Ext. 29
312 243-0009 (fax)
kmorgan@morganandbleylimited.com
 *Assigned: 03/20/2011*

representing

**Pan American Bank**
c/o Keevan D. Morgan
900 W. Jackson Blvd.
Suite 4 East
Chicago, IL 60607
312.243.0006
kmorgan@morganandbleylimited.com
*(Creditor)*

**Lauren Newman**
Thompson Coburn LLP
55 E Monroe
37th Floor
Chicago, IL 60603
312 580-2328
312 782-3659 (fax)

representing

**American Enterprise Bank**
*(Creditor)*

lnewman@thompsoncoburn.com
*Assigned: 07/13/2012*

**Matthew A Olins**
Duane Morris LLP
Suite 3700
190 South LaSalle Street
Chicago, IL 60603
312.499.6762
312.277.9564 (fax)
maolins@duanemorris.com
*Assigned: 10/14/2009*

representing

**AmericaUnited Bank and Trust Company USA**
*(Creditor)*

*Assigned: 10/02/2012*

representing

**American Midwest Bank, as successor in interest to AmericaUnited Bank and Trust**
*(Creditor)*

**Stanley F. Orszula**
Quarles & Brady LLP
300 N. LaSalle St.
Suite 4000
Chicago, IL 60654
312.715.5123
312.632.1736 (fax)
sfo@quarles.com
*Assigned: 10/18/2010*

representing

**Federal Deposit Insurance Corporation as Receiver for Citizens Bank & Trust Co. of Chicago**
*(Creditor)*

**Richard C Perna**
Fuchs & Roselli Ltd
440 W Randolph Street Suite 500
Chicago, IL 60606
312-651-2400
*Assigned: 10/20/2009*
*TERMINATED: 02/17/2010*
*LEAD ATTORNEY*

representing

**Edgebrook Bank**
6000 W. Touhy
Chicago, IL 60646
*(Creditor)*

**John R Potts**
Brotschul Potts LLC
230 West Monroe Street
Chicago, IL 60606
(312) - 5519003
ryan@brotschulpotts.com
*Assigned: 05/16/2013*

representing

**Edgebrook Bank**
6000 W. Touhy
Chicago, IL 60646
*(Creditor)*

**Arthur F Radke**
Radke Law Office LLC
29 E Madison Street

**Delta Trading Company, Inc.**
2701 North Kildare

Suite 1826
Chicago, IL 60602
312-720-0661
312-630-2015 (fax)
a.radke@radke-law.com
*Assigned: 10/27/2010*

representing   United State of America
773-252-5222
chaim@closeoutplace.com
*(Creditor)*

**Naheel M. Rantisi**
Akram, Zanyed & Associates
2342 N. Damen
Chicago, IL 60647
773 772-1600
773 772-0030 (fax)
zanayedlaw@yahoo.com
*Assigned: 03/01/2010*

**Majdi Rayahin**
8550 S. Harlem #G
representing   Bridgeview, IL 60455
usa
*(Interested Party)*

**Joel A Schechter, ESQ**
Law Offices Of Joel Schechter
53 W Jackson Blvd Ste 1522
Chicago, IL 60604
312 332-0267
312 939-4714 (fax)
joelschechter@covad.net
*Assigned: 04/29/2010*

representing   **John Vadaparampil**
*(Creditor)*

**Julia Jensen Smolka**
Dimonte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068
847 698-9600 Ext. 231
847 698-9623 (fax)
jjensen@dimonteandlizak.com
*Assigned: 09/04/2012*

representing   **Michael Realty, LLC**
*(Creditor)*

**George Michael**
*(Creditor)*

**Robert Michael**
*(Creditor)*

**Linda Spak**
Spak & Assoc
6938 N Kenton
Lincolnwood, IL 60712
312 372-8703
773 338-4956 (fax)
attorneyspak@yahoo.com

representing   **R & G Properties**
5680 N. Elston Ave.
Chicago, IL 60646
*(Debtor)*

**Joel A Stein**
Deutsch Levy & Engel Chtd
Suite 1700
225 W. Washington Street
Chicago, IL 60606
312 853-8452
312 346-1859 (fax)
joelastein@dlec.com
*Assigned: 05/06/2010*

representing

**Edgebrook Bank**
6000 W. Touhy
Chicago, IL 60646
*(Creditor)*

**Jennifer Tweeton**
Robbins Salomon & Patt, Ltd.
25 E. Washington Suite 1000
Chicago, IL 60602
(312) - 4560379
jtweeton@rsplaw.com
*Assigned: 05/20/2010*

representing

**M&I Marshall & Ilsley Bank**
*(Creditor)*

**David P. Vallas**
Polsinelli Shugart PC
161 North Clark Street
Suite 4200
Chicago, IL 60601
312.873.3620`
312.602.3931 (fax)
dvallas@polsinelli.com
*Assigned: 10/12/2009*

representing

**Norstates Bank**
*(Creditor)*

**Greta G Weathersby**
Peoples Energy
130 East Randolph
Chicago, IL 60601
312 240-4474
312 240-3866 (fax)
g.weathersby@pecorp.com
*Assigned: 10/28/2009*

representing

**The Peoples Gas Light and Coke Company**
130 E. Randolph
19th Fl.
Chicago, IL 60601
U.S.
(312) 240-4474
(312) 240-4219 (fax)
ggweathersby@integrysgroup.com
*(Creditor)*

**David K Welch**
Crane Heyman Simon Welch & Clar
135 S Lasalle St
Suite 3705
Chicago, IL 60603
312 641-6777
312 641-7114 (fax)

representing

**R & G Properties**
5680 N. Elston Ave.
Chicago, IL 60646

dwelch@craneheyman.com
*Assigned: 10/28/2009*
*TERMINATED: 09/26/2012*
*LEAD ATTORNEY*

*Assigned: 09/20/2012*

representing

**David K. Welch**
135 South LaSalle Street Suite3705
Chicago, IL 60603-4297
312-641-6777
*(Attorney)*

**Eugene Crane**
Crane, Heyman, Simon, Welch & Clar
*(Attorney)*

**Scott R. Clar**
Crame. Heyman, Simon, Welch & Clar
135 South LaSalle
Suite 3705
Chicago, IL 60603
(312) 641-6777
*(Attorney)*

**Allen C. Wesolowski**
Martin & Karcazes, Ltd.
161 N. Clark Street
Suite 550
Chicago, IL 60601
312 442-1802
312 332-4905 (fax)
acwesolowski@martin-karcazes.com
*Assigned: 10/14/2009*

representing

**The First Commercial Bank**
6945 N. Clark Street
Chicago, IL 60626
*(Creditor)*

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/03/2014 14:35:27 | | | |
| **PACER Login:** | fr0262 | **Client Code:** | |
| **Description:** | Attorney List | **Search Criteria:** | 09-37463 |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:                                                  Chapter 11

R&G PROPERTIES,                                         Case No. 09-37463
                                Debtor.
                                                        Judge A. Benjamin Goldgar

### PETITION FOR ATTORNEY'S FEES

NOW COMES Nicholas Duric, special counsel for real estate transactions and forcible

entry and detainer actions, by his attorneys, Fritzshall & Pawlowski, and moves this Court to

approve his attorney's fees and costs and in support thereof states as follows:

1.      On November 25, 2009, this Court appointed Nicholas Duric as special counsel

for real estate transactions and forcible entry and detainer actions.  (A copy of the Order is

attached hereto as Ex. A).

2.      Thereafter, Duric undertook his duties on numerous matters:

a)      sale of 2434 N. Montrose Ave., Chicago, IL
b)      housing court representation in City v. R&G Properties, 08 M1 403766
c)      housing court representation in City v. R&G Properties, 09 M1 403321
d)      housing court representation in City v. R&G Properties, 09 M1 403442
e)      housing court representation in City v. R&G Properties, 08 M1 403628
f)      housing court representation in City v. R&G Properties, 08 M1 402241

3.      In undertaking such representations, Duric incurred $27,470.00 in legal time, as

set forth in the attached Affidavit and invoices (Ex. B).

4.      The fees charged were reasonable, necessary and customary for matters of this

nature.

WHEREFORE, Duric prays that this Court allow and order payment of $27,470.00 for his representation and for such other and further relief as this Court deems to be just and equitable.

Respectfully submitted,
Nicholas Durci

By: /s/ Brad Pawlowski_____ ____
One of his Attorneys

**Fritzshall & Pawlowski**
**6584 N. Northwest Hwy.**
**Chicago, IL 60631**
**773-763-4400**

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE: )
)
) Case No. 09-37463
R&G PROPERTIES, ) Chapter 11
an Illinois general partnership, ) Judge A. Benjamin Goldgar
)
)
       debtor/debtor-in-possession. )

### ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL

AT CHICAGO, Illinois in said Division and District before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, this ___ day of November, 2009:

This cause coming on to be heard on the Motion of R&G PROPERTIES, debtor/debtor-in-possession herein ("Debtor"), to Employ NICHOLAS M. DURIC and the DURIC LAW FIRM ("Duric"), as special counsel for real estate transactions and forcible entry and detainer actions, due and written notice having been given to all parties entitled thereto, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that the Debtor is authorized to employ Duric as special corporate counsel, effective as of October 8, 2009, with compensation subject to further Order of this Court; and

IT IS FURTHER ORDERED that the Debtor is authorized to pay a $1,000.00 post-petition retainer to Duric.

BY THE COURT:

_____
BANKRUPTCY JUDGE

**2 5 NOV 2009**

**DEBTOR'S COUNSEL:**
David K. Welch, Esq.
(Atty. No. 06183621)
Scott R. Clar, Esq.
(Atty. No. 06183741)
Jeffrey C. Dan, Esq.
(Atty. No. 06242750)
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
(312) 641-6777
W:\MJO2\R&G Properties\Employ Special Counsel.Ord.wpd


EXHIBIT
A

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE: )
)
R&G PROPERTIES, )
an Illinois general partnership )     No.    09-37463
)     Chapter 11
)     Judge A. Benjamin Goldgar
)
debtor/debtor-in-possession )

### AFFIDAVIT OF NICHOLAS DURIC

NICHOLAS DURIC, being first duly sworn, on oath deposes and states:

1.      I am an attorney at law duly licensed to practice in the State of Illinois, maintaining
my offices at 810 Busse Highway, Park Ridge, IL 60068.  Each of the statements contained herein
are true and correct and known to me of my own personal knowledge.  If called as a witness, I could
and would competently testify thereto.

2.      I was employed as special counsel for real estate transactions and forcible entry and
detainer actions in this matter pursuant to the Court's November 25, 2009, Order.

3.      I have been a licensed attorney since 1985, am licensed to practice law in the state
of Illinois and have handled numerous cases with similar issues as those that I handled in this matter.

4.      My law firm has incurred and charged $27,470.00 in representation on the matters
as set forth in the attached time records.

5.      The fees and costs charged were reasonable, necessary and customary for cases of this
nature in this area.

Further, affiant sayeth not.

Nicholas Duric

Subscribed and sworn to
before me this 27 day
of January, 2014.

Notary Public

"OFFICIAL SEAL"
ROSANNE MASTROIANNI
Notary Public, State of Illinois
My Commission Expires 02 01/17



**NICHOLAS P. PERICA**
**ATTORNEY AT LAW**
**810 BUSSE HIGHWAY**
**PARK RIDGE, ILLINOIS 60068**
**(847) 518-1100 EXT. 240**

## STATEMENT FOR PROFESSIONAL SERVICES RENDERED

R & G Properties
6315 N. Milwaukee Ave.
Chicago, IL 60646

**Re:**   Sale of 2434 N. Montrose Ave.
Chicago, IL

**Costs Advanced:**

**Attorneys' Fees:**      **$2,000.00 (Flat Fee)**

**NICHOLAS M. BURIC**
**ATTORNEY AT LAW**
**810 BUSSE HIGHWAY**
**PARK RIDGE, IL 60068**
**(847) 518-1100 EXT. 240**

## STATEMENT FOR PROFESSIONAL SERVICES RENDERED

R & G Properties
6315 N. Milwaukee Ave.
Chicago, IL 60646

**Re:** City of Chicago v.
R & G Properties
08 M1 403766
3600-04 N. Pulaski/
4002-08 W. Addison

**Costs Advanced:**

**Attorneys' Fees:**

| Date | Description | Time | Attorney |
|------|-------------|------|----------|
| 11/17/09 | Review and analysis of City's Complaint for building code violations | 1.0 | NMD |
| 11/17/09 | Draft Motion to Vacate 10/27/10 Rule to Show Cause | 1.5 | NMD |
| 11/30/09 | Meeting with Luis Martinez and G. Michael re: Status of work permit and 12/1/09 hearing | 1.0 | NMD |
| 11/30/09 | Further preparation for 12/1/09 hearing | 2.0 | NMD |
| 12/1/09 | Attend hearing in building court | 2.0 | NMD |
| 12/1/09 | Telephone conference with George Michael re: hearing | .2 | NMD |
| 12/4/09 | Review and analysis of City's Second Amended Complaint for bldg code violations | 1.5 | NMD |
| 1/6/10 | Review email correspondence from Architect L. Martinez re: violations | .2 | NMD |
| 1/15/10 | Review and analysis of City's Notice of Motion to Vacate entire building | .2 | NMD |

| Date | Description | Time | Attorney |
|------|-------------|------|----------|
| 1/19/10 | Meeting with G. Michael re: status of work And hearing preparation; Telephone conference with architect Harry Burroughs re: same | 1.0 | NMD |
| 1/19/10 | Meeting at property with R. Michael and architect to review permit and status of required work | 1.0 | NMD |
| 1/20/10 | Prepare for and attend case management hearing | 1.0 | NMD |
| 2 /12/10 | Review email correspondence from Architect Luis Martinez re: violations | .1 | NMD |
| 2/12/10 | Review email correspondence from architect L. Martinez re: violations | .2 | NMD |
| 2/12/10 | Review email correspondence from Brudders Bar re: status of work | .2 | NMD |
| 2/14/10 | Review email correspondence from Brudders Bar re: status of work | .2 | NMD |
| 2/16/10 | Prepare for and attend case management hearing in building court | 1.0 | NMD |
| 2/16/10 | Draft response to City's Motion to Vacate property | 1.6 | NMD |
| 2/17/10 | Review email correspondence from architect Luis Martinez | .2 | NMD |
| 2/17/10 | Review email correspondence from architect Luis Martinez | .2 | NMD |
| 2/17/10 | Review City Repair/Replacement permit | .6 | NMD |
| 2/17/10 | Draft further response to City's Motion to vacate Building | .6 | NMD |
| 2/18/10 | Review correspondence from G. Michael re: permit status | .2 | NMD |
| 2/18/10 | Prepare for and attend hearing and argue in Opposition to City's Motion to Vacate property | 3.0 | NMD |
| 2/18/10 | Telephone conference with George Michael re: hearing on Motion to Vacate Property | .2 | NMD |
| 2/18/10 | Conference with architect and attorney for Old Irving Park Clinic, tenant at 3600 N. Pulaski | .3 | NMD |

| Date | Description | Time | Attorney |
|------|-------------|------|----------|
| 3/16/10 | Prepare for and attend continued hearing on City's Motion to Vacate and argue in opposition to same | 2.4 | NMD |
| 3/18/10 | Review correspondence and Court Order from City Corporation Counsel | .6 | NMD |
| 7/20/10 | Prepare for and attend Case Management. hearing | 1.0 | NMD |
| 12/7/10 | Prepare for and attend Case Management hearing | 1.0 | NMD |
| 4/5/11 | Prepare for and attend Case Management hearing | 1.0 | NMD |
| 6/28/11 | Prepare for and attend Case Management hearing | 1.0 | NMD |
| 11/1/11 | Prepare for and attend Case Management Hearing | 1.0 | NMD |
| 12/1/11 | Draft and file Notice and Emergency Motion to continue trial | 1.5 | NMD |
| 12/6/11 | Prepare for and argue Emergency Motion to continue trial | 1.0 | NMD |
| 3/13/12 | Prepare for and attend Case Management hearing | 1.0 | NMD |
| 3/27/12 | Prepare for and attend Case Management hearing | 1.0 | NMD |
| 10/23/12 | Prepare for and attend Case Management hearing | 1.0 | NMD |
| 4/16/13 | Prepare for and attend Trial Call | 1,0 | NMD |
| 5/21/13 | Prepare for and attend Trial Call | 1.0 | NMD |
| 5/30/13 | Prepare for and attend meeting with City Corporation Counsel Steven McKenzie to negotiate terms of consent decree | 2.0 | NMD |
| 5/31/13 | Review and analysis of Consent Decree | 1.5 | NMD |

| 6/4/13 | Prepare for and attend Case Management hearing | 1.0 | NMD |
| 6/5/13 | Draft and file Emergency Motion Sell Premises per terms of City Consent Decree | 1.5 | NMD |
| 6/7/13 | Prepare for and attend hearing On Emergency Motion to Sell Premises | 1.0 | NMD |
| 6/25/13 | Prepare for and attend Case Management hearing and obtain dismissal order. | 1.0 | NMD |

**46.3 hours @ $300.00 per hour = $13,890.00**

**NICHOLAS DURIC**
**ATTORNEY AT LAW**
**810 BUSSE HIGHWAY**
**PARK RIDGE, IL 60068**
**(847) 518-1100 Ext.240**

## STATEMENT FOR PROFESSIONAL SERVICES RENDERED

R & G Properties
6315 N. Milwaukee Ave.
Chicago, IL 60646

**Re:**   City of Chicago v.
R & G Properties
09 M1 403321
6313-21 N. Milwaukee Ave.

**Costs Advanced:**

**Attorneys' Fees:**

| Date | Description | Time | Attorney |
|------|-------------|------|----------|
| 1/19/10 | Review and analysis of Summons and Complaint for building code violations | 1.0 | NMD |
| 1/25/10 | Draft and file Appearance | .4 | NMD |
| 1/25/10 | Prepare for and attend hearing on alleged building code violations | 1.0 | NMD |
| 1/25/10 | Telephone conference with G. Michael re: hearing | .2 | NMD |
| 5/16/10 | Meeting with Charlie Bosko at property | 1.0 | NMD |
| 5/17/10 | Prepare for and attend hearing on bldg code violations | 1.0 | NMD |
| 5/17/10 | Telephone conference with G. Michael re: hearing on bldg code violations; Review and analysis of invoice for elevator repair | .4 | NMD |
| 10/18/10 | Prepare for and attend hearing on bldg code violations | 1.0 | NMD |

**6 hours @ $300.00 per hour = $1,800.00**

| Date | Description | Time | Attorney |
|------|-------------|------|----------|
| 12/22/10 | Meeting with R. Michael and G. Michael re: status of title to properties; Review and analysis of Cook County Recorder of Deed's records re: title to properties | 3.0 | NMD |
| 12/30/10 | Draft preliminary response to Plaintiff's Ex Parte Motion for Appointment of Receiver | 2.0 | NMD |
| 1/8/10 | Review and analysis of Plaintiff's reply in support of Plaintiff's Motion. | 1.0 | NMD |
| 1/11/10 | Prepare for and attend court hearing on Emergency Motion; Review court order | 1.5 | NMD |
| 1/11/10 | Telephone conference with David Welch re: America United's Motion | .2 | NMD |

**16.2 hours @ $300.00 per hour = $4,860.00**

## NICHOLAS M. DURR
### ATTORNEY AT LAW
### 810 BUSSE HIGHWAY
### PARK RIDGE, IL 60068
### (847) 518-1100 EXT. 240

## STATEMENT FOR PROFESSIONAL SERVICES RENDERED

R & G Properties
6315 N. Milwaukee Axe.
Chicago, IL 60646

**Re:**   City of Chicago v.
R & G Properties
09 M1 403442
3641-43 N. Pulaski

**Costs Advanced:**

**Attorneys' Fees:**

| Date | Description of Activity | Time | Attorney |
|------|------------------------|------|----------|
| 1/15/10 | Telephone conference with George Michael regarding bldg code litigation regarding R & G | .4 | NMD |
| 1/15/10 | Review and analysis of summons and complaint filed by City for bldg code violations | 1.0 | NMD |
| 2/8/10 | Prepare for and attend court hearing on said violations | 1.5 | NMD |
| 2/8/10 | Telephone conference with George Michael re: 2/8/10 hearing | .2 | NMD |
| 2/8/10 | Draft correspondence to George Michael re; 2/8/10 hearing | .2 | NMD |
| 2/12/10 | Draft email correspondence to George Michael re: court order | .3 | NMD |
| 2/12/10 | Email from architect Harry Burroughs re: violations | .2 | NMD |
| 7/18/10 | Meeting with Harry Burroughs and George Michael re: 7/19/10 court hearing | 1.0 | NMD |
| 7/19/10 | Prepare for and attend court hearing | 1.0 | NMD |
| 7/29/10 | Telephone conference with George Michael re: court hearing | .2 | NMD |

### 6.2 hours @ $300.00 per hour = $1,860.00

**NICHOLAS M. DURIC**
**ATTORNEY AT LAW**
**810 BUSSE HIGHWAY**
**PARK RIDGE, IL 60068**
**(847) 518-1100 EXT. 240**

## STATEMENT FOR PROFESSIONAL SERVICES RENDERED

R & G Properties
6315 N. Milwaukee Ave.
Chicago, IL 60646

         **Re:**    City of Chicago v. R & G
              Properties
              08 M1 403628
              5600 N. Western Ave.

**Costs Advanced:**

**Attorneys' Fees:**

| Date | Description of Activity | Time | Attorney |
|------|------------------------|------|----------|
| 11/5/09 | Review email correspondence from architect L. Martinez re: investigation results | .3 | NMD |
| 11/5/09 | Review email correspondence from architect L. Martinez re: porch structure | .2 | NMD |
| 11/6/09 | Review email correspondence from architect L. Martinez re: scheduling of appointment with inspectors | .2 | NMD |
| 11/8/09 | Review and analysis of City's Complaint for Building Code Violations | 1.0 | NMD |
| 11/9/09 | Prepare for and attend hearing on City's Complaint for violations | 1.5 | NMD |
| 12/4/09 | Review email correspondence from architect L. Martinez re: meeting with city inspector | .2 | NMD |
| 4/5/10 | Prepare for and attend 4/5/10 hearing | 1.0 | NMD |
| 10/24/10 | Extended telephone conference with architect L. Martinez re: 10/25/10 hearing | .4 | NMD |
| 10/25/10 | Prepare for and attend 10/25/10 hearing | 1.0 | NMD |

**5.8 hours @ $300.00 per hour = $1,740.00**

**NICHOLAS M. DURIC**
**ATTORNEY AT LAW**
**810 BUSSE HIGHWAY**
**PARK RIDGE, IL 60068**
**(847) 518-1100 EXT. 240**

## STATEMENT FOR PROFESSIONAL SERVICES RENDERED

R & G Properties
6315 N. Milwaukee Ave.
Chicago, IL 60646

**Re:**  City of Chicago v. R & G
Properties
08 M1 402241
5155-59 W. Addison

**Costs Advanced:**

**Attorneys' Fees:**

| Date | Description of Activity | Time | Attorney |
|------|------------------------|------|----------|
| 12/20/09 | Review and analysis of City's Complaint for bldg. code violations | 1.0 | NMD |
| 1/4/10 | Prepare for and attend hearing in bldg court | 1.0 | NMD |
| 1/4/10 | Telephone conference with R. Michael re: hearing results | .2 | NMD |
| 6/13/10 | Meeting with L. Martinez, architect and G. Michael re: alleged bldg, violations | 1.0 | NMD |
| 6/14/10 | Prepare for and attended hearing in bldg court | 1.0 | NMD |
| 6/14/10 | Telephone conference with G. Michael re: hearing results | .2 | NMD |

**4.4 hours @ $300.00 per hour = $1,320.00**