# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| R&G PROPERTIES, | ) | Case No. 09-37463 |
| | ) | |
| Debtor. | ) | Hon. A. Benjamin Goldgar |
| | ) | |
| | ) | **Hearing Date: May 7, 2014** |
| | ) | **Hearing Time: 9:30 a.m.** |
| | ) | **Courtroom: 642** |

## NOTICE OF MOTION

**TO:**   See attached Service List.

On **May 7, 2014** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before Judge A. Benjamin Goldgar in Courtroom 642, Dirksen Federal Courthouse, 219 S. Dearborn, Chicago, Illinois, and shall then and there present the attached **TRUSTEE'S MOTION TO ABANDON ESTATE'S INTEREST IN CERTAIN REAL PROPERTY,** a copy of which is attached.

Dated: April 21, 2014

                                            Respectfully Submitted,

                                            **MICHAEL K. DESMOND, not individually but solely in his capacity as Chapter 7 Trustee**

                                            By:   */s/ William G. Cross*
                                                 One of his Attorneys

Michael K. Desmond (IL #6208809)
William G. Cross (IL #6299574)
FIGLIULO & SILVERMAN, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, Illinois 60603
Tel: (312) 251-4600
Fax: (312) 251-4610

# CERTIFICATE OF SERVICE

The undersigned attorney states that on April 21, 2014 a copy of the attached:

## NOTICE OF MOTION
### and
## TRUSTEE'S MOTION TO ABANDON ESTATE'S INTEREST IN CERTAIN REAL PROPERTY

will be served on all counsel listed below in accordance with the General Order on Electronic Case Filing and subject to the provisions of Fed. R. Civ. P. 5(b)(3), the Notice of Electronic Filing that is issued through the court's Electronic Case Filing System will constitute service under Fed. R. Civ. P. 5(b)(2)(D) and Fed. R. Crim. P. 49(b) as to all Filing Users in a case assigned to the court's Electronic Case Filing System.

By:   */s/ William G. Cross*

Via Electronic Mail:

- David Audley    audley@chapman.com, benz@chapman.com
- Jennifer L. Barton    jbarton@rsplaw.com
- Michael T. Benz    benz@chapman.com, eickmann@chapman.com
- Vincent T Borst    vborst@rsplaw.com
- Rosanne Ciambrone    rciambrone@duanemorris.com, jkahane@duanemorris.com
- Catherine A. Cooke    ccooke@rsplaw.com
- William Cross    wcross@fslegal.com
- Michael K Desmond    mkd.trustee@fslegal.com, IL23@ecfcbis.com
- Michael K Desmond    mdesmond@fslegal.com, dorisbay@fslegal.com
- Kenneth M DucDuong    kducduong@kmdlex.com
- Richard H Fimoff    rfimoff@rsplaw.com, fb@rsplaw.com
- Edward P. Freud    epfreud@rwrlaw.com
- Sheryl A Fyock    sfyock@llflegal.com
- Kathryn Gleason    USTPRegion11.es.ecf@usdoj.gov, Kathryn.M.Gleason@usdoj.gov
- Cameron M Gulden    USTPRegion11.es.ecf@usdoj.gov
- Hugh D Howard    hughdhoward@aol.com
- Tina M. Jacobs    tjacobs@jonesandjacobs.com
- Richard C Jones    rjones@rjoneslaw.com
- Kenneth G. Kubes    kkubes@fdic.gov
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Gregory A. McCormick    mccormick@garfield-merel.com
- Keevan D. Morgan    kmorgan@morganandbleylimited.com
- Lauren Newman    lnewman@thompsoncoburn.com, dmannella@thompsoncoburn.com
- Matthew A Olins    maolins@duanemorris.com

- Stanley F. Orszula     sfo@quarles.com
- Brad J Pawlowski     brad@go2court.com
- John R Potts     ryan@brotschulpotts.com
- Arthur F Radke     a.radke@radke-law.com
- Naheel M. Rantisi     nrantisilaw@gmail.com
- Joel A Schechter     joelschechter@covad.net
- Julia Jensen Smolka     jjensen@dimonteandlizak.com
- Linda Spak     attorneyspak@yahoo.com
- Joel A Stein     joelastein@dlec.com
- Jennifer Tweeton     jtweeton@rsplaw.com
- David P. Vallas     dvallas@polsinelli.com
- Greta G Weathersby     g.weathersby@pecorp.com
- David K Welch     dwelch@craneheyman.com, gbalderas@craneheyman.com;jdan@craneheyman.com
- Allen C. Wesolowski     acwesolowski@martin-karcazes.com

<u>Via U.S. Mail</u>

R&G Properties
6315 North Milwaukee Ave.
Chicago, Illinois 60646

Joseph E. Cohen
Cohen & Kroll
105 W. Madison St.
Suite 1100
Chicago, IL 60602

Thomas M Battista
Law Offices of Thomas M. Battista
10 S LaSalle St Suite 3600
Chicago, IL 60603

Illinois Department of Revenue
Bankruptcy Section
P O Box 64338
Chicago, IL 60664-0338

Lois West
Popcower Katten Ltd
35 E Wacker Dr, Suite 902
Chicago, Il 60601

Gregory A. McCormick
Garfield & Merel, Ltd.
180 Stetson
Chicago, Illinois 60601

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| R&G PROPERTIES, | ) | Case No. 09-37463 |
| | ) | |
| Debtor. | ) | Hon. A. Benjamin Goldgar |
| | ) | |
| | ) | **Hearing Date: May 7, 2014** |
| | ) | **Hearing Time: 9:30 a.m.** |
| | ) | **Courtroom: 642** |

**TRUSTEE'S MOTION TO ABANDON**
**ESTATE'S INTEREST IN CERTAIN REAL PROPERTY**

Michael K. Desmond, not individually but solely in his capacity as Chapter 7 Trustee ("Trustee") of the bankruptcy estate of R&G Properties ("the Debtor"), files this motion, pursuant to 11 U.S.C. § 554(a), to abandon the estate's interest in certain real property. In support of this motion, the Trustee respectfully states as follows:

1. This Court has jurisdiction to consider this motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. § 1408.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

3. The statutory predicate for the relief requested in this motion is 11 U.S.C. § 554(a).

4. On October 8, 2009 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Bankruptcy Court"), thereby commencing the above-entitled case and creating the Debtor's estate (the "Estate").

5.     On June 12, 2012, the Bankruptcy Court entered an order for the appointment of a chapter 11 trustee in this case, and requesting that the United States Trustee make such an appointment.

6.     On June 20, 2012, the Bankruptcy Court, upon motion by the United States Trustee, entered an order appointing Michael K. Desmond as Trustee of the Debtor's Chapter 11 bankruptcy case.

7.     On October 10, 2012 (the "Conversion Date"), upon motion of the Chapter 11 Trustee, this Court entered an order converting the Debtor's Chapter 11 case to one under Chapter 7 of the Bankruptcy Code for cause shown.

8.     On the Conversion Date, the United States Trustee re-appointed Michael K. Desmond as the Chapter 7 Trustee of the Debtor's bankruptcy estate.

9.     Among other assets, the Debtor owned and managed numerous commercial and residential properties in and around Chicago, Illinois. Among these properties, the Debtor scheduled ownership interests in the following real property:

   3600 N. Lake Shore Drive, Unit 1915, Chicago, Illinois

   3600 N. Lake Shore Drive, Unit 1916, Chicago, Illinois

(collectively the "Properties"). The Properties consist of two residential condominium units in a high-rise building.

10.    According to the Schedules filed by the Debtor, the Estate held an ownership interest in the Properties. As a result, the Trustee has continued to manage the Properties as assets of the Estate.

11.    However, the Trustee has recently learned that legal title to the Properties is vested in George Michael and Robert Michael, individually, and not the Debtor.

2

12. Joseph E. Cohen, not individually but as Chapter 7 Trustee for the bankruptcy estate of George S. Michael, has filed motions seeking to approve the sale of the Properties. [*Dkt Nos. 351, 352*]. Accordingly, the Trustee wishes to abandon the Estate's right, title and interest in the Properties.

13. The Properties are currently encumbered by a mortgage in favor of First Commercial Bank and have no value to the Debtor's bankruptcy estate.

14. Therefore, the Trustee seeks to abandon, pursuant to Section 554(a) of the Bankruptcy Code, any and all interests of the Debtor's estate in 3600 N. Lake Shore Drive, Unit 1915 and Unit 1916, Chicago, Illinois 60613.

15. Notice of this motion has been given to the Office of the United States Trustee, the Debtor, its counsel, Joseph E. Cohen, and all other counsel of record in this case. In light of the nature of the relief requested, the Trustee submits that no further notice is required.

WHEREFORE, the Trustee respectfully requests that this Court enter an order, pursuant to Sections 554(a) of the Bankruptcy Code, authorizing the Trustee to abandon the Estate's right, title, and interest in Units 1915 and 1916 of 3600 North Lake Shore Drive, Chicago, Illinois, effective immediately, and granting such other relief as the Court deems appropriate.

Dated: April 21, 2014                     Respectfully Submitted,

                                        **MICHAEL K. DESMOND, not individually but solely in his capacity as Chapter 7 Trustee**

                                        By: */s/ William G. Cross*
                                              One of his Attorneys

Michael K. Desmond (IL #6208809)
William G. Cross (IL #6299574)
FIGLIULO & SILVERMAN, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, Illinois 60603
Tel: (312) 251-4600
Fax: (312) 251-4610

3