UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                  )    BK No.: 09-37463
                                        )
R&G PROPERTIES                          )    Chapter: 7
                                        )
                                        )    Honorable A. Benjamin Goldgar
                                        )
                                        )
Debtor(s)                               )

**Order Granting Trustee's Motion to Abandon
Estate's Interests in Real Property**

This matter comes before the Court on the motion of Michael K. Desmond, not individually, but solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of R&G Properties, for authority, pursuant to 11 U.S.C. 554(a), to abandon the estate's interest in 3600 N. Lake Shore Drive, Unit 1915, Chicago, Illinois 60613 and 3600 N. Lake Shore Drive, Unit 1916, Chicago, Illinois 60613; due notice having been given, no objections having been filed and the Court being fully advised:

IT IS HEREBY ORDERED:

1. The Trustee is authorized, pursuant to 11 U.S.C. 554(a), to abandon the estate's right, title and interest, if any, in the real properties known as 3600 N. Lake Shore Drive, Unit 1915, Chicago, Illinois 60613 and 3600 N. Lake Shore Drive, Unit 1916, Chicago, Illinois 60613, effective immediately. *ABG*

Enter:

Dated: **0 7 MAY 2014**

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

**Prepared by:**

Michael K. Desmond (IL #6208809)
William G. Cross (IL #6299574)
FIGLIULO & SILVERMAN, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, Illinois 60603
Tel: (312) 251-4600
Fax: (312) 251-4610

Rev: 201100318_bko