# **EXHIBIT C**

**Exhibit C**   **Summary of Time by Activity**

### Negotiation of Sale of Delta Properties to IndyHomeBuy.

|  | Hours | Rate | Value |
|---|---|---|---|
| Michael K. Desmond | 5.8 | $375.00 | $2,156.25 |
| Marc S. Porter | 22.5 | $350.00 | $7,875.00 |
| William G. Cross | 1.0 | $250.00 | $250.00 |
| Teri Krcmarik | 2.4 | $95.00 | $228.00 |
| Total | 31.7 |  | $ 10,509.25 |

### Sale of Mazutis Claim

| Michael K. Desmond | 1.5 | $375.00 | $562.50 |
|---|---|---|---|
| Marc S. Porter | 0.3 | $350.00 | $87.50 |
| William G. Cross | 2.8 | $250.00 | $687.50 |
| Teri Krcmarik | 0.0 | $95.00 | $0.00 |
| Total | 4.5 |  | $ 1,337.50 |

### Compensation of Professionals

| Michael K. Desmond | 2.5 | $375.00 | $937.50 |
|---|---|---|---|
| Marc S. Porter | 0.0 | $350.00 | $0.00 |
| William G. Cross | 6.0 | $250.00 | $1,500.00 |
| Teri Krcmarik | 0.0 | $95.00 | $0.00 |
| Total | 8.5 |  | $ 2,437.50 |

### Motion for Authority to Operate Business

| Michael K. Desmond | 1.0 | $375.00 | $375.00 |
|---|---|---|---|
| Marc S. Porter | 0.0 | $350.00 | $0.00 |
| William G. Cross | 3.3 | $250.00 | $812.50 |
| Teri Krcmarik | 0.0 | $95.00 | $0.00 |
| Total | 4.3 |  | $ 1,187.50 |

### Employment of Professionals

| Michael K. Desmond | 3.0 | $375.00 | $1,125.00 |
|---|---|---|---|
| Marc S. Porter | 0.0 | $350.00 | $0.00 |
| William G. Cross | 4.8 | $250.00 | $1,187.50 |

R G Properties
Slip Listing

| | | | |
|---|---:|---:|---:|
| Teri Krcmarik | 0.0 | $95.00 | $0.00 |
| Total | 7.8 | | $ 2,312.50 |

**Republic Bank Adversary**

| | | | |
|---|---:|---:|---:|
| Michael K. Desmond | 55.3 | $375.00 | $20,718.75 |
| Marc S. Porter | 34.5 | $350.00 | $12,075.00 |
| William G. Cross | 124.0 | $250.00 | $31,000.00 |
| Teri Krcmarik | 0.0 | $95.00 | $0.00 |
| Total | 213.8 | | $ 63,793.75 |

**Settlement with Edgebrook Bank  Re: 5658 Central and 5941 Austin**

| | | | |
|---|---:|---:|---:|
| Michael K. Desmond | 8.8 | $375.00 | $3,281.25 |
| Marc S. Porter | 0.0 | $350.00 | $0.00 |
| William G. Cross | 4.8 | $250.00 | $1,187.50 |
| Teri Krcmarik | 0.0 | $95.00 | $0.00 |
| Total | 13.5 | | $ 4,468.75 |

**Sale of American Midwest Properties**

| | | | |
|---|---:|---:|---:|
| Michael K. Desmond | 17.7 | $375.00 | $6,637.50 |
| Marc S. Porter | 55.8 | $350.00 | $19,512.50 |
| William G. Cross | 6.5 | $250.00 | $1,625.00 |
| Teri Krcmarik | 54.8 | $95.00 | $5,206.00 |
| Total | 134.8 | | $ 32,981.00 |

**Sale of 1950 Parkside**

| | | | |
|---|---:|---:|---:|
| Michael K. Desmond | 18.1 | $375.00 | $6,768.75 |
| Marc S. Porter | 65.1 | $350.00 | $22,767.50 |
| William G. Cross | 7.1 | $250.00 | $1,762.50 |
| Teri Krcmarik | 43.1 | $95.00 | $4,094.50 |
| Total | 133.3 | | $ 35,393.25 |

**Sale of 5401 Devon**

| | | | |
|---|---:|---:|---:|
| Michael K. Desmond | 13.8 | $375.00 | $5,156.25 |
| Marc S. Porter | 84.1 | $350.00 | $29,510.00 |

R G Properties
Slip Listing

| | | | |
|---|---:|---:|---:|
| William G. Cross | 4.9 | $250.00 | $1,225.00 |
| Teri Krcmarik | 46.1 | $95.00 | $4,374.75 |
| Total | 148.8 | | $ 40,266.00 |

**Sale of 1240 Lakeshore Dr.**

| | | | |
|---|---:|---:|---:|
| Michael K. Desmond | 4.3 | $375.00 | $1,593.75 |
| Marc S. Porter | 28.3 | $350.00 | $9,887.50 |
| William G. Cross | 0.0 | $250.00 | $0.00 |
| Teri Krcmarik | 16.8 | $95.00 | $1,591.25 |
| Total | 49.3 | | $ 13,072.50 |

**Eviction Action 5155 Addison**

| | | | |
|---|---:|---:|---:|
| Michael K. Desmond | 8.0 | $375.00 | $3,000.00 |
| Marc S. Porter | 1.0 | $350.00 | $350.00 |
| William G. Cross | 5.3 | $250.00 | $1,312.50 |
| Teri Krcmarik | 0.3 | $95.00 | $23.75 |
| Total | 14.5 | | $ 4,686.25 |

**5717 N. Elston**

| | | | |
|---|---:|---:|---:|
| Michael K. Desmond | 0.5 | $375.00 | $187.50 |
| Marc S. Porter | 0.8 | $350.00 | $262.50 |
| William G. Cross | 0.0 | $250.00 | $0.00 |
| Teri Krcmarik | 0.3 | $95.00 | $23.75 |
| Total | 1.5 | | $ 473.75 |

**6508 W. Devon**

| | | | |
|---|---:|---:|---:|
| Michael K. Desmond | 1.5 | $375.00 | $562.50 |
| Marc S. Porter | 0.5 | $350.00 | $175.00 |
| William G. Cross | 0.0 | $250.00 | $0.00 |
| Teri Krcmarik | 0.3 | $95.00 | $23.75 |
| Total | 2.3 | | $ 761.25 |

**Sale of 4201 Irving Park Road**

| | | | |
|---|---:|---:|---:|
| Michael K. Desmond | 4.0 | $375.00 | $1,500.00 |

R G Properties
Slip Listing

| | | | |
|---|---|---|---|
| Marc S. Porter | 3.0 | $350.00 | $1,050.00 |
| William G. Cross | 0.0 | $250.00 | $0.00 |
| Teri Krcmarik | 0.5 | $95.00 | $47.50 |
| Total | 7.5 | | $ 2,597.50 |

**Eviction Action 5703 Elston**

| | | | |
|---|---|---|---|
| Michael K. Desmond | 10.0 | $375.00 | $3,750.00 |
| Marc S. Porter | 0.0 | $350.00 | $0.00 |
| William G. Cross | 1.2 | $250.00 | $300.00 |
| Teri Krcmarik | 1.3 | $95.00 | $118.75 |
| Total | 12.5 | | $ 4,168.75 |

**Sale of 17851 Torrence**

| | | | |
|---|---|---|---|
| Michael K. Desmond | 0.0 | $375.00 | $0.00 |
| Marc S. Porter | 0.0 | $350.00 | $0.00 |
| William G. Cross | 0.0 | $250.00 | $0.00 |
| Teri Krcmarik | 0.8 | $95.00 | $71.25 |
| Total | 0.8 | | $ 71.25 |

**Sale of 6315 Milwaukee**

| | | | |
|---|---|---|---|
| Michael K. Desmond | 31.3 | $375.00 | $11,718.75 |
| Marc S. Porter | 60.3 | $350.00 | $21,087.50 |
| William G. Cross | 6.0 | $250.00 | $1,500.00 |
| Teri Krcmarik | 31.9 | $95.00 | $3,030.50 |
| Total | 129.4 | | $ 37,336.75 |

**6739 W. North Ave.**

| | | | |
|---|---|---|---|
| Michael K. Desmond | 0.0 | $375.00 | $0.00 |
| Marc S. Porter | 0.0 | $350.00 | $0.00 |
| William G. Cross | 0.0 | $250.00 | $0.00 |
| Teri Krcmarik | 0.3 | $95.00 | $23.75 |
| Total | 0.3 | | $ 23.75 |

**Sale of 1 N. Hamlin**

| | | | |
|---|---|---|---|
| Michael K. Desmond | 7.3 | $375.00 | $2,718.75 |

R G Properties
Slip Listing

| | | | |
|---|---:|---:|---:|
| Marc S. Porter | 37.0 | $350.00 | $12,950.00 |
| William G. Cross | 3.3 | $250.00 | $812.50 |
| Teri Krcmarik | 37.5 | $95.00 | $3,557.75 |
| Total | 85.0 | | $ 20,039.00 |

**5713 N. Elston**

| | | | |
|---|---:|---:|---:|
| Michael K. Desmond | 0.0 | $375.00 | $0.00 |
| Marc S. Porter | 0.0 | $350.00 | $0.00 |
| William G. Cross | 0.0 | $250.00 | $0.00 |
| Teri Krcmarik | 0.3 | $95.00 | $23.75 |
| Total | 0.3 | | $ 23.75 |

**Sale of 4205 Irving Park**

| | | | |
|---|---:|---:|---:|
| Michael K. Desmond | 2.8 | $375.00 | $1,031.25 |
| Marc S. Porter | 2.8 | $350.00 | $962.50 |
| William G. Cross | 0.0 | $250.00 | $0.00 |
| Teri Krcmarik | 0.0 | $95.00 | $0.00 |
| Total | 5.5 | | $ 1,993.75 |

**Sale of 20 S. Dee Road**

| | | | |
|---|---:|---:|---:|
| Michael K. Desmond | 10.3 | $375.00 | $3,843.75 |
| Marc S. Porter | 29.5 | $350.00 | $10,325.00 |
| William G. Cross | 4.2 | $250.00 | $1,050.00 |
| Teri Krcmarik | 10.0 | $95.00 | $950.00 |
| Total | 54.0 | | $ 16,168.75 |

**Sale of 3600 N. Lakeshore Dr.**

| | | | |
|---|---:|---:|---:|
| Michael K. Desmond | 3.3 | $375.00 | $1,218.75 |
| Marc S. Porter | 13.3 | $350.00 | $4,637.50 |
| William G. Cross | 1.4 | $250.00 | $350.00 |
| Teri Krcmarik | 2.5 | $95.00 | $237.50 |
| Total | 20.4 | | $ 6,443.75 |

**Sale of 7431 N. Hoyne**

| | | | |
|---|---|---|---|
| Michael K. Desmond | 0.3 | $375.00 | $93.75 |
| Marc S. Porter | 0.3 | $350.00 | $87.50 |
| William G. Cross | 3.1 | $250.00 | $775.00 |
| Teri Krcmarik | 1.5 | $95.00 | $142.50 |
| Total | 5.1 | | $ 1,098.75 |

**Sale of 2060 Fargo**

| | | | |
|---|---|---|---|
| Michael K. Desmond | 2.5 | $375.00 | $937.50 |
| Marc S. Porter | 7.5 | $350.00 | $2,625.00 |
| William G. Cross | 1.5 | $250.00 | $375.00 |
| Teri Krcmarik | 4.2 | $95.00 | $399.00 |
| Total | 15.7 | | $ 4,336.50 |

**Application for Compensation**

| | | | |
|---|---|---|---|
| Michael K. Desmond | 31.0 | $375.00 | $11,625.00 |
| Marc S. Porter | 0.0 | $350.00 | $0.00 |
| William G. Cross | 5.0 | $250.00 | $1,250.00 |
| Teri Krcmarik | 0.0 | $95.00 | $0.00 |
| Total | 36.0 | | $ 12,875.00 |
| Grand Total | 1,140.4 | | $ 320,858.00 |