**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| R&G PROPERTIES, | ) | Case No. 09-37463 |
| | ) | |
| Debtor. | ) | Hon. A. Benjamin Goldgar |

**NOTICE OF HEARING**
**SECOND INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES OF**
**FIGLIULO & SILVERMAN, P.C.**

PLEASE TAKE NOTICE that on **June 18, 2014 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable A. Benjamin Goldgar or any judge sitting in his stead in Courtroom 642 in the United States Bankruptcy Court, 219 S. Dearborn Street, Chicago, Illinois and shall then and there present the **Second Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Figliulo & Silverman, P.C.** (the "Application"), at which hearing you may but need not appear. The hearing on the Application may be adjourned or rescheduled without further notice other than an entry on the Court's electronic docket.

The Application seeks the allowance by the Court and payment of interim compensation of $320,858.00 for legal services rendered by Figliulo & Silverman as counsel to Michael K. Desmond, Chapter 7 Trustee for the Estate of R&G Properties, and reimbursement of actual, necessary out of pocket expenses of $3,488.85 incurred in connection with those services rendered during the Chapter 7 bankruptcy case, for the period March 1, 2013 through and including March 31, 2014.

You may obtain a copy of the Application by (1) accessing the Court's electronic docket for this case via its PACER website at https://ecf.ilnb.uscourts.gov/cgi-bin/login.pl; (2) visiting the Office of the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division at 219 S. Dearborn Street, Chicago, Illinois 60604; or (3) contacting William Cross, counsel to Michael K. Desmond, Chapter 7 Trustee for the Estate of R&G Properties, by email (wcross@fslegal.com) or telephone (312-251-5278).

Dated:  May 30, 2014                          Respectfully Submitted,

                                              **FIGLIULO & SILVERMAN, P.C.**

                                              By:     */s/ William G. Cross*
                                                     One of his Attorneys

Peter A. Silverman (IL #6196081)
Michael K. Desmond (IL #6208809)
William G. Cross (IL #6299574)
FIGLIULO & SILVERMAN, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, Illinois 60603
Tel: (312) 251-4600
Fax: (312) 251-4610

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| R&G PROPERTIES, | ) | Case No. 09-37463 |
| | ) | |
| Debtor. | ) | Hon. A. Benjamin Goldgar |

**CERTIFICATE OF SERVICE**

      I, William G. Cross, the undersigned attorney, hereby certify that on May 30, 2014, I electronically filed the **Notice of Hearing** on the **Second Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Figliulo & Silverman, P.C.** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following individuals:

- David Audley     audley@chapman.com, benz@chapman.com
- Jennifer L. Barton     jbarton@rsplaw.com
- Michael T. Benz     benz@chapman.com, eickmann@chapman.com
- Vincent T Borst     vborst@rsplaw.com
- Rosanne Ciambrone     rciambrone@duanemorris.com, jkahane@duanemorris.com
- Catherine A. Cooke     ccooke@rsplaw.com
- William Cross     wcross@fslegal.com
- Michael K Desmond     mkd.trustee@fslegal.com, IL23@ecfcbis.com
- Michael K Desmond     mdesmond@fslegal.com, dorisbay@fslegal.com
- Kenneth M DucDuong     kducduong@kmdlex.com
- Richard H Fimoff     rfimoff@rsplaw.com, fb@rsplaw.com
- Edward P. Freud     epfreud@rfbnlaw.com
- Sheryl A Fyock     sfyock@llflegal.com
- Kathryn Gleason     USTPRegion11.es.ecf@usdoj.gov, Kathryn.M.Gleason@usdoj.gov
- Cameron M Gulden     USTPRegion11.es.ecf@usdoj.gov
- Hugh D Howard     hughdhoward@aol.com
- Tina M. Jacobs     tjacobs@jonesandjacobs.com
- Richard C Jones     rjones@rjoneslaw.com
- Kenneth G. Kubes     kkubes@fdic.gov
- Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
- Gregory A. McCormick     mccormick@garfield-merel.com
- Keevan D. Morgan     kmorgan@morganandbleylimited.com
- Lauren Newman     lnewman@thompsoncoburn.com, dmannella@thompsoncoburn.com
- Matthew A Olins     maolins@duanemorris.com
- Stanley F. Orszula     sfo@quarles.com
- Brad J Pawlowski     brad@go2court.com
- John R Potts     ryan@brotschulpotts.com
- Arthur F Radke     a.radke@radke-law.com

- Naheel M. Rantisi     nrantisilaw@gmail.com
- Joel A Schechter     joelschechter@covad.net
- Julia Jensen Smolka     jjensen@dimonteandlizak.com
- Linda Spak     attorneyspak@yahoo.com
- Joel A Stein     joelastein@dlec.com
- Jennifer Tweeton     jtweeton@rsplaw.com
- David P. Vallas     dvallas@polsinelli.com
- Greta G Weathersby     g.weathersby@pecorp.com
- David K Welch     dwelch@craneheyman.com, gbalderas@craneheyman.com;jdan@craneheyman.com
- Allen C. Wesolowski     acwesolowski@martin-karcazes.com

And I hereby further certify that on May 30, 2014, I mailed by first class U.S. mail the **Notice of Hearing on the Second Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Figliulo & Silverman, P.C.** to the following individuals and entities:

/s/     William G. Cross

Thomas M Battista
Law Offices of Tom Battista
10 S LaSalle St Suite 3600
Chicago, IL 60603

R&G Properties
6315 North Milwaukee Ave.
Chicago, Illinois 60646

Illinois Department of Revenue
Bankruptcy Section
P O Box 64338
Chicago, IL 60664-0338

Lawrence M. Karlin
Karlin Eide LLP
651 West Washington St.
Chicago, Il 60661

Richard H. Fimoff
Robbins, Salomon & Patt, Ltd.
180 N. LaSalle Street, Suite 3300
Chicago, Illinois 60601
*Counsel for Delta Trading Co., Inc.*

Gregory A. McCormick
Garfield & Merel, Ltd.
180 N. Stetson
Chicago, IL 60601
*Counsel to North Community Bank, successor to The First Commercial Bank*

2

**DEBTOR'S LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

AJC Restoration
c/o Stotis & Baird
200 W. Jackson, #1050
Chicago, IL 60606-6976

Belongia, Shapiro & Hines LLP
20 S. Clark, #300
Chicago, IL 60603-1896

Brudder's Bar
3600 N. Pulaski
Chicago, IL 60641-3016

Henry Cardenas
1459 W. Hubbard
Chicago, IL 60642-6343

City Lights Bar & Grill
c/o Peter Jovanovic
3809 N. Harlem
Chicago, IL 60634-3096

City of Chicago
Department of Revenue
P.O. Box 88298
Chicago, IL 60680-1298

Nicholas M. Duric
401 N. Wisner
Park Ridge, IL 60068-3424

Gregory Gorlich
7N864 Northern Dancer
Saint Charles, IL 60175-5452

Adriana Mazutis
9S610 Lorraine
Hinsdale, IL 60521

Pino & Raul Landscaping
8515 Mango
Morton Grove, IL 60053-3141

Schmidt Salzman & Moran Ltd.
111 W. Washington St.
Chicago, IL 60602-3466

USA Electric Inc
Stevo Jovanovic
4218 Vernon Ave.
Brookfield, IL 60513-2017

John Vadaparampil
c/o Aaron A Krolik
134 N LaSalle Street Suite 700
Chicago, IL 60602-1004

3

# CREDITOR MAILING MATRIX

Associated Bank
1305 Main Street
Stevens Point, WI 54481-2898

Delta Trading Company, Inc.
2701 North Kildare
Chicago, IL 60639-2014

Edgebrook Bank
6000 W. Touhy
Chicago, IL 60646-1277

Harris N.A.
111 W. Monroe St.
Chicago, IL 60603-4095

AmericaUnited Bank
321 W. Golf Rd.
Schaumburg, IL 60196-1085

R & G Properties
6315 N. Milwaukee
Chicago, IL 60646

Republic Bank of Chicago
2221 Camden Court
Oak Brook, IL 60523-4516

The First Commercial Bank
6945 N. Clark Street
Chicago, IL 60626-3298

The Peoples Gas Light and Coke Company
130 E. Randolph
19th Fl.
Chicago, IL 60601-6203

AJC Restoration
c/o Stotis & Baird
200 W. Jackson, #1050
Chicago, IL 60606-6976

3600 Lake Shore Drive Condo Assoc.
c/o Loyce Johnson
3600 Lake Shore Drive Condo Assoc.
Chicago, IL 60613-4656

American Enterprise Bank
Attn: Ed Bouas
600 N. Buffalo Grove Rd.
Buffalo Grove, IL 60089-2424

Aaron A. Krolik
111 W. Washington, #1028
Chicago, IL 60602-2715

Andrew and Judy Johnson
5551 N. Central, 2nd Floor
Chicago, IL 60630-1306

Adriana Mazutis
9S610 Lorraine
Hinsdale, IL 60521

Berenice Barch
5941 N. Austin, Garden N
Chicago, IL 60646-5421

4

Antonio Alcala
Pedro Alcala
4740 N. Central
Chicago, IL 60630-3270

Associated Bank
Attn: Erick Jensen, Receiver
932 W. Grace St.
Chicago, IL 60613-3909

Belongia, Shapiro & Hines LLP
20 S. Clark, #300
Chicago, IL 60603-1896

Bernard Shackelford
5155 W. Addison
Chicago, IL 60641-3402

Brudder's Bar
3600 N. Pulaski
Chicago, IL 60641-3016

City Lights Bar & Grill
c/o Peter Jovanovic
3809 N. Harlem
Chicago, IL 60634-3096

City of Chicago
PO Box 6330
Chicago, IL 60680-6330

City of Park Ridge
PO Box 4793
Carol Stream, IL 60197-4793

Cousin's
3038 W. Irving Park
Chicago, IL 60618-3539

Brian's Plumbing & Sewer
6727 W. Irving Park Rd.
Chicago, IL 60634-2285

City Of Chicago
Department Of Revenue-Bankruptcy Unit
121 N. Lasalle Street-Room 107a
Chicago, Illinois 60602-1232

Goldman and Grant
For City of Chicago
205 W. Randolph St., Suite 1100
Chicago, IL 60606

Carl Galvin
1754-56 W. Wellington, #2E
Chicago, IL 60657

Chicago Auto
2912 N. Central Park
Chicago, IL 60618-7305

Chris Keraminas
3600 N. Lake Shore Dr.
Chicago, IL 60613-4684

Cindy Baronowski
1950 Parkside, Unit 2C
Park Ridge, IL 60068-1071

City of Chicago
Department of Revenue
P.O. Box 88298
Chicago, IL 60680-1298

City of Chicago Department of Water Mgmt.
333 South State Street
Suite LL10
Chicago, Illinois - IL 60604-3957

5

Majdi Rayahin  
8550 S. Harlem #G  
Bridgeview, IL 60455-1775

Curtis Martin  
3809 N. Harlem, 1C  
Chicago, IL 60634-3096

Dianna and Mohammad Skafi  
3312 Foster  
Chicago, IL 60625-4813

Dave Kalsch  
5654 N. Central  
Chicago, IL 60646-6409

Doruted Patroi  
6508-10 W. Devon, #2N  
Chicago, IL 60631

Delora Block Cores  
6317 N. Milwaukee, #1D  
Chicago, IL 60646-3799

Edgebrook Bank  
Attn: John Ptak  
6000 W. Touhy  
Chicago, IL 60646-1277

Diaman Services  
PO Box 597503  
Chicago, IL 60659-7503

Elite Elevator  
PO Box 176  
Tinley Park, IL 60477-0176

Donald Spencer  
5749 N. Elston, #2R  
Chicago, IL 60646-5538

Eric Maletsky  
Malet Realty  
900 W. Jackson Blvd., #4W  
Chicago, IL 60607-3745

Dwan and Sharon Johnson  
5688 N. Elston  
Chicago, IL 60646-6530

Faustino Lagunas  
5749 N. Elston, #1R  
Chicago, IL 60646-5538

Edward Dziadosz  
5654 N. Central, 2nd Floor  
Chicago, IL 60646-6409

First Commercial Bank  
Attn: Matt Norkett  
6945 N. Clark  
Chicago, IL 60626-3298

Eli Vranjes  
4201 W. Irving Park  
Chicago, IL 60641-2987

Florence Terabe  
5680-86 Elston, #2B  
Chicago, IL 60646

Eric Jensen  
Chicago Real Estate Resources Inc.  
932 W. Grace  
Chicago, IL 60613-3909

6

Gladys Ahounou
Beauty Shop
6739 North Ave.
Oak Park, IL 60302-1022

Gregory Gorlich
7N864 Northern Dancer
Saint Charles, IL 60175-5452

Jadwiga Loj
3600 N. Lake Shore Dr.
Chicago, IL 60613-4684

James Shea
5941 N. Austin, 1N
Chicago, IL 60646-5491

Jason Gerard
5632 N. Central
Chicago, IL 60646-6409

Jean Jeanty
2058/2060 W. Fargo
Garden Apt. West
Chicago, IL 60645

Jim Scordo
1 N. Hamlin, Unit 5
Park Ridge, IL 60068-2967

Joe Johns
6739 North Ave.
Oak Park, IL 60302-1022

John Vadaparampil
c/o Aaron A Krolik
134 N LaSalle Street Suite 700
Chicago, IL 60602-1004

Felicia Roby
5622 N. Central
Chicago, IL 60646-6409

Gelai Evans
5680-86 Elston, #2C
Chicago, IL 60646

George Michael
6315 N. Milwaukee Ave.
Chicago, IL 60646-6530

Harris Bank
333 N. Northwest Hwy.
Barrington, IL 60010-3398

Iglesias Noelle
c/o Mark Silverman
225 W. Washington, #2200
Chicago, IL 60606-3561

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

James Seider
16725 Lakewood Dr., #102
Tinley Park, IL 60477-1937

Janice Glenn
6317 N. Milwaukee, #3D
Chicago, IL 60646-3741

Jason Hopkins
3038 W. Irving Park, 2nd Floor
Chicago, IL 60618-3539

Johnny Price
5658 N. Central, 1st Fl.
Chicago, IL 60646-6409

John Ask
1111 W. Cornelius, #1950
Chicago, IL 60657-1596

Joseph Vallender
20 S. Dee Rd., Unit 2C
Park Ridge, IL 60068-3762

Zena Benyamin
1 N. Hamlin, Unit 2
Park Ridge, IL 60068-2967

Karen Peplpmatas
17851 Torrence Ave., 2R
Lansing, IL 60438-1982

Johnny Sukurs
1449 N. Wieland
Chicago, IL 60610-5864

M&I Bank
Attn: Michael Vellon
770 N. Water St., 19th Floor
Milwaukee, WI 53202-3593

Julie Sevilla
Wilfredo Sevilla
6508-10 W. Devon
Chicago, IL 60631-2072

Marie & Don
5722 W. Higgins, 2nd Floor
Chicago, IL 60630-2492

Linda Millar
6508-10 W. Devon, #1S
Chicago, IL 60631

Mark Tomezak
1449 N. Wieland
Chicago, IL 60610-5864

Lori and Paul Haag
1 N. Hamlin, Unit 7
Park Ridge, IL 60068-2967

Martin Banks
2421 N. Janssen
Chicago, IL 60614-2016

Lykennia Ousley
6739 North Ave.
Oak Park, IL 60302-1022

Michael Realty
6317 N. Milwaukee Ave
Chicago, IL 60646-3799

M&I Marshall & Isley Bank
c/o Robbins Salomon & Patt Ltd
25 E Washington Street Ste 1000
Chicago, IL 60602-1705

Mr. and Mrs. Breo
20 S. Dee Rd., Unit 2A
Park Ridge, IL 60068-3763

Margarita Pulido
1950 Parkside, Unit 2B
Park Ridge, IL 60068-1050

8

Mr. and Mrs. Floyd
20 S. Dee Rd., Unit 1B
Park Ridge, IL 60068-3763

Nick La Puma
6508-10 W. Devon, #1W
Chicago, IL 60631

North Maine Utilities
1225 Waukegan Rd.
Glenview, IL 60025-3019

Optimal Deli, Inc.
Attn: Kathy
5155 W. Addison
Chicago, IL 60641-3402

Oscar Zetino
6508-10 W. Devon, #2S
Chicago, IL 60631

Peoples Energy
Chicago, IL 60687-0001

Pino & Raul Landscaping
8515 Mango
Morton Grove, IL 60053-3141

Richard Wolowicz
6508-10 W. Devon
Chicago, IL 60631-2072

Robert Jackson
4201 W Irving Park Suite 3
Chicago, IL 60641-2987

Marie Jade Galvan
5155 W. Addison
Chicago, IL 60641-3402

Mario Yolangco
5633 N. Central, 1st Fl.
Chicago, IL 60646-6408

Mark Little
1449 N. Wieland
Chicago, IL 60610-5864

Mark and Denise Labus
1 N. Hamlin, Unit 6
Park Ridge, IL 60068-2967

Michael Lewis
5911 W Belle Plaine 2FL
Chicago, IL 60634

Michelle Halbert
5536 N. Artesian, 2nd Fl.
Chicago, IL 60625-3992

Monson/Lofgren
6317 N. Milwaukee, #3A
Chicago, IL 60646-3741

Nicholas M. Duric
401 N. Wisner
Park Ridge, IL 60068-3424

Nicor Gas
PO Box 416
Aurora, IL 60568-0001

Schmidt Salzman & Moran Ltd.
111 W. Washington St.
Chicago, IL 60602-3466

Sharon Dawkins
3312 Foster, Apt 2E
Chicago, IL 60625-4813

Siobhan Diaz
6327 W. Devon, 2nd Floor
Chicago, IL 60646-3703

Solomon Blyakhman
1950 Parkside
Park Ridge, IL 60068-1090

Syed JH Zaidi
2637 W. Bryn Mawr, Apt. 2F
Chicago, IL 60659-4945

Thomas Berarducci
1449 N. Wieland
Chicago, IL 60610-5864

Tracey Terry
5688 N. Elston
Chicago, IL 60646-6530

Velazquez and Family Muffler
Mufflers For Less Inc.
5703 N. Elston
Chicago, IL 60646

Village of Lansing
3141 Ridge Road
Lansing, IL 60438-3087

Norstates Bank
co/ Eric Maletsky, Receiver
900 W. Jackson Blvd., #4W
Chicago, IL 60607-3745

Norton Flannagan
170 N. Northwest Hwy.
Park Ridge, IL 60068-3340

Odon Espino
3312-14 W. Foster
Chicago, IL 60625-4813

Omega Design
c/o Adam Mazur
4201 W. Irving Park
Chicago, IL 60641-2974

Oscar Zetino
5680 N. Elston
Chicago, IL 60646-6530

Polly and Herbert Cole
5536 N. Artesian, 1st Fl.
Chicago, IL 60625-3992

Robert Auch
2058/2060 W. Fargo
Garden Apt. East
Chicago, IL 60645

Robert Michael
5650 N. Central
Chicago, IL 60646-6409

Robert and Margaret Lyons
4740 N. Central, 1st Fl
Chicago, IL 60630-3270

10

William Conlon
5680-86 Elston, #2A
Chicago, IL 60646

Roseanne's Beauty Shop
Hilda Mendoza
3604 Pulaski
Chicago, IL 60641-3016

Wanda Anthony
3809 N. Harlem, #2A
Chicago, IL 60634-3079

Sal Cannela
5680-86 Elston, #1F
Chicago, IL 60646

Waste Management c/o Jacquolyn E. Mills
1001 Fannin Street, Ste. 4000
Houston, Texas 77002-6711

Sebastian Bulanda
3809 N. Harlem, #2C
Chicago, IL 60634-3096

Won Lee
6317 N. Milwaukee, #2A
Chicago, IL 60646-3799

Socorro Williams
Larry Williams
7431 N. Hoyne, Garden South
Chicago, IL 60645-2575

Walter and Joyce Kuchar
6508-10 W. Devon
Chicago, IL 60631-2072

Gary E Dienstag
100 West Monroe St
Chicago, IL 60603-1967

Waste Management
PO Box 4648
Carol Stream, IL 60197-4648

Thomas Jordan
5658 N. Central, 2nd Floor
Chicago, IL 60646-6409

Yolanda Blumenberg
5155 W. Addison
Chicago, IL 60641-3402

USA Electric Inc
Stevo Jovanovic
4218 Vernon Ave.
Brookfield, IL 60513-2017