**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| R&G PROPERTIES, | ) | Case No. 09-37463 |
| | ) | |
| Debtor. | ) | Hon. A. Benjamin Goldgar |
| | ) | |

**TRUSTEE'S REPORT OF CASH RECEIPTS AND DISBURSEMENTS
MONTH OF SEPTEMBER, 2012**

        Respectfully submitted,

        MICHAEL K. DESMOND, not individually
        but as Chapter 7 Trustee of the bankruptcy
        estate of R&G PROPERTIES

        By:   /s/Michael K. Desmond
                Trustee

Michael K. Desmond (IL #6208809)
William G. Cross (IL #6299574)
FIGLIULO & SILVERMAN, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, Illinois 60603
Tel: (312) 251-4600
Fax: (312) 251-4610

## R & G Properties
## Monthly Report
### September 2012

Total All Properties for R & G Properties

    Beginning Balance All Accounts      $     295,617.29

INCOME
    Rental Income      82,996.46
    Other Income      19,316.37

Total Income      102,312.83

Expenses

    General Building Expense
        Roof Repairs      -
        Locksmith Services      -
        Repairs & Maintenance      (5,798.06)
        Supplies & Materials      -
        Plmbing      -
        HVAC Repairs      -
        Landscaping/Snow      -
    Subtotal General Building Expense      (5,798.06)

    Administrative Expense
        Management Fees      (14,025.00)
        Clerical      -
        Administrative Fees      (11,250.00)
        Advertising      (994.50)
        Assessments      (347.10)
        Debt Service Payments      (7,488.02)
        Professional Fees      (700.00)
        Bank Charges      (25.00)
    Subtotal Administrative Expense      (34,829.62)

    Utility Service
        Electric      -
        Gas      -
        Water & Sewer      -
        Scavenger      -
    Subtotal Utility Service      -

    Fixed Charges
        Insurance      (1,716.12)
        Real Estate Taxes      -
    Subtotal Fixed Charges      (1,716.12)

Total Expenses      (42,343.80)

Net Income/Loss      59,969.03

**Ending Balance All Accounts**      **355,586.32**

Case 09-37463    Doc 971    Filed 09/09/14 Entered 09/09/14 16:14:22    Desc Main
Document      Page 2 of 6

## R&G Properties
## Monthly Report
## September 2012

Total All Properties for R & G Properties

| | | |
|---|---|---:|
| Beginning Balance All Accounts | $ | 295,617.29 |

**INCOME**
| | |
|---|---:|
| Rental Income | 82,996.46 |
| Other Income | 19,316.37 |
| Total Income | 102,312.83 |

Expenses

General Building Expense
| | |
|---|---:|
| Roof Repairs | - |
| Locksmith Services | - |
| Repairs & Maintenance | (5,798.06) |
| Supplies & Materials | - |
| Plmbing | - |
| HVAC Repairs | - |
| Landscaping/Snow | - |
| Subtotal General Building Expense | (5,798.06) |

Administrative Expense
| | |
|---|---:|
| Management Fees | (14,025.00) |
| Clerical | - |
| Administrative Fees | (11,250.00) |
| Advertising | (994.50) |
| Assessments | (347.10) |
| Debt Service Payments | (7,488.02) |
| Professional Fees | (700.00) |
| Bank Charges | (25.00) |
| Subtotal Administrative Expense | (34,829.62) |

Utility Service
| | |
|---|---:|
| Electric | - |
| Gas | - |
| Water & Sewer | - |
| Scavenger | - |
| Subtotal Utility Service | - |

Fixed Charges
| | |
|---|---:|
| Insurance | (1,716.12) |
| Real Estate Taxes | - |
| Subtotal Fixed Charges | (1,716.12) |

| | |
|---|---:|
| Total Expenses | (42,343.80) |
| Net Income/Loss | 59,969.03 |
| **Ending Balance All Accounts** | **355,586.32** |

R G Properties 09 B 37463
Monthly Report
September 2012

| Property Address | 5772 W. Higgins Road | 5654 N. Central Ave | 3809 N. Harlem Ave | 3600 N. Pulaski Ave | 5659 W. Irving Park Rd | 1950 Parkside | 5658 N. Central | 5941 N. Austin | 4205 W. Irving Park Rd | 20 S. Dee Road | 3600 N Lake Shore- units 1914,1915,1916 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | 1,327.89 | 1,412.66 | 1,405.35 | 3,029.25 | 985.00 | 258.99 | (4,702.30) | (5,058.30) | 266.44 | 6,034.01 | 1,019.44 |
| **INCOME** | | | | | | | | | | | |
| Rental Income | 1,250.00 | 2,550.00 | 4,050.00 | 4,325.00 | 2,300.00 | 6,025.00 | 1,975.00 | 3,130.00 | 900.00 | 9,100.00 | 2,000.00 |
| Other Income | - | 75.00 | - | - | - | 225.00 | 75.00 | (4,327.08) | - | 225.00 | - |
| Total Income | 1,250.00 | 2,625.00 | 4,050.00 | 4,325.00 | 2,300.00 | 6,250.00 | 2,050.00 | (1,197.08) | 900.00 | 9,325.00 | 2,000.00 |
| **Expenses** | | | | | | | | | | | |
| General Building Expense | | | | | | | | | | | |
| Roof Repairs | - | - | - | - | - | - | - | - | - | - | - |
| Locksmith Services | - | - | - | - | - | - | - | - | - | - | - |
| Repairs & Maintenance | (5.50) | (135.50) | (5.50) | (5.50) | (5.50) | (143.00) | (1,662.74) | (668.54) | (136.75) | (168.00) | (705.85) |
| Supplies & Materials | - | - | - | - | - | - | - | - | - | - | - |
| Plmbing | - | - | - | - | - | - | - | - | - | - | - |
| HVAC Repairs | - | - | - | - | - | - | - | - | - | - | - |
| Landscaping/Snow | - | - | - | - | - | - | - | - | - | - | - |
| Subtotal General Building Expense | (5.50) | (135.50) | (5.50) | (5.50) | (5.50) | (143.00) | (1,662.74) | (668.54) | (136.75) | (168.00) | (705.85) |
| Administrative Expense | | | | | | | | | | | |
| Management Fees | (600.00) | (600.00) | (600.00) | (600.00) | (600.00) | (600.00) | (600.00) | (600.00) | (600.00) | (600.00) | (600.00) |
| Clerical | - | - | - | - | - | - | - | - | - | - | - |
| Administrative Fees | (450.00) | (450.00) | (450.00) | (450.00) | (450.00) | (450.00) | (450.00) | (450.00) | (450.00) | (450.00) | (450.00) |
| Advertising | (39.78) | (39.78) | (39.78) | (39.78) | (39.78) | (39.78) | (39.78) | (39.78) | (39.78) | (39.78) | (39.78) |
| Assessments | - | - | - | - | - | - | - | - | - | - | - |
| Debt Service Payments | - | - | - | - | - | (4,898.73) | - | - | - | - | - |
| Professional Fees | - | (200.00) | - | - | - | - | - | - | - | - | (100.00) |
| Bank Charges | - | - | - | - | - | (5.00) | - | - | - | - | - |
| Subtotal Administrative Expense | (1,089.78) | (1,289.78) | (1,089.78) | (1,089.78) | (1,089.78) | (5,993.51) | (1,089.78) | (1,089.78) | (1,089.78) | (1,089.78) | (1,189.78) |
| Utility Service | | | | | | | | | | | |
| Electric | - | - | - | - | - | - | - | - | - | - | - |
| Gas | - | - | - | - | - | - | - | - | - | - | - |
| Water & Sewer | - | - | - | - | - | - | - | - | - | - | - |
| Scavenger | | | | | - | | | | | | |
| Subtotal Utility Service | - | - | - | - | - | - | - | - | - | - | - |
| Fixed Charges | | | | | | | | | | | |
| Insurance | (168.81) | (330.89) | - | - | - | - | - | - | (292.26) | - | - |
| Real Estate Taxes | - | - | - | - | - | - | - | - | - | - | - |
| Subtotal Fixed Charges | (168.81) | (330.89) | - | - | - | - | - | - | (292.26) | - | - |
| Total Expenses | (1,264.09) | (1,756.17) | (1,095.28) | (1,095.28) | (1,095.28) | (6,136.51) | (2,752.52) | (1,758.32) | (1,518.79) | (1,257.78) | (1,895.63) |
| Net Income/Loss | (14.09) | 868.83 | 2,954.72 | 3,229.72 | 1,204.72 | 113.49 | (702.52) | (2,955.40) | (618.79) | 8,067.22 | 104.37 |
| **Cumm Net Income/Loss from 9/1/2012** | $ 1,313.80 | $ 2,281.49 | $ 4,360.07 | $ 6,258.97 | $ 2,189.72 | $ 372.48 | $ (5,404.82) | $ (8,013.70) | $ (352.35) | $ 14,101.23 | $ 1,123.81 |

R G Properties 09 B 37463
Monthly Report
September 2012

| Property Address | 7431 N. Hoyne | 2060 W. Fargo | 5401 W. Devon | 1240 N. Lake Shore Drive | 5700 N. Central | 5155-59 W. Addison | 5703 N. Elston | 5715 Elston | 5717 N. Elston | 6508 W. Devon | 4201 W. Irving Park Rd | 17851 Torrence |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | 476.46 | 271.34 | 2,445.80 | (3,614.56) | 26,070.46 | (2,274.77) | 2,172.47 | (7,087.89) | | 1,050.98 | (6,510.55) | (68.57) |
| **INCOME** | | | | | | | | | | | | |
| Rental Income | 825.00 | 650.00 | 1,697.00 | - | 26,095.46 | 3,350.00 | - | 2,750.00 | - | 1,850.00 | 710.00 | 150.00 |
| Other Income | - | - | - | - | - | 750.00 | - | - | - | 5,165.00 | 1,900.00 | 750.00 |
| Total Income | 825.00 | 650.00 | 1,697.00 | - | 26,095.46 | 4,100.00 | - | 2,750.00 | - | 7,015.00 | 2,610.00 | 900.00 |
| **Expenses** | | | | | | | | | | | | |
| General Building Expense | | | | | | | | | | | | |
| Roof Repairs | - | - | - | - | - | - | - | - | - | - | - | - |
| Locksmith Services | - | - | - | - | - | - | - | - | - | - | - | - |
| Repairs & Maintenance | (5.50) | (5.50) | (5.50) | (5.50) | (5.50) | (5.50) | (5.50) | (5.50) | - | (205.50) | (136.75) | (80.50) |
| Supplies & Materials | - | - | - | - | - | - | - | - | - | - | - | - |
| Plmbing | - | - | - | - | - | - | - | - | - | - | - | - |
| HVAC Repairs | - | - | - | - | - | - | - | - | - | - | - | - |
| Landscaping/Snow | - | - | - | - | - | - | - | - | - | - | - | - |
| Subtotal General Building Expense | (5.50) | (5.50) | (5.50) | (5.50) | (5.50) | (5.50) | (5.50) | (5.50) | - | (205.50) | (136.75) | (80.50) |
| Administrative Expense | | | | | | | | | | | | |
| Management Fees | (225.00) | (225.00) | (600.00) | (225.00) | (750.00) | (600.00) | (600.00) | (600.00) | - | (600.00) | (600.00) | (600.00) |
| Clerical | - | - | - | - | - | - | - | - | - | - | - | - |
| Administrative Fees | (450.00) | (450.00) | (450.00) | (450.00) | (450.00) | (450.00) | (450.00) | (450.00) | - | (450.00) | (450.00) | (450.00) |
| Advertising | (39.78) | (39.78) | (39.78) | (39.78) | (39.78) | (39.78) | (39.78) | (39.78) | - | (39.78) | (39.78) | (39.78) |
| Assessments | (165.27) | (181.83) | - | - | - | - | - | - | - | - | - | - |
| Debt Service Payments | - | - | (2,589.29) | - | - | - | - | - | - | - | - | - |
| Professional Fees | - | - | - | - | - | - | - | - | - | (200.00) | - | - |
| Bank Charges | - | - | - | - | - | - | - | - | - | (5.00) | - | - |
| Subtotal Administrative Expense | (880.05) | (896.61) | (3,679.07) | (714.78) | (1,239.78) | (1,089.78) | (1,089.78) | (1,089.78) | - | (1,294.78) | (1,089.78) | (1,089.78) |
| Utility Service | | | | | | | | | | | | |
| Electric | - | - | - | - | - | - | - | - | - | - | - | - |
| Gas | - | - | - | - | - | - | - | - | - | - | - | - |
| Water & Sewer | - | - | - | - | - | - | - | - | - | - | - | - |
| Scavenger | - | - | - | - | - | - | - | - | - | - | - | - |
| Subtotal Utility Service | - | - | - | - | - | - | - | - | - | - | - | - |
| Fixed Charges | | | | | | | | | | | | |
| Insurance | - | - | - | - | - | (582.32) | - | - | - | - | (341.84) | - |
| Real Estate Taxes | - | - | - | - | - | - | - | - | - | - | - | - |
| Subtotal Fixed Charges | - | - | - | - | - | (582.32) | - | - | - | - | (341.84) | - |
| Total Expenses | (885.55) | (902.11) | (3,684.57) | (720.28) | (1,245.28) | (1,677.60) | (1,095.28) | (1,095.28) | - | (1,500.28) | (1,568.37) | (1,170.28) |
| Net Income/Loss | (60.55) | (252.11) | (1,987.57) | (720.28) | 24,850.18 | 2,422.40 | (1,095.28) | 1,654.72 | - | 5,514.72 | 1,041.63 | (270.28) |
| **Cumm Net Income/Loss from 9/1/2012** | $ 415.91 | $ 19.23 | $ 458.23 | $ (4,334.84) | $ 50,920.64 | $ 147.63 | $ 1,077.19 | $ (5,433.17) | $ - | $ 6,565.70 | $ (5,468.92) | $ (338.85) |

R G Properties 09 B 37463
Monthly Report
September 2012

| Property Address | 6315-17 N. Milwaukee | 6739 W. North Ave | 1 N. Hamlin |
|---|---|---|---|
| Beginning Balance | (1,131.69) | (2,824.01) | (9,594.41) |
| **INCOME** | | | |
| Rental Income | 3,764.00 | (1,950.00) | 5,500.00 |
| Other Income | 9,028.45 | 1,950.00 | 3,500.00 |
| Total Income | 12,792.45 | - | 9,000.00 |
| **Expenses** | | | |
| *General Building Expense* | | | |
| Roof Repairs | - | - | - |
| Locksmith Services | - | - | - |
| Repairs & Maintenance | (865.43) | (30.50) | (793.00) |
| Supplies & Materials | - | - | - |
| Plmbing | - | - | - |
| HVAC Repairs | - | - | - |
| Landscaping/Snow | - | - | - |
| Subtotal General Building Expense | (865.43) | (30.50) | (793.00) |
| *Administrative Expense* | | | |
| Management Fees | (600.00) | (600.00) | (600.00) |
| Clerical | - | - | - |
| Administrative Fees | (450.00) | (450.00) | (450.00) |
| Advertising | (39.78) | (39.78) | (39.78) |
| Assessments | - | - | - |
| Debt Service Payments | - | - | - |
| Professional Fees | (100.00) | - | (100.00) |
| Bank Charges | (5.00) | - | (10.00) |
| Subtotal Administrative Expense | (1,194.78) | (1,089.78) | (1,199.78) |
| *Utility Service* | | | |
| Electric | - | - | - |
| Gas | - | - | - |
| Water & Sewer | - | - | - |
| Scavenger | - | - | |
| Subtotal Utility Service | - | - | - |
| *Fixed Charges* | | | |
| Insurance | - | - | - |
| Real Estate Taxes | - | - | - |
| Subtotal Fixed Charges | - | - | - |
| Total Expenses | (2,060.21) | (1,120.28) | (1,992.78) |
| Net Income/Loss | 10,732.24 | (1,120.28) | 7,007.22 |
| | | 59,969.03 | |
| **Cumm Net Income/Loss from 9/1/2012** | **$ 9,600.55** | **$ (3,944.29)** | **$ (2,587.19)** |