**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| R&G PROPERTIES, | ) | Case No. 09-37463 |
| | ) | |
| Debtor. | ) | Hon. A. Benjamin Goldgar |

**THIRD AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
THE LAW OFFICES OF THOMAS M. BATTISTA**

Michael K. Desmond, not individually but solely in his capacity as Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of R&G Properties (the "Debtor"), by and through his attorneys, hereby moves this Court for entry of an order pursuant to 11 U.S.C. §§ 327 and 328 of the Bankruptcy Code, Federal Rule of Bankruptcy Procedure 2016(a), and Local Rule 5082-1, allowing and paying an third and final award of compensation to Thomas M. Battista and the professionals at The Law Offices of Thomas M. Battista (collectively "Battista") for the period of November 19, 2013 through March 27, 2015 (the "Third and Final Application Period"), special counsel retained by the Trustee in the above-captioned case (the "Application"). In support of this Application, the Trustee states as follows:

**JURISDICTION AND VENUE**

1.   This Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409

2.   This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

3.   The statutory predicates for the relief requested herein are 11 U.S.C. §§ 327 and 328 of the Bankruptcy Code, Federal Rule of Bankruptcy Procedure 2016(a), and Local Rule 5082-1.

## INTRODUCTION

4. On October 8, 2009 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Bankruptcy Court"), thereby commencing the above-entitled case and creating the Debtor's estate (the "Estate").

5. On June 12, 2012, the Bankruptcy Court entered an order for the appointment of a Chapter 11 trustee in this case, and requesting that the United States Trustee make such an appointment.

6. On June 20, 2012, the Bankruptcy Court, upon motion by the United States Trustee, entered an order appointing Michael K. Desmond as Trustee of the Debtor's Chapter 11 bankruptcy case.

7. On October 10, 2012 (the "Conversion Date"), upon motion of the Chapter 11 Trustee, this Court entered an order converting the Debtor's Chapter 11 case to one under Chapter 7 of the Bankruptcy Code for cause shown.

8. On the Conversion Date, the United States Trustee re-appointed Michael K. Desmond as the Chapter 7 Trustee of the Debtor's bankruptcy estate.

## BACKGROUND

9. Among other assets, the Debtor owned numerous commercial and residential properties in and around Chicago, Illinois.

10. On September 5, 2012, this Court entered an order authorizing the Trustee's employment of Battista as special counsel in connection with property tax appeals for the Debtor's properties and to assist the Trustee in carrying out related duties in the Chapter 11

bankruptcy case. A true and correct copy of the September 5, 2012 order approving the retention of Battista is attached hereto as **Exhibit A**.

11. On December 19, 2012, after this Case was converted to one under Chapter 7, this Court entered an order authorizing the continued employment of Battista as special counsel to the Trustee in connection with property tax appeals for the Debtor's remaining properties and to assist the Trustee in carrying out related duties in the Chapter 7 bankruptcy case, retroactive to the Conversion Date. A true and correct copy of the December 19, 2012 order is attached hereto as **Exhibit B**.

12. Pursuant to this Court's orders, Battista has been continuously employed as the Trustee's special counsel since the entry of the September 5, 2012 order.

13. On February 27, 2013, this Court entered an order that awarded Battista interim compensation in the amount of $24,065.39 for services rendered to the Trustee between September 5, 2012 and January 31, 2013. [*Dkt. No.* 839].

14. On December 16, 2013, this Court entered an order that awarded Battista second interim compensation in the amount of $8,333.90 for services rendered to the Trustee between February 1, 2013 and November 18, 2013. [*Dkt. No.* 897].

## SERVICES RENDERED BY BATTISTA

15. During the Third and Final Application Period, in connection with property tax appeals initiated by Battista on behalf of the Trustee, Battista successfully achieved reductions of assessed valuations of the Debtor's properties totaling 240,227.00. Additionally, Battista's efforts on behalf of the Trustee in connection with the property tax appeals resulted in $45,598.00 in first-year tax dollar savings and $47,962.00 in multi-year tax dollar savings to the Estate.

16. Attached to this Application as **Group Exhibit C** are copies of invoices provided by Battista detailing the successful reductions in assessed valuations and tax dollar savings obtained by Battista on the Debtor's properties.

17. Pursuant to Bankruptcy Rule 2016(a), in conjunction with Group Exhibit C, the specific reductions in assessed valuations and total tax savings successfully obtained by Battista to date for each property, as well as Battista's fees, are as follows:

| Property: | Lender: | Total Reduction in Assessed Valuation: | First-Year Tax Dollar Savings: | Multi-Year Tax-Dollar Savings: | Battista's Fees: |
|---|---|---|---|---|---|
| 5700 N. Central Ave., Chicago, IL | Delta Trading Co. | 107,898.00 | $19,624.00 | $19,624.00 (one year only) | $4,905.98 |
| 5700 N. Central Ave., Chicago, IL | Delta Trading Co. | 45,757.00 | $8,322.00 | $8,322.00 (one year only) | $2,080.51 |
| 6508-10 West Devon Ave., Chicago, IL | Delta Trading Co. | 4,835.00 | $879.00 | $879.00 (one year only) | $219.84 |
| 6508-10 West Devon Ave., Chicago, IL | Delta Trading Co. | 11,040.00 | $2,008.00 | $2,008.00 (one year only) | $501.97 |
| 5153/ 5155-59 W. Addison St., Chicago, IL | Delta Trading Co. | 3,967.00 | $721.00 | $721.00 (one year only) | $180.37 |
| 6739 North Avenue, Oak Park, IL | Delta Trading Co. | 8,189.00 | $2,665.00 | $2,665.00 (one year only) | $666.26 |
| 4205 W. Irving Park Road, Chicago, IL | Delta Trading Co. | 9,741.00 | $1,778.00 | $1,778.00 (one year only) | $444.53 |
| 4201 W. Irving Park Road, Chicago, IL | Delta Trading Co. | 23,293.00 | $4,252.00 | $4,252.00 (one year only) | $1,062.98 |
| 4201 W. Irving Park Road, Chicago, IL | Delta Trading Co. | 22,882.00 | $4,177.00 | $4,177.00 (one year only) | $1,044.22 |
| 17851 Torrence, Lansing, IL | Delta Trading Co. | 2,625.00 | $1,182.00 | $3,546.00 (2014-16) | $393.59 |
| Total: | | 240,227.00 | $45,608.00 | $47,972.00 | $11,500.25 |

4

18. Payment of Battista's fees will be made from the cash collateral accounts of Delta Trading Co., the lender on the properties in the amount of $11,500.25.

19. Delta Trading Co. has consented to the employment of Battista to pursue property tax appeals and the payment of his fees out of its cash collateral pursuant to Section 506(c) of the Bankruptcy Code.

20. In accordance with the terms of Battista's retention by the Trustee with respect to the property tax appeals, Battista's compensation is authorized as follows:

> (i) one-third (33.3%) of the tax savings effected for the first year of the triennial reassessment for 2012, which will provide legal representation for the term of the triennial assessment (2014, 2015 and 2016); or
>
> (ii) twenty-five percent (25%) of the savings realized for each year a complaint must be submitted if the savings is achieved for "one year only;" or
>
> (iii) twenty-five percent (25%) of the savings amount refunded by the Cook County Treasurer if Battista receives a Certificate of Error, including for years prior to the current triennial.

21. Battista does not seek reimbursement of any expenses through this Application.

22. Accordingly, pursuant to Local Rule 5082-1(B)(2) and in accordance with the terms of the retainer agreements entered into between Battista and the Trustee, Battista seeks the allowance and payment of interim compensation of $11,500.25 for the legal services rendered to the Trustee as his special counsel.

## BASIS FOR RELIEF

23. Pursuant to Section 330 of the Bankruptcy Code and the generally applicable criteria with respect to time, nature, extent, and value of services performed, all of Battista's

services are compensable and the compensation requested is fair and reasonable. All of the services rendered by Battista for the Trustee were necessary for the pursuit of the property tax appeals in connection with the Debtor's properties, and the Trustee submits that the amount for sought for payment in this Application is fair and reasonable.

24. The Trustee prepared this Application in accordance with the guidelines established by Bankruptcy Rule 2016, Local Rule 5082-1, and this Court.

25. Because the fees sought by Battista in connection with this Application are based on a contingency-fee agreement with the Trustee, Battista has not included in this Application a Narrative Summary or Detailed Statement of Services under Local Rule 5082-1(B) and (C).

26. All of the services performed by Battista were reasonable and necessary and have benefitted the Debtor's Estate.

27. Battista has not entered into an agreement or understanding of any kind, expressed or implied, with any entity to share in its compensation to be received by Battista for its legal services rendered to the Trustee in this case.

## REQUEST FOR LIMITED NOTICE

28. The Trustee has provided twenty-one days' notice of this Application to all parties registered with CM/ECF in this case, including the United States Trustee's office, the Debtor, the Debtor's counsel, and secured creditors. Additionally, the Trustee has served paper copies of the Notice of Hearing on this Application by first class U.S. mail on all parties who have requested notice in this case, which identifies Battista as the applicant, states the amounts requested in the Application, and provides contact information for any party to request a copy of the Application free of charge.

29. The Trustee requests that the Court excuse the notice requirements of Bankruptcy Rule 2002(a)(6) and approve the limited notice of the Application as sufficient and appropriate under the circumstances. Limited notice of the Application is sufficient in light of insolvency of the Estate, the limited number of active parties in this case, the expense to the Estate of serving each creditor individually with the entire Application, and the lack of an offsetting benefit to creditors given that the United States Trustee, and the Debtor's secured creditors and parties in interest will receive this Application. Further, the fees and costs being sought in this Application are being paid from the cash collateral account of the secured creditor who received notice of this Application, and the limited notice will not prejudice any other parties.

30. Therefore, the Trustee requests that the Court deem the notice of this Motion to be sufficient and further notice of this Application be waived for cause shown pursuant to Fed. R. Bankr. P. 9006(c) and 9007.

WHEREFORE, Michael K. Desmond, not individually but solely in his capacity as Chapter 7 Trustee of the bankruptcy estate of R&G Properties respectfully requests that this Court enter an order:

(a) Granting the relief requested in this Application;

(b) Granting the Trustee's request to limit notice as set forth above and finding that the Notice of the Hearing on this Application was sufficient;

(c) Allowing Battista's fees in the amount of $11,500.25 for the legal services to the Trustee between November 19, 2013 through March 27, 2015;

(d) Authorizing the Trustee to pay to Battista $11,500.25 as final compensation for the expert services rendered to the Trustee between November 19, 2013 through March 27, 2015; and

(e) Granting such other relief as this Court deems necessary or appropriate.

Dated:  January 2, 2018                              Respectfully Submitted,

**MICHAEL K. DESMOND, not individually but as Chapter 7 Trustee of the bankruptcy estate of R&G PROPERTIES**

By:   */s/ Michael K. Desmond*
         One of his Attorneys

Michael K. Desmond (IL ARDC #6208809)
Justin M. Herzog (IL ARDC  #6324047)
FIGLIULO & SILVERMAN, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, Illinois 60603
Tel: (312) 251-4600
Fax: (312) 251-4610

# **CERTIFICATE OF SERVICE**

I, Michael K. Desmond, the undersigned attorney, hereby certify that on January 2, 2018, I electronically filed the **Third and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses of The Law Offices of Thomas M. Battista** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following individuals:

- David Audley     audley@chapman.com, benz@chapman.com
- Jennifer L. Barton     jbarton@rsplaw.com
- Michael T. Benz     benz@chapman.com, eickmann@chapman.com
- Vincent T Borst     vborst@rsplaw.com, kkidd@rsplaw.com
- Christina Brunka     ckbrunka@arnstein.com, edocket@schiffhardin.com
- Rosanne Ciambrone     rciambrone@duanemorris.com, jkahane@duanemorris.com;rpdarke@duanemorris.com
- Catherine A. Cooke     ccooke@rsplaw.com
- Tejal S. Desai     tdesai@llflegal.com
- Michael K Desmond     mkd.trustee@fslegal.com, IL23@ecfcbis.com
- Michael K Desmond     mdesmond@fslegal.com, dorisbay@fslegal.com
- Kenneth M DucDuong     kducduong@kmdlex.com
- Nikola Duric     duriclaw@att.net
- Richard H Fimoff     rfimoff@rsplaw.com, fb@rsplaw.com
- Edward P. Freud     epfreud@rfbnlaw.com
- Sheryl A Fyock     sfyock@llflegal.com
- Kathryn Gleason     USTPRegion11.es.ecf@usdoj.gov, Kathryn.M.Gleason@usdoj.gov
- Victor Groszko     vicgroszko@gmail.com, vicgroszko@gmail.com
- Cameron M Gulden     USTPRegion11.es.ecf@usdoj.gov
- Hugh D Howard     hughdhoward@aol.com
- Tina M. Jacobs     tjacobs@jacobsandpinta.com
- Richard C Jones     rjones@rjoneslaw.com, cstrahammer@rjoneslaw.com
- Lawrence M Karlin     lkarlin@ke-llp.com, kgavrilenka@ke-llp.com
- Kenneth G. Kubes     kkubes@fdic.gov
- Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
- Gregory A. McCormick     mccormick@garfield-merel.com
- Keevan D. Morgan     kmorgan@morganandbleylimited.com
- Joseph A Morris     mdlrusuk@aol.com
- Lauren Newman     lnewman@thompsoncoburn.com, jstolarz@thompsoncoburn.com; aversis@thompsoncoburn.com; bray@thompsoncoburn.com
- Matthew A Olins     maolins@duanemorris.com
- Stanley F. Orszula     stan.orszula@bfkn.com, james.tucker@bfkn.com
- John R Potts     ryan@brotschulpotts.com, solesch@brotschulpotts.com
- Arthur F Radke     a.radke@radke-law.com
- Naheel M. Rantisi     nrantisilaw@gmail.com
- Joel A Schechter     joelschechter1953@gmail.com, r60549@notify.bestcase.com
- David E Schwartz     dschwartz@kjs-law.com
- Julia Jensen Smolka     jjensen@dimonteandlizak.com, mkwakwa@dimontelaw.com

- Joel A Stein    joelastein@dlec.com, joelastein@mac.com
- Jennifer Tweeton    jtweeton@rsplaw.com
- David P. Vallas    dvallas@polsinelli.com
- Greta G Weathersby    g.weathersby@pecorp.com
- David K Welch    dwelch@burkelaw.com, gbalderas@burkelaw.com;bwelch@burkelaw.com;welchdr67393@notify.bestcase.com
- Allen C. Wesolowski    acwesolowski@martin-karcazes.com

And I hereby further certify that on January 2, 2018 I mailed by first class U.S. mail the **Third and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses of The Law Offices of Thomas M. Battista** to the following non-registered participants:

Thomas M Battista
Figliulo & Silverman, P.C.
10 S LaSalle St Suite 3600
Chicago, IL 60603

R&G Properties
6315 North Milwaukee Ave.
Chicago, Illinois 60646

Illinois Department of Revenue
Bankruptcy Section
P O Box 64338
Chicago, IL 60664-0338

Delta Trading Company, Inc.
2701 North Kildare
Chicago, IL 60639-2014

*s/ Michael K. Desmond*

2