IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 09-37463 |
| R&G PROPERTIES, ) | Chapter 7 |
| an Illinois general partnership, ) | Judge A. Benjamin Goldgar |
| ) | |
| Debtor. ) | |

PLEASE TAKE NOTICE that on the **13th day of June, 2018**, at the hour of **9:30a.m.**, or as soon thereafter as counsel can be heard, I shall appear before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, in Room 642 of the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **Motion for Allowance of Final Compensation and Reimbursement of Expenses to Debtor's Former Counsel,** a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Eugene Crane
Crane, Simon, Clar & Dan
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

**CERTIFICATE OF SERVICE**

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion was caused to be served via First Class Mail properly addressed and postage prepaid to all parties with an asterisk (*) and a copy of the Notice regarding the fee hearing was served upon all parties on the attached service list, on the 17th day of May, 2018 before the hour of 5:00 p.m.

/s/Eugene Crane
Crane, Simon, Clar & Dan
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    )
                                          )  Case No. 09-37463
R&G PROPERTIES,                           )  Chapter 7
an Illinois general partnership,          )  Judge A. Benjamin Goldgar
                                          )
        Debtor.                           )

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

Name of Applicant: <u>CRANE, SIMON, CLAR & DAN, Debtor's Former Counsel</u>

Authorized to Provide
Professional Services to: <u>Debtor</u>

Date of Order
Authorizing Employment: <u>October 28, 2009</u> retroactive to October 7, 2009

Amount of Fees Sought: <u>$130,926.50</u>

Amount of Expense
Reimbursement Sought: <u>$5,117.93</u>

This is a(n) Interim Application _____ Final Application <u>X</u>
If this is not the first Application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed |
|---|---|---|---|
| 3/12/10 | 10/7/09 to 2/15/10 | $189,317.17 | $189,317.17 |
| 9/16/10 | 2/16/10 to 8/3/10 | $155,671.45 | $155,671.45 |
| 11/21/11 | 8/4/10 to 9/30/11 | $122,292.87 | $122,292.87 |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses herein is $399,988.62.

Date: May 17, 2018

       Applicant:   Eugene Crane and the law firm of
                Crane, Simon, Clar & Dan

              By: /s/Eugene Crane
                Debtor's Former Counsel

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

R&G Properties, an Illinois general partnership,

              Debtor.

Case No. 09-37463
Chapter 7
Judge A. Benjamin Goldgar

## NOTICE OF HEARING ON MOTION FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO DEBTOR'S FORMER COUNSEL

**TO ALL CREDITORS AND PARTIES IN INTEREST**:

    PLEASE TAKE NOTICE that on May 17, 2018, Crane, Simon, Clar & Dan ("CSCD"), former counsel for the Debtor, filed a Motion for Allowance of Final Compensation and Reimbursement of Expenses ("CSCD Motion"), requesting the allowance of compensation and reimbursement of expenses for the period commencing October 1, 2011 through and including September 26, 2012 in the amounts of $130,926.50 and $5,117.93, respectively and allowance of total final compensation and reimbursement of expenses for the period of October 7, 2010 through and including September 26, 2012 in the amounts of $579,137.00 and $24,188.92 respectively.

    PLEASE TAKE FURTHER NOTICE that any person objecting to the CSCD Motion is directed to file their objection(s) in writing with the Clerk of the United States Bankruptcy Court, 219 S. Dearborn Street, Chicago, Illinois 60604, on or before the hour of 4:30 p.m. **on the 11th day of June, 2018**, with a copy of said objection(s) to be simultaneously served upon Eugene Crane, Crane, Simon, Clar & Dan, 135 S. LaSalle Street, Suite 3705, Chicago, Illinois 60603.

    PLEASE TAKE FURTHER NOTICE that a hearing on the CSCD Motion, together with objections timely filed, if any, will be held before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, Courtroom No. 619, 219 S. Dearborn Street, Chicago, Illinois, **on the 13th June, 2018, at the hour of 9:30 a.m.**, at which time and place you may appear if you so see fit.

DATED:    May 17, 2018

**DEBTOR'S FORMER COUNSEL**:
Eugene Crane (Atty. No. 0537039)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
TEL: (312) 641-6777
FAX (312) 641-7114
W:\AGS\R&G\Pay CSCD - Final Fee Notice.docx

Thomas M Battista*
Law Offices of Tom Battista
10 S LaSalle St Suite 3600
Chicago, IL 60603

R&G Properties*
6315 North Milwaukee Ave.
Chicago, Illinois 60646

Illinois Department of Revenue*
Bankruptcy Section
P O Box 64338
Chicago, IL 60664-0338

Lawrence M. Karlin*
Karlin Eide LLP
651 West Washington St.
Chicago, Il 60661

James Scanlon*
Scanlon and Matthews LLP
332 S. Michigan Ave., Suite 410
Chicago, IL 60604

Lois West*
Kutchins, Robbins & Diamond, Ltd.
35 E Wacker Dr, Suite 690
Chicago, IL 60601

Robert Groszek*
Groszek Law Firm
3601 N. Pulaski Rd.
Chicago, IL 60641

Eugene J. Geekie, Jr. *
Arnstein & Lehr, LLP
161 N. Clark St., Suite 4200
Chicago, IL 60601

Gary E. Dienstag*
100 W. Monroe St.
Chicago, IL 60603

R&G Properties*
5680 N. Elston Ave.
Chicago, IL 60646

Michael K. Desmond*
Figliulo & Silverman P C
10 South LaSalle Street Ste 3600
Chicago, IL 60603

North Maine Utilities
1225 Waukegan Rd.
Glenview, IL 60025-3019

Edgebrook Bank
6000 W. Touhy
Chicago, IL 60646-1277

Waste Management
PO Box 4648
Carol Stream, IL 60197-4648

Mark and Denise Labus
1 N. Hamlin, Unit 6
Park Ridge, IL 60068-2967

AmericaUnited Bank
321 W. Golf Rd.
Schaumburg, IL 60196-1085

Jason Gerard
5632 N. Central
Chicago, IL 60646-6409

Michael Lewis
5911 W Belle Plaine 2FL
Chicago, IL 60634

Republic Bank of Chicago
2221 Camden Court
Oak Brook, IL 60523-4516

George Michael
6315 N. Milwaukee Ave.
Chicago, IL 60646-6530

Norstates Bank
co/ Eric Maletsky, Receiver
900 W. Jackson Blvd., #4W
Chicago, IL 60607-3745

The Peoples Gas Light and Coke
Company
130 E. Randolph St. - 19th Fl.
Chicago, IL 60601-6203

Jim Scordo
1 N. Hamlin, Unit 5
Park Ridge, IL 60068-2967

Syed JH Zaidi
2637 W. Bryn Mawr, Apt. 2F
Chicago, IL 60659-4945

3600 Lake Shore Drive Condo
c/o Loyce Johnson
3600 Lake Shore Drive
Chicago, IL 60613-4656

Joe Johns
6739 North Ave.
Oak Park, IL 60302-1022

Tracey Terry
5688 N. Elston
Chicago, IL 60646-6530

Aaron Krolik Law Office, P.C.
225 W Washington St Ste 2200
Chicago IL 60606-3561

Johnny Price
5658 N. Central, 1st Fl.
Chicago, IL 60646-6409

Velazquez and Family Muffler
Mufflers For Less Inc.
5703 N. Elston
Chicago, IL 60646

Antonio Alcala
Pedro Alcala
4740 N. Central
Chicago, IL 60630-3270

Joseph Vallender
20 S. Dee Rd., Unit 2C
Park Ridge, IL 60068-3762

Village of Lansing
3141 Ridge Road
Lansing, IL 60438-3087

Associated Bank
Attn: Erick Jensen, Receiver
932 W. Grace St.
Chicago, IL 60613-3909

Karen Peplpmatas
17851 Torrence Ave., 2R
Lansing, IL 60438-1982

Delta Trading Company, Inc.
2701 North Kildare
Chicago, IL 60639-2014

City of Chicago
PO Box 6330
Chicago, IL 60680-6330

M&I Bank
Attn: Michael Vellon
770 N. Water St., 19th Floor
Milwaukee, WI 53202-3593

Harris N.A.
111 W. Monroe St.
Chicago, IL 60603-4095

City of Park Ridge
PO Box 4793
Carol Stream, IL 60197-4793

Marie & Don
5722 W. Higgins, 2nd Floor
Chicago, IL 60630-2492

The First Commercial Bank
6945 N. Clark Street
Chicago, IL 60626-3298

Cousin's
3038 W. Irving Park
Chicago, IL 60618-3539

Mr. and Mrs. Floyd
20 S. Dee Rd., Unit 1B
Park Ridge, IL 60068-3763

American Enterprise Bank
Attn: Ed Bouas
600 N. Buffalo Grove Rd.
Buffalo Grove, IL 60089-2424

Majdi Rayahin
8550 S. Harlem #G
Bridgeview, IL 60455-1775

City Of Chicago
Department Of Revenue
121 N. LaSalle St-Room 107a
Chicago, Illinois 60602-1232

Andrew and Judy Johnson
5551 N. Central, 2nd Floor
Chicago, IL 60630-1306

Donald Spencer
5749 N. Elston, #2R
Chicago, IL 60646-5538

Goldman and Grant
For City of Chicago
205 W. Randolph St., Suite 1100
Chicago, IL 60606

Chris Keraminas
3600 N. Lake Shore Dr.
Chicago, IL 60613-4684

Doruted Patroi
6508-10 W. Devon, #2N
Chicago, IL 60631

Chicago Auto
2912 N. Central Park
Chicago, IL 60618-7305

City of Chicago
Department of Water Mgmt.
333 South State Street Suite LL10
Chicago, IL 60604-3957

Edgebrook Bank
Attn: John Ptak
6000 W. Touhy
Chicago, IL 60646-1277

Diaman Services
PO Box 597503
Chicago, IL 60659-7503

Dave Kalsch
5654 N. Central
Chicago, IL 60646-6409

Eric Maletsky
Malet Realty
900 W. Jackson Blvd., #4W
Chicago, IL 60607-3745

Dawn and Sharon Johnson
5688 N. Elston
Chicago, IL 60646-6530

Edward Dziadosz
5654 N. Central, 2nd Floor
Chicago, IL 60646-6409

First Commercial Bank
Attn: Matt Norkett
6945 N. Clark
Chicago, IL 60626-3298

Eric Jensen
Chicago Real Estate Resources
932 W. Grace
Chicago, IL 60613-3909

Felicia Roby
5622 N. Central
Chicago, IL 60646-6409

Harris Bank
333 N. Northwest Hwy.
Barrington, IL 60010-3398

First Commercial Bank
Attn: Matt Norkett
6945 N. Clark
Chicago, IL 60626-3298

Iglesias Noelle
c/o Mark Silverman
225 W. Washington, #2200
Chicago, IL 60606-3561

Janice Glenn
6317 N. Milwaukee, #3D
Chicago, IL 60646-3741

Julie Sevilla
Wilfredo Sevilla
6508-10 W. Devon
Chicago, IL 60631-2072

Lykennia Ousley
6739 North Ave.
Oak Park, IL 60302-1022

M&I Marshall & Isley Bank
c/o Robbins Salomon & Patt
180 N. LaSalle St., Suite 3300
Chicago, Illinois 60601

Michael Realty
6317 N. Milwaukee Ave
Chicago, IL 60646-3799

Mr. and Mrs. Breo
20 S. Dee Rd., Unit 2A
Park Ridge, IL 60068-3763

Margarita Pulido
1950 Parkside, Unit 2B
Park Ridge, IL 60068-1050

Marie Jade Galvan
5155 W. Addison
Chicago, IL 60641-3402

Mario Yolangco
5633 N. Central, 1st Fl.
Chicago, IL 60646-6408

Richard Wolowicz
6508-10 W. Devon
Chicago, IL 60631-2072

Sharon Dawkins
3312 Foster, Apt 2E
Chicago, IL 60625-4813

Robert Michael
5650 N. Central
Chicago, IL 60646-6409

William Conlon
5680-86 Elston, #2A
Chicago, IL 60646

Waste Management
c/o Jacquolyn E. Mills
1001 Fannin Street, Ste. 4000
Houston, Texas 77002-6711

Roseanne's Beauty Shop
Hilda Mendoza
3604 Pulaski
Chicago, IL 60641-3016

Illinois Department of Revenue
Bankruptcy Section
P O Box 64338
Chicago, IL 60664-0338

USA Electric Inc
Steve Jovanovic
4329 Forest Ave.
Brookfield, IL 60513-201

Sebastian Bulanda
3809 N. Harlem, #2C
Chicago, IL 60634-3096

Belongia, Shapiro & Franklin
20 S. Clark St., Suite 300
Chicago, IL 60603-1896

John Vadaparampil
c/o Aaron Krolik Law Office
225 W Washington St Ste 2200
Chicago IL 60606-3561

Nicholas M. Duric
401 N. Wisner
Park Ridge, IL 60068-3424

Gregory Gorlich
7N864 Northern Dancer
Saint Charles, IL 60175-5452

AJC Restoration
c/o Stotis & Baird
200 W. Jackson, #1050
Chicago, IL 60606-6976

Schmidt Salzman & Moran
111 W. Washington St. – 1300
Chicago, IL 60602-3466

Adriana Mazutis
9S610 Lorraine
Hinsdale, IL 60521

Brudder's Bar
3600 N. Pulaski
Chicago, IL 60641-3016

City of Chicago
Department of Revenue
P.O. Box 88298
Chicago, IL 60680-1298

Pino & Raul Landscaping
8515 Mango
Morton Grove, IL 60053-3141

Associated Bank
1305 Main Street
Stevens Point, WI 54481-2898

Walter and Joyce Kuchar
6508-10 W. Devon
Chicago, IL 60631-2072

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 09-37463 |
| R&G PROPERTIES, ) | Chapter 7 |
| an Illinois general partnership, ) | Judge A. Benjamin Goldgar |
| ) | |
| Debtor. ) | |

## MOTION FOR FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO DEBTOR'S FORMER COUNSEL

Eugene Crane and the law firm of Crane, Simon, Clar & Dan ("CSCD"), former counsel for the Debtor, R&G Properties, make their Motion pursuant to Section 330 of the Bankruptcy Code, Rules 2002(a) and 2016(a) of the Federal Rules of Bankruptcy Procedure and Rule 5082-1 of the Local Rules of the Court, for Allowance of Final Compensation and Reimbursement of Expenses, and in support thereof, state as follows:

**Introduction**

1. On October 8, 2009, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date"). On June 20, 2012, Michael K. Desmond was appointed Trustee in that Chapter 11 case. On October 10, 2012, the Chapter 11 case was converted to a Chapter 7 case, and on October 11, 2012, Michael K. Desmond was appointed as Chapter 7 Trustee, and continues to act in that capacity.

2. On October 28, 2009, this Court entered an Order authorizing the Debtor to retain Eugene Crane, David K. Welch, Jeffrey C. Dan and the firm of Crane, Heyman, Simon, Welch & Clar ("CHSWC")[1] as its counsel in the Chapter 11 case retroactive to the Petition Date, with

---

[1] The Order entered authorized the Debtor to employ CHSWC. In November, 2017, David Welch left the firm and the name of the firm changed to Crane, Simon, Clar & Dan.

1

compensation subject to further Order of this Court. On September 26, 2012, this Court entered an order granting the Motion of CHSWC to withdraw as counsel for the Debtor.

3. Three (3) interim fee orders have been entered allowing the fees and expenses of CSCD: (1) from October 7, 2009 through February 15, 2010 in the amounts of $181,538.50 and $7,778.67, respectively; (2) from February 16, 2010 through August 3, 2010 in the amounts of $148,789.00 and $6,882.45, respectively; and (3) from August 4, 2010 through September 30, 2011 in the amounts of $117,883.00 and $4,409.87, respectively. Pursuant to this Motion, CSCD requests final approval of additional compensation and reimbursement of expenses for legal services rendered to the Debtor during the period October 1, 2011 through September 26, 2012 in the amounts of $130,926.50 and $5,117.93, respectively, and final approval of the prior interim allowances, pursuant to Section 330 of the Bankruptcy Code. Itemizations of the legal services rendered and expenses incurred during the period October 1, 2011 through September 26, 2012, are attached to this Motion as **Exhibits 1 and 2**, respectively.

4. Accordingly, by this Motion, CSCD requests allowance of final compensation and reimbursement of expenses in the amounts of $579,137.00 and $24,188.92, respectively, for legal services rendered to the Debtor during the period from the October 7, 2009 through September 26, 2012.

5. The aggregate amount of fees and reimbursement of expenses received by CSCD to date is $399,988.62, representing payment in full of the allowed amounts of the first two interim applications and payment in part ($55,000.00) of the allowed amounts of the third interim application.

6. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334. This matter is a "core" proceeding within the meaning of 28 U.S.C. Section 157(b)(2)(A) and (O).

7. The statutory predicates for the relief requested in this Motion are Section 330 of the Bankruptcy Code, Rules 2002(a) and 2016(a) of the Federal Rules of Bankruptcy Procedure and Local Rule 5082-1.

**Relevant Factual Background**

8. The Debtor was an owner and investor in multi-family residential, commercial and mixed use real estate located in the Chicago metropolitan area, primarily on the north side of Chicago.

9. This Court entered a series of Orders authorizing the Debtor to use cash collateral of several mortgage lenders.

10. The Debtor presented three (3) agreements to this Court seeking the approval of additional adequate protection to First Commercial Bank, Pan American Bank and Edgebrook Bank and certain long-term related relief.

11. This Court approved settlements between the Debtor and Associated Bank, AmericaUnited Bank, Norstates Bank and American Enterprise Bank, pursuant to which all disputes between the parties were resolved. This Court also approved a settlement between the Debtor and Delta Trading Company ("Delta") pursuant to which the Debtor released fraudulent transfer claims against Delta in exchange for a release of Delta's junior mortgages against several properties owned by the Debtor.

12. The Debtor agreed to a modification of the automatic stay in favor of Harris Bank since the values of the properties securing the underlying mortgage claims did not justify the expenditure of the time and expense in opposing relief from the automatic stay.

13. The Debtor filed a Fifth Amended Plan of Reorganization ("Plan") and supporting Fourth Amended Disclosure Statement ("Disclosure Statement"). This Court approved the Debtor's Disclosure Statement and the hearing on confirmation of the Plan was pending in this Court. Two (2) creditors (Delta and Harris Bank) objected to confirmation of the Plan. The ultimate conversion of the Chapter 11 case to a Chapter 7 case rendered the Plan moot.

**Compensation and Expenses Requested**

14. CSCD is a law firm whose practice is almost exclusively concentrated in the fields of bankruptcy, reorganization and insolvency. CSCD is currently comprised of five (5) members, and one (1) "of counsel" attorney, some of whom have participated in representing the Debtor in this bankruptcy case. Previously, CHSWC was comprised of five (5) members, one (1) associate and one (1) "of counsel" attorney.

15. The following is biographical information pertaining to the attorney who had been primarily involved in the representation of the Debtor. Other attorneys at CSCD have also participated to a lesser extent in the Chapter 11 case. Each such attorney has significant experience and expertise in bankruptcy, reorganization and litigation matters.

16. David K. Welch is a former member of the law firm and has been practicing law in the State of Illinois since 1982. His practice has always been primarily concentrated in the fields of bankruptcy, insolvency and debtor's and creditor's rights. He has represented debtors, trustees, creditors' committees, secured creditors, unsecured creditors and equity holders. From October, 1979, through June 1982, he served as Deputy Chapter 13 Trustee in the Northern

District of Illinois under Craig Phelps, Chapter 13 Trustee. He has authored manuscripts for the Illinois institute of Continuing Legal Education on matters involving bankruptcy and insolvency. He has lectured at seminars relating to bankruptcy issues at the Chicago Bar Association. He has served as a member of the Bankruptcy Mediation Panel Sub-Committee of the Chicago Bar Association. Furthermore, in conjunction with his financial mediation and negotiation training, he has completed a course sponsored by the National Institute for Trial Advocacy in conjunction with Northwestern University. He is a member of the Federal Trial Bar and is admitted to practice before the United States Courts of Appeals for the Seventh and Third Circuits, and before the United States District Courts for the Northern and Central Districts of Illinois, the Northern District of Indiana and the Eastern District of Wisconsin. He is a member of several other bar associations and legal organizations. He was formerly a member of the Standing Committee of the Illinois State Bar Association on Liaison with the Attorney Registration and Disciplinary Commission. Mr. Welch is the former Chairman of the Chicago Bar Association Committee on Bankruptcy and Reorganization is a former member of the Advisory Board of the American Bankruptcy Institute, and is the former Vice Chair of the Bankruptcy Court Liaison Committee.

17. The hourly rates usually charged by CSCD in matters of this nature were as follows:

| Attorney | 2011 Hourly Rates | 2012 Hourly Rates |
| --- | --- | --- |
| Glenn R. Heyman | $485.00 | $490.00 |
| Eugene Crane | $485.00 | $490.00 |
| Arthur G. Simon | $450.00 | $470.00 |
| David K. Welch | $450.00 | $470.00 |
| Scott R. Clar | $450.00 | $470.00 |
| Jeffrey C. Dan | $375.00 | $395.00 |
| John H. Redfield | $360.00 | $370.00 |

18. The following is a chart that depicts the total hours that each attorney at CSCD expended in representing the Debtor during the period from October 1, 2011 through September 26, 2012:

| Attorney | Hours | Amount |
|---|---|---|
| Arthur G. Simon | 18.00 | $ 8,346.00 |
| David K. Welch | 245.10 | $114,247.00 |
| Scott R. Clar | .80 | $ 360.00 |
| Jeffrey C. Dan | 18.50 | $ 7,307.50 |
| John H. Redfield | 1.80 | $ 666.00 |
| Total | 284.20 | $130,926.50 |

19. During the course of the representation of the Debtor during that period, CSCD incurred expenses of $5,117.93. These expenses are itemized in **Exhibit 2** to this Motion.

**Legal Services Rendered to the Debtor**

20. The representation of the Debtor is categorized in this Motion as follows:

A. **General Administration**
The matters in this category include assisting the Debtor with the general administration of this bankruptcy case and the Debtor's business operations and financial affairs, filing routine motions and filing professionals' fee applications and retention motions. Also included in this category are legal services related to assisting the Debtor with its monthly operating reports and responding to general creditor inquiries.

**Total Time Expended**                           **24.30 hours**

| Attorney | 2011 Hours | 2012 Hours | Amount |
|---|---|---|---|
| Arthur G. Simon | 5.70 | | $ 2,565.00 |
| David K. Welch | 9.10 | 8.70 | $ 8,184.00 |
| Scott R. Clar | .80 | | $ 360.00 |
| TOTAL | | | $11,109.00 |

Attached to this Motion as **Exhibit 1-A** is an itemization of the legal services rendered in this category.

B) **General Property Issues**
As the owner of approximately 55 properties with in excess of 200 units as of the Petition Date, the Debtor was regularly faced with

6

daily issues relating to the maintenance of the properties. At times, CSCD assisted the Debtor with such issues, which included matters relating to capital improvements, leasing, real estate taxes, (in limited instances) building code violations and sales.

**Total Time Expended**             **12.40 hours**

| **Attorney** | **2011 Hours** | **2012 Hours** | **Amount** |
|---|---|---|---|
| Arthur G. Simon |  | 4.10 | $1,927.00 |
| David K. Welch | 3.70 | 4.60 | $3,827.00 |
| TOTAL |  |  | $5,754.00 |

Attached to this Motion as **Exhibit 1-B** is an itemization of the legal services rendered in this category.

C)  **General Secured Creditor Issues**
Certain legal services rendered by CSCD on behalf of the Debtor related to matters equally applicable to all mortgage lenders. Examples of such legal services included general cash collateral issues and the payment of pre-petition real estate tax claims to the extent of funds on deposit in pre-petition real estate tax escrow accounts and litigation with respect to Delta's motion for appointment of a trustee.

**Total Time Expended**             **119.90 hours**

| **Attorney** | **2011 Hours** | **2012 Hours** | **Amount** |
|---|---|---|---|
| Arthur G. Simon |  | .30 | $ 141.00 |
| David K. Welch | 29.60 | 78.20 | $50,074.00 |
| Jeffrey C. Dan |  | 11.00 | $ 4,345.00 |
| John H. Redfield |  | .80 | $ 296.00 |
| TOTAL |  |  | $54,856.00 |

Attached to this Motion as **Exhibit 1-C** is an itemization of the legal services rendered in this category.

D)  **Plan and Disclosure Statement**
Matters in this category include representing the Debtor with respect to issues relating to the preparation, modification and negotiation of the Plan and Disclosure Statement, and appearances in court with respect to same.

**Total Time Expended**             **127.60 hours**

7

| **Attorney** | **2011 Hours** | **2012 Hours** | **Amount** |
|---|---|---|---|
| Arthur G. Simon | | 7.90 | $ 3,713.00 |
| David K. Welch | 5.10 | 106.10 | $52,162.00 |
| Jeffrey C. Dan | | 7.5 | $ 2,962.50 |
| John H. Redfield | | 1.0 | $   370.00 |
| TOTAL | | | $59,207.50 |

Attached to this Motion as **Exhibit 1-D** is an itemization of the legal services rendered in this category.

**Conclusion**

21. Other than as provided in Section 504(b) of the Bankruptcy Code, CSCD has not shared, nor agreed to share, any compensation received as a result of this case with any person, firm or entity.

22. CSCD asserts that the compensation and expense reimbursements are fair and reasonable. The compensation requested is for the actual and necessary legal services rendered to the Debtor based upon the time, nature, extent and value of such professional services. CSCD further asserts that the cost of legal services rendered for and on behalf of the Debtor is comparable to the cost of similar services in matters other than under the Bankruptcy Code. CSCD asserts that the expenses for which reimbursement is sought in this Motion were actual and necessary expenditures required in the representation of the Debtor.

WHEREFORE, Eugene Crane and the law firm of Crane, Simon, Clar & Dan, Debtor's former counsel, request the entry of an Order:

A) Allowing as a Chapter 11 administrative claim, compensation and reimbursement of expenses for the period October 1, 2011, through September 26, 2012 in the amounts of $130,926.50 and $5,117.93;

B) Allowing as a Chapter 11 administrative claim, final compensation and reimbursement of expenses in the total amounts of $579,137.00 and $24,188.92; and

8

    C)    for such other relief as this Court deems just.

Respectfully Submitted,

R&G PROPERTIES

By: /s/Eugene Crane
    Debtor's Former Counsel

**DEBTOR'S FORMER COUNSEL:**
Eugene Crane (Atty No. 0537039)
Jeffrey C. Dan (Atty No. 06242750)
CRANE, SIMON, CLAR & DAN
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
(312) 641-6777
W:\AGS\R&G\Final Fee Application.MOT.docx

9